# EXHIBIT E

Dockets.Justia.com



US006222525B1

(12) **United States Patent**           (10) Patent No.:     **US 6,222,525 B1**
Armstrong                                (45) Date of Patent:      **Apr. 24, 2001**

(54) **IMAGE CONTROLLERS WITH SHEET CONNECTED SENSORS**

| | | | |
|---|---|---|---|
| 5,889,507 | * | 3/1999 | Engle et al. ........................... 345/161 |
| 5,898,425 | * | 4/1999 | Sekine .................................... 345/168 |

(76) Inventor: **Brad A. Armstrong**, 848 Inyo St., Chico, CA (US) 95928

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/677,378**

(22) Filed: **Jul. 5, 1996**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/393,459, filed on Feb. 23, 1995, now Pat. No. 5,565,891, and a continuation-in-part of application No. 07/847,619, filed on Mar. 5, 1992, now Pat. No. 5,589,828.

(51) Int. Cl.[7] ..................................................... **G06F 3/033**
(52) U.S. Cl. ............................................ **345/161**; 345/168
(58) Field of Search ....................................... 345/156, 157, 345/161, 167, 173, 168

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,806,471 | | 4/1974 | Mitchell ................................... 338/99 |
| 4,555,960 | | 12/1985 | King ........................................ 74/491 |
| 4,879,556 | * | 11/1989 | Duimel .................................. 345/161 |
| 5,231,386 | * | 7/1993 | Brandenburg et al. ............... 345/161 |
| 5,298,919 | * | 3/1994 | Chang .................................... 345/167 |
| 5,467,108 | * | 11/1995 | Mimlitch ............................... 345/161 |
| 5,565,891 | * | 10/1996 | Armstrong ............................ 345/167 |

* cited by examiner

*Primary Examiner*—Jeffery Brier

(57)                    **ABSTRACT**

A sensor connecting sheet material for inclusion in appropriately structured multiple-axes controllers comprised of a single input member operable in 6 DOF relative to a reference member of the controller. The input member having return-to-center resiliency relative to the reference member on at least the three perpendicular linear axes. The input member can be of a continuously rotatable trackball-type or a limited rotation joystick-type, and the reference member can be a shaft, a base or a housing. The controllers include carriage structuring for influencing sheet connected sensors by hand-applied operation of the input member. The preferred structures provide cooperative interaction with movement or force influenced sensors in primarily a single area. Some, most, or all of the sensors are preferably supported on a generally single plane, such as on a printed flexible membrane sensor sheet or circuit board sheet. In an alternative embodiment, sensors and conductive traces are applied on a generally flat, flexible membrane sensor sheet, which is then bent into a three dimensional configuration which may in some cases reach a widely-spread 3-D constellation of 6 DOF and/or other sensor mountings. The use of sensors connected by a sheet member, whether finally applied in a flat or 3-D configuration, enables efficient circuit and sensor connection and placement during manufacture, resulting in low product costs and high reliability.

**23 Claims, 40 Drawing Sheets**



Case 9:06-cv-00158-RHC    Document 1    Filed 07/31/2006    Page 3 of 30



FIG. 1

U.S. Patent    Apr. 24, 2001    Sheet 2 of 40    US 6,222,525 B1



FIG. 2



**FIG. 3**



FIG. 4

U.S. Patent    Apr. 24, 2001    Sheet 5 of 40    US 6,222,525 B1



FIG. 5

U.S. Patent    Apr. 24, 2001    Sheet 6 of 40    US 6,222,525 B1



FIG. 6



FIG. 7

U.S. Patent

Apr. 24, 2001

Sheet 8 of 40

US 6,222,525 B1



FIG. 8



FIG. 9

U.S. Patent

Apr. 24, 2001

Sheet 10 of 40

US 6,222,525 B1



140

156

10

14   12   36   16   9

FIG. 10



**FIG. 11**



**FIG. 12**

**U.S. Patent**        Apr. 24, 2001        Sheet 13 of 40        US 6,222,525 B1



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17

U.S. Patent        Apr. 24, 2001        Sheet 18 of 40        US 6,222,525 B1



**206**

**224**

**270**

FIG. 18



FIG. 19



FIG. 20

U.S. Patent    Apr. 24, 2001    Sheet 21 of 40    US 6,222,525 B1



FIG. 21

U.S. Patent    Apr. 24, 2001    Sheet 22 of 40    US 6,222,525 B1



FIG. 22



**FIG. 23**



**FIG. 24**



FIG. 25

FIG. 26

FIG. 27



FIG. 28



330

FIG. 29

**U.S. Patent**　　Apr. 24, 2001　　Sheet 27 of 40　　US 6,222,525 B1



FIG. 30



FIG. 31

U.S. Patent

Apr. 24, 2001

Sheet 28 of 40

US 6,222,525 B1



FIG. 32