# EXHIBIT L

Dockets.Justia.com



US006906700B1

(12) **United States Patent**
Armstrong

(10) **Patent No.:** **US 6,906,700 B1**
(45) **Date of Patent:** **Jun. 14, 2005**

(54) **3D CONTROLLER WITH VIBRATION**

(75) Inventor: **Brad A. Armstrong**, Carson City, NV (US)

(73) Assignee: **Anascape**, Carson City, NV (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 481 days.

(21) Appl. No.: **09/715,532**

(22) Filed: **Nov. 16, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 08/677,378, filed on Jul. 5, 1996, now Pat. No. 6,222,525, which is a continuation-in-part of application No. 08/393,459, filed on Feb. 23, 1995, now Pat. No. 5,565,891, which is a continuation-in-part of application No. 07/847,619, filed on Mar. 5, 1992, now Pat. No. 5,589,828.

(51) Int. Cl.7 ................................................. G09G 5/08
(52) U.S. Cl. ........................................ 345/161; 345/156
(58) Field of Search ................................. 345/156–172; 74/471 XY; 200/5 R, 6 A, 6 R, 9, 40, 41, 50.32–50.37, 61, 45 R, 61.46, 61.53, 512, 518–521, 530, 564; 341/20–35

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,430,284 A | 11/1947 | Evers | 341/187 |
| 3,296,882 A | 1/1967 | Durand | 74/471 |
| 3,611,068 A | 10/1971 | Fujita | 338/2 |
| 3,693,425 A | 9/1972 | Starita et al. | 73/862.044 |
| 3,710,050 A | 1/1973 | Richards | 200/61.43 |
| 3,771,037 A | 11/1973 | Bailey | 318/580 |
| 3,806,471 A | 4/1974 | Mitchell | 252/519 |
| 3,921,445 A | 11/1975 | Hill et al. | 73/862 |
| 3,952,173 A | 4/1976 | Tsuji et al. | 200/511 |
| 3,988,556 A | 10/1976 | Hyodo | 200/511 |
| 3,993,884 A | 11/1976 | Kondur et al. | 200/295 |
| 4,045,650 A | 8/1977 | Nestor | 200/556 |
| 4,099,409 A | 7/1978 | Edmond | 73/862 |

| | | | |
|---|---|---|---|
| 4,133,012 A | 1/1979 | Takamiya et al. | 360/90 |
| 4,158,759 A | 6/1979 | Mason | 219/720 |
| 4,164,634 A | 8/1979 | Gilano | 200/5 A |
| 4,216,467 A | 8/1980 | Colston | 341/20 |
| 4,224,602 A | 9/1980 | Anderson et al. | 340/321 |
| 4,246,452 A * | 1/1981 | Chandler | 200/5 A |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 2379484 | 8/1984 |
| AU | 544234 | 5/1985 |
| AU | 557120 | 12/1986 |

(Continued)

OTHER PUBLICATIONS

IBM Technical Disclosure Bulletin, vol. 21, No. 9, Feb. 1, 1979, pp. 3845–3846, Anonymous author, Title: "Keyboard Device For Upper And Lower Case Keying Without Shifting". The Present Applicant could not locate a copy of this IBM disclosure but lists the data because it was cited as an "X" reference in a European Patent Office Search report on a related invention filed for by another Applicant.

(Continued)

*Primary Examiner*—Chanh Nguyen

(57) **ABSTRACT**

A hand operated controller or converter structured for allowing hand inputs to be converted or translated into electrical outputs, the controller structured with a plate or platform moveable relative to a base or housing about two mutually perpendicular axes generally parallel to the platform to effect a plurality of sensors for defining output signal(s) based on movement of the platform. The sensors each have an electrically active activator spatially separated from an electric contact surface. A tactile feedback motor with shaft and offset weight is mounted as a component of the controller for providing vibration to be felt by a hand operating the controller. In some embodiments the sensors are pressure sensitive variable output sensors.

**33 Claims, 40 Drawing Sheets**



# US 6,906,700 B1
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,268,815 A | 5/1981 | Eventoff et al. | 338/69 |
| 4,276,538 A | 6/1981 | Eventoff et al. | 338/69 |
| 4,297,542 A | 10/1981 | Shumway | 200/6 A |
| 4,301,337 A | 11/1981 | Eventoff | 200/5 A |
| 4,313,113 A | 1/1982 | Thornburg | 345/159 |
| 4,314,227 A | 2/1982 | Eventoff | |
| 4,314,228 A | 2/1982 | Eventoff | 338/114 |
| 4,315,238 A | 2/1982 | Eventoff | |
| 4,323,888 A | 4/1982 | Cole | 341/34 |
| 4,348,142 A | 9/1982 | Figour | 414/2 |
| 4,349,708 A | 9/1982 | Asher | 200/6 A |
| 4,369,663 A | 1/1983 | Venturello et al. | 73/862.043 |
| 4,369,971 A | 1/1983 | Chang et al. | 463/2 |
| 4,385,841 A | 5/1983 | Kramer | 368/29 |
| 4,406,217 A | 9/1983 | Oota | 99/280 |
| 4,408,103 A | 10/1983 | Smith | 200/6 A |
| 4,414,537 A | 11/1983 | Grimes | 341/20 |
| 4,419,653 A | 12/1983 | Waigand | 338/114 |
| 4,420,808 A | 12/1983 | Diamond et al. | 701/4 |
| 4,469,330 A * | 9/1984 | Asher | 463/38 |
| 4,469,930 A | 9/1984 | Takahashi | 219/121.72 |
| 4,489,302 A | 12/1984 | Eventoff | 338/99 |
| 4,490,587 A | 12/1984 | Miller et al. | 200/5 |
| 4,491,325 A | 1/1985 | Bersheim | 463/38 |
| 4,504,059 A | 3/1985 | Weinrieb | 273/148 |
| 4,514,600 A | 4/1985 | Lentz | 200/5 R |
| 4,536,746 A | 8/1985 | Gobeli | 341/20 |
| 4,546,347 A | 10/1985 | Kirsch | 345/166 |
| 4,552,360 A | 11/1985 | Bromley et al. | 463/38 |
| 4,555,960 A | 12/1985 | King | 74/471 XY |
| 4,573,682 A | 3/1986 | Mayon | 273/148 |
| 4,604,502 A | 8/1986 | Thomas | 200/6 A |
| 4,604,509 A | 8/1986 | Clancy et al. | 200/513 |
| 4,615,252 A | 10/1986 | Yamauchi et al. | 84/687 |
| 4,630,823 A | 12/1986 | Grant | 273/148 |
| 4,647,916 A | 3/1987 | Boughton | 345/156 |
| 4,667,271 A | 5/1987 | Wilson | 361/725 |
| 4,670,743 A | 6/1987 | Zemke | 345/157 |
| 4,673,919 A | 6/1987 | Kataoka | 341/11 |
| 4,680,577 A | 7/1987 | Straayer et al. | 345/160 |
| 4,684,089 A | 8/1987 | Lely | 248/124.1 |
| 4,687,200 A | 8/1987 | Shirai | 463/37 |
| 4,694,231 A | 9/1987 | Alvite | 318/568.11 |
| 4,713,007 A | 12/1987 | Alban | 463/37 |
| 4,724,292 A | 2/1988 | Ichikawa | 219/708 |
| 4,733,214 A | 3/1988 | Andresen | 219/708 |
| 4,745,301 A | 5/1988 | Michalchik | 307/119 |
| 4,766,271 A | 8/1988 | Mitsuhashi et al. | 200/512 |
| 4,786,764 A | 11/1988 | Padula et al. | 178/18 |
| 4,786,895 A | 11/1988 | Castaneda | 345/160 |
| 4,811,608 A | 3/1989 | Hilton | 73/862.043 |
| 4,850,591 A | 7/1989 | Takezawa et al. | 273/85 |
| 4,855,704 A | 8/1989 | Betz | 336/132 |
| 4,858,930 A | 8/1989 | Sato | 463/23 |
| 4,866,542 A | 9/1989 | Shimada et al. | 386/69 |
| 4,866,544 A | 9/1989 | Hashimoto | 360/40 |
| 4,879,556 A | 11/1989 | Duimel | 341/20 |
| 4,909,514 A | 3/1990 | Tuno | 273/148 |
| 4,910,503 A | 3/1990 | Brodsky | 345/161 |
| 4,924,216 A | 5/1990 | Leung | 463/38 |
| 4,933,670 A * | 6/1990 | Wislocki | 345/167 |
| 4,935,728 A | 6/1990 | Kley | 345/161 |
| 4,962,448 A * | 10/1990 | DeMaio et al. | 700/17 |
| 4,975,676 A | 12/1990 | Greenhalgh | 338/114 |
| 5,038,144 A | 8/1991 | Kaye | 341/176 |
| 5,049,079 A | 9/1991 | Furtado et al. | 434/253 |
| 5,059,958 A | 10/1991 | Jacobs et al. | 345/158 |
| 5,065,146 A | 11/1991 | Garrett | 345/161 |
| 5,068,498 A | 11/1991 | Engel | 200/6 A |
| 5,103,404 A | 4/1992 | McIntosh | 318/568 |
| 5,116,051 A | 5/1992 | Moncrief et al. | 463/36 |
| 5,128,671 A * | 7/1992 | Thomas, Jr. | 341/20 |
| 5,132,658 A | 7/1992 | Dauenhauer et al. | 338/92 |
| 5,139,439 A | 8/1992 | Shie | 439/359 |
| 5,142,931 A * | 9/1992 | Menahem | 74/471 XY |
| 5,164,697 A | 11/1992 | Kramer | 338/69 |
| 5,168,221 A * | 12/1992 | Houston | 324/207.13 |
| 5,182,796 A | 1/1993 | Shibayama et al. | 345/841 |
| 5,183,998 A | 2/1993 | Hoffman et al. | 219/492 |
| 5,184,120 A | 2/1993 | Schultz | 340/870 |
| 5,184,830 A | 2/1993 | Okada et al. | 463/29 |
| 5,189,355 A | 2/1993 | Larkins et al. | 318/685 |
| 5,196,782 A | 3/1993 | D'Aleo et al. | 323/320 |
| 5,200,597 A | 4/1993 | Eastman et al. | 235/455 |
| 5,203,563 A | 4/1993 | Loper | 273/148 B |
| 5,207,426 A | 5/1993 | Inoue et al. | 463/36 |
| 5,222,400 A | 6/1993 | Hilton | 73/862 |
| 5,231,386 A | 7/1993 | Brandenburg et al. | 345/174 |
| 5,237,311 A | 8/1993 | Mailey et al. | 345/167 |
| 5,250,930 A | 10/1993 | Yoshida et al. | 345/168 |
| 5,252,952 A | 10/1993 | Frank et al. | 345/157 |
| 5,258,748 A | 11/1993 | Jones | 345/172 |
| 5,259,626 A | 11/1993 | Ho | 463/37 |
| 5,264,768 A | 11/1993 | Gregory et al. | 318/561 |
| D342,740 S | 12/1993 | Parker | D14/218 |
| 5,271,290 A * | 12/1993 | Fischer | 74/471 XY |
| 5,278,557 A | 1/1994 | Stokes et al. | 341/34 |
| 5,280,926 A | 1/1994 | Sogge et al. | 277/641 |
| 5,286,024 A | 2/1994 | Winblad | 273/148 B |
| 5,287,089 A | 2/1994 | Parsons | 345/156 |
| 5,293,158 A | 3/1994 | Soma | 345/161 |
| 5,294,121 A | 3/1994 | Chiang | 273/148 B |
| 5,298,919 A | 3/1994 | Chang | 345/163 |
| 5,311,779 A | 5/1994 | Teno | 73/726 |
| 5,313,229 A | 5/1994 | Gilligan et al. | 345/157 |
| 5,315,204 A | 5/1994 | Park | 310/339 |
| 5,327,201 A | 7/1994 | Coleman et al. | 399/342 |
| 5,329,276 A * | 7/1994 | Hirabayashi | 340/870.31 |
| 5,333,057 A | 7/1994 | Morikawa et al. | 358/296 |
| 5,345,807 A | 9/1994 | Butts et al. | 73/1.15 |
| 5,349,370 A | 9/1994 | Katayama et al. | 345/159 |
| 5,349,371 A | 9/1994 | Fong | 345/166 |
| 5,355,352 A | 10/1994 | Kobayashi et al. | 368/281 |
| 5,358,259 A | 10/1994 | Best | 273/434 |
| 5,364,108 A | 11/1994 | Esnouf | 368/281 |
| 5,365,494 A | 11/1994 | Lynch | 368/10 |
| 5,367,631 A | 11/1994 | Levy | 395/162 |
| 5,374,787 A | 12/1994 | Miller et al. | |
| 5,376,913 A | 12/1994 | Pine et al. | 338/114 |
| 5,386,084 A | 1/1995 | Risko | 174/52.3 |
| D355,901 S | 2/1995 | Bradley | D14/410 |
| 5,389,757 A | 2/1995 | Souliere | 200/345 |
| 5,391,083 A | 2/1995 | Roebuck et al. | 174/52.3 |
| 5,392,337 A | 2/1995 | Baals | 379/457 |
| 5,394,168 A | 2/1995 | Smith, III et al. | 345/156 |
| 5,396,225 A | 3/1995 | Okada et al. | 463/40 |
| 5,396,235 A | 3/1995 | Maeshima et al. | 341/34 |
| 5,399,823 A | 3/1995 | McCusker | 200/521 |
| 5,419,613 A | 5/1995 | Wedeking | 297/217 |
| 5,440,237 A | 8/1995 | Brown et al. | 324/601 |
| 5,452,615 A | 9/1995 | Hilton | 73/862 |
| 5,457,478 A | 10/1995 | Frank | 345/158 |
| 5,459,487 A | 10/1995 | Bouton | 463/37 |
| 5,467,108 A | 11/1995 | Mimlitch | 345/161 |
| 5,485,171 A | 1/1996 | Copper et al. | 345/160 |
| 5,487,053 A | 1/1996 | Beiswenger et al. | 368/69 |
| 5,488,204 A | 1/1996 | Mead et al. | |
| 5,495,077 A | 2/1996 | Miller et al. | |
| 5,499,041 A | 3/1996 | Brandenburg et al. | 345/174 |
| 5,508,719 A | 4/1996 | Gervais | 345/157 |
| 5,510,812 A | 4/1996 | O'Mara et al. | 345/161 |

**US 6,906,700 B1**
Page 3

| | | | |
|---|---|---|---|
| 5,512,892 A | 4/1996 | Corballis et al. | 341/22 |
| 5,517,211 A | 5/1996 | Kwang-Chien | 345/166 |
| 5,528,265 A | 6/1996 | Harrison | 345/158 |
| 5,530,455 A | 6/1996 | Gillick et al. | 345/163 |
| 5,541,622 A | 7/1996 | Engle et al. | 345/161 |
| 5,542,039 A | 7/1996 | Brinson et al. | 345/800 |
| 5,543,588 A | 8/1996 | Bisset et al. | |
| 5,543,590 A | 8/1996 | Gillespie et al. | |
| 5,543,591 A | 8/1996 | Gillespie et al. | |
| 5,543,781 A | 8/1996 | Ganucheau, Jr. et al. | 340/7.52 |
| 5,550,339 A | 8/1996 | Haugh | 200/5 A |
| 5,551,693 A | 9/1996 | Goto et al. | 463/37 |
| 5,552,799 A | 9/1996 | Hashiguchi | 345/3.2 |
| 5,555,004 A | 9/1996 | Ono et al. | 345/161 |
| 5,555,894 A | 9/1996 | Doyama et al. | 600/595 |
| 5,559,432 A | 9/1996 | Logue | 324/207.17 |
| 5,564,560 A | 10/1996 | Minelli et al. | 200/516 |
| 5,565,891 A | 10/1996 | Armstrong | 345/167 |
| 5,589,828 A | 12/1996 | Armstrong | 341/20 |
| 5,591,924 A | 1/1997 | Hilton | 73/862 |
| 5,602,569 A | 2/1997 | Kato | 345/158 |
| 5,606,594 A | 2/1997 | Register et al. | 455/556.2 |
| 5,607,158 A | 3/1997 | Chan | 273/148 B |
| 5,615,083 A | 3/1997 | Burnett | 361/686 |
| 5,619,180 A | 4/1997 | Massimino et al. | |
| 5,640,152 A | 6/1997 | Copper | 340/825 |
| 5,640,566 A | 6/1997 | Victor et al. | 717/113 |
| 5,644,113 A | 7/1997 | Date et al. | 200/5 R |
| 5,648,642 A | 7/1997 | Miller et al. | |
| D381,982 S | 8/1997 | Zeitman | D14/162 |
| 5,657,051 A | 8/1997 | Liao | 345/163 |
| 5,659,334 A | 8/1997 | Yaniger et al. | 345/156 |
| 5,669,818 A | 9/1997 | Thorner et al. | 463/30 |
| 5,670,955 A | 9/1997 | Thorn et al. | 341/34 |
| 5,670,988 A | 9/1997 | Tickle | 345/157 |
| 5,673,066 A | 9/1997 | Toda et al. | 345/157 |
| 5,673,237 A | 9/1997 | Blank | 368/10 |
| 5,675,309 A | 10/1997 | DeVolpi | 338/68 |
| 5,675,329 A | 10/1997 | Barker et al. | 341/22 |
| 5,675,359 A | 10/1997 | Anderson | 345/161 |
| 5,684,759 A | 11/1997 | Huang et al. | 368/10 |
| 5,687,080 A | 11/1997 | Hoyt et al. | 700/85 |
| 5,687,331 A | 11/1997 | Volk et al. | 395/327 |
| 5,689,285 A | 11/1997 | Asher | 345/161 |
| 5,704,612 A | 1/1998 | Kelly et al. | 273/402 |
| 5,706,027 A | 1/1998 | Hilton et al. | 345/156 |
| 5,714,983 A | 2/1998 | Sacks | 345/168 |
| 5,716,274 A | 2/1998 | Goto et al. | 463/37 |
| 5,738,352 A | 4/1998 | Ohkubo et al. | 273/148 B |
| 5,749,577 A * | 5/1998 | Couch et al. | 273/148 B |
| 5,764,219 A | 6/1998 | Rutledge et al. | 345/159 |
| 5,767,839 A * | 6/1998 | Rosenberg | 345/161 |
| 5,767,840 A | 6/1998 | Selker | 345/161 |
| 5,774,109 A | 6/1998 | Winksy et al. | 345/685 |
| 5,778,404 A | 7/1998 | Capps et al. | 715/531 |
| 5,781,807 A | 7/1998 | Glassgold et al. | 396/71 |
| 5,790,102 A | 8/1998 | Nassimi | 345/163 |
| 5,805,138 A | 9/1998 | Brawne et al. | 345/156 |
| 5,808,540 A | 9/1998 | Wheeler et al. | |
| 5,812,114 A | 9/1998 | Loop | 345/157 |
| 5,815,139 A | 9/1998 | Yoshikawa et al. | 345/157 |
| 5,828,363 A | 10/1998 | Yaniger et al. | 345/156 |
| 5,831,596 A | 11/1998 | Marshall et al. | 345/161 |
| 5,835,977 A | 11/1998 | Kamentser et al. | 73/862.05 |
| 5,841,078 A | 11/1998 | Miller et al. | |
| 5,847,305 A | 12/1998 | Yoshikawa et al. | 84/634 |
| 5,847,639 A | 12/1998 | Yaniger | 338/99 |
| 5,847,694 A | 12/1998 | Redford et al. | 345/158 |
| 5,847,698 A | 12/1998 | Reavey et al. | 345/173 |
| 5,853,324 A | 12/1998 | Kami et al. | 462/2 |
| 5,853,326 A | 12/1998 | Goto et al. | 463/37 |
| 5,854,622 A | 12/1998 | Brannon | 345/161 |
| 5,854,624 A | 12/1998 | Grant | 345/169 |
| 5,861,583 A | 1/1999 | Schediwy et al. | |
| 5,867,808 A | 2/1999 | Selker et al. | 702/41 |
| 5,872,521 A | 2/1999 | Lopatukin et al. | 340/7.52 |
| 5,880,411 A | 3/1999 | Gillespie et al. | |
| 5,883,619 A | 3/1999 | Ho et al. | 345/163 |
| 5,889,236 A | 3/1999 | Gillespie et al. | 178/18.01 |
| 5,889,507 A | 3/1999 | Engle et al. | 345/161 |
| 5,895,471 A | 4/1999 | King et al. | 707/104.1 |
| 5,898,359 A | 4/1999 | Ellis | 338/47 |
| 5,898,425 A | 4/1999 | Sekine | 345/168 |
| 5,909,207 A | 6/1999 | Ho | 345/156 |
| 5,910,798 A | 6/1999 | Kim | 345/163 |
| 5,910,882 A | 6/1999 | Burrell | 361/681 |
| 5,914,465 A | 6/1999 | Allen et al. | |
| 5,917,779 A | 6/1999 | Ralson et al. | 368/83 |
| 5,923,267 A | 7/1999 | Beuk et al. | 340/825 |
| 5,923,317 A | 7/1999 | Sayler et al. | 345/156 |
| 5,923,389 A | 8/1999 | Allen et al. | |
| 5,943,044 A | 8/1999 | Martinelli et al. | 345/174 |
| 5,948,066 A | 9/1999 | Whalen et al. | 709/229 |
| 5,952,631 A | 9/1999 | Miyaki | 200/6 A |
| 5,963,196 A | 10/1999 | Nishiumi et al. | 345/161 |
| 5,966,117 A | 10/1999 | Seffernick et al. | 345/161 |
| 5,973,668 A | 10/1999 | Watanabe | 345/157 |
| 5,974,238 A | 10/1999 | Chase | 709/248 |
| 5,983,004 A | 11/1999 | Shaw et al. | 709/227 |
| 5,984,785 A | 11/1999 | Takeda et al. | 463/38 |
| 5,991,594 A | 11/1999 | Froeber et al. | 434/317 |
| 5,995,026 A | 11/1999 | Sellers | 341/34 |
| 5,995,319 A | 11/1999 | Tanigawa et al. | 360/90 |
| 5,999,084 A | 12/1999 | Armstrong | 338/114 |
| 5,999,168 A | 12/1999 | Rosenberg et al. | |
| 5,999,808 A | 12/1999 | LaDue | 455/412.2 |
| 6,001,014 A | 12/1999 | Ogata et al. | 463/37 |
| 6,004,210 A | 12/1999 | Shinohara | 463/36 |
| 6,007,423 A | 12/1999 | Nakamura | 463/6 |
| 6,020,884 A | 2/2000 | MacNaughton et al. | 345/747 |
| 6,027,828 A | 2/2000 | Hahn | 429/100 |
| 6,028,271 A | 2/2000 | Gillespie et al. | |
| 6,028,531 A | 2/2000 | Wanderlich | |
| 6,031,516 A | 2/2000 | Leiper | 345/629 |
| 6,037,954 A | 3/2000 | McMahon | 345/169 |
| 6,040,821 A | 3/2000 | Franz et al. | 345/159 |
| 6,041,068 A | 3/2000 | Rosengren et al. | 370/538 |
| 6,049,323 A | 4/2000 | Rockwell et al. | 345/784 |
| 6,049,812 A | 4/2000 | Bertram et al. | 715/516 |
| 6,059,660 A | 5/2000 | Takada et al. | 463/38 |
| 6,060,701 A | 5/2000 | McKee et al. | 219/681 |
| 6,064,766 A | 5/2000 | Skiarew | 382/189 |
| 6,067,005 A | 5/2000 | DeVolpi | 338/47 |
| 6,067,863 A | 5/2000 | Favre et al. | 73/862.68 |
| 6,072,469 A | 6/2000 | Chen et al. | 345/157 |
| 6,073,034 A | 6/2000 | Jacobsen et al. | 455/566 |
| 6,102,802 A | 8/2000 | Armstrong | 463/37 |
| 6,112,014 A | 8/2000 | Kane | 358/1.16 |
| 6,118,979 A | 9/2000 | Powell | 340/7.6 |
| 6,124,845 A | 9/2000 | Toda et al. | 345/157 |
| 6,135,886 A | 10/2000 | Armstrong | 463/37 |
| 6,146,278 A | 11/2000 | Kobayashi | 463/53 |
| 6,147,674 A | 11/2000 | Rosenberg et al. | 345/161 |
| 6,153,843 A | 11/2000 | Date et al. | 200/339 |
| 6,155,926 A | 12/2000 | Miyamoto et al. | 463/32 |
| 6,157,381 A | 12/2000 | Bates et al. | 345/786 |
| 6,157,935 A | 12/2000 | Tran et al. | 715/503 |
| 6,177,926 B1 | 1/2001 | Kunert | 345/173 |
| 6,178,338 B1 | 1/2001 | Yamagishi et al. | 455/566 |
| 6,185,158 B1 | 2/2001 | Ito et al. | 368/37 |
| 6,198,472 B1 | 3/2001 | Lection et al. | 345/161 |
| 6,198,473 B1 | 3/2001 | Armstrong | 345/163 |

**US 6,906,700 B1**

Page 4

| | | | |
|---|---|---|---|
| 6,198,948 B1 | 3/2001 | Sudo et al. | 455/566 |
| 6,208,271 B1 | 3/2001 | Armstrong | 341/34 |
| 6,217,444 B1 | 4/2001 | Kataoka et al. | 463/3 |
| 6,222,525 B1 | 4/2001 | Armstrong | 345/161 |
| 6,225,976 B1 | 5/2001 | Yates et al. | 345/156 |
| 6,231,444 B1 | 5/2001 | Goto et al. | 463/37 |
| 6,239,389 B1 | 5/2001 | Allen et al. | |
| 6,239,786 B1 | 5/2001 | Burry et al. | 345/161 |
| 6,239,790 B1 | 5/2001 | Martinelli et al. | 345/174 |
| 6,256,011 B1 | 7/2001 | Culver | 345/157 |
| 6,262,406 B1 | 7/2001 | McKee et al. | 219/681 |
| 6,275,138 B1 | 8/2001 | Maeda | 338/47 |
| 6,275,213 B1 | 8/2001 | Tremblay et al. | 345/156 |
| 6,285,356 B1 | 9/2001 | Armstrong | 345/167 |
| 6,310,606 B1 | 10/2001 | Armstrong | 345/161 |
| 6,321,158 B1 | 11/2001 | DeLorme et al. | 701/201 |
| 6,322,448 B1 | 11/2001 | Kaku et al. | 463/32 |
| 6,326,948 B1 | 12/2001 | Kobachi et al. | 345/157 |
| 6,343,991 B1 | 2/2002 | Armstrong | 463/37 |
| 6,344,791 B1 | 2/2002 | Armstrong | 338/114 |
| 6,347,997 B1 | 2/2002 | Armstrong | 463/37 |
| 6,351,205 B1 | 2/2002 | Armstrong | 338/114 |
| 6,352,477 B1 | 3/2002 | Soma et al. | 463/36 |
| 6,400,303 B2 | 6/2002 | Armstrong | 341/176 |
| 6,400,353 B1 | 6/2002 | Ikehara et al. | 345/157 |
| 6,404,584 B2 | 6/2002 | Armstrong | 360/88 |
| 6,414,996 B1 | 7/2002 | Owen et al. | 375/240 |
| 6,415,707 B1 | 7/2002 | Armstrong | 99/280 |
| 6,422,941 B1 | 7/2002 | Thorner et al. | 463/30 |
| 6,424,333 B1 | 7/2002 | Tremblay et al. | 345/156 |
| 6,424,336 B1 | 7/2002 | Armstrong | 345/159 |
| 6,456,778 B2 | 9/2002 | Armstrong | 386/46 |
| 6,469,691 B1 | 10/2002 | Armstrong | 345/159 |
| 6,470,078 B1 | 10/2002 | Armstrong | 379/93.19 |
| 6,496,449 B1 | 12/2002 | Armstrong | 345/159 |
| 6,504,527 B1 | 1/2003 | Armstrong | 345/159 |
| 6,518,953 B1 | 2/2003 | Armstrong | 345/159 |
| 6,524,187 B2 | 2/2003 | Komata | 463/37 |
| 6,529,185 B1 | 3/2003 | Armstrong | 345/159 |
| 6,532,000 B2 | 3/2003 | Armstrong | 345/159 |
| 6,538,638 B1 | 3/2003 | Armstrong | 345/159 |
| 6,559,831 B1 | 5/2003 | Armstrong | 345/159 |
| 6,563,415 B2 | 5/2003 | Armstrong | 338/47 |
| 2001/0009037 A1 | 7/2001 | Komata | |
| 2001/0040585 A1 | 11/2001 | Hartford et al. | |
| 2002/0036660 A1 | 3/2002 | Adan et al. | |
| 2002/0122027 A1 | 9/2002 | Kim | |

FOREIGN PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| AU | 8142991 | 2/1992 | | DE | 3634912 | 4/1988 |
| AU | 2780892 | 5/1993 | | DE | 4019211 | 1/1991 |
| AU | 645462 | 1/1994 | | DE | 4013227 | 5/1991 |
| AU | 3544395 | 3/1996 | | DE | 4004760 | 8/1991 |
| AU | 3544495 | 3/1996 | | DE | 4011636 | 10/1991 |
| AU | 657688 | 4/1996 | | DE | 3687571 | 3/1993 |
| CA | 1143030 | 3/1983 | | DE | 69114400 | 12/1995 |
| CA | 1153577 | 9/1983 | | DE | 69306678 | 1/1997 |
| CA | 1153801 | 9/1983 | | DE | 19519941 | 3/1997 |
| CA | 1153802 | 9/1983 | | DE | 19606408 | 8/1997 |
| CA | 1153803 | 9/1983 | | DE | 69324067D | 4/1999 |
| CA | 1161921 | 2/1984 | | DE | 69324067 T | 7/1999 |
| CA | 1203738 | 4/1986 | | DE | 198803627 | 8/1999 |
| CA | 2048167 | 2/1992 | | DE | 69521617D | 8/2001 |
| CA | 120502 | 4/1993 | | EP | 0050231 | 12/1983 |
| CA | 2038894 | 5/1994 | | EP | 0169624 | 1/1986 |
| CN | 1058728 | 2/1992 | | EP | 0205726 | 12/1986 |
| CN | 1166214 | 11/1997 | | EP | 0227432 | 7/1987 |
| CN | 1202254 | 12/1998 | | EP | 0295368 | 12/1988 |
| DE | 3044384 | 8/1981 | | EP | 0337458 | 10/1989 |
| DE | 3031484 | 11/1982 | | EP | 0403054 | 12/1990 |
| DE | 3543890 | 6/1987 | | EP | 0438919 | 7/1991 |
| | | | | EP | 0451676 | 10/1991 |
| | | | | EP | 0 470 615 A1 | 2/1992 |
| | | | | EP | 0470615 | 2/1992 |
| | | | | EP | 0574213 | 12/1993 |
| | | | | EP | 0579448 | 1/1994 |
| | | | | EP | 0606388 | 7/1994 |
| | | | | EP | 0616298 | 9/1994 |
| | | | | EP | 0626634 | 11/1994 |
| | | | | EP | 663648 | 7/1995 |
| | | | | EP | 0777875 | 6/1997 |
| | | | | EP | 0777888 | 6/1997 |
| | | | | EP | 0302158 | 11/1997 |
| | | | | EP | 0835676 | 4/1998 |
| | | | | EP | 0852961 | 7/1998 |
| | | | | EP | 0830881 | 8/1998 |
| | | | | EP | 0861462 | 9/1998 |
| | | | | EP | 0905725 | 3/1999 |
| | | | | EP | 1080753 | 3/2001 |
| | | | | EP | 1080753 | 6/2001 |
| | | | | ES | 2079529 | 1/1996 |
| | | | | FR | 2470435 | 5/1981 |
| | | | | GB | 2058462 | 4/1981 |
| | | | | GB | 2064873 | 6/1981 |
| | | | | GB | 2113920 | 8/1983 |
| | | | | GB | 2133957 | 8/1984 |
| | | | | GB | 2134320 | 8/1984 |
| | | | | GB | 2134321 | 8/1984 |
| | | | | GB | 2155953 | 10/1985 |
| | | | | GB | 2159953 | 12/1985 |
| | | | | GB | 2205941 | 12/1988 |
| | | | | GB | 2233499 | 1/1991 |
| | | | | GB | 2240614 | 8/1991 |
| | | | | GB | 2247107 | 2/1992 |
| | | | | GB | 2267392 | 12/1993 |
| | | | | GB | 213422 | 8/1994 |
| | | | | GB | 2308448 | 6/1997 |
| | | | | HK | 30195 | 3/1995 |
| | | | | IT | 1143185 | 10/1986 |
| | | | | JP | 56108279 | 8/1981 |
| | | | | JP | 60175401 | 9/1985 |
| | | | | JP | 61292734 | 12/1986 |
| | | | | JP | 62160623 | 7/1987 |
| | | | | JP | 62177426 | 8/1987 |
| | | | | JP | 1125871 | 5/1989 |
| | | | | JP | 63-029113 | 8/1989 |
| | | | | JP | 2158105 | 6/1990 |
| | | | | JP | 02158105 | 6/1990 |
| | | | | JP | 2049029 | 10/1990 |
| | | | | JP | 03108701 | 5/1991 |

**US 6,906,700 B1**

Page 5

| | | | | | | |
|---|---|---|---|---|---|---|
| JP | 3108701 | 5/1991 | | WO | WO9318475 | 12/1996 |
| JP | 63318623 | 12/1991 | | WO | WO9718508 | 5/1997 |
| JP | 4155707 | 5/1992 | | WO | WO9806079 | 2/1998 |
| JP | 04155707 | 5/1992 | | WO | WO9957630 | 11/1999 |
| JP | 4230918 | 8/1992 | | WO | WO0152042 | 7/2001 |
| JP | 1710832 | 11/1992 | | ZA | 8400356 | 8/1984 |
| JP | 4077335 | 12/1992 | | | | |
| JP | 5022398 | 3/1993 | | | | |
| JP | 05151828 | 6/1993 | | | | |
| JP | 5151828 | 6/1993 | | | | |
| JP | 5196524 | 8/1993 | | | | |
| JP | 5197381 | 8/1993 | | | | |
| JP | 5326217 | 10/1993 | | | | |
| JP | 5-87760 | 11/1993 | | | | |
| JP | 5-87760 | 12/1993 | | | | |
| JP | 6058419 | 3/1994 | | | | |
| JP | 6154422 | 6/1994 | | | | |
| JP | 6058276 | 8/1994 | | | | |
| JP | 1875027 | 9/1994 | | | | |
| JP | 6101567 | 12/1994 | | | | |
| JP | 6511340 T | 12/1994 | | | | |
| JP | 07-051467 | 2/1995 | | | | |
| JP | 1976280 | 10/1995 | | | | |
| JP | 7281824 | 10/1995 | | | | |
| JP | 1993198 | 11/1995 | | | | |
| JP | 7-302159 | 11/1995 | | | | |
| JP | 7302159 | 11/1995 | | | | |
| JP | 2108444 | 11/1996 | | | | |
| JP | 09213168 | 8/1997 | | | | |
| JP | 9218737 | 8/1997 | | | | |
| JP | 9223607 | 8/1997 | | | | |
| JP | 092236607 | 8/1997 | | | | |
| JP | 10505182 T | 5/1998 | | | | |
| JP | 10505183 T | 5/1998 | | | | |
| JP | B-I11-40545 | 1/1999 | | | | |
| JP | 11031606 | 2/1999 | | | | |
| JP | 11009837 | 4/1999 | | | | |
| JP | 10-258181 | 9/1999 | | | | |
| JP | 0952555 | 10/1999 | | | | |
| JP | 11511580 | 10/1999 | | | | |
| JP | 11511580 T | 10/1999 | | | | |
| KR | 9705724 | 6/1997 | | | | |
| KR | 264640 | 10/2000 | | | | |
| MX | 9100564 | 4/1992 | | | | |
| NL | 8006409 | 6/1981 | | | | |
| RU | 2010369 | 3/1994 | | | | |
| SE | 8008205 | 5/1981 | | | | |
| SE | 452925 | 12/1987 | | | | |
| SG | 8095 | 6/1995 | | | | |
| SU | 739505 | 12/1977 | | | | |
| SU | 739505 | 6/1980 | | | | |
| TW | 288636 | 10/1996 | | | | |
| TW | 369431 | 9/1999 | | | | |
| WO | WO9304348 | 3/1993 | | | | |
| WO | WO9307606 | 4/1993 | | | | |
| WO | WO9428387 | 8/1995 | | | | |
| WO | WO9522828 | 8/1995 | | | | |
| WO | WO9532776 | 12/1995 | | | | |
| WO | WO9607966 | 3/1996 | | | | |
| WO | WO9607981 | 3/1996 | | | | |

OTHER PUBLICATIONS

Jim Boyce et al, Inside Window 3.11, New Riders Publishing, Platinum Edition, p. 87–89.

Mouse Ball–Actuating Device with Force and Tactile Feedback, IBM DisclosureBulletin, vl 32, No. 9B, Feb. 1990, pp. 230–235, Footnote 2—Special Interest.

Research Disclosures, vol. 283, Nov. 1987 (USA) "Joystick with Tactile Feedback".

Development of a General Purpose Hand Controller for Advanced Teleoperation KV Siva Harwell Laboratory, UK. Jul. 1988, Footnote 12—Special Interest.

The "CyberMan" 3D Controller by Logitech Inc. of Fremont California US in 1993, a two page advertisement flyer is provided herewith, as are detailed drawings, Footnote 9—Special Interest.

Kambic "Keyboard Switch with Stroke and Feedback Enhancement Using Vertically Conducting Elastomer In a Laterally Conducting Mode", IBM Technical Disclosure Bulletin, vol. 20, No. 5, Oct. 1977, pp. 1833–1834, Footnote 22—Special Interest.

USB Device Class Definition for Human Devices, Oct. 14, 1998.

Search results titled Questel–Orbit QWEB dated Dec. 1999, pp. 1–24 having short descriptions/abstracts thereon are submitted herewith by Applicant for study.

Namco, 1994, a hand held controller for video games having a button to drive a gear and rotate a rotary potentiometer which creates an analog signal change based on positional change; to be considered prior art to some of Applicant's claims.

Flightstick Pro by CH Products, San Marcos, Califonia USA, a joystick which uses a gimbal and rotary potentiometers, the joystick is prior art sold in stores.

Known prior art are rotary operated potentiometers which have an Off position usually in the far counterclockwise direction of rotation and an audible "click" is provided when rotated in or out of the Off position. Such potentiometers are variable output electrical devices controlled by rotation .

IBM Technical Disclosure Bulletin pp230–235 Feb. 1990 Mouse Ball–Actuating Device With Force And Tactile Feedback.

Research Disclosure Nov. 1987 28373 Joystick with Tactile Feedback.

S.F. Kambic, IBM Technical Disclosure Bulletin, vol. 20 No. 5 Oct. 1977 Questel–Orbit QWEB pp. 1–24 (submitted herewith).

\* cited by examiner

U.S. Patent     Jun. 14, 2005     Sheet 1 of 40     US 6,906,700 B1



FIG. 1

U.S. Patent    Jun. 14, 2005    Sheet 2 of 40    US 6,906,700 B1



FIG. 2



FIG. 3

U.S. Patent    Jun. 14, 2005    Sheet 4 of 40    US 6,906,700 B1



FIG. 4



FIG. 5

U.S. Patent    Jun. 14, 2005    Sheet 6 of 40    US 6,906,700 B1



FIG. 6



FIG. 7



FIG. 8



FIG. 9

U.S. Patent    Jun. 14, 2005    Sheet 10 of 40    US 6,906,700 B1



FIG. 10



FIG. 11



FIG. 12

Case 9:06-cv-00158-RHC    Document 1    Filed 07/31/2006    Page 19 of 22



FIG. 13



FIG. 14



FIG. 15



FIG. 16