# EXHIBIT L



U.S. Patent    Jun. 14, 2005    Sheet 17 of 40    US 6,906,700 B1



FIG. 17



FIG. 18

U.S. Patent    Jun. 14, 2005    Sheet 19 of 40    US 6,906,700 B1



FIG. 19

U.S. Patent    Jun. 14, 2005    Sheet 20 of 40    US 6,906,700 B1



FIG. 20



FIG. 21

U.S. Patent    Jun. 14, 2005    Sheet 22 of 40    US 6,906,700 B1



FIG. 22



FIG. 23



FIG. 24

U.S. Patent    Jun. 14, 2005    Sheet 24 of 40    US 6,906,700 B1



FIG. 25



FIG. 26                FIG. 27



FIG. 28

U.S. Patent     Jun. 14, 2005     Sheet 26 of 40     US 6,906,700 B1



FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33



FIG. 34

U.S. Patent    Jun. 14, 2005    Sheet 30 of 40    US 6,906,700 B1



FIG. 35

U.S. Patent    Jun. 14, 2005    Sheet 31 of 40    US 6,906,700 B1



FIG. 36



FIG. 37



FIG. 38



FIG. 39



FIG. 40

U.S. Patent    Jun. 14, 2005    Sheet 34 of 40    US 6,906,700 B1



FIG. 41

FIG. 42

U.S. Patent    Jun. 14, 2005    Sheet 35 of 40    US 6,906,700 B1



FIG. 43

FIG. 44