IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 9:06-CV-158 |
| v. | § | |
| | § | |
| MICROSOFT CORP., ET AL., | § | JUDGE RON CLARK |
| | § | |
| *Defendants*. | § | |
| | § | |

### ORDER

On July 31, 2006, Anascape, Ltd. ("Anascape") filed a complaint alleging that Microsoft Corp. and Nintendo of America, Inc. have purposefully and voluntarily placed one or more of its infringing products into the stream of commerce. In the complaint, Anascape listed a total of twelve patents in dispute.

Given the complications of the differing claims at issue and to enhance administrative ease, the court orders that Anascape propose a logical grouping of the patents, including no more than four patents in each group. This proposal must be submitted by August 25, 2006. The court will use Anascape's proposed groupings in determining how to best group the patents for the *Markman* hearing and other purposes.

So **ORDERED** and **SIGNED** this **16** day of **August, 2006.**

_____
Ron Clark, United States District Judge