Appendix K

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

Revised: 1/23/03

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 2 3 2006

DAVID J. MALAND, CLERK

BY
DEPUTY _____

1. This application is being made for the following: Case # 9:06-cv-00158-RHC Style: Anascape, Ltd. v. Microsoft Corp. and Nintendo of America Inc.

2. Applicant is representing the following party: Nintendo of America Inc.

3. Applicant was admitted to practice in New York on 2/27/85.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: See Exhibit A attached.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Robert J. Gunther, Jr., do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 8/22/06   Signature _Robert J. Gunther_

Dockets.Justia.com

| | |
|---|---|
| Name | Robert J. Gunther, Jr. |
| State Bar Number | 1967652 |
| Firm Name: | Latham & Watkins LLP |
| Address/P.O. Box: | 885 Third Avenue |
| City/State/Zip: | New York, New York 10022 |
| Telephone #: | 212-906-1242 |
| Fax #: | 212-751-4864 |
| E-mail Address: | robert.gunther@lw.com |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 23rd day of August, 2006.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

## EXHIBIT A

| Title of Court | Date of Admission |
|---|---|
| U.S. Court of Appeals for the Federal Circuit | 12/2/94 |
| U.S. Court of Appeals for the Ninth Circuit | 11/10/92 |
| U.S. Court of Appeals for the Tenth Circuit | 8/21/95 |
| U.S. District Court for the Southern District of New York | 8/6/85 |
| U.S. District Court for the Eastern District of New York | 10/18/85 |
| U.S. District Court for the Western District of New York | 9/9/97 |
| U.S. District Court for the Northern District of California | 11/17/92 |
| U.S. District Court for the Eastern District of Michigan | 4/30/03 |
| U.S. District Court for the District of Colorado | 3/11/99 |
| U.S. District Court for the Northern District of Illinois | 8/26/05 |