**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

|  |  |  |
|---|---|---|
| ANASCAPE, LTD., | § § § § | |
| Plaintiff, | § § | Civil Action No.: 9:06 cv 158 |
| v. | § § § | JUDGE RON CLARK |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC. | § § § § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

NOW COMES Defendant Nintendo of America Inc. ("NOA"), with this Unopposed Motion for an Extension of Time to answer or otherwise respond to the Original Complaint in the above-captioned matter. Counsel for NOA has conferred with counsel for Plaintiff regarding an extension of time, and counsel agreed to a thirty (30) day extension of time to answer or otherwise respond to the Original Complaint. Defendant NOA's Answer is currently due on August 24, 2006. This extension is not sought for purposes of delay, but so that NOA may thoroughly address the matters presented by the Original Complaint.

**WHEREFORE,** Defendant NOA respectfully requests a thirty (30) day extension of time to September 25, 2006 to file its Answer or otherwise respond to the Original Complaint.

/s/ James S. Blank
Robert J. Gunther, Jr.  (*admitted pro hac vice*)
James S. Blank          (*admitted pro hac vice*)

LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022
Phone:   (212) 906-1200
Fax:      (212) 751-4864
Email:    robert.gunther@lw.com
            james.blank@lw.com

Attorneys for Nintendo of America Inc.

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served

to the following counsel of record in the manner indicated this 23rd day of August, 2006

*Via ECF/Notice of Electronic Filing*

Sam Baxter
McKool Smith, P.C.
505 E. Travis, Suite 105
Marshall, Texas  75670

/s/ James S. Blank
James S. Blank (*admitted pro hac vice*)