# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### LUFKIN DIVISION

ANASCAPE, LTD.,

    Plaintiff,

v.

MICROSOFT CORP. and
NINTENDO OF AMERICA INC.

    Defendants.

§§§§§§§§§§§§

Civil Action No.: 9:06 cv 158

JUDGE RON CLARK

## ORDER FOR EXTENSION OF TIME

Upon consideration of Defendant Nintendo of America Inc.'s Unopposed Motion for Extension of Time, it is hereby

**ORDERED** that the time to answer or otherwise respond to the Original Complaint is hereby extended thirty (30) days and is due no later than September 25, 2006.