# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| MICROSOFT CORP. AND NINTENDO | § | CIVIL ACTION NO. 9:06-CV-158-RC |
| OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR MICROSOFT CORP. TO ANSWER OR OTHERWISE RESPOND TO ANASCAPE, LTD.'S COMPLAINT

Plaintiff Anascape, Ltd. ("Anascape") moves the Court to extend the time within which Defendant Microsoft Corp. has to answer, move or otherwise respond to the Complaint filed by Anascape from the original date of August 27, 2006 until September 22, 2006. Defendant Microsoft Corp.'s does not oppose this Motion.

WHEREFORE, Plaintiff Anascape, Ltd. moves the Court to extend Microsoft Corp.'s deadline to answer, move or otherwise respond to Anascape's Complaint to and including September 22, 2006.

Dockets.Justia.com

Respectfully submitted,


/s/  Sam Baxter
Sam Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
P.O. Box O
505 E. Travis, Suite 105
Marshall, Texas 75670
Telephone: (903) 927-2111
Facsimile: (903) 927-2622


Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Luke F. McLeroy
Texas State Bar No. 24041455
lmcleroy@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
Texas State Bar No. 00787165
cbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
charley@pbatyler.com
Parker, Bunt & Ainsworth P.C.
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687


**ATTORNEYS FOR PLAINTIFF
ANASCAPE, LTD.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 23rd day of August, 2006, the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME FOR MICROSOFT CORP. TO ANSWER OR OTHERWISE RESPOND TO ANASCAPE'S COMPLAINT was filed electronically with the Clerk of the Court using the CM/ECF System and served upon counsel listed below via U.S. Mail:

                                                /s/ Sam Baxter_____
                                                Sam Baxter

Andrew Culbert
Associate General Counsel
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052