IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., § | |
| Plaintiff, § | |
| vs. § | CIVIL ACTION NO. 9:06-CV-158-RC |
| MICROSOFT CORP. AND NINTENDO OF AMERICA, INC., § | |
| Defendants. § | |

## **ORDER**

The Court having considered Plaintiff Anascape, Ltd.'s Unopposed Motion for Extension of Time for Microsoft Corp. to Answer or Otherwise Respond to Anascape, Ltd.'s Complaint is of the opinion it should be GRANTED.

It is therefore ORDERED that Defendant Microsoft Corp.'s time to answer, move or otherwise respond to Plaintiff Anascape, Ltd.'s Complaint is extended to and including September 22, 2006.

**Page Solo**

Dallas 223592v1