# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| Anascape, Ltd., | |
|       Plaintiff, | |
|       v. | Civil Action No. 9:06-cv-158-RC |
| Microsoft Corp., and<br>Nintendo of America, Inc., | JURY TRIAL REQUESTED |
|       Defendants. | |

## ANASCAPE, LTD.'S PROPOSED GROUPING OF PATENTS

Pursuant to the Court's August 16, 2006 Order, Plaintiff Anascape, Ltd. hereby submits its proposal for grouping the twelve asserted patents and states as follows:

1.    The patents asserted in this case are closely related, such that many efficiencies can be gained by handling all twelve asserted patents as a single group. Similar technologies and similar terminology are found in all of the asserted patents.

2.    The Court requested that Anascape propose logical groupings of the asserted patents and that no more than four patents be included within any single grouping. The asserted patents, however, naturally fall within four categories of three, two, five, and two patents, as described below. To comply with the Court's Order, Anascape has further sub-divided the large grouping of five patents into two sub-groupings.

3.    Therefore, Anascape proposes the following groupings:

Dallas 224180v2

Dockets.Justia.com

| GROUP 1: The '084 Patent Family ||
|---|---|
| U.S. Patent No. 5,999,084 | The '205 patent is a continuation of the '084 patent; the '415 patent is a divisional application of the '205 patent. |
| U.S. Patent No. 6,351,205 | |
| U.S. Patent No. 6,563,415 | |

| GROUP 2: The '525 Patent Family ||
|---|---|
| U.S. Patent No. 6,222,525 | The '700 patent is a continuation of the '525 patent. |
| U.S. Patent No. 6,906,700 | |

| GROUP 3: The '802 Family |||
|---|---|---|
| Sub-Group A | U.S. Patent No. 6,102,802 | The '991 patent is a continuation of the '802 patent; the '997 patent is a continuation-in-part of the '802 patent; these three patents relate to electronic devices with pressure-sensitive buttons. |
| | U.S. Patent No. 6,343,991 | |
| | U.S. Patent No. 6,347,997 | |
| Sub-Group B | U.S. Patent No. 6,135,886 | The '886 patent is a continuation-in-part of the '802 patent; the '791 is a continuation of the '886 patent; these two patents relate to variable sensors with tactile feedback. |
| | U.S. Patent No. 6,344,791 | |

| GROUP 4: The '271 Patent Family ||
|---|---|
| U.S. Patent No. 6,208,271 | The '303 patent is a continuation of the '271 patent. |
| U.S. Patent No. 6,400,303 | |

DATED:  August 25, 2006.

Respectfully submitted,

**McKOOL SMITH, P.C.**

 /s/ Sam Baxter
Sam Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
P.O. Box O
505 E. Travis, Suite 105
Marshall, Texas 75670
Telephone: (903) 927-2111
Facsimile: (903) 927-2622

Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Luke F. McLeroy
Texas State Bar No. 24041455
lmcleroy@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
Texas State Bar No. 00787165
cbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
charley@pbatyler.com
Parker, Bunt & Ainsworth P.C.
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF ANASCAPE, LTD.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all known counsel of record via ECF on this the 25th day of August, 2006:

/s/ Sam Baxter