IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD., <br> *Plaintiff*, <br><br> v. <br><br> MICROSOFT CORP. AND NINTENDO <br> OF AMERICA, INC., <br><br> *Defendant*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 9:06-CV-158 <br><br><br><br> JUDGE RON CLARK |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Before the court is Defendant's Motion for an Extension of Time [Doc. #7] seeking an extension from August 24, 2006 for Defendant Nintendo of America, Inc. to answer, move or otherwise respond in this case. The request is unopposed and the court will grant it. This extension of time shall not serve as a basis for an extension for any other deadline, including the trial date.

IT IS THEREFORE ORDERED that Defendant's Motion for an Extension of Time is **GRANTED.** Microsoft will have until **September 25, 2006** to respond to Plaintiff's Complaint.

So **ORDERED** and **SIGNED** this **25** day of **August, 2006.**

_____
Ron Clark, United States District Judge