Appendix K                                                                    Revised: 12/3/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #_9:06 CV 158 RC_

Style: _Anascape, Ltd. v. Microsoft Corp., and Nintendo of America_

2. Applicant is representing the following party/ies: _Nintendo of America_

3. Applicant was admitted to practice in ___Virginia_ (state) on __10/15/93__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: _Supreme Court of Virginia; U.S. Court of Appeals for the Federal Circuit; U.S. District Court for the Eastern District of Virginia_

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, _____Joseph S. Presta_____do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __8/22/06__           Signature ___[signature]___

Name (please print) ___Joseph S. Presta___

State Bar Number ___VA 36197___

Firm Name: ___Nixon & Vanderhye, P.C.___

Address/P.O. Box: ___901 N. Glebe Rd., 11th Floor___

City/State/Zip: ___Arlington, Virginia 22203___

Telephone #: ___703-816-4000___

Fax #: ___703-816-4100___

E-mail Address: ___JSP@NIXONVAN.COM___

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 30th day of August, 2006.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By ___[signature]___
Deputy Clerk