IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | Hon. Ronald Clark |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORPORATION, and | § | JURY TRIAL DEMANDED |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT MICROSOFT CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Microsoft Corporation ("Microsoft") hereby discloses the following information pursuant to Local Rule 83.16:

(a) Microsoft has no parent corporation.

(b) No publicly held entity (corporate or otherwise) owns 10% or more of Microsoft Corporation's stock.

                                          Respectfully submitted,

Dated:  September 22, 2006    By:  /s/ J. Thad Heartfield _____
                                                    J. Thad Heartfield (Bar No. 09346800)
                                                     thad@jth-law.com
                                                     Law Offices of J. Thad Heartfield
                                                     2195 Dowlen Road
                                                     Beaumont, Texas 77706
                                                     Telephone: 409-866-3318
                                                     Facsimile: 409-866-5789

                                                   Clayton E Dark Jr. (Bar No. 05384500)
                                                   clay.dark@yahoo.com
                                                   Clayton E Dark Jr., Law Office
                                                   207 E Frank Ave # 100
                                                   Lufkin, TX 75901
                                                   Telephone:  936-637-1733

                                                 *Attorneys for Defendant Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

     I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 22nd day of September, 2006. Any other counsel of record will be served by first class mail.

                                            /s/ J. Thad Heartfield _____