# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., | § § § § |
| Plaintiff, | § Hon. Ronald Clark § |
| v. | § Civil Action No.:  9:06-CV-00158 -RC § |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC., | § JURY TRIAL DEMANDED § § |
| Defendants. | § § |

## DEFENDANT NINTENDO OF AMERICA INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Nintendo of America Inc. ("NOA") hereby discloses the following information pursuant to Local Rule 83.16:

(a)    NOA's parent corporation is Nintendo Co., Ltd. ("NCL").

(b)    NCL, whose stock is publicly traded in Japan, owns 100% of NOA.

Dated: September 25, 2006

                                                Respectfully submitted,

                                                By: */s/ Lawrence L. Germer*
                                                Lawrence L. Germer
                                                Texas Bar No. 07824000
                                                GERMER GERTZ L.L.P
                                                550 Fannin, Suite 400
                                                P.O. Box 4915
                                                Beaumont, Texas 77704
                                                Tel.:    (409) 654-6700
                                                Fax:    (409) 835-2115

Dockets.Justia.com

Robert J. Gunther, Jr.
(robert.gunther@lw.com)
James S. Blank
(james.blank@lw.com)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022
Tel.:   (212) 906-1200
Fax:   (212) 751-4864


Robert W. Faris
(rwf@nixonvan.com)
Joseph S. Presta
(jsp@nixonvan.com)
NIXON & VANDERHYE, P.C.
1100 North Glebe Road
8th Floor
Arlington, VA  22201
Tel.:   (703) 816-4000

Fax:   (703) 816-4100


Attorneys for Defendant Nintendo of America Inc.

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served to the following counsel of record in the manner indicated this 25th day of September, 2006:

Via ECF/Notice of Electronic Filing

Sam Baxter
McKool Smith, P.C.
505 E. Travis, Suite 105
Marshall, Texas  75670

/s/ Lawrence L. Germer