**Appendix K**  Revised: 7/1/03

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED - CLERK
U.S. DISTRICT COURT
2006 OCT -4 PM 2: 09
TX EASTERN - LUFKIN
BY _____

1. This application is being made for the following: Case # **9:06-CV-00158-RC**

Style: **Anascape, Ltd., v. Microsoft Corporation & Nintendo of America, Inc.**

2. Applicant is representing the following party/ies: **Microsoft Corporation**

3. Applicant was admitted to practice in _____ (state) on _____ (date).
   **\*\*SEE ATTACHED LIST\*\***

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. There are no pending grievances or criminal matters pending against the applicant.

7. Applicant has been admitted to practice in the following courts:
   **\*\*SEE ATTACHED LIST\*\***

8. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be observed by Attorneys."

9. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

10. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, **Derrick W. Toddy**, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

9/28/06
Date

Signature

| | |
|---|---|
| Name (please print) | Derrick W. Toddy |
| State Bar Number | CA 233174 |
| Firm Name: | Klarquist Sparkman, LLP |
| Address/P.O. Box: | 121 S.W. Salmon St., Suite 1600 |
| City/State/Zip: | Portland, Oregon 97204 |
| Telephone #: | 503-595-5300 |
| Fax #: | 503-595-5301 |
| Email: | derrick.toddy@klarquist.com |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 4th day of Oct, 2006.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

Derrick Toddy
Court Admissions

State Bar/District Courts:

Appellate Courts:                12/01/04
   Ninth Circuit

California: (Active)             12/01/04
   Supreme Court (all courts)   12/01/04
   N.D. Ca.                     12/01/04