IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | Hon. Ronald Clark |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORPORATION, and | § | JURY TRIAL DEMANDED |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT MICROSOFT CORPORATION'S**
**NOTICE OF APPEARANCE**

The following designated attorney hereby enters an appearance as additional counsel of record for Defendant Microsoft Corporation, and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendant Microsoft Corporation.

>Richard D. McLeod
>rick.mcleod@klarquist.com
>Klarquist Sparkman, LLP
>1600 World Trade Center
>121 S.W. Salmon Street
>Portland, Oregon  97204
>503-595-5300 (Telephone)
>503-595-5301 (Facsimile)

DEFENDANT MICROSOFT CORPORATION'S NOTICE OF APPEARANCE
Page 1

Respectfully submitted,

Dated: October 4, 2006	By:	/s/Richard D. Mc Leod  (with permission)
J. Thad Heartfield (Bar No. 09346800)
thad@jth-law.com
Law Offices of J. Thad Heartfield
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Facsimile: 409-866-5789

Clayton E Dark Jr. (Bar No. 05384500)
clay.dark@yahoo.com
Clayton E Dark Jr., Law Office
207 E Frank Ave # 100
Lufkin, TX 75901
Telephone:  936-637-1733

J. Christopher Carraway (admitted *pro hac vice*)
Lead Attorney
christopher.carraway@klarquist.com
Richard D. Mc Leod (Bar No. 24026836)
rick.mcleod@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

*Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 4th day of October, 2006, the foregoing pleading was electronically filed with the Court. Pursuant to Local Rule CV-5, this constitutes service on the following counsel:

**Luke Fleming McLeroy**
McKool Smith - Dallas
300 Crescent Court
Suite 1500
Dallas, TX 75201
Phone: 214-978-4235
lmcleroy@mckoolsmith.com

**Theodore Stevenson, III**
McKool Smith
300 Crescent Court
Suite 1500
Dallas, TX 75201
Phone: 214-978-4974
Fax: 214-978-4044
tstevenson@mckoolsmith.com

**Samuel Franklin Baxter**
Attorney at Law
P O Box O
Marshall, TX 75671
Phone: 903-927-2111
Fax: 903-927-2622
sbaxter@mckoolsmith.com

**Charles Ainsworth**
Parker Bunt & Ainsworth
100 E Ferguson
Suite 1114
Tyler, TX 75702
Phone: 903-531-3535
Fax: 903-533-9687
charley@pbatyler.com

**Robert Christopher Bunt**
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Phone: 903-531-3535
Fax: 903-533-9687
rcbunt@pbatyler.com

**Robert M Parker**
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Phone: 903-533-9288
Fax: 903-533-9687
rmparker@cox-internet.com

*Attorneys for Plaintiff Anascape, Ltd.*

By:   /s/Richard D. Mc Leod
CO-COUNSEL

J. Christopher Carraway (OR Bar No. 96172)
christopher.carraway@klarquist.com
Richard D. Mc Leod (Bar No. 24026836)
rick.mcleod@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301