## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| Anascape, Ltd., | |
| **Plaintiff,** | |
| v. | Civil Action No. 9:06-cv-158-RC |
| Microsoft Corp., and Nintendo of America, Inc., | JURY TRIAL REQUESTED |
| **Defendants.** | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO REPLY TO DEFENDANTS' COUNTERCLAIMS

Plaintiff Anascape, Ltd. ("Anascape") moves the Court to extend the time within which Anascape has to file a Reply to the Counterclaims filed by Defendant Nintendo of America, Inc. ("Nintendo") on September 25, 2006 and by Defendant Microsoft Corp. ("Microsoft") on September 22, 2006 from the original dates of October 16, 2006 and October 12, 2006, respectively, to November 6, 2006. Defendants Microsoft and Nintendo do not oppose this Motion.

WHEREFORE, Plaintiff Anascape, Ltd. moves the Court to extend its deadline to file a Reply to the Defendants' Counterclaims to and including November 6, 2006.

Dockets.Justia.com

DATED: October 6, 2006.

Respectfully submitted,

**McKOOL SMITH, P.C.**


/s/ Sam Baxter
Sam Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
P.O. Box O
505 E. Travis, Suite 105
Marshall, Texas 75670
Telephone: (903) 927-2111
Facsimile: (903) 927-2622


Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Luke F. McLeroy
Texas State Bar No. 24041455
lmcleroy@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044


Robert M. Parker
Texas State Bar No. 15498000
rmparker@cox-internet.com
Robert Christopher Bunt
Texas State Bar No. 00787165
cbunt@cox-internet.com
Charles Ainsworth
Texas State Bar No. 00783521
charley@pbatyler.com
Parker, Bunt & Ainsworth P.C.
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687


**ATTORNEYS FOR PLAINTIFF
ANASCAPE, LTD.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.


/s/ Luke F. McLeroy

Luke F. McLeroy