# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| Anascape, Ltd., | |
|     Plaintiff, | |
|     v. | Civil Action No. 9:06-cv-158-RC |
| Microsoft Corp., and Nintendo of America, Inc., | JURY TRIAL REQUESTED |
|     Defendants. | |

## ORDER GRANTING ANASCAPE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' COUNTERCLAIMS

Upon Consideration of Anascape, Ltd.'s Unopposed Motion for Extension of Time to Reply to Defendants' Counterclaims, it is hereby **ORDERED** that the Motion is **GRANTED**.

Accordingly, the Court extends the deadline for Anascape, Ltd. to file a Reply to the Defendants' Counterclaims to and including November 6, 2006.