**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| **ANASCAPE, LTD.** § | |
| § | |
| **PLAINTIFF,** § | |
| VS. § | **CIVIL ACTION NO. 9:06-CV-00158-RC** |
| § | |
| **MICROSOFT CORP.** AND § | **JURY TRIAL DEMANDED** |
| **NINTENDO OF AMERICA, INC.,** § | |
| § | |
| **DEFENDANTS.** § | |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Charles W. Goehringer, Jr. enters his appearance in this matter as additional counsel for Defendant, Nintendo of America, Inc., for the purpose of receiving notices from the Court.

Respectfully submitted,

GERMER GERTZ, L.L.P.


By: */s/ Charles W. Goehringer, Jr.*
    Charles W. Goehringer, Jr.
    Texas Bar No. 00793817
    P. O. Box 4915
    Beaumont, TX 77704
    (409) 654-6700
    (409) 835-2115 – facsimile
    Email: cwgoehringer@germer.com

ATTORNEYS FOR DEFENDANT,
NINTENDO OF AMERICA, INC.

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing instrument was filed electronically pursuant to Local Rule CV-5. Parties may access this filing through the Court's case management electronic filing system. Notice of this filing will be sent to all counsel of record by the Court's electronic filing system on this the 11th day of October, 2006.

      */s/ Charles W. Goehringer, Jr.*
      Charles W. Goehringer, Jr.