Anascape, Ltd v. Microsoft Corp. et al

Case 9:06-cv-00158-RHC   Document 28   Filed 10/12/2006   Page 1 of 1

Doc. 28

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-158 |
| | § | |
| MICROSOFT CORP. AND NINTENDO | § | |
| OF AMERICA, INC., | § | JUDGE RON CLARK |
| | § | |
| *Defendant*. | § | |
| | § | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Before the court is Plaintiff's Motion for an Extension of Time [Doc. 26] seeking an extension to answer, move or otherwise respond to the counterclaims filed in this case. The request is unopposed and the court will grant it. This extension of time shall not serve as a basis for an extension for any other deadline, including the trial date.

IT IS THEREFORE ORDERED that Plaintiff's Motion for an Extension of Time is **GRANTED.** Anascape, Ltd. will have until **November 6, 2006** to respond to Defendant's Counterclaims.

So **ORDERED** and **SIGNED** this **12** day of **October, 2006.**

_____
Ron Clark, United States District Judge

Dockets.Justia.com