# Exhibit A

## Xbox Controller



# Xbox Controller S

