# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| Anascape, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Microsoft Corp., and <br> Nintendo of America, Inc., <br><br> Defendants. | Civil Action No. 9:06-cv-158-RC <br><br> JURY TRIAL REQUESTED |

## UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Anascape, Ltd. ("Anascape") moves the Court for leave to file an amended complaint asserting U.S. Patent No. 6,222,525 ("the '525 patent") against Defendant Microsoft Corp. ("Microsoft") and in support thereof, states as follows:

1.  Anascape filed its Original Complaint on July 31, 2006 against Microsoft and Defendant Nintendo of America, Inc. ("Nintendo"). In its Original Complaint, Anascape alleged that Nintendo five of its patents, including the '525 patent, and that Microsoft infringed eleven of its patents, not including the '525 patent.

2.  Plaintiff seeks leave of this Court to amend its Complaint, pursuant to Fed. R. Civ. P. 15 and this Court's October 12, 2006 Order, in order to additionally assert the '525 patent against Microsoft. The proposed First Amended Complaint is attached as Exhibit 1 hereto.

3.  The Case Management Conference is scheduled for December 13, 2006 and no discovery has been propounded in this case to date. Therefore, the requested amendments will not affect discovery that will be conducted in this matter, nor delay trial of this case.

4.  Defendants Microsoft and Nintendo do not oppose this Motion.

WHEREFORE, Plaintiff Anascape, Ltd. moves the Court to grant leave to file and serve the attached and proposed First Amended Complaint, and for such other and further relief to which it may be entitled in law or in equity.

DATED:  November 21, 2006.

Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ Sam Baxter
Sam Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
P.O. Box O
505 E. Travis, Suite 105
Marshall, Texas 75670
Telephone: (903) 927-2111
Facsimile: (903) 927-2622

Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Luke F. McLeroy
Texas State Bar No. 24041455
lmcleroy@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
charley@pbatyler.com
Parker, Bunt & Ainsworth P.C.
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF ANASCAPE, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF or U.S. Mail on this 21st day of November, 2006.

                                                  /s/ Luke F. McLeroy
                                                    Luke F. McLeroy

## CERTIFICATE OF CONFERENCE

The undersigned counsel has conferred with counsel for the Defendants and has been informed that the Defendants do not oppose this Motion.

/s/ Luke F. McLeroy

Luke F. McLeroy
