IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| Anascape, Ltd., <br><br>   Plaintiff, <br><br> v. <br><br> Microsoft Corp., and <br> Nintendo of America, Inc., <br><br>   Defendants. | Civil Action No. 9:06-cv-158-RC <br><br> JURY TRIAL REQUESTED |

**ORDER GRANTING ANASCAPE'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Upon Consideration of Anascape, Ltd.'s Unopposed Motion for Leave to File an Amended Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**.

Accordingly, the Court grants Anascape, Ltd. leave to file and serve a First Amended Complaint.

So **ORDERED** and **SIGNED** this **21** day of **November, 2006.**

_____
Ron Clark, United States District Judge