# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| **ANASCAPE, LTD.,** | § | |
| Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. 9:06-CV-158 |
| **MICROSOFT CORP. and NINTENDO OF AMERICA INC.,** Defendant and | § § § § § § | JUDGE RON CLARK |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Microsoft Corp, one of the Defendants in the above styled and numbered cause of action, and makes and files this Notice of Appearance, and would show unto the Court the following:

I.

Please enter an appearance for the following:

Clayton E. Dark, Jr.
State Bar No. 05384500
P.O. Box 2207
Lufkin, Texas, 75902
Phone: (936) 637-1733
Fax: (936) 637-2897
E-mail: cekrad@yahoo.com

as co-counsel in the above-entitled action.

        Respectfully submitted,

By: /s/ Clayton E. Dark, Jr.
   Clayton E. Dark, Jr.
   State Bar No. 05384500
   Law Office of Clayton E. Dark, Jr.
   P.O. Box 2207
   Lufkin, TX 75902-2207
   Phone: (936) 637-1733
   Fax: (936) 637-2897
   E-mail: cekrad@yahoo.com

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the above and foregoing instrument was served upon all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 27th day of November, 2006.

        /s/ Clayton E. Dark, Jr.
        Clayton E. Dark, Jr.