IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | Hon. Ronald Clark |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORPORATION, and | § | JURY TRIAL DEMANDED |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Defendants Microsoft Corporation and Nintendo of America, Inc., and Plaintiff Anascape, Ltd. jointly move this Court to enter the Agreed Protective Order submitted herewith, which has been agreed to by all parties.

Respectfully submitted,

Dated:  December 4, 2006        By:     /s/ J. Christopher Carraway_____
                                        J. Christopher Carraway (admitted *pro hac vice*)
                                        Lead Attorney
                                        christopher.carraway@klarquist.com
                                        Joseph T. Jakubek (admitted *pro hac vice*)
                                        joseph.jakubek@klarquist.com
                                        Richard D. Mc Leod (Bar No. 24026836)
                                        rick.mcleod@klarquist.com
                                        Derrick W. Toddy (admitted *pro hac vice*)
                                        derrick.toddy@klarquist.com
                                        KLARQUIST SPARKMAN, LLP
                                        121 S.W. Salmon Street, Suite 1600
                                        Portland, Oregon  97204
                                        Telephone:  503-595-5300

                                        J. Thad Heartfield (Bar No. 09346800)
                                        thad@jth-law.com

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**                               Page 1

        Law Offices of J. Thad Heartfield
        2195 Dowlen Road
        Beaumont, Texas 77706
        Telephone: 409-866-3318
        Facsimile: 409-866-5789

        Clayton E Dark Jr. (Bar No. 05384500)
        clay.dark@yahoo.com
        Clayton E Dark Jr., Law Office
        207 E Frank Ave # 100
        Lufkin, TX 75901
        Telephone: 936-637-1733

        Stephen McGrath, Esq. (admitted *pro hac vice*)
        MICROSOFT CORPORATION
        One Microsoft Way, Building 8
        Redmond, Washington  98052-6399
        Telephone:  425-882-8080
        Facsimile:  425-706-7329

        *Attorneys for Defendant Microsoft Corporation*

Dated:  December 4, 2006      By:    /s/ Robert J. Gunther, Jr. (with permission by
                                                           J. Christopher Carraway)
                                                            Robert J. Gunther, Jr.
                                                            James S. Blank
                                                            LATHAM & WATKINS LLP
                                                            885 Third Avenue, Suite 1000
                                                           New York, NY  10022-4802

                                                           Robert W. Faris
                                                          Joseph S. Presta
                                                           NIXON & VANDERHYE P.C.
                                                           901 North Glebe Road, 11th Floor
                                                           Arlington, VA  22203

                                                           Lawrence L. Germer
                                                           Charles W. Goehringer , Jr
                                                           GERMER GERTZ, L.L.P.
                                                           550 Fannin, Suite 500
                                                           Beaumont, TX  777013

                                                           *Attorneys for Defendant Nintendo of America, Inc.*

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**                Page 2

|  |  |  |
|---|---|---|
| Dated:  December 4, 2006 | By: | /s/ Sam Baxter (with permission by J. Christopher Carraway) |

                                        Sam Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
P.O. Box O
505 E. Travis, Suite 105
Marshall, Texas 75670
Telephone: (903) 927-2111
Facsimile: (903) 927-2622

Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Luke F. McLeroy
Texas State Bar No. 24041455
lmcleroy@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
charley@pbatyler.com
Parker, Bunt & Ainsworth P.C.
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

*Attorneys for Plaintiff Anascape, Ltd.*

**CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 4th day of December, 2006.  Any other counsel of record will be served by first class mail.

              /s/ J. Christopher Carraway _____