# **Exhibit A**

## Xbox Controller



## Xbox Controller S

