UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED
11:45 A.M. December 13, 2006
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By Beverly Aulbaugh
DEPUTY

DIVISION  Lufkin                            DATE  December 13, 2006

DISTRICT JUDGE  Ron Clark                   TIME  9:58 am - 11:45 am

ANASCAPE, LTD.                              REPORTER  Chris Bickham

                        PLAINTIFF §
                                  §         CIVIL NO.  9:06cv158
                                  §
MICROSOFT CORP., ET AL            §
                                  §
                        DEFENDANT §

ATTORNEYS FOR PLAINTIFF   Robert Bunt, Luke McLeroy, Ted Stevenson & Brad Armstrong

ATTORNEYS FOR DEFENDANT   Christopher Carraway, Thad Heartfield, Charlie Goehringer, Larry Germer, Joseph Presta, Stephen McGrath, Bob Gunther & by telephone: Richard Medway

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:  9:58 am Court began.  Case Management Conference held before Judge Clark **in Beaumont**.  The parties stated the status of the case to the Court. The Court will schedule 2 Markman hrgs. and may schedule 2 trials at a later date on this case.  The Court will enter a scheduling order.
11:45 am Adjourned.

DAVID J. MALAND, CLERK

Beverly Aulbaugh
COURTROOM CLERK

Total Time: 1 Hrs. 47 Mins.