# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| Anascape, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Microsoft Corp., and <br> Nintendo of America, Inc., <br><br> Defendants. | Civil Action No. 9:06-cv-158-RC <br><br> JURY TRIAL REQUESTED |

## NOTICE OF APPEARANCE OF COUNSEL FOR ANASCAPE, LTD.

Please take notice that the following attorney is entering an appearance for Anascape, Ltd.: Anthony M. Garza, State Bar No. 24050644, of McKool Smith, P.C., 300 Crescent Court, Suite 1500, Dallas, Texas 75201, (214) 978-4000, and (214) 978-4044 (Facsimile). Mr. Garza is admitted to practice in the Eastern District of Texas. Sam Baxter of McKool Smith, P.C. will continue to be Lead Attorney.

DATED:  January 3, 2007.	Respectfully submitted,

        **McKOOL SMITH, P.C.**

        /s/ Anthony M. Garza
        Sam Baxter
        Lead Attorney
        Texas State Bar No. 01938000
        sbaxter@mckoolsmith.com
        P.O. Box O
        505 E. Travis, Suite 105
        Marshall, Texas 75670
        Telephone: (903) 927-2111
        Facsimile: (903) 927-2622

        Theodore Stevenson, III
        Texas State Bar No. 19196650
        tstevenson@mckoolsmith.com
        Luke F. McLeroy
        Texas State Bar No. 24041455
        lmcleroy@mckoolsmith.com
        Anthony M. Garza
        Texas State Bar No. 24050644
        agarza@mckoolsmith.com
        McKool Smith, P.C.
        300 Crescent Court, Suite 1500
        Dallas, Texas 75201
        Telephone: (214) 978-4000
        Telecopier: (214) 978-4044

        Robert M. Parker
        Texas State Bar No. 15498000
        rmparker@pbatyler.com
        Robert Christopher Bunt
        Texas State Bar No. 00787165
        rcbunt@pbatyler.com
        Charles Ainsworth
        Texas State Bar No. 00783521
        charley@pbatyler.com
        Parker, Bunt & Ainsworth P.C.
        100 E. Ferguson Street, Suite 1114
        Tyler, Texas 75702
        Telephone: (903) 531-3535
        Telecopier: (903) 533-9687

        **ATTORNEYS FOR PLAINTIFF**
        **ANASCAPE, LTD.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF or U.S. Mail on this January 3, 2007.

/s/ Anthony M. Garza