# EXHIBIT 5

DECLARATION OF J. CHRISTOPHER CARRAWAY IN SUPPORT
OF DEFENDANT MICROSOFT'S MOTION TO STAY PROCEEDINGS PENDING
COMPLETION OF THE REEXAMINATION OF THE PATENTS-IN-SUIT

**Performance and Accountability Report Fiscal Year 2005**
**Other Accompanying Information**

Table of Contents | Management | Financial | Supplementary | Auditor | IG | Other

### TABLE 13A: EX PARTE REEXAMINATION (FY 2001 - FY 2005)

| ACTIVITY | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| **Requests filed, total** | **296** | **272** | **392** | **441** | **524** |
| By patent owner | 144 | 121 | 136 | 166 | 166 |
| By third party | 150 | 140 | 239 | 268 | 358 |
| Commissioner ordered | 2 | 11 | 17 | 7 | – |
| **Determinations on requests, total** | **342** | **272** | **381** | **419** | **535** |
| Requests granted: | | | | | |
|   By examiner | 263 | 262 | 360 | 408 | 509 |
|   By petition | 2 | 1 | 1 | – | – |
| Requests denied | 77 | 9 | 20 | 11 | 26 |
| **Requests known to have related litigation** | **80** | **52** | **109** | **138** | **176** |
| **Filings by discipline, total** | **296** | **272** | **392** | **441** | **524** |
| Chemical | 90 | 87 | 124 | 130 | 138 |
| Electrical | 89 | 78 | 118 | 156 | 188 |
| Mechanical | 117 | 107 | 150 | 155 | 198 |

< Previous Page | Next Page >

*Is there a question about what the USPTO can or cannot do that you cannot find an answer for? Send questions about USPTO programs and services to the* **USPTO Contact Center (UCC).** *You can suggest USPTO webpages or material you would like featured on this section by E-mail to the* **webmaster@uspto.gov**. *While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*