# EXHIBIT 6

DECLARATION OF J. CHRISTOPHER CARRAWAY IN SUPPORT
OF DEFENDANT MICROSOFT'S MOTION TO STAY PROCEEDINGS PENDING
COMPLETION OF THE REEXAMINATION OF THE PATENTS-IN-SUIT

Dockets.Justia.com

## Performance and Accountability Report Fiscal Year 2006
### Other Accompanying Information

Table of Contents | Management | Financial | Auditor | IG | Other

| TABLE 13A: EX PARTE REEXAMINATION (FY 2002 - FY 2006) | | | | | |
|---|---|---|---|---|---|
| **ACTIVITY** | **2002** | **2003** | **2004** | **2005** | **2006** |
| **Requests filed, total** | **272** | **392** | **441** | **524** | **511** |
| By patent owner | 121 | 136 | 166 | 166 | 129 |
| By third party | 140 | 239 | 268 | 358 | 382 |
| Commissioner ordered | 11 | 17 | 7 | – | – |
| **Determinations on requests, total** [1] | **272** | **381** | **419** | **535** | **453** |
| Requests granted: | | | | | |
| By examiner | 262 | 360 | 408 | 509 | 422 |
| By petition | 1 | 1 | – | 2 | 3 |
| Requests denied | 9 | 20 | 11 | 24 | 28 |
| **Requests known to have related litigation** | **52** | **109** | **138** | **176** | **229** |
| **Filings by discipline, total** | **272** | **392** | **441** | **524** | **511** |
| Chemical | 87 | 124 | 130 | 138 | 118 |
| Electrical | 78 | 118 | 156 | 188 | 228 |
| Mechanical | 107 | 150 | 155 | 198 | 165 |

**Notes:**
1: Past years' data have been revised from prior year reports. *(back to text)*

< Previous Page | Next Page >

*Is there a question about what the USPTO can or cannot do that you cannot find an answer for? Send questions about USPTO programs and services to the* USPTO Contact Center (UCC). *You can suggest USPTO webpages or material you would like featured on this section by E-mail to the* webmaster@uspto.gov. *While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*