# EXHIBIT 7

DECLARATION OF J. CHRISTOPHER CARRAWAY IN SUPPORT
OF DEFENDANT MICROSOFT'S MOTION TO STAY PROCEEDINGS PENDING
COMPLETION OF THE REEXAMINATION OF THE PATENTS-IN-SUIT

**Performance and Accountability Report Fiscal Year 2005**
**Other Accompanying Information**

Table of Contents | Management | Financial | Supplementary | Auditor | IG | Other

### TABLE 13B: INTER PARTES REEXAMINATION (FY 2001 - FY 2005)

| ACTIVITY | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| **Requests filed, total** | 1 | 4 | 21 | 27 | 59 |
| **Determinations on requests, total** | – | 5 | 20 | 25 | 57 |
| Requests granted: | – | 5 | 18 | 25 | 54 |
|     By examiner | – | – | 18 | 25 | 54 |
|     By petition | – | – | – | – | – |
| Requests denied | – | – | 2 | – | 3 |
| **Requests known to have related litigation** | – | – | 4 | 5 | 20 |
| **Filings by discipline, total** | 1 | 4 | 21 | 27 | 59 |
|     Chemical | 1 | 2 | 3 | 6 | 17 |
|     Electrical | – | – | 7 | 7 | 20 |
|     Mechanical | – | 2 | 11 | 14 | 22 |

**< Previous Page | Next Page >**

*Is there a question about what the USPTO can or cannot do that you cannot find an answer for? Send questions about USPTO programs and services to the* **USPTO Contact Center (UCC).** *You can suggest USPTO webpages or material you would like featured on this section by E-mail to the* **webmaster@uspto.gov**. *While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*