# EXHIBIT 8

DECLARATION OF J. CHRISTOPHER CARRAWAY IN SUPPORT
OF DEFENDANT MICROSOFT'S MOTION TO STAY PROCEEDINGS PENDING
COMPLETION OF THE REEXAMINATION OF THE PATENTS-IN-SUIT

United States Patent and Trademark Office

ABOUT

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Reports > USPTO Annual Reports**

## Performance and Accountability Report Fiscal Year 2006
### Other Accompanying Information

Table of Contents | Management | Financial | Auditor | IG | Other

### TABLE 13B: INTER PARTES REEXAMINATION
### (FY 2002 - FY 2006)

| ACTIVITY | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|
| **Requests filed, total** | 4 | 21 | 27 | 59 | 70 |
| **Determinations on requests, total** | 5 | 20 | 25 | 57 | 47 |
| Requests granted: | 5 | 18 | 25 | 54 | 43 |
| By examiner | – | 18 | 25 | 54 | 43 |
| By petition | – | – | – | – | – |
| Requests denied | – | 2 | – | 3 | 4 |
| **Requests known to have related litigation** [1] | 1 | 7 | 5 | 29 | 32 |
| **Filings by discipline, total** | 4 | 21 | 27 | 59 | 70 |
| Chemical | 2 | 3 | 6 | 17 | 17 |
| Electrical | – | 7 | 7 | 20 | 27 |
| Mechanical | 2 | 11 | 14 | 22 | 26 |

**Notes:**
1: Past years' data have been revised from prior year reports. *(back to text)*

< Previous Page | Next Page >

*Is there a question about what the USPTO can or cannot do that you cannot find an answer for? Send questions about USPTO programs and services to the* **USPTO Contact Center (UCC)**. *You can suggest USPTO webpages or material you would like featured on this section by E-mail to the* **webmaster@uspto.gov**. *While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*

Case 9:06-cv-00158-RHC    Document 58    Filed 01/16/2007    Page 3 of 3