# EXHIBIT 9

DECLARATION OF J. CHRISTOPHER CARRAWAY IN SUPPORT
OF DEFENDANT MICROSOFT'S MOTION TO STAY PROCEEDINGS PENDING
COMPLETION OF THE REEXAMINATION OF THE PATENTS-IN-SUIT



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents<br>
United States Patent and Trademark Office<br>
P.O. Box 1450<br>
Alexandria, VA 22313-1450<br>
www.uspto.go

*Ex Parte* Reexamination Filing Data - June 30, 2006

1. Total requests filed since start of ex parte reexam on 07/01/81 .................................. 8084

    a. By patent owner             3313    41%
    b. By other member of public   4606    57%
    c. By order of Commissioner     165     2%

2. Number of filings by discipline

    a. Chemical Operation    2496    31%
    b. Electrical Operation  2608    32%
    c. Mechanical Operation  2980    37%

3. Annual Ex Parte Reexam Filings

| Fiscal Yr. | No.         | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|------------|-------------|------------|-----|------------|-----|------------|-----|
| 1981       | 78 (3 mos.) | 1989       | 243 | 1997       | 376 | 2005       | 524 |
| 1982       | 187         | 1990       | 297 | 1998       | 350 | 2006       | 340 |
| 1983       | 186         | 1991       | 307 | 1999       | 385 |            |     |
| 1984       | 189         | 1992       | 392 | 2000       | 318 |            |     |
| 1985       | 230         | 1993       | 359 | 2001       | 296 |            |     |
| 1986       | 232         | 1994       | 379 | 2002       | 272 |            |     |
| 1987       | 240         | 1995       | 392 | 2003       | 392 |            |     |
| 1988       | 268         | 1996       | 418 | 2004       | 441 |            |     |

4. Number known to be in litigation ............................................. 1895    23%

5. Determinations on requests ................................................... 7852

    a. No. granted ............................................................. 7160 ......... 91%

        (1) By examiner              7054
        (2) By Director (on petition) 106

    b. No. denied .............................................................. 692 ......... 9%

        (1) By examiner    657
        (2) Order vacated   35

6.  Total examiner denials (includes denials reversed by Director) .......................... 763
    a. Patent owner requester                430      56%
    b. Third party requester                 333      44%

7.  Overall reexamination pendency (Filing date to certificate issue date)
    a. Average pendency                              22.8 (mos.)
    b. Median pendency                               17.6 (mos.)

8.  Reexam certificate claim analysis:

    |   | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
    |---|---|---|---|---|
    | a. All claims confirmed | 23% | 29% | 13% | 26% |
    | b. All claims cancelled | 7% | 12% | 19% | 10% |
    | c. Claims changes | 70% | 59% | 68% | 64% |

9.  Total ex parte reexamination certificates issued (1981 - present) ...................... 5433
    a. Certificates with all claims confirmed        1410    26%
    b. Certificates with all claims canceled          554    10%
    c. Certificates with claims changes              3469    64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates _ PATENT OWNER REQUESTER ................................................... 2360
       (1) All claims confirmed                       543    23%
       (2) All claims canceled                        174     7%
       (3) Claim changes                             1643    70%

    b. Certificates _ 3rd PARTY REQUESTER .......................................................... 2934
       (1) All claims confirmed                       849    29%
       (2) All claims canceled                        353    12%
       (3) Claim changes                             1732    59%

    c. Certificates _ COMM'R INITIATED REEXAM .............................................. 139
       (1) All claims confirmed                        18    13%
       (2) All claims canceled                         27    19%
       (3) Claim changes                               94    68%