# EXHIBIT 10

DECLARATION OF J. CHRISTOPHER CARRAWAY IN SUPPORT
OF DEFENDANT MICROSOFT'S MOTION TO STAY PROCEEDINGS PENDING
COMPLETION OF THE REEXAMINATION OF THE PATENTS-IN-SUIT

Dockets.Justia.com



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

_Inter Partes_ Reexamination Filing Data  - June 30, 2006

1.    Total requests filed since start of _inter partes_ reexam on 11/29/99 ..................................... 152

2.    Number of filings by discipline

|     |                        |     |     |
| --- | ---------------------- | --- | --- |
| a.  | Chemical Operation     | 39  | 26% |
| b.  | Electrical Operation   | 48  | 31% |
| c.  | Mechanical Operation   | 65  | 43% |

3.    Annual Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
| ---------- | --- | ---------- | --- | ---------- | --- | ---------- | --- |
| 2000       | 0   | 2002       | 4   | 2004       | 27  | 2006       | 40  |
| 2001       | 1   | 2003       | 21  | 2005       | 59  |            |     |

4.    Number known to be in litigation.............................................................40...................26%

5.    Decisions on requests ........................................................................................... 145

   a.  No. granted .............................................................................136.....................93%

      (1)  By examiner                        136
      (2)  By Director (on petition)            0

   b.  No. not granted ...........................................................................9.......................7%

      (1)  By examiner            7
      (2)  Reexam vacated       2

6.    Overall reexamination pendency  (Filing date to certificate issue date)

   a.  Average pendency                                                    29.5
(mos.)
   b.  Median pendency                                                     31.2
(mos.)

7.    Total inter partes reexamination certificates issued (1999 - present).................................... 3

|     |                                            |     |      |
| --- | ------------------------------------------ | --- | ---- |
| a.  | Certificates with all claims confirmed     | 0   | 0%   |
| b.  | Certificates with all claims canceled      | 3   | 100% |
| c.  | Certificates with claims changes           | 0   | 0%   |