# EXHIBIT 15

DECLARATION OF J. CHRISTOPHER CARRAWAY IN SUPPORT
OF DEFENDANT MICROSOFT'S MOTION TO STAY PROCEEDINGS PENDING
COMPLETION OF THE REEXAMINATION OF THE PATENTS-IN-SUIT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| AMANDA MAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:03-CV-160 (DF) |
| | § | |
| WACOAL AMERICA, INC., ET. AL., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Wacoal America, Inc.'s Motion For Stay Pending Reexamination of the Patent-in-Suit by the PTO (Doc. No. 86). After considering the motion and receiving notice from Plaintiff that the motion is not opposed (Doc. No. 126), the Court finds that it is well taken. Moreover, the Court has been advised that the United States Patent & Trademark Office ("PTO") has acted upon Wacoal's Petition for *inter partes* reexamination of the '906 patent. The PTO has granted Wacoal's petition and initiated reexamination of the '906 patent in light of the prior art references Wacoal raised with the PTO. Accordingly, because the '906 patent is under reexamination with the PTO, the Court hereby GRANTS Defendant's motion to stay and ORDERS this case administratively closed. This matter will remain closed pending resolution of those matters before the PTO. The parties shall provide notice to the Court when such matters are resolved.

**SIGNED this 5th day of April, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE