# EXHIBIT 18

DECLARATION OF J. CHRISTOPHER CARRAWAY IN SUPPORT
OF DEFENDANT MICROSOFT'S MOTION TO STAY PROCEEDINGS PENDING
COMPLETION OF THE REEXAMINATION OF THE PATENTS-IN-SUIT

Dockets.Justia.com



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home** | **Patents** | **Trademarks** | **Other**

| Patent eBusiness | — ☐ | Patent Application Information Retrieval | ☐ |

**Patent eBusiness**
- ⊞ Electronic Filing
- ⊞ Patent Application Information (PAIR)
- ⊞ Patent Ownership
- ⊞ Fees
- ⊞ Supplemental Resources & Support

**Patent Information**
Patent Guidance and General Info
- ⊞ Codes, Rules & Manuals
- ⊞ Employee & Office Directories
- ⊞ Resources & Public Notices

**Patent Searches**
Patent Official Gazette
- ⊞ Search Patents & Applications
- ⊞ Search Biological Sequences
- ⊞ Copies, Products & Services

**Other**
Copyrights
Trademarks
Policy & Law
Reports

Patent Application Information Retrieval

**Select Search Method: Enter Number:**

Application Number [ ]    **SUBMIT**

ⓘ Order Certified Application As Filed
Order Certified File Wrapper
View Order List

, 95/000,065    GARMENTS AND GARMENT ACCESSORIES HAVING DISTINCT INTERCHANGEABLE STRAPS

| Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent |

### Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 95/000,065 | Customer Number: | - |
| Filing or 371 (c) Date: | 12-08-2004 | Status: | Ready for examiner action after response/comments after nonfinal |
| Application Type: | Re-Examination | Status Date: | 11-18-2005 |
| Examiner Name: | JASTRZAB, JEFFREY R | Location: ⓘ | ELECTRONIC |
| Group Art Unit: | 3993 | Location Date: | - |
| Confirmation Number: | 2820 | Earliest Publication No: | - |
| Attorney Docket Number: | 513502800130 | Earliest Publication Date: | - |
| Class / Subclass: | 002/088 | Patent Number: | - |
| First Named Inventor: | Amanda May(Owner) , San Antonio, TX | Issue Date of Patent: | - |

| Title of Invention: | GARMENTS AND GARMENT ACCESSORIES HAVING DISTINCT INTERCHANGEABLE STRAPS |
|---|---|

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail* EBC@uspto.gov *for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the* USPTO Contact Center (UCC) .
- *If you experience technical difficulties or problems with this application, please report them via e-mail to* Electronic Business Support *or call 1 800-786-9199.*

Home | Site Index | Search | eBusiness | Help | Privacy Policy



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home** | **Patents** | **Trademarks** | **Other**

Patent eBusiness — ⬜

- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

Patent Information

- Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

Patent Searches

- Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

Other

- Copyrights
- Trademarks
- Policy & Law
- Reports

Patent Application Information Retrieval — ⬜

**Select Search Method: Enter Number:**

Application Number [ ]   **SUBMIT**

ℹ️ Order Certified Application As Filed
Order Certified File Wrapper
View Order List 🛒

,95/000,065    GARMENTS AND GARMENT ACCESSORIES HAVING DISTINCT INTERCHANGEABLE STRAPS

| Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent |
|---|---|---|---|---|

### Transaction History

| Date | Transaction Description |
|---|---|
| 11-13-2006 | Certificate of Service |
| 11-13-2006 | Change in Power of Attorney (May Include Associate POA) |
| 10-19-2006 | Case Docketed to Examiner in GAU |
| 10-17-2006 | Notification of Defective Paper in a Reexam |
| 09-26-2006 | Change in Power of Attorney (May Include Associate POA) |
| 09-26-2006 | Miscellaneous Incoming Letter |
| 10-10-2006 | Reexam Litigation Search Conducted |
| 05-19-2006 | Case Docketed to Examiner in GAU |
| 11-18-2005 | Ready for Examiner Action after Nonfinal |
| 11-15-2005 | Reexam - Affidavit(s), Declaration(s) and/or Exhibit(s) Filed by Third Party Requester |
| 11-15-2005 | Reexam - Affidavit(s), Declaration(s) and/or Exhibit(s) Filed by Third Party Requester |
| 11-15-2005 | Reexam - Affidavit(s), Declaration(s) and/or Exhibit(s) Filed by Third Party Requester |
| 11-15-2005 | Third Party Requester Comments after Non-final Action |
| 11-08-2005 | Mailing of Petition Decision - Granted |
| 09-09-2005 | Response after non-final action - owner - timely |
| 09-09-2005 | Correspondence Address Change |
| 09-09-2005 | Correspondence Address Change |
| 09-09-2005 | Receipt of Petition in a Reexam |
| 08-18-2005 | Mailing of Petition Decision - Dismissed |
| 06-20-2005 | Information Disclosure Statement Filed |
| 06-20-2005 | Affidavit(s), Declaration(s) and/or Exhibit(s) Filed |
| 06-20-2005 | Affidavit(s), Declaration(s) and/or Exhibit(s) Filed |
| 06-20-2005 | Response - Not Entered |
| 06-20-2005 | Receipt of Petition in a Reexam |
| 03-15-2005 | Reexam Non-Final Action Mailed |
| 03-07-2005 | Determination -- Reexam Ordered |
| 03-04-2005 | Letter Acknowledging That an Improper Paper Has Been Returned/Destroyed |
| 01-13-2005 | Reexam Assigned to Examiner for Determination |
| 01-13-2005 | Case Docketed to Examiner in GAU |
| 12-28-2004 | Notice of assignment of reexamination request |
| 12-28-2004 | Notice of reexamination request filing date |
| 12-28-2004 | Completion of Preprocessing - Released to Assigned GAU |
| 12-28-2004 | Application Is Now Complete |
| 12-17-2004 | Title Report |
| 12-08-2004 | Reexam - Affidavit(s), Declaration(s) and/or Exhibit(s) Filed by Third Party Requester |
| 12-08-2004 | Receipt of Original Inter Partes Reexam Request |
| 01-25-2005 | Notice of Reexam Published in Official Gazette |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC) .
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

Home | Site Index | Search | eBusiness | Help | Privacy Policy