# EXHIBIT 20

DECLARATION OF J. CHRISTOPHER CARRAWAY IN SUPPORT
OF DEFENDANT MICROSOFT'S MOTION TO STAY PROCEEDINGS PENDING
COMPLETION OF THE REEXAMINATION OF THE PATENTS-IN-SUIT



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home** | **Patents** | **Trademarks** | **Other**

**Patent eBusiness**
- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

**Patent Information**
- Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

**Patent Searches**
- Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

**Other**
- Copyrights
- Trademarks
- Policy & Law
- Reports

**Patent Application Information Retrieval**

**Select Search Method: Enter Number:**

Application Number [  ]  [SUBMIT]

Order Certified Application As Filed
Order Certified File Wrapper
View Order List



95/000,173   MULTIMEDIA DIRECT ACCESS STORAGE DEVICE AND FORMATTING METHOD

Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent

**Bibliographic Data**

| | | | |
|---|---|---|---|
| Application Number: | 95/000,173 | Customer Number: | - |
| Filing or 371 (c) Date: | 08-01-2006 | Status: | Comments after non-final action - requester- timely |
| Application Type: | Re-Examination | Status Date: | 01-10-2007 |
| Examiner Name: | NGUYEN, MINH T | Location: | ELECTRONIC |
| Group Art Unit: | 3992 | Location Date: | - |
| Confirmation Number: | 5747 | Earliest Publication No: | - |
| Attorney Docket Number: | 155727-0014 | Earliest Publication Date: | - |
| Class / Subclass: | 386/125 | Patent Number: | - |
| First Named Inventor: | Echostar Technologies Corporation (Owner) , Englewood, CA (US) | Issue Date of Patent: | - |
| Title of Invention: | | MULTIMEDIA DIRECT ACCESS STORAGE DEVICE AND FORMATTING METHOD | |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC) .
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

Home | Site Index | Search | eBusiness | Help | Privacy Policy



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home** | **Patents** | **Trademarks** | **Other**

| Patent eBusiness | Patent Application Information Retrieval |
|---|---|

- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

**Select Search Method: Enter Number:**

Application Number [  ]  [SUBMIT]

ⓘ Order Certified Application As Filed
Order Certified File Wrapper
View Order List 🛒

**Patent Information**
- Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

95/000,173    MULTIMEDIA DIRECT ACCESS STORAGE DEVICE AND FORMATTING METHOD

[Application Data] [Transaction History] [Image File Wrapper] [Continuity Data] [Address & Attorney/Agent]

**Patent Searches**
- Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

**Other**
Copyrights
Trademarks
Policy & Law
Reports

### Transaction History

| Date | Transaction Description |
|---|---|
| 12-29-2006 | Certificate of Service |
| 12-29-2006 | Third Party Requester Comments after Non-final Action |
| 12-29-2006 | Information Disclosure Statement Filed |
| 11-29-2006 | Information Disclosure Statement Filed |
| 11-29-2006 | Response after non-final action - owner - timely |
| 11-28-2006 | Notice of Reexam Published in Official Gazette |
| 10-20-2006 | Extension of Time Period for Response Granted |
| 10-12-2006 | Request for Extension of Time |
| 09-29-2006 | Non-final action mailed |
| 09-29-2006 | Inter partes Reexamination Ordered |
| 09-15-2006 | Case docketed to examiner |
| 09-13-2006 | Reexam Litigation Search Conducted |
| 08-28-2006 | Certificate of Service |
| 08-28-2006 | Change in Power of Attorney (May Include Associate POA) |
| 08-31-2006 | Case Docketed to Examiner in GAU |
| 08-21-2006 | Completion of pre-processing - released to TC |
| 08-21-2006 | Title Report |
| 08-21-2006 | Notice of reexamination request filing date |
| 08-21-2006 | Notice of assignment of reexamination request |
| 08-01-2006 | Receipt of Corrected Orig Inter Partes Reexam Request |
| 07-13-2006 | Notice of Incomplete Reexam Request Received but no filing date accorded |
| 05-26-2006 | Receipt of Original Inter Partes Reexam Request |
| 08-21-2006 | Application Return from OIPE |
| 08-21-2006 | Application Is Now Complete |
| 08-21-2006 | Application Return TO OIPE |
| 08-21-2006 | Application Is Now Complete |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC) .
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

Home | Site Index | Search | eBusiness | Help | Privacy Policy