# EXHIBIT 23

DECLARATION OF J. CHRISTOPHER CARRAWAY IN SUPPORT
OF DEFENDANT MICROSOFT'S MOTION TO STAY PROCEEDINGS PENDING
COMPLETION OF THE REEXAMINATION OF THE PATENTS-IN-SUIT

Dockets.Justia.com



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home  |  Patents  |  Trademarks  |  Other**

---

| Patent eBusiness | ▬ ▭ | Patent Application Information Retrieval | ▭ |

**Patent eBusiness**
- ⊞ Electronic Filing
- ⊞ Patent Application Information (PAIR)
- ⊞ Patent Ownership
- ⊞ Fees
- ⊞ Supplemental Resources & Support

**Patent Information**
- Patent Guidance and General Info
- ⊞ Codes, Rules & Manuals
- ⊞ Employee & Office Directories
- ⊞ Resources & Public Notices

**Patent Searches**
- Patent Official Gazette
- ⊞ Search Patents & Applications
- ⊞ Search Biological Sequences
- ⊞ Copies, Products & Services

**Other**
- Copyrights
- Trademarks
- Policy & Law
- Reports

**Select Search Method: Enter Number:**

Application Number [          ]    **SUBMIT**

ⓘ Order Certified Application As Filed
Order Certified File Wrapper
View Order List 🛒

10/042,027    Variable sensor having tactile feedback in a game control

| Application Data | Transaction History | Continuity Data | Published Documents | Publication Dates | Address & Attorney/Agent |

**Bibliographic Data**

| | | | |
|---|---|---|---|
| Application Number: | 10/042,027 | Customer Number: | - |
| Filing or 371 (c) Date: | 01-07-2002 | Status: | Abandoned -- Failure to Respond to an Office Action |
| Application Type: | Utility | Status Date: | 06-10-2004 |
| Examiner Name: | ASHBURN, STEVEN L | Location: ⓘ | FILE REPOSITORY (FRANCONIA) |
| Group Art Unit: | 3714 | Location Date: | 10-25-2006 |
| Confirmation Number: | 7204 | Earliest Publication No: | US 2002-0058549 A1 |
| Attorney Docket Number: | 21.1 | Earliest Publication Date: | 05-16-2002 |
| Class / Subclass: | 463/037 | Patent Number: | - |
| First Named Inventor: | Brad Armstrong , Carson City, NV (US) | Issue Date of Patent: | - |

| | |
|---|---|
| Title of Invention: | Variable sensor having tactile feedback in a game control |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC) .*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

---

Home | Site Index | Search | eBusiness | Help | Privacy Policy



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home    |    **Patents**    |    **Trademarks**    |    Other

**Patent eBusiness**  ▬ ▫

+ Electronic Filing
+ Patent Application Information (PAIR)
+ Patent Ownership
+ Fees
+ Supplemental Resources & Support

**Patent Information**

Patent Guidance and General Info
+ Codes, Rules & Manuals
+ Employee & Office Directories
+ Resources & Public Notices

**Patent Searches**

Patent Official Gazette
+ Search Patents & Applications
+ Search Biological Sequences
+ Copies, Products & Services

**Other**

Copyrights
Trademarks
Policy & Law
Reports

Patent Application Information Retrieval                                    ▫

**Select Search Method: Enter Number:**

Application Number ▾ [        ]    **SUBMIT**

ⓘ Order Certified Application As Filed
Order Certified File Wrapper
View Order List 🛒

**10/042,027    Variable sensor having tactile feedback in a game control**    🅟

| Application Data | Transaction History | Continuity Data | Published Documents | Publication Dates | Address & Attorney/Agent |

### Transaction History

| Date | Transaction Description |
|------|------------------------|
| 06-10-2004 | Mail Abandonment for Failure to Respond to Office Action |
| 06-10-2004 | Abandonment for Failure to Respond to Office Action |
| 08-12-2003 | Mail Non-Final Rejection |
| 08-11-2003 | Non-Final Rejection |
| 06-11-2003 | Case Docketed to Examiner in GAU |
| 06-05-2003 | Date Forwarded to Examiner |
| 05-21-2003 | Response after Non-Final Action |
| 05-21-2003 | Request for Extension of Time - Granted |
| 12-04-2002 | Mail Non-Final Rejection |
| 12-02-2002 | Non-Final Rejection |
| 09-27-2002 | Date Forwarded to Examiner |
| 09-06-2002 | Response after Non-Final Action |
| 09-06-2002 | Request for Extension of Time - Granted |
| 07-30-2002 | Mail Examiner Interview Summary (PTOL - 413) |
| 07-24-2002 | Examiner Interview Summary Record (PTOL - 413) |
| 03-14-2002 | Mail Non-Final Rejection |
| 03-11-2002 | Non-Final Rejection |
| 03-11-2002 | Case Docketed to Examiner in GAU |
| 02-08-2002 | Application Dispatched from OIPE |
| 02-07-2002 | Application Is Now Complete |
| 01-28-2002 | IFW Scan & PACR Auto Security Review |
| 01-07-2002 | Initial Exam Team nn |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC) .
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

Home | Site Index | Search | eBusiness | Help | Privacy Policy