IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | Hon. Ronald Clark |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORPORATION, and | § | |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

**[PROPOSED TEXT]**

**ORDER GRANTING DEFENDANT MICROSOFT'S MOTION
TO STAY PROCEEDINGS PENDING COMPLETION
OF THE REEXAMINATION OF THE PATENTS-IN-SUIT**

This Court, having considered all papers filed in connection with Defendant Microsoft's

Motion to Stay Proceedings Pending Completion of the Reexamination of the Patents-in-Suit,

hereby GRANTS the motion and ORDERS that this case shall be stayed pending decisions by

the PTO or until further order of this Court.  The parties shall notify this Court of any significant

change in the status of the proceeding before the PTO, and of any decision by the PTO.

PROPOSED ORDER

Dockets.Justia.com