# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD., | § § § § § | |
| Plaintiff, | § | Hon. Ronald Clark |
| v. | § § § | Civil Action No.: 9:06-CV-00158-RC |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC., | § § § | |
| Defendants. | § | |

### [PROPOSED TEXT]

### ORDER GRANTING DEFENDANT NINTENDO OF AMERICA INC.'S MOTION TO STAY LITIGATION PENDING PTO REEXAMINATION OF THE ASSERTED PATENTS

This Court, having considered all papers filed in connection with Defendant Nintendo of America's Motion to Stay Litigation Pending PTO Reexamination of the Asserted Patents, hereby GRANTS the motion and ORDERS that this case shall be stayed pending decisions by the PTO or until further order of this Court.  The parties shall notify this Court of any significant change in the status of the proceeding before the PTO, and of any decision by the PTO.