IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | Hon. Ron Clark |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORPORATION, and | § | |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

# DEFENDANT MICROSOFT'S NOTICE THAT REQUESTS FOR REEXAMINATION ON ALL TWELVE PATENTS-IN-SUIT HAVE BEEN FILED IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Defendant Microsoft Corporation ("Microsoft") provides this notice to the Court and the parties that on January 31, 2007, Microsoft filed the last of the reexamination requests for all twelve patents-in-suit with the United States Patent and Trademark Office ("PTO"). These twelve requests ask the PTO to reexamine all claims that Anascape has asserted against Defendants in this litigation.

Set forth below is a chart listing the patents-in-suit, whether the request for was filed as an inter partes or ex parte proceeding, and the date the request was filed. Every patent-in-suit that was eligible for inter partes reexamination pursuant to 37 C.F.R. § 1.913 was filed as an inter partes request.

| Patent-in-Suit | Procedure | Date Filed |
|---|---|---|
| 5,999,084 | Ex Parte | 12/15/06 |
| 6,102,802 | Ex Parte | 12/13/06 |
| 6,135,886 | Ex Parte | 1/29/07 |
| 6,208,271 | Ex Parte | 1/31/07 |
| 6,222,525 | Ex Parte | 1/31/07 |
| 6,343,991 | Inter Partes | 1/29/07 |

MICROSOFT'S NOTICE OF FILING OF     - 1 -
PATENT REEXAMINATION REQUESTS

| | | |
|---|---|---|
| 6,344,791 | Inter Partes | 1/31/07 |
| 6,347,997 | Inter Partes | 1/12/07 |
| 6,351,205 | Inter Partes | 1/31/07 |
| 6,400,303 | Inter Partes | 1/31/07 |
| 6,563,415 | Inter Partes | 1/31/07 |
| 6,906,700 | Inter Partes | 1/31/07 |

Pursuant to 35 U.S.C. §§ 303 and 312, the PTO should decide whether or not to order reexamination within three months of the date of filing of the requests.

As required by PTO rules, a copy of each reexamination request was mailed to Anascape on the day it was filed with the PTO. A copy of each reexamination request was also mailed to Anascape's attorneys.

Attached as Exhibits 1-12 are the respective transmittal letters for each reexamination request. Microsoft would be happy to provide the complete reexamination requests and claim charts to the Court if it would like to see them.

Respectfully submitted,

Dated: February 2, 2006        By:   /s/ Joseph T. Jakubek _____
                                                     J. Christopher Carraway (admitted *pro hac vice*)
                                                   christopher.carraway@klarquist.com
                                                   Joseph T. Jakubek (admitted *pro hac vice*)
                                                   joseph.jakubek@klarquist.com
                                                   Richard D. Mc Leod (Bar No. 24026836)
                                                   rick.mcleod@klarquist.com
                                                   Derrick W. Toddy (admitted *pro hac vice*)
                                                   derrick.toddy@klarquist.com
                                                   KLARQUIST SPARKMAN, LLP
                                                   121 S.W. Salmon Street, Suite 1600
                                                   Portland, Oregon  97204
                                                   Telephone:  503-595-5300

                                                   J. Thad Heartfield (Bar No. 09346800)
                                                   thad@jth-law.com

Law Offices of J. Thad Heartfield
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Facsimile: 409-866-5789

Clayton E Dark Jr. (Bar No. 05384500)
clay.dark@yahoo.com
Clayton E Dark Jr., Law Office
207 E Frank Ave # 100
Lufkin, TX 75901
Telephone:  936-637-1733

Stephen McGrath, Esq. (admitted *pro hac vice*)
MICROSOFT CORPORATION
One Microsoft Way, Building 8
Redmond, Washington  98052-6399
Telephone:  425-882-8080
Facsimile:  425-706-7329

*Attorneys for Defendant Microsoft Corporation*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on the 2nd day of February, 2007, the foregoing pleading was electronically filed with the Court. Pursuant to Local Rule CV-5, this constitutes service on the following counsel:

**Luke Fleming McLeroy**
McKool Smith - Dallas
300 Crescent Court
Suite 1500
Dallas, TX 75201

By:    /s/ Joseph T. Jakubek
        Joseph T. Jakubek (admitted *pro hac vice*)
        joseph.jakubek@klarquist.com
        KLARQUIST SPARKMAN, LLP
        121 S.W. Salmon Street, Suite 1600
        Portland, Oregon 97204
        Telephone: 503-595-5300