# EXHIBIT 3

Dockets.Justia.com

PATENT

REQUEST FOR *EX PARTE* REEXAMINATION TRANSMITTAL FORM

Mail Stop: *Ex Parte* Reexam
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Attorney Docket No.: 6620-76454-04

Date: January 29, 2007

1. ☒ This is a request for *ex parte* reexamination pursuant to 37 CFR 1.510 of patent number 6,135,886 issued October 24, 2000. The request is made by a third party requester, identified herein below.

2. ☒ The name and address of the person requesting reexamination is:

    Microsoft Corporation
    One Microsoft Way
    Building 8
    Redmond, WA 98052

3. ☒ A check in the amount of $ 2,520.00 is enclosed to cover the reexamination fee, 37 CFR 1.20(c)(1).

4. ☒ The Director is hereby authorized to charge any additional fees that may be required, or credit over-payment, to Deposit Account No. 02-4550. A copy of this sheet is enclosed.

5. ☒ A copy of the patent to be reexamined having a double column format on one side of a separate paper is enclosed as Exhibit 1. 37 CFR 1.510(b)(4).

6. ☒ So far as requester can determine, there is no disclaimer, reissue, certificate of correction or reexamination certificate issued in the patent.

7. ☒ Reexamination of all claims (1-19) is requested.

8. ☒ A copy of every patent or printed publication relied upon and a copy of a certified English translation of every non-English language patent and/or printed publication is submitted herewith as Exhibits 2-8, including a listing thereof on a form having a format equivalent to Form PTO/SB/08, PTO-1449, attached as Exhibit 10.

9. ☒ The attached detailed request includes:

    A. A statement identifying each substantial new question of patentability based on prior patents and printed publications. 37 CFR 1.510(b)(1).

PATENT

        B.    An identification of every claim for which reexamination is requested, and a detailed explanation of the pertinency and manner of applying the cited art to each claim for which reexamination is requested. 37 CFR 1.510(b)(2).

10. ☒ Please return the enclosed postcard to confirm that the items listed above have been received.

11. ☒ It is certified that a copy of this request has been served in its entirety on the purported patent owner as provided in 37 CFR 1.33(c) at the last address of record owner on January 29, 2007, as shown on the assignment records of the U.S. Patent and Trademark Office:

Anascape, Ltd.
c/o Brad A. Armstrong
15487 Joseph Road
Tyler, Texas 75707

and on counsel for Anascape, Ltd. in litigation in accordance with 37 C.F.R. 1.510(b)(5):

Luke Fleming McLeroy
Theodore Stevenson, III
McKool Smith - Dallas
300 Crescent Court, Suite 1500
Dallas, TX 75201

12. ☒ Correspondence address: Direct all communications about the reexamination to:

Jared S. Goff, Esq.
Klarquist Sparkman, LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204

13. ☒ The patent is currently the subject of the following copending litigation, *Anascape, Ltd., v. Microsoft Corporation and Nintendo of America, Inc.*, U.S. District Court for the Eastern District of Texas – Lufkin Division, Case No.: 06-00158 – RC.

Respectfully submitted,

KLARQUIST SPARKMAN, LLP

One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

By /s/ Jared S. Goff
Jared S. Goff
Registration No. 44,716
For Third Party Requester Microsoft Corporation