# EXHIBIT 8

Dockets.Justia.com

PATENT

REQUEST FOR *INTER PARTES* REEXAMINATION TRANSMITTAL FORM

Mail Stop: *Inter Partes* Reexam
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Attorney Docket No.: 6620-76454-09

Date: January 12, 2007

1. ☒ This is a request for *inter partes* reexamination pursuant to 37 CFR 1.913 of patent number 6,347,997 issued February 19, 2002. The request is made by a third party requester, identified herein below.

2. ☒ The name and address for the person requesting reexamination is:

   Microsoft Corporation
   One Microsoft Way
   Building 8
   Redmond, WA 98052

3. ☒ A check in the amount of $ 8,800.00 to cover the reexamination fee, 37 CFR 1.20(c)(2).

4. ☒ The Director is hereby authorized to charge any additional fees that may be required, or credit over-payment, to Deposit Account No. 02-4550. A copy of this sheet is enclosed.

5. ☒ Please return the enclosed postcard to confirm that the items listed above have been received.

6. ☒ A copy of the patent to be reexamined having a double column format on one side of a separate paper is enclosed as Exhibit 1. 37 CFR 1.91(b)(5).

7. ☒ A copy of the terminal disclaimers are attached as Exhibit 14.

8. ☒ Reexamination of claims (32-37) is requested.

9. ☒ A copy of every patent or printed publication relied upon (and a copy of a certified English translation of every non-English language patent and/or printed publication) is submitted herewith as Exhibits 2-12, including a listing thereof on a form having a format equivalent to Form PTO/SB/08, PTO-1449, attached as Exhibit 26.

10. ☒ The attached detailed request includes:
    A. A statement identifying each substantial new question of patentability based on prior parents and printed publications. 37 CFR 1.95(b)(3).

PATENT

      B.    An identification of every claim for which reexamination is requested, and a detailed explanation of the pertinency and manner of applying the cited art to each claim for which reexamination is requested. 37 CFR 1.95(b)(1).

11. ☒ It is certified that the estoppel provisions of 37 CFR 1.907 do not prohibit this reexamination.

12. ☒ It is certified that a copy of this request has been served in its entirety on the purported patent owner as provided in 37 CFR 1.33(c) at the last address of record owner on January 12, 2007, as shown on the assignment records of the U.S. Patent and Trademark Office:

    Anascape, Ltd.
    c/o Brad A. Armstrong
    16487 Joseph Road
    Tyler, Texas 75707

    and on counsel for Anascape, Ltd. in litigation in accordance with 37 C.F.R. 1.510(b)(5):

    Luke Fleming McLeroy
    Theodore Stevenson, III
    McKool Smith - Dallas
    300 Crescent Court, Suite 1500
    Dallas, TX 75201

13. ☒ Correspondence address: Direct all communications about the application to:

    Joseph T. Jakubek, Esq.
    Klarquist Sparkman, LLP
    121 SW Salmon Street, Suite 1600
    Portland, OR 97204

14. ☒ The patent is currently the subject of the following copending litigation, *Anascape, Ltd. v. Microsoft Corporation and Nintendo of America, Inc.*, No: 9:06-CV-06-00158-RC (E.D. Tex.)

    Respectfully submitted,

    KLARQUIST SPARKMAN, LLP

One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

By _____
Joseph T. Jakubek
Registration No. 34,190