# EXHIBIT 10

PTO/SB/58 (04-05)
Approved for use through 04/30/2007. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

(Also referred to as FORM PTO-1465)

# REQUEST FOR *INTER PARTES* REEXAMINATION TRANSMITTAL FORM

Address to:
**Mail Stop *Inter Partes* Reexam**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA 22313-1450**

Attorney Docket No.: 6620-76454-11

Date: January 31, 2007

1. [X] This is a request for *inter partes* reexamination pursuant to 37 CFR 1.913 of patent number 6,400,303 issued June 4, 2002. The request is made by a third party requester, identified herein below.

2. [X] a. The name and address of the person requesting reexamination is:

    Microsoft Corporation

    One Microsoft Way, Building 8

    Redmond, WA 98052

    b. The real party in interest (37 CFR 1.915(b)(8)) is: _____

3. [X] a. A check in the amount of $ 8,800.00 is enclosed to cover the reexamination fee, 37 CFR 1.20(c)(2);

   [X] b. The Director is hereby authorized to charge the fee as set forth in 37 CFR 1.20(c)(2) to Deposit Account No. 02-4550 (submit duplicative copy for fee processing); or

   [ ] c. Payment by credit card. Form PTO-2038 is attached.

4. [X] Any refund should be made by [ ] check or [X] credit to Deposit Account No. 02-4550.
   37 CFR 1.26(c). If payment is made by credit card, refund must be made to credit card account.

5. [X] A copy of the patent to be reexamined having a double column format on one side of a separate paper is enclosed. 37 CFR 1.915(b)(5)

6. [ ] CD-ROM or CD-R in duplicate, Computer Program (Appendix) or large table
   [ ] Landscape Table on CD

7. [ ] Nucleotide and/or Amino Acid Sequence Submission
   *If applicable, items a. – c. are required.*

   a. [ ] Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i [ ] CD-ROM (2 copies) or CD-R (2 copies); **or**
      ii [ ] paper
   c. [ ] Statements verifying identity of above copies

8. [X] A copy of any disclaimer, certificate of correction or reexamination certificate issued in the patent is included.

9. [X] Reexamination of claim(s) 1-23 is requested.

10. [X] A copy of every patent or printed publication relied upon is submitted herewith including a listing thereof on Form PTO/SB/08, PTO-1449, or equivalent.

11. [X] An English language translation of all necessary and pertinent non-English language patents and/or printed publications is included.

[Page 1 of 2]

This collection of information is required by 37 CFR 1.915. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop *Inter Partes* Reexam, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/58 (04-05)
Approved for use through 04/30/2007. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

12. [X] The attached detailed request includes at least the following items:

   a. A statement identifying each substantial new question of patentability based on prior patents and printed publications. 37 CFR 1.915(b)(3)
   b. An identification of every claim for which reexamination is requested, and a detailed explanation of the pertinency and manner of applying the cited art to every claim for which reexamination is requested. 37 CFR 1.915(b)(1) and (3)

13. [ ] It is certified that the estoppel provisions of 37 CFR 1.907 do not prohibit this reexamination. 37 CFR 1.915(b)(7)

14. [X] a. It is certified that a copy of this request has been served in its entirety on the patent owner as provided in 37 CFR 1.33(c).
The name and address of the party served and the date of service are:

Anascape, Ltd c/o Brad A. Armstrong    //    Luke Fleming McLeroy

15487 Joseph Road                           Theodore Stevenson, III

Tyler, Texas 75707                          McKool Smith - Dallas

Date of Service: January 31, 2007           300 Crescent Court, Ste. 1500
                                            Dallas, Texas 75201

[ ] b. A duplicate copy is enclosed since service on patent owner was not possible.

15. Correspondence Address: Direct all communications about the application to:

[X] The address associated with Customer Number: 26119

OR

Firm or Individual Name:
Address:
City:     State:     Zip:
Country:
Telephone:     Email:

16. [X] The patent is currently the subject of the following concurrent proceeding(s):
   [ ] a. Copending reissue Application No. _____
   [X] b. Copending reexamination Control No. See Request
   [ ] c. Copending Interference No. _____
   [X] d. Copending litigation styled:

   Anascape, Ltd., v Microsoft Corporation and Nintendo of America, Inc.,

   USDC Eastern District of Texas - Lufkin Division Case No. 06-00158-RC

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

_____        January 31, 2007
Authorized Signature For Third Party Requester        Date

Rick D. Mc Leod                                  49,921
Typed/Printed Name                               Registration Number, if applicable

[Page 2 of 2]