# EXHIBIT B

## to

## Microsoft's Reply in Support of its
## Motion to Stay Litigation
## Pending Reexaminations

| Patent-in-Suit | New Art in Reexamination – Not Considered In Original Examination |
|---|---|
| 5,999,084 | - Kazuhiro Matsumoto, Japanese Laid-Open Utility Model Publication S61-103836<br>- U.S. Patent No. Re. 34,095 |
| 6,102,802 | - Hitoshi Furukawa, Japanese Patent Application Laid-Open Disclosure No. H5-87760<br>- Hitoshi Furukawa, Japanese Patent Application Laid-Open Disclosure No. H05-326217<br>- Yasushi Kawashima, Japanese Patent Application Laid-Open Disclosure No. H1-40545<br>- Shingo Yamaoka, Japanese Patent Application Laid-Open Disclosure No. H7-112073<br>- U.S. Patent No. 3,806,471<br>- U.S. Patent No. 4,489,302<br>- U.S. Patent No. 5,207,426<br>- U.S. Patent No. 5,164,697 |
| 6,135,886 | - Hitoshi Furukawa et al., Japanese Laid-Open Utility Model Application No. H06-56740<br>- Hitoshi Furukawa et al., Japanese Laid-Open Patent Application Publication No. H05-326217<br>- U.S. Patent No. 4,749,878<br>- U.S. Patent No. 4,775,574<br>- U.S. Patent No. 5,164,697<br>- U.S. Patent No. 5,557,299<br>- U.S. Patent No. 6,004,210 |
| 6,208,271 | - Hitoshi Furukawa, Japanese Patent Application Laid-Open Disclosure No. H5-87760<br>- Hitoshi Furukawa, Japanese Patent Application Laid-Open Disclosure No. H05-326217<br>- Hitoshi Furukawa, Japanese Patent Application Laid-Open Disclosure No. H06-056740<br>- Yasufumi Asano, Japanese Patent Application Laid-Open Disclosure No. H01-62627<br>- Shiro Tanami, Japanese Patent Application Laid-Open Disclosure No. H05-190051<br>- Junichi Terajima, Japanese Patent Application Laid-Open Disclosure No. H7-302159<br>- Seiichi Sakurai, Japanese Patent Application Laid-Open Disclosure |

| | |
|---|---|
| | No. H06-154422<br>• Tamotsu Yamamoto, Japanese Patent Application Laid-Open Disclosure No. H08-222070<br>• U.S. Patent No. 4,489,302<br>• U.S. Patent No. 5,164,697<br>• U.S. Patent No. 5,231,386<br>• U.S. Patent No. 5,377,173<br>• U.S. Patent No. 6,004,210 |
| 6,222,525 | • Hitoshi Furukawa *et al.*, Japanese Patent Application Laid-Open Disclosure No. H5-87760<br>• Kazuhiro Matsumoto, Japanese Laid-Open Utility Model Publication S61-103836<br>• U.S. Patent No. 4,246,452<br>• U.S. Patent No. 4,527,021<br>• U.S. Patent No. 5,164,697 |
| 6,343,991 | • Yasufumi Asano, Japanese Laid Open Patent Application No. H1-62627<br>• Yasushi Kawashima, Japanese Patent Application Laid-Open Disclosure No. H1-40545<br>• Shiro Tanami, et al, Japanese Laid Open Patent Publication No. H05-190051<br>• Hitoshi Furukawa, et al, Japanese Patent Application Laid-Open Disclosure No. H05-326217<br>• Hitoshi Furukawa, et al, Japanese Patent Application Laid-Open Model Application No. H6-56740<br>• Seiichi Sakurai, et al, Japanese Laid-Open Patent Application No. H06-154422<br>• Shingo Yamaoka, Japanese Patent Application Laid-Open Disclosure No. H7-112073<br>• Tamotsu Yamamoto, Japanese Laid Open Patent Application H08-222070<br>• U.S. Patent No. 4,314,227<br>• U.S. Patent No. 4,315,238<br>• U.S. Patent No. 4,419,653<br>• U.S. Patent No. 4,490,587<br>• U.S. Patent No. 4,604,509<br>• U.S. Patent No. 4,775,574<br>• U.S. Patent No. 5,164,697<br>• U.S. Patent No. 5,252,971<br>• U.S. Patent No. 5,296,837 |

| | |
|---|---|
| 6,344,791 | - Keith Knox, UK Published Patent Specification No. 1 412 298
- Roger Meleard et al, UK Published Patent Application No. 2 156 588 A
- Michihito Kaneko et al, Japanese Laid-Open Utility Model Publication No. S61-100844
- Kazuhiro Matsumoto et al, Japanese Laid-Open Utility Model Publication No. S61-103836
- Yoichi Kawashima, Japanese Laid-Open Utility Model Application No. H3-61304
- Shiro Tanami, Japanese Laid-Open Patent Application No. H5-304007
- Hitoshi Furukawa, et al, Japanese Patent Application Laid-Open Model Application No. H6-56740
- Shingo Yamaoka, Japanese Patent Application Laid-Open Disclosure No. H7-112073
- U.S. Patent No. 3,643,041
- U.S. Patent No. 4,604,509
- U.S. Patent No. 5,231,386
- U.S. Patent No. Re. 34,095 |
| 6,347,997 | - Kazuhiro Matsumoto, Japanese Patent Application Publication No. S61-103836
- Yasuhi Kawashima *et al.*, Japanese Patent Application Publication No. S62-82090
- Hitoshi Furukawa, Japanese Patent Application Laid-Open Disclosure No. H05-326217
- Atsunori Himoto et al., European Patent Application EP 0 835676 A1
- U.S. Patent No. 4,766,271
- U.S. Patent No. 5,164,697
- U.S. Patent No. 5,207,426
- U.S. Patent No. 5,669,818
- U.S. Patent No. Re. 34,095 |
| 6,351,205 | - Matsumoto et al., Japanese Laid Open Utility Model Application No. JP S61-103836
- Kaneko et al., Japanese Laid Open Utility Model Application No. JP S61-100844
- Knox, Great Britain Patent No. 1 412 298
- Kawashima et al., Japanese Examined Utility Model Publication H1-40545
- U.S. Patent No. 4,353,552 |

| | |
|---|---|
| 6,400,303 | - Hitoshi Furukawa, Japanese Patent Application Laid-Open Disclosure No. H5-87760<br>- Hitoshi Furukawa, Japanese Patent Application Laid-Open Disclosure No. H05-326217<br>- Hitoshi Furukawa, Japanese Patent Application Laid-Open Disclosure No. H06-056740<br>- Yasufumi Asano, Japanese Patent Application Laid-Open Disclosure No. H01-62627<br>- Shiro Tanami, Japanese Patent Application Laid-Open Disclosure No. H05-190051<br>- Junichi Terajima, Japanese Patent Application Laid-Open Disclosure No. H7-302159<br>- Seiichi Sakurai, Japanese Patent Application Laid-Open Disclosure No. H06-154422<br>- Tamotsu Yamamoto, Japanese Patent Application Laid-Open Disclosure No. H08-222070<br>- U.S. Patent No. 5,231,386<br>- U.S. Patent No. 6,004,210 |
| 6,563,415 | - Matsumoto et al., Japanese Laid Open Utility Model Application No. JP S61-103836<br>- Kaneko et al., Japanese Laid Open Utility Model Application No. JP S61-100844<br>- Knox, Great Britain Patent No. 1 412 298<br>- Furukawa et al., Japanese Laid Open Patent Application No. JP5-326217<br>- U.S. Patent No. Re. 34,095<br>- U.S. Patent No. 5,046,739 |
| 6,906,700 | - Sega Enterprises, Ltd., "Sega Saturn™ 3D Control Pad" instruction manual<br>- Teiyu Goto, *et al.*, European Patent Application EP 0 867212 A1<br>- Sony Computer Entertainment Inc., "PlayStation® Instruction Manual SCPH-7000," SONY Publication No. 3-861-343-05(1)<br>- U.S. Patent No. 6,002,594 |