# EXHIBIT C

## to

## Microsoft's Reply in Support of its
## Motion to Stay Litigation
## Pending Reexaminations

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| AMANDA MAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 5:03cv160 |
| v. | ) | |
| | ) | (Hon. David Folsom) |
| WACOAL AMERICA, INC. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT WACOAL AMERICA, INC.'S MOTION FOR**
**STAY PENDING REEXAMINATION OF THE PATENT-IN-SUIT BY THE PTO**

**Wacoal America, Inc.**

Samuel F. Baxter
Garret W. Chambers
McKOOL SMITH
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Karen L. Hagberg
Sherman Kahn
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for Defendants
Wacoal America, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| AMANDA MAY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 5:03cv160 |
| WACOAL AMERICA, INC. *et al.*, | ) ) ) | (Hon. David Folsom) |
| Defendants. | ) ) ) | |

**DEFENDANT WACOAL AMERICA, INC.'S MOTION FOR
STAY PENDING REEXAMINATION OF THE PATENT-IN-SUIT BY THE PTO**

Defendant Wacoal America, Inc. ("Wacoal") respectfully requests that the Court stay all proceedings in this action pending the resolution of a reexamination of the patent-in-suit by the United States Patent and Trademark Office ("PTO").[1]

**I. INTRODUCTION**

On December 8, 2004, Wacoal submitted the '906 patent for reexamination, which is an official administrative proceeding conducted by PTO for the purpose of determining the validity of an existing patent. One of the main purposes of the reexamination procedure is to conserve the resources of both the federal courts and the parties involved in patent litigation over patents with questionable validity.

With respect to this reexamination proceeding, Wacoal has submitted 13 pieces of prior art which it believes fully invalidate the '906 patent. If the reexamination procedure invalidates

---

[1] BareWeb, Inc., Dillard's, Inc., Federated Department Stores, The May Department Stores Company, Nordstrom, Inc., Saks Fifth Avenue Texas L.P. and Target Corporation (collectively, the "Retailer Defendants") also support this request for stay.

**DEFENDANT WACOAL AMERICA, INC.'S MOTION FOR
STAY PENDING REEXAMINATION OF THE PATENT-IN-SUIT BY THE PTO - PAGE 1**
ny-595746 v8
Dallas 183656v1

**B.  In The Alternative, The Court Should At Least Continue The Trial Date For Six Months.**

As discussed above, Plaintiff has recently added eight defendants to this lawsuit.  Not one of these defendants has made an appearance, and several of these defendants will be filing motions to dismiss.  Moreover, discovery is not complete, and the parties have neither taken depositions nor made expert disclosures.   Thus, even if the Court were to find that this case should not be stayed, the Court should at least continue the trial date for a minimum of six months in order for the parties to prepare sufficiently for trial.

## IV.  CONCLUSION

For the foregoing reasons, Defendant Wacoal respectfully requests that the Court enter an Order staying all proceedings in this action, including all claims asserted against Wacoal and the Retailer Defendants, pending the resolution of the PTO's reexamination of the '906 patent or, in the alternative, continue the trial date for at least six months.

Respectfully submitted,

**Wacoal America, Inc.**

Dated: December 16, 2004    By: /s/ Sam Baxter

    Samuel F. Baxter
    Garret W. Chambers
    McKOOL SMITH
    300 Crescent Court, Suite 1500
    Dallas, Texas 75201
    Telephone: (214) 978-4000
    Facsimile: (214) 978-4044

    Karen L. Hagberg
    Sherman Kahn
    MORRISON & FOERSTER LLP
    1290 Avenue of the Americas
    New York, NY 10104
    Telephone: (212) 468-8000
    Facsimile: (212) 468-7900

    Attorneys for Defendants
    Wacoal America, Inc.