# EXHIBIT F

## to

## Microsoft's Reply in Support of its
## Motion to Stay Litigation
## Pending Reexaminations

**Chris Carraway**

| | |
|---|---|
| **From:** | lmcleroy@McKoolSmith.com |
| Sent: | Thursday, January 25, 2007 6:15 AM |
| **To:** | lmcleroy@McKoolSmith.com; Chris Carraway; rcbunt@pbatyler.com |
| Cc: | agarza@mckoolsmith.com |
| Subject: | RE: Anascape - 30(b)(6) Deposition |

We'll be there on the 23rd.  We'll send the notice soon.

Thanks, Luke

-----Original Message-----
From: Luke McLeroy
Sent: Thursday, January 25, 2007 7:53 AM
To: 'Chris Carraway'; rcbunt@pbatyler.com
Cc: Anthony Garza
Subject: RE: Anascape - 30(b)(6) Deposition


Chris,

Thank you.  We will let you know shortly.

Luke

-----Original Message-----
From: Chris Carraway [mailto:christopher.carraway@klarquist.com]
Sent: Wednesday, January 24, 2007 9:45 PM
To: Luke McLeroy; rcbunt@pbatyler.com
Subject: Anascape - 30(b)(6) Deposition


Luke,

In response to your letter of December 29, 2006, which requested dates for a 30(b)(6) deposition of Microsoft on four topics, Microsoft can make a witness available on all four topics on February 22 or February 23.  Please let us know as soon as possible which one of those two dates works best for you so we can confirm the witness's schedule.  We will make the witness available at Klarquist Sparkman's Seattle office, located at One Union Square, 600 University Street, Suite 2950. Seattle, Washington 98101.

Regards,

Chris Carraway

1