IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., | § § § § |
| Plaintiff, | § Hon. Ronald Clark |
| v. | § Civil Action No.: 9:06-CV-00158-RC |
| MICROSOFT CORPORATION, and NINTENDO OF AMERICA INC., | § § § |
| Defendants. | § § |

**NINTENDO OF AMERICA INC.'S NOTICE THAT REQUESTS FOR REEXAMINATION OF U.S. PATENT NOS. 6,334,791, 6,351,205 AND 6,563,415 HAVE BEEN FILED IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Defendant Nintendo of America Inc. ("NOA") provides this notice to the Court and the parties that on January 31, 2007, NOA filed reexamination requests for U.S. Patent Nos. 6,334,791, 6,351,205 and 6,563,415 with the United States Patent and Trademark Office ("PTO"). These three requests ask the PTO to reexamine all claims that Anascape has asserted against Defendants in this litigation with respect to these three patents.

Set forth below is a chart listing the '791, '205 and '425 patents, as well as the fact that, pursuant to 37 C.F.R § 1.913, each request was filed as an inter partes proceeding, and the date the request was filed:

| Patent-in-Suit | Procedure | Date Filed |
|---|---|---|
| 6,334,791 | Inter Partes | 1/31/07 |
| 6,351,205 | Inter Partes | 1/31/07 |
| 6,563,415 | Inter Partes | 1/31/07 |

Pursuant to 35 U.S.C. §§ 303 and 312, the PTO should decide whether or not to order reexamination within three months of the date of filing of the requests.

NY\1240845.2

As required by PTO rules, a copy of each reexamination request was mailed to Anascape on the day it was filed with the PTO. A copy of each reexamination request was also mailed to Anascape's attorneys.

Attached as Exhibits 1-3 are the respective reexamination requests.

Dated: February 6, 2007

Respectfully submitted,

By: /s/James S. Blank
Robert J. Gunther, Jr.
(robert.gunther@lw.com)
James S. Blank
(james.blank@lw.com)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022
Tel.:  (212) 906-1200
Fax:  (212) 751-4864

Robert W. Faris
(rwf@nixonvan.com)
Joseph S. Presta
(jsp@nixonvan.com)
NIXON & VANDERHYE, P.C.
1100 North Glebe Road
8th Floor
Arlington, VA  22201
Tel.:  (703) 816-4000
Fax:  (703) 816-4100

Lawrence L. Germer
(llgermer@germer.com)
Texas Bar No. 07824000
GERMER GERTZ L.L.P.
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas  77704
Tel.:  (409) 654-6700
Fax:  (409) 835-2115

Attorneys for Defendant and Counterclaimant Nintendo of America Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel listed below via electronic mail on this 5th day of February, 2007.

Luke F. McLeroy
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4235
(214) 978-4044 (fax)
lmcleroy@mckoolsmith.com

Christopher J. Carraway
KLARQUIST SPARKMAN, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: 503-226-7391
Fax: 503-228-9446
christopher.carraway@klarquist.com

/s/ James S. Blank

James S. Blank