# Exhibit 2

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP. and <br> NINTENDO OF AMERICA INC., <br><br> Defendants. | § <br> § <br> § <br> § <br> § Hon. Ronald Clark <br> § <br> § Civil Action No.: 9:06-CV-00158-RC <br> § <br> § <br> § CONFIDENTIAL <br> § <br> § |

### DEFENDANT NINTENDO OF AMERICA INC.'S RESPONSES TO PLAINTIFF ANASCAPE, LTD.'S CORRECTED FIRST SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant Nintendo of America Inc. ("NOA"), by and through its undersigned counsel, hereby objects and responds to the Corrected First Set of Interrogatories ("the Interrogatories") of Plaintiff Anascape, Ltd. ("Anascape").

The general objections to Anascape's definitions and instructions set forth below shall be deemed incorporated into the objections and responses to each and every specific Interrogatory.

### GENERAL OBJECTIONS TO INTERROGATORIES

1. NOA objects to the Interrogatories and to the definitions and instructions set forth with the Interrogatories to the extent that they purport to create obligations that exceed the requirements of Rules 26 and 33 of the Federal Rules of Civil Procedure or the Local Rules of this Court.

**INTERROGATORY NO. 6:**

For each of the Nintendo Accused Controllers, state that the date each such product was first offered for sale, released for sale and, if no longer sold, removed from sale, and for products with multiple versions, describe the significant changes, if any, from the immediately preceding version of each such product.

**RESPONSE:**

NOA objects to this Interrogatory on the ground that it is overbroad, unduly burdensome, seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence to the extent that it requests information on activities that occurred outside of the United States. NOA further objects to this Interrogatory on the ground that it is vague and

ambiguous to the extent that it requests information on "significant changes." NOA also objects to this Interrogatory on the ground that phrase "first offered for sale" is vague and ambiguous; for purposes of responding to this Interrogatory, NOA will interpret this phrase to mean first offered for sale to consumers/end users in the United States.

Subject to and without waiver of the foregoing general and specific objections, NOA responds as follows:

| **Product** | GameCube Controller | GameCube Wavebird Wireless Controller | Wii Classic Controller | Wii Remote Controller | Wii Nunchuk Controller |
|---|---|---|---|---|---|
| **U.S. Release Date** | 11/18/01 | 6/10/02 | 11/19/06 | 11/19/06 | 11/19/06 |
| **U.S. First Offered for Sale Date** | 11/18/01 | 6/10/02 | 11/19/06 | 11/19/06 | 11/19/06 |

Dated: January 29, 2007

                        Respectfully submitted,

                        By: /s/ James S. Blank
                        Robert J. Gunther, Jr.
                        (robert.gunther@lw.com)
                        James S. Blank
                        (james.blank@lw.com)
                        **LATHAM & WATKINS LLP**
                        885 Third Avenue
                        New York, NY  10022
                        Tel.:    (212) 906-1200
                        Fax:    (212) 751-4864

                        Robert W. Faris
                        (rwf@nixonvan.com)
                        Joseph S. Presta
                        (jsp@nixonvan.com)
                        NIXON & VANDERHYE, P.C.
                        1100 North Glebe Road
                        8th Floor
                        Arlington, VA  22201
                        Tel.:    (703) 816-4000
                        Fax:    (703) 816-4100

                        Charles W. Goehringer, Jr.
                        (cwgoehringer@germer.com)
                        Lawrence L. Germer
                        (llgermer@germer.com)
                        Texas Bar No. 07824000
                        GERMER GERTZ L.L.P.
                        550 Fannin, Suite 400
                        P.O. Box 4915
                        Beaumont, Texas  77704
                        Tel.:    (409) 654-6700
                        Fax:    (409) 835-2115

                        Attorneys for Defendant and Counterclaimant
                        Nintendo of America Inc.