**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| ANASCAPE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, and NINTENDO OF AMERICA INC., <br><br> Defendants. | § § § § § § § § § § § § § <br><br> Hon. Ronald Clark <br><br> Civil Action No.: 9:06-CV-00158-RC |

## NOTICE OF CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Nintendo's Reply in Support of Its Motion to Stay Litigation Pending PTO Reexamination of the Asserted Patents (Docket Number 66 in the above-captioned matter) have been served on the counsel listed below via electronic mail on the 6th day of February, 2007:

Luke F. McLeroy, Esq.
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Tel: (214) 978-4235
Fax: (214) 978-4044
Lmcleroy@mckoolsmith.com

- and -

Christopher J. Carraway, Esq.
KLARQUIST SPARKMAN, LLP
One World Trade Center, Suite 1600

121 S.W. Salmon Street
Portland, Oregon 97204
Tel: (503) 226-7391
Fax: (503) 228-9446
Christopher.carraway@klarquist.com

Respectfully submitted,

By: /s/ James S. Blank
Robert J. Gunther, Jr.
(robert.gunther@lw.com)
James S. Blank
(james.blank@lw.com)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022
Tel.:  (212) 906-1200
Fax:  (212) 751-4864


Robert W. Faris
(rwf@nixonvan.com)
Joseph S. Presta
(jsp@nixonvan.com)
NIXON & VANDERHYE, P.C.
1100 North Glebe Road
8th Floor
Arlington, VA  22201
Tel.:  (703) 816-4000
Fax:  (703) 816-4100

Lawrence L. Germer
(llgermer@germer.com)
Texas Bar No. 07824000
GERMER GERTZ L.L.P.
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas  77704
Tel.:  (409) 654-6700
Fax:  (409) 835-2115

Attorneys for Defendant and Counterclaimant
Nintendo of America Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel listed below via electronic mail on this 7th day of February, 2007:

Luke F. McLeroy, Esq.
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Tel: (214) 978-4235
Fax: (214) 978-4044
Lmcleroy@mckoolsmith.com

Christopher J. Carraway, Esq.
KLARQUIST SPARKMAN, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Tel: (503) 226-7391
Fax: (503) 228-9446
Christopher.carraway@klarquist.com

/s/ James S. Blank
James S. Blank