# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., | § |
| Plaintiff, | § Civil Action No.: 9:06-CV-00158-RC |
| v. | § JURY TRIAL DEMANDED |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC., | § |
| Defendants. | § |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS IN ITS SUR-REPLY TO DEFENDANTS' MOTIONS TO STAY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Anascape Ltd., ("Anascape"), and files this Unopposed Motion for Leave to Exceed the Page Limits in its sur-reply to Defendants' Motions to Stay, and in support thereof would show the Court the following:

I.

Plaintiff respectfully moves the Court to allow Plaintiff up to ten (10) pages for its consolidated Sur-Reply to Microsoft's Reply and Nintendo's Reply.

II.

Plaintiff's counsel has conferred with Chris Carraway, counsel for Defendant Microsoft, and James Blank, counsel for Defendant Nintento, and they do not oppose Plaintiff's request.

WHEREFORE, Plaintiff Anascape respectfully requests that this Court grant its Motion to Exceed the Page Limits in its Sur-Reply.

NY\1208544.2

Respectfully submitted,

/s/ *Robert Christopher Bunt*
Robert Christopher Bunt
State Bar No. 00787165
Robert M. Parker
State Bar No. 15498000
Charles Ainsworth
State Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Telephone: 903-531-3535
Fax: 903-533-9687
Email: rcbunt@pbatyler.com
Email: rmparker@pbatyler.com
Email: charley@pbatyler.com

Sam Baxter – Lead Attorney
State Bar No. 01938000
McKOOL SMITH, P.C.
PO Box 0
505 E. Travis, Suite 105
Marshall, Texas 75670
Email: sbaxter@mckoolsmith.com

Theodore Stevenson, III
State Bar No. 19196650
Luke F. McLeroy
State Bar No. 24041455
McKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Email: tstevenson@mckoolsmith.com
Email: lmcleroy@mckoolsmith.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 8th day of February 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

                                             /s/ *Robert Christopher Bunt*
                                             Robert Christopher Bunt

NY\1208544.2