IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD., | § | |
| Plaintiff, | § | Civil Action No.: 9:06-CV-00158-RC |
| v. | § | JURY TRIAL DEMANDED |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC., | § | |
| Defendants. | § | |

## ORDER

ON THIS DAY came on to be heard Plaintiff's Unopposed Motion for Leave to Exceed the Page Limits for its Sur-Reply to Defendants' Motions to Stay, and the Court is of the opinion that the Motion should be GRANTED.

Accordingly, IT IS ORDERED that Plaintiff is allowed up to ten (10) pages for its consolidated Sur-Reply to Microsoft's Reply and Nintendo's Reply.

So **ORDERED** and **SIGNED** this **9**  day of **February, 2007.**

_____
Ron Clark, United States District Judge

NY\1208544.2