

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:06-CV-158 |
| | § | |
| | § | JUDGE RON CLARK |
| MICROSOFT CORP. AND | § | |
| NINTENDO OF AMERICA INC., | § | |
| | § | |
| *Defendant.* | § | |

## AMENDED SCHEDULING ORDER

(Patent Case)

### DEADLINES

May 25, 2007            Submit Technology Synopsis.


All other deadlines and requirements remain unchanged and are governed by the original

Scheduling Order [Doc. #52].


So **ORDERED** and **SIGNED** this **9**  day of **February, 2007.**


_____

Ron Clark, United States District Judge



Scheduling Order (Patent Cases) Rev. 11/17/05