IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | Hon. Ron Clark |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORPORATION, and | § | JURY TRIAL DEMANDED |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## **DEFENDANT MICROSOFT CORPORATION'S NOTICE OF DISCLOSURES**

Defendant Microsoft Corporation hereby provides notice that it has made the following disclosures on February 12, 2007:

(1)   Patent L.R. 3-3 and 3-4 Disclosures;

(2)   Initial and Mandatory Disclosures in accordance with Fed. R. Civ. P. 26 (a)(1) and Section E of the Court's Order Governing Proceedings dated October 12, 2006; and

(3)   Privilege Log of withheld documents.

Respectfully submitted,

Dated: February 13, 2007    By:    /s/ Joseph T. Jakubek
J. Christopher Carraway (admitted *pro hac vice*)
Lead Attorney
christopher.carraway@klarquist.com
Joseph T. Jakubek (admitted *pro hac vice*)
joseph.jakubek@klarquist.com
Stephen J. Joncus (admitted *pro hac vice*)
stephen.joncus@klarquist.com
Richard D. Mc Leod (Bar No. 24026836)
rick.mcleod@klarquist.com
Derrick W. Toddy (admitted *pro hac vice*)
derrick.toddy@klarquist.com

MICROSOFT'S NOTICE OF DISCLOSURES                                           Page 1

        KLARQUIST SPARKMAN, LLP
        121 S.W. Salmon Street, Suite 1600
        Portland, Oregon  97204
        Telephone:  503-595-5300

        J. Thad Heartfield (Bar No. 09346800)
        thad@jth-law.com
        Law Offices of J. Thad Heartfield
        2195 Dowlen Road
        Beaumont, Texas 77706
        Telephone: 409-866-3318
        Facsimile: 409-866-5789

        Clayton E Dark Jr. (Bar No. 05384500)
        clay.dark@yahoo.com
        Clayton E Dark Jr., Law Office
        207 E Frank Ave # 100
        Lufkin, TX 75901
        Telephone:  936-637-1733

        Stephen McGrath, Esq. (admitted *pro hac vice*)
        MICROSOFT CORPORATION
        One Microsoft Way, Building 8
        Redmond, Washington  98052-6399
        Telephone:  425-882-8080
        Facsimile:  425-706-7329

        *Attorneys for Defendant Microsoft Corporation*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 12TH day of February, 2007, the foregoing pleading was electronically filed with the Court. Pursuant to Local Rule CV-5, this constitutes service on the following counsel:

**Luke Fleming McLeroy**
McKool Smith - Dallas
300 Crescent Court
Suite 1500
Dallas, TX 75201

/s/ Joseph T. Jakubek

**CERTIFICATE OF SERVICE**