IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP. and <br> NINTENDO OF AMERICA INC., <br><br> Defendants. | § § § § § § § § § § § § § | Hon. Ronald Clark <br><br> Civil Action No.: 9:06-CV-00158-RC <br><br> JURY TRIAL DEMANDED |

## NOTICE OF INITIAL DISCLOSURE OF
## DEFENDANT, NINTENDO OF AMERICA INC.

Defendant Nintendo of America Inc. notifies the Court that it has made the following disclosures on February 13, 2007:

(1) P.R. 3-3 and 3-4 Disclosures;

(2) Initial and Mandatory Disclosures in accordance with Fed. R. Civ. P. 26 (a)(1) and Section E of the Court's Order Governing Proceedings dated October 12, 2006; and

(3) Privilege Logs of Nintendo of America Inc. and Nintendo Co., Ltd.

Respectfully submitted,

  */s/ Lawrence L. Germer*
Lawrence L. Germer
llgermer@germer.com
Texas Bar No. 07824000
GERMER GERTZ L.L.P
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas 77704
Tel.:   (409) 654-6700
Fax:   (409) 835-2115

::ODMA\PCDOCS\DOCS\526286\1

Dockets.Justia.com

Robert J. Gunther, Jr.
(robert.gunther@lw.com)
James S. Blank
(james.blank@lw.com)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022
Tel.:   (212) 906-1200
Fax:   (212) 751-4864

Robert W. Faris
(rwf@nixonvan.com)
Joseph S. Presta
(jsp@nixonvan.com)
NIXON & VANDERHYE, P.C.
1100 North Glebe Road
8th Floor
Arlington, VA  22201
Tel.:   (703) 816-4000
Fax:   (703) 816-4100

**ATTORNEYS FOR DEFENDANT,
NINTENDO OF AMERICA INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2007, a true and correct copy of the above document was filed with the Eastern District's EC/EMF system, and a copy was to be forwarded this date by the Eastern District to all known attorneys of record below.

*/s/ Lawrence L. Germer*