**Appendix K**              Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
**LUFKIN** DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # **9:06-CV-00158**
Style: **Anascape, Ltd. v. Microsoft Corp. and Nintendo of America Inc.**
2. Applicant is representing the following party/ies: **Nintendo of America Inc.**
3. Applicant was admitted to practice in **NY** (state) on **4/19/04** (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
**Southern District of New York; Eastern District of New York**
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, **Sabrina Hassan** do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date **2/14/07**     Signature _/s/ Sabrina Hassan_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Sabrina Hassan__
State Bar Number __NY4227880__
Firm Name: __Latham & Watkins LLP__
Address/P.O. Box: __885 Third Avenue, Suite 1000__
City/State/Zip: __New York, NY   10022-4802__
Telephone #: __(212) 906-2947__
Fax #: __(212) 751-4864__
E-mail Address: __sabrina.hassan@lw.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __2-20-07__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 200566

## United States District Court
for the
Eastern District of Texas at Lufkin

Date: **Tuesday, February 20, 2007**

Received from:

**Latham & Watkins LLP**
**885 Third Ave, Ste 1000**
**New York NY 10022-4802**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**
Case or other reference: **9:06cv158 Anascape v Microsoft**
Comments: **Check No. 622812 - PHV fee for Sabrina Hassan**

Received by: **Kathy Riley**