# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD., | § § § § § | |
| Plaintiff, | § | Hon. Ron Clark |
| v. | § § | Civil Action No.: 9:06-CV-00158-RC |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC., | § § § | |
| Defendants. | § § § | |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties respectfully request that the Court amend the Scheduling Order governing this action as follows: the deadline for "Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2)," currently scheduled for March 5, 2007, now shall be March 16, 2007. This change has no effect on any other deadlines. The text of a proposed Order is attached as Exhibit A.

Dated: February 27, 2007           Respectfully submitted,

By: _/s/_J. Christopher Carraway_____
  J. Christopher Carraway (*pro hac vice*)
  christopher.carraway@klarquist.com
  Joseph T. Jakubek (*pro hac vice*)
  joseph.jakubek@klarquist.com
  Richard D. Mc Leod (Bar No. 24026836)
  rick.mcleod@klarquist.com
  Derrick W. Toddy (*pro hac vice*)
  derrick.toddy@klarquist.com
  KLARQUIST SPARKMAN, LLP
  121 S.W. Salmon Street, Suite 1600

Portland, Oregon  97204

J. Thad Heartfield (Bar No. 09346800)
thad@jth-law.com
LAW OFFICES OF J. THAD HEARTFIELD
2195 Dowlen Road
Beaumont, Texas 77706

Clayton E Dark Jr. (Bar No. 05384500)
clay.dark@yahoo.com
CLAYTON E DARK JR., LAW OFFICE
207 E Frank Ave # 100
Lufkin, TX 75901

Stephen McGrath, Esq. (*pro hac vice*)
MICROSOFT CORPORATION
One Microsoft Way, Building 8
Redmond, Washington  98052-6399

*ATTORNEYS FOR DEFENDANT MICROSOFT CORP.*

| AGREED TO BY: | AGREED TO BY: |
|---|---|
| By: /s/ Luke F. McLeroy _____ | By: /s/ James S. Blank _____ |
| Sam Baxter | Robert J. Gunther, Jr. (*pro hac vice*) |
| Lead Attorney | robert.gunther@lw.com |
| Texas State Bar No. 01938000 | James S. Blank (*pro hac vice*) |
| sbaxter@mckoolsmith.com | james.blank@lw.com |
| MCKOOL SMITH, P.C. | LATHAM & WATKINS LLP |
| P.O. Box O | 885 Third Avenue, Suite 1000 |
| 505 E. Travis, Suite 105 | New York, NY  10022-4802 |
| Marshall, Texas 75670 | |
| Telephone: (903) 927-2111 | Robert W. Faris (*pro hac vice*) |
| Facsimile: (903) 927-2622 | rwf@nixonvan.com |
| | Joseph S. Presta (*pro hac vice*) |
| Theodore Stevenson, III | jsp@nixonvan.com |
| Texas State Bar No. 19196650 | NIXON & VANDERHYE P.C. |
| tstevenson@mckoolsmith.com | 901 North Glebe Road, 11th Floor |
| Luke F. McLeroy | Arlington, VA  22203 |
| Texas State Bar No. 24041455 | |
| lmcleroy@mckoolsmith.com | Lawrence L. Germer |
| MCKOOL SMITH, P.C. | llgermer@germer.com |
| 300 Crescent Court, Suite 1500 | Charles W. Goehringer, Jr. |
| Dallas, Texas 75201 | cgoehringer@germer.com |

2

| | |
|---|---|
| Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Robert M. Parker<br>Texas State Bar No. 15498000<br>rmparker@pbatyler.com<br>Robert Christopher Bunt<br>Texas State Bar No. 00787165<br>rcbunt@pbatyler.com<br>Charles Ainsworth<br>Texas State Bar No. 00783521<br>charley@pbatyler.com<br>PARKER, BUNT & AINSWORTH P.C.<br>100 E. Ferguson Street, Suite 1114<br>Tyler, Texas 75702<br>Telephone: (903) 531-3535<br>Telecopier: (903) 533-9687<br><br>*ATTORNEYS FOR PLAINTIFF<br>ANASCAPE, LTD.* | GERMER GERTZ, L.L.P.<br>550 Fannin, Suite 500<br>Beaumont, TX 77713<br><br>*ATTORNEYS FOR DEFENDANT<br>NINTENDO OF AMERICA INC.* |

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 27th day of February, 2007. Any other counsel of record will be served by first-class mail.

/s/ J. Christopher Carraway_____