**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| ANASCAPE, LTD., | § § § § § | |
| Plaintiff, | § | Hon. Ron Clark |
| v. | § § | Civil Action No.: 9:06-CV-00158-RC |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC. | § § § § | |
| Defendants. | § § | |

**AMENDED SCHEDULING ORDER**
(Patent Case)

**DEADLINES**

| | |
|---|---|
| March 16, 2007 | Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2) |

SO ORDERED**.**