IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | Hon. Ron Clark |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORPORATION, and | § | |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT MICROSOFT CORPORATION'S NOTICE OF PTO ORDER
GRANTING REQUEST FOR RE-EXAMINATION OF U.S. PATENT NO. 5,999,084**

Please take notice that on February 23, 2007, the United States Patent and Trademark Office ("PTO") ordered the re-examination of U.S. Patent No. 5,999,084. A true and correct copy of the PTO communication ordering re-examination is attached as Exhibit A. In the communication, the PTO agrees with Microsoft that all elements of the claims of the patent appear to found in the prior art references, including both prior art previously considered by the PTO as well as prior art not previously considered by the PTO. *See* Exh. A, pp. 2-10. All claims of the patent are now under re-examination. *See* Exh. A, p. 11.

Respectfully submitted,

Dated: February 27, 2007   By:   /s/ J. Christopher Carraway _____
J. Christopher Carraway (admitted *pro hac vice*)
christopher.carraway@klarquist.com
Joseph T. Jakubek (admitted *pro hac vice*)
joseph.jakubek@klarquist.com
Stephen J. Joncus (admitted *pro hac vice*)
stephen.joncus@klarquist.com
Richard D. Mc Leod (Bar No. 24026836)
rick.mcleod@klarquist.com
Derrick W. Toddy (admitted *pro hac vice*)
derrick.toddy@klarquist.com

KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300

J. Thad Heartfield (Bar No. 09346800)
thad@jth-law.com
Law Offices of J. Thad Heartfield
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Facsimile: 409-866-5789

Clayton E Dark Jr. (Bar No. 05384500)
cekrad@yahoo.com
Clayton E Dark Jr., Law Office
207 E Frank Ave # 100
Lufkin, TX 75901
Telephone:  936-637-1733

Stephen McGrath, Esq. (admitted *pro hac vice*)
MICROSOFT CORPORATION
One Microsoft Way, Building 8
Redmond, Washington  98052-6399
Telephone:  425-882-8080
Facsimile:  425-706-7329

*Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 27th day of February, 2007.  Any other counsel of record will be served by first-class mail.

/s/ J. Christopher Carraway_____

**CERTIFICATE OF SERVICE**