IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD., | § § § § § | |
| Plaintiff, | § | Hon. Ron Clark |
| v. | § § § | Civil Action No.: 9:06-CV-00158-RC |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC. | § § § | |
| Defendants. | § § § | |

**AMENDED SCHEDULING ORDER**
(Patent Case)

**DEADLINES**

March 16, 2007          Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2)

SO ORDERED.

So **ORDERED** and **SIGNED** this **28** day of **February, 2007.**

_____
Ron Clark, United States District Judge