# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| Anascape, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Microsoft Corp., and <br> Nintendo of America, Inc., <br><br> Defendants. | Civil Action No. 9:06-cv-158-RC <br><br> JURY TRIAL REQUESTED |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

In compliance with the Scheduling Order and Patent Rule 4-3, Plaintiff Anascape, Ltd. ("Anascape") and Defendants Microsoft Corp. ("Microsoft") and Nintendo of America, Inc. ("Nintendo") jointly submit this Joint Claim Construction and Prehearing Statement setting forth the parties' proposed claim constructions of the terms of (i) United States Patent No. 5,999,084 ("the '084 patent"); (ii) United States Patent No. 6,102,802 ("the '802 patent"); (iii) United States Patent No. 6,135,886 ("the '886 patent"); (iv) United States Patent No. 6,208,271 ("the '271 patent"); (v) United States Patent No. 6,222,525 (the '525 patent); (vi) United States Patent No. 6,343,991 ("the '991 patent"); (vii) United States Patent No. 6,347,997 ("the '997 patent"); (viii) United States Patent No. 6,400,303 ("the '303 patent"); and (ix) United States Patent No. 6,906,700 ("the '700 patent").

I.  **Construction of Claim Terms, Phrases, or Clauses**

   A.  **Constructions of Claim Terms, Phrases, or Clauses on Which the Parties Agree**

Anascape and Microsoft[1] agree that the following claim terms should be construed as set forth below.

   1.  **U.S. Patent No. 6,208,271**

| CLAIM TERM, PHRASE, OR CLAUSE | AGREED CONSTRUCTION |
|---|---|
| function-control signals<br>*Claim 11* | signals for instructing the [host or remote] device to perform a desired function |
| a plurality of said sensors read by said circuitry as sensors having only two readable states<br>*Claim 11* | at least two sensors are read by the circuitry only as on/off switches |

   2.  **U.S. Patent No. 6,347,997**

| CLAIM TERM, PHRASE, OR CLAUSE | AGREED CONSTRUCTION |
|---|---|
| means for providing tactile feedback to the finger<br>*Claims 32, 34, 35, 36* | *This term is governed by 35 U.S.C. § 112(6). The function is:*<br>providing tactile feedback to the finger<br>*The structure is:*<br>a dome-cap, and equivalents thereof |

   3.  **U.S. Patent No. 6,400,303**

| CLAIM TERM, PHRASE, OR CLAUSE | AGREED CONSTRUCTION |
|---|---|
| function-control signals<br>*Claim 5* | signals for instructing the [host or remote] device to perform a desired function |

---

[1] The '271, '997, and '303 patents are not asserted against Nintendo. Anascape's claims against Microsoft and Nintendo under U.S. Patent Nos. 6,344,791; 6,351,205; and 6,563,415 have been stayed pending the resolution of Microsoft's and Nintendo's reexamination requests. Anascape, Microsoft, and Nintendo are only providing proposed constructions concerning the asserted claims of the non-stayed patents.

At this time, the parties do not agree on the construction of any claim terms, phrases, or clauses of the '084, '802, '886, '525, '991, or '700 patents.

### B. Proposed Constructions of Disputed Claim Terms, Phrases, or Clauses

The proposed constructions for each of the disputed claim terms, phrases, or clauses of the patents-in-suit are attached hereto as Exhibit A. The proposed constructions for each of the disputed claim terms, phrases, or clauses of the patents-in-suit together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction of the claim or to oppose any other party's proposed construction of the claim, including, but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses are attached hereto as Exhibit B.

## II. Claim Construction Briefing and Hearing

### A. Length of Time Needed for the Hearing

The claim construction hearing is currently scheduled for August 22, 2007 (part 1) and September 19, 2007 (part 2). The parties suggest that the Court address the '084, '802, '886, '271, '991, '997, and '303 patents, which are only asserted against Microsoft, on one day of the hearing and address the '525 and '700 patents, which are asserted against both Microsoft and Nintendo, on the other day.

Anascape anticipates that the hearing will require three hours on each day. Microsoft and Nintendo anticipate that the hearing regarding the '525 and '700 patents will require four and a half hours. Microsoft anticipates that the hearing regarding the '084, '802, '886, '271, '991, '997, and '303 patents will require six hours.

## B. Number of Pages Needed to Brief the Disputed Claim Terms

The parties anticipate needing the following number of pages to brief the disputed claim terms of the '525 and '700 patents:

| BRIEF | PAGES |
|---|---|
| Opening Brief (Anascape) | 35 |
| Response Brief (Microsoft and Nintendo) | 35 apiece |
| Reply Brief (Anascape) | 20 |

Anascape anticipates needing the following number of pages to brief the disputed claim terms of the '084, '802, '886, '271, '991, '997, and '303 patents:

| BRIEF | PAGES |
|---|---|
| Opening Brief (Anascape) | 30 |
| Response Brief (Microsoft) | 30 |
| Reply Brief (Anascape) | 10 |

Microsoft anticipates needing the following number of pages to brief the disputed claim terms of the '084, '802, '886, '271, '991, '997, and '303 patents:

| BRIEF | PAGES |
|---|---|
| Opening Brief (Anascape) | 45 |
| Response Brief (Microsoft) | 45 |
| Reply Brief (Anascape) | 20 |

### C. Witnesses

#### 1. Anascape

Anascape does not propose calling any witnesses at the claim construction hearing. Anascape may offer expert testimony in support of its claim construction positions relating to (1) the background of the technology disclosed by the asserted patents, (2) the witnesses' qualifications as experts, and (3) the proper constructions of the disputed terms as set forth in Exhibit A, including the identification of the structure that corresponds to the means-plus-function elements in order to rebut any expert testimony offered by the Defendants in support of their claim construction positions.

#### 2. Microsoft

Microsoft does not propose calling any witnesses at the claim construction hearing. Microsoft may offer expert testimony in support of its claim construction positions relating to (1) the background of the subject matter disclosed by the asserted patents, (2) the witnesses' qualifications as experts, and (3) the proper constructions of the disputed terms as set forth in Exhibit A, including the identification of the structure, lack of structure and/or insufficiency of structure with respect to the means-plus-function elements, as set forth in Exhibit B.

#### 3. Nintendo

Nintendo does not propose calling any witnesses at the claim construction hearing. In view of Anascape's statement that it may offer expert testimony in rebuttal, Nintendo may offer expert testimony in support of its claim construction positions relating to (1) the background of the technology disclosed by the asserted patents, (2) the witnesses' qualifications as experts, and (3) the proper constructions of the disputed terms as set forth in Exhibit A, including the identification of the structure that corresponds to the means-plus-function elements in order to

respond to any expert testimony offered by Anascape in support of its claim construction positions.

### D.   Prehearing Conference and Other Issues

At this time, the parties have not identified any additional issues to be submitted for the Court's consideration at a prehearing conference.

| | |
|---|---|
| DATED:  March 27, 2007. | Respectfully submitted,<br><br>**McKOOL SMITH, P.C.**<br><br>/s/ Sam Baxter_____<br>Sam Baxter<br>Lead Attorney<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>P.O. Box O<br>505 E. Travis, Suite 105<br>Marshall, Texas 75670<br>Telephone: (903) 927-2111<br>Facsimile: (903) 927-2622<br><br>Theodore Stevenson, III<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>Luke F. McLeroy<br>Texas State Bar No. 24041455<br>lmcleroy@mckoolsmith.com<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Robert M. Parker<br>Texas State Bar No. 15498000<br>rmparker@pbatyler.com<br>Robert Christopher Bunt<br>Texas State Bar No. 00787165<br>rcbunt@pbatyler.com<br>Charles Ainsworth<br>Texas State Bar No. 00783521<br>charley@pbatyler.com<br>Parker, Bunt & Ainsworth P.C.<br>100 E. Ferguson Street, Suite 1114<br>Tyler, Texas 75702<br>Telephone: (903) 531-3535<br>Telecopier: (903) 533-9687<br><br>**ATTORNEYS FOR PLAINTIFF ANASCAPE, LTD.** |

DATED:  March 27, 2007.                    Respectfully submitted,

/s/ Chris Carraway (with permission by Sam Baxter)
J. Christopher Carraway (admitted *pro hac vice*)
christopher.carraway@klarquist.com
Joseph T. Jakubek (admitted *pro hac vice*)
joseph.jakubek@klarquist.com
Stephen J. Joncus (admitted *pro hac vice*)
stephen.joncus@klarquist.com
Richard D. Mc Leod (Bar No. 24026836)
rick.mcleod@klarquist.com
Derrick W. Toddy (admitted *pro hac vice*)
derrick.toddy@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300

J. Thad Heartfield (Bar No. 09346800)
thad@jth-law.com
Law Offices of J. Thad Heartfield
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Facsimile: 409-866-5789

Clayton E Dark Jr. (Bar No. 05384500)
clay.dark@yahoo.com
Clayton E Dark Jr., Law Office
207 E Frank Ave # 100
Lufkin, TX 75901
Telephone:  936-637-1733

Stephen McGrath, Esq. (admitted *pro hac vice*)
MICROSOFT CORPORATION
One Microsoft Way, Building 8
Redmond, Washington  98052-6399
Telephone:  425-882-8080
Facsimile:  425-706-7329

**ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION**

DATED: March 27, 2007

Respectfully submitted,

/s/ James S. Blank (with permission by Sam Baxter)

Robert J. Gunther, Jr.
(robert.gunther@lw.com)
James S. Blank
(james.blank@lw.com)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Tel.: (212) 906-1200
Fax: (212) 751-4864

Robert W. Faris
(rwf@nixonvan.com)
Joseph S. Presta
(jsp@nixonvan.com)
NIXON & VANDERHYE, P.C.
1100 North Glebe Road
8th Floor
Arlington, VA 22201
Tel.: (703) 816-4000
Fax: (703) 816-4100

Lawrence L. Germer
(llgermer@germer.com)
Texas Bar No. 07824000
GERMER GERTZ L.L.P.
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas 77704
Tel.: (409) 654-6700
Fax: (409) 835-2115

Attorneys for Defendant and Counterclaimant

Nintendo of America Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF or U.S. Mail on this 27th day of March, 2007.

    Luke McLeroy

Luke F. McLeroy