# EXHIBIT A

## U.S. PATENT NO. 5,999,084

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| pressure-sensitive variable-conductance analog sensor<br><br>*Claims 5-6* | *No construction is necessary.* | A pressure-sensitive variable-conductance sensor has material to contact conductive elements. This type of sensor has a conductivity that changes due to a volume effect. As pressure on the material increases the material volume decreases. This decrease in volume of the material increases the internal conductivity through the material. As a result, the conductivity through the sensor increases.<br><br>A pressure-sensitive variable-conductance sensor does not include a variable conductivity sensor utilizing a micro-protrusion surface area effect. In such a sensor, as pressure on the material increases the surface area of contact between the micro-protrusions and the conductive elements increases. As a result, the conductivity through the sensor increases. |
| pressure-sensitive analog variable-conductance sensor<br><br>*Claim 11* | *No construction is necessary.* | A pressure-sensitive variable-conductance sensor has material to contact conductive elements. This type of sensor has a conductivity that changes due to a volume effect. As pressure on the material increases the material volume decreases. This decrease in volume of the material increases the internal conductivity through the material. As a result, the conductivity through the sensor increases.<br><br>A pressure-sensitive variable-conductance sensor does not include a variable conductivity sensor utilizing a micro-protrusion surface area effect. In such a sensor, as pressure on the material increases the surface area of contact between the micro-protrusions and the conductive elements increases. As a result, the conductivity through the sensor increases. |
| pressure-sensitive variable-conductance | a conductive element that provides for variable electrical | Material that has a conductivity that changes due to a |

Dallas 235360v3

Dockets.Justia.com

# EXHIBIT A

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| material<br><br>*Claims 5-6, 11* | flow dependent upon the applied force | volume effect. As pressure on the material increases the material volume decreases. This decrease in volume of the material increases the internal conductivity through the material. As a result, the conductivity through the sensor increases.<br><br>This does not include material utilizing a micro-protrusion surface area effect. In such material, as pressure on the material increases the surface area of contact between the micro-protrusions and the conductive elements increases. As a result, the conductivity through the sensor increases. |
| snap-through<br><br>*Claims 5-6* | able to bow downward with a user discernible snap or click | As the dome cap is actuated by the user of the device, the dome cap's mechanical resistance to the actuation first increases and then decreases, which provides a change in force to the user of the device. |
| actuator<br><br>*Claims 5-6, 11* | a structure accessible for depression by a human finger or thumb | A device or part that transfers mechanical motion from one object to another. |

Dallas 235360v3

# EXHIBIT A

## U.S. PATENT NO. 6,102,802

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| pressure-sensitive variable-conductance sensor<br><br>*Claims 1-4, 16-18* | an electricity manipulating device for varying electrical output proportional to varying physical force | A pressure-sensitive variable-conductance sensor has material to contact conductive elements. This type of sensor has a conductivity that changes due to a volume effect. As pressure on the material increases the material volume decreases. This decrease in volume of the material increases the internal conductivity through the material. As a result, the conductivity through the sensor increases.<br><br>A pressure-sensitive variable-conductance sensor does not include a variable conductivity sensor utilizing a micro-protrusion surface area effect. In such a sensor, as pressure on the material increases the surface area of contact between the micro-protrusions and the conductive elements increases. As a result, the conductivity through the sensor increases. |
| pressure-sensitive variable-conductance material<br><br>pressure sensitive variable-conductance material means<br><br>*Claims 1, 7, 10* | *See* '084 patent, "pressure-sensitive variable-conductance material" above. | Material that has a conductivity that changes due to a volume effect. As pressure on the material increases the material volume decreases. This decrease in volume of the material increases the internal conductivity through the material. As a result, the conductivity through the sensor increases.<br><br>This does not include material utilizing a micro-protrusion surface area effect. In such material, as pressure on the material increases the surface area of contact between the micro-protrusions and the conductive elements increases. As a result, the conductivity through the sensor increases. |
| depressing at least one of said individual buttons with varying degrees of pressure for manipulating imagery in proportion to the degree of depressive | *No construction is necessary. However, should the Court construe this term:*<br><br>depressing at least one of the depressible individual | The button that includes a pressure-sensitive variable-conductance sensor. |

Dallas 235360v3

# EXHIBIT A

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| pressure<br><br>*Claims 12-13* | buttons with varying force in order to control or change the imagery in proportion to the force applied | |
| depressing said depressible individual button with varying degrees of pressure for varying the action intensity of the imagery proportional to the degree of depressive pressure<br><br>*Claims 14-15* | *No construction is necessary. However, should the Court construe this term:*<br><br>depressing at least one of the depressible individual buttons with varying force in order to choose the action intensity of the imagery in proportion to the force applied | The button that includes a pressure-sensitive variable-conductance sensor. |
| means for outputting a signal to an image generation machine, said signal at least representational of said analog electrical outputs<br><br>means for outputting to an image generation machine a signal at least representational of said analog electrical output<br><br>*Claims 1, 5, 9, 16* | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>outputting a signal to an image generation machine that is at least representational of the analog output<br><br>*The parties disagree with respect to the structure. Anascape contends that the structure is:*<br><br>active electronics, and equivalents thereof | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>outputting a signal to an image generation machine that is at least representational of the analog output<br><br>*The parties disagree with respect to the structure. Microsoft contends that:*<br><br>The '802 patent discloses no structure for performing this function. |
| means for creating an analog electrical output proportional to varying applied physical pressure<br><br>means for creating an analog electrical output proportional to varying physical pressure applied<br><br>*Claims 5, 7, 9, 10* | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>creating an analog output proportional to varying applied physical pressure<br><br>*The parties disagree with respect to the structure. Anascape contends that the structure is:*<br><br>a dome-cap with a convexed inner surface and conductive material able to contact circuit traces, and equivalents thereof | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>creating an analog output proportional to varying applied physical pressure<br><br>*The parties disagree with respect to the structure. Microsoft contends that:*<br><br>The '802 patent discloses no structure for performing this function. |

# EXHIBIT A

## U.S. PATENT NO. 6,135,886

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| analog sensing circuit<br><br>*Claim 7* | *No construction is necessary.* | An electrical circuit that includes a variable-conductance sensor and circuitry for reading the sensor. |
| variable-conductance sensor<br><br>*Claim 7* | an electricity manipulating device for producing a varying electrical output | A pressure-sensitive variable-conductance sensor has material to contact conductive elements.  This type of sensor has a conductivity that changes due to a volume effect.  As pressure on the material increases the material volume decreases.  This decrease in volume of the material increases the internal conductivity through the material.  As a result, the conductivity through the sensor increases.<br><br>A pressure-sensitive variable-conductance sensor does not include a variable conductivity sensor utilizing a micro-protrusion surface area effect.  In such a sensor, as pressure on the material increases the surface area of contact between the micro-protrusions and the conductive elements increases.  As a result, the conductivity through the sensor increases. |
| pressure-sensitive variable-conductance material<br><br>*Claim 7* | *See* '802 patent, "pressure-sensitive variable-conductance sensor" above. | Material that has a conductivity that changes due to a volume effect.  As pressure on the material increases the material volume decreases.  This decrease in volume of the material increases the internal conductivity through the material.  As a result, the conductivity through the sensor increases.<br><br>This does not include material utilizing a micro-protrusion surface area effect.  In such material, as pressure on the material increases the surface area of contact between the micro-protrusions and the conductive elements increases.  As a result, the |

Dallas 235360v3

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| | | conductivity through the sensor increases. |

Dallas 235360v3

# EXHIBIT A

## U.S. PATENT NO. 6,208,271

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| hand-holdable remote controller<br><br>Claims 11, 13, 16 | *No construction is necessary. However, should the Court construe the term:*<br><br>a wired or wireless device for remotely controlling a host device that can be held in a user's hands | A control device that is not physically connected to the electronic device that it controls. The control device is designed to be used by a single hand. The control device must operate televisions, cable boxes, satellite boxes, VCRs, and DVD players. |
| an electrical power source<br><br>Claim 11 | *No construction is necessary.* | A battery contained within the remote controller housing. |
| means for outputting function-control signals from said housing<br><br>Claim 11 | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). The parties disagree with respect to the function and structure. Anascape contends that the function is:*<br><br>outputting function-control signals from the housing<br><br>*Anascape contends that the structure is:*<br><br>analog-to-digital conversion circuitry and equivalents thereof | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). The parties disagree with respect to the function and structure. Microsoft contends that the function is:*<br><br>outputting function-control signals from the remote controller housing to the controlled device<br><br>*Microsoft contends that the structure is:*<br><br>An infrared or radio frequency emitter. |
| pressure sensitive variable-conductance analog sensor<br><br>Claim 11, 13 | *See* '802 patent, "pressure-sensitive variable-conductance sensor" above. | Same construction as "pressure-sensitive variable-conductance sensor" in the '802 Patent. |
| means for reading said at least three readable states and for outputting distinct function-control signals for each of at least two states of said at least three readable-states<br><br>Claim 11 | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>reading at least three readable states, and outputting different function-control signals for each of at least two of those three readable states<br><br>*The parties disagree with respect to the structure.* | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>reading at least three readable states, and outputting different function-control signals for each of at least two of those three readable states<br><br>*The parties disagree with respect to the structure.* |

# EXHIBIT A

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| | *Anascape contends that the structure is:*<br><br>analog-to-digital conversion circuitry and equivalents thereof | *Microsoft contends that the structure is:*<br><br>ADC (analog-to-digital conversion) circuitry 72, circuitry 70, powered by battery 68, and infrared or radio frequency emitter 00.<br><br>However, the identifications of ADC (analog-to-digital conversion) circuitry 72 and circuitry 70 are insufficient to satisfy 35 U.S.C. § 112, ¶ 6. |
| the user selects any of the selectable pressure levels, of a plurality of selectable pressure levels<br><br>*Claim 11* | the user can press the button surface with different amounts of force and thereby select various function-control signals | A person uses the remote controller by applying one of several selectable pressure levels. |
| pressure-sensitive variable-conductance material<br><br>*Claim 13* | *See* '084 patent, "pressure-sensitive variable-conductance material" above. | Same construction as "pressure-sensitive variable-conductance material" in the '802 Patent. |
| means for reading said at least nine readable states<br><br>*Claim 16* | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>reading at least nine readable states<br><br>*The parties disagree with respect to the structure. Anascape contends that the structure is:*<br><br>analog-to-digital conversion circuitry and equivalents thereof | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>reading at least nine readable states<br><br>*The parties disagree with respect to the structure. Microsoft contends that the structure is:*<br><br>ADC (analog-to-digital conversion) circuitry 72.<br><br>However, the identification of ADC (analog-to-digital conversion) circuitry 72 is insufficient to satisfy 35 U.S.C. § 112, ¶ 6. |

Dallas 235360v3

# EXHIBIT A

## U.S. PATENT NO. 6,343,991

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| pressure-sensitive buttons<br><br>*Claims 1, 6* | a depressible surface associated with an electricity manipulating device for varying electrical output proportional to varying physical force | A pressure-sensitive button includes a pressure-sensitive variable-conductance sensor. |
| pressure-sensitive variable-conductance of one of said buttons<br><br>*Claims 11* | variable electrical flow produced by a button associated with an electricity manipulating device for varying electrical output proportional to varying physical force | The conductivity of a pressure-sensitive variable-conductance sensor. |
| pressure-sensitive variable depression<br><br>*Claims 12* | variable depressive force of a button associated with an electricity manipulating device for varying electrical output proportional to varying physical force | Pressure applied by a finger to a pressure-sensitive variable-conductance sensor. |
| pressure-sensitive variable-conductance material<br><br>*Claims 12, 29, 31, 50* | *See* '084 patent, "pressure-sensitive variable-conductance material" above. | Material that has a conductivity that changes due to a volume effect. As pressure on the material increases the material volume decreases. This decrease in volume of the material increases the internal conductivity through the material. As a result, the conductivity through the sensor increases.<br><br>This does not include material utilizing a micro-protrusion surface area effect. In such material, as pressure on the material increases the surface area of contact between the micro-protrusions and the conductive elements increases. As a result, the conductivity through the sensor increases. |
| pressure-sensitive variable-conductance sensor<br><br>pressure-sensitive analog sensor<br><br>pressure-sensitive variable-conductance analog sensors<br><br>*Claims 23, 29, 32, 33, 35, 40, 41, 42,* | *See* '802 patent, "pressure-sensitive variable-conductance sensor" above. | A pressure-sensitive variable-conductance sensor has material to contact conductive elements. This type of sensor has a conductivity that changes due to a volume effect. As pressure on the material increases the material volume decreases. This decrease in volume of the material increases the internal conductivity through the material. As a result, the conductivity through the sensor |

Dallas 235360v3

# EXHIBIT A

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| *43, 44, 66, 67, 68, 69, 70, 71, 72* | | increases.<br><br>A pressure-sensitive variable-conductance sensor does not include a variable conductivity sensor utilizing a micro-protrusion surface area effect.  In such a sensor, as pressure on the material increases the surface area of contact between the micro-protrusions and the conductive elements increases.  As a result, the conductivity through the sensor increases. |
| means for creating an analog signal representing varying applied physical pressure<br><br>*Claim 23* | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6).  Anascape and Microsoft also agree that the function is:*<br><br>creating an analog signal representing varying applied physical pressure<br><br>*The parties disagree with respect to the structure. Anascape contends that the structure is:*<br><br>a dome-cap with a convexed inner surface and conductive material able to contact circuit traces and equivalents thereof | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6).  Anascape and Microsoft also agree that the function is:*<br><br>creating an analog signal representing varying applied physical pressure<br><br>*The parties disagree with respect to the structure. Microsoft contends that:*<br><br>The '991 patent discloses no structure for performing this function. |
| means for creating an on/off signal<br><br>*Claim 23, 24* | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6).  Anascape and Microsoft also agree that the function is:*<br><br>creating an on/off signal<br><br>*The parties disagree with respect to the structure. Anascape contends that the structure is:*<br><br>on/off switch and equivalents thereof | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6).  Anascape and Microsoft also agree that the function is:*<br><br>creating an on/off signal<br><br>*The parties disagree with respect to the structure. Microsoft contends that:*<br><br>The '991 patent discloses no structure for performing this function. |
| electronics means for at least reading the signals of said electricity manipulating devices | *This claim term is not governed by 35 U.S.C. §112(6) and no construction is necessary.  However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:* | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function:  at least reading the signals of said electricity manipulating devices |

Dallas 235360v3

# EXHIBIT A

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| *Claim 23* | active electronics and equivalents thereof | Structure: The '991 patent discloses no structure for performing this function. |
| electronics means further for reading said at least one of said electricity manipulating devices including means for creating an On/Off signal, exclusively as an On/Off switch<br><br>*Claim 24* | *This claim term is not governed by 35 U.S.C. §112(6) and should be construed as:*<br><br>At least one of the electricity manipulating device includes means for creating an on/off signal. The electronics also reads this electricity manipulating device exclusively as an on/off switch<br><br>*However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:*<br><br>active electronics and equivalents thereof | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: reading said at least one of said electricity manipulating devices including means for creating an On/Off signal, exclusively as an On/Off switch<br><br>Structure: The '991 patent discloses no structure for performing this function. |
| electronics means is further for reading at least one of said electricity manipulating devices exclusively as an On/Off switch<br><br>*Claim 28* | *This claim term is not governed by 35 U.S.C. §112(6) and no construction is necessary. However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:*<br><br>active electronics and equivalents thereof | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: reading at least one of said electricity manipulating devices exclusively as an On/Off switch<br><br>Structure: The '991 patent discloses no structure for performing this function. |
| electronics means also is for outputting to a game console information representing the signals<br><br>*Claim 30* | *This claim term is not governed by 35 U.S.C. §112(6) and no construction is necessary. However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:*<br><br>active electronics and equivalents thereof | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: outputting to a game console information representing the signals<br><br>Structure: The '991 patent discloses no structure for performing this function. |
| conductive material<br><br>*Claim 34, 35, 47, 48, 50* | *No construction is necessary. However, should the Court construe this term:*<br><br>material that conducts electricity | Pressure-sensitive variable-conductance material |
| active electronic means for interpreting the analog output of said pressure-sensitive variable-conductance sensor | *This claim term is not governed by 35 U.S.C. §112(6) and no construction is necessary. However, should the Court decide that this term is governed by 35 U.S.C. §* | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: interpreting the analog output of said |

# EXHIBIT A

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| *Claim 35* | 112(6), the structure is: <br><br> active electronics and equivalents thereof | pressure-sensitive variable-conductance sensor <br><br> Structure: The '991 patent discloses no structure for performing this function. |
| means for creating an On/Off output, and with varied pressure creating an analog output <br><br> *Claim 40* | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:* <br><br> creating an On/Off output, and with varied pressure creating an analog output <br><br> *The parties disagree with respect to the structure. Anascape contends that the structure is:* <br><br> a dome-cap with a convexed inner surface and conductive material able to contact circuit traces and equivalents thereof | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:* <br><br> creating an On/Off output, and with varied pressure creating an analog output <br><br> *The parties disagree with respect to the structure. Microsoft contends that:* <br><br> The '991 patent discloses no structure for performing this function. |
| active electronics means for at least interpreting the outputs of said pressure-sensitive variable-conductance sensor <br><br> *Claim 40* | *This claim term is not governed by 35 U.S.C. §112(6) and no construction is necessary. However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:* <br><br> active electronics and equivalents thereof | This claim term is governed by 35 U.S.C. § 112, ¶ 6. <br><br> Function: at least interpreting the outputs of said pressure-sensitive variable-conductance sensor <br><br> Structure: The '991 patent discloses no structure for performing this function. |
| flexible material <br><br> *Claim 41* | *No construction is necessary. However, should the Court construe this term:* <br><br> material that deforms when pressure is applied | Pressure-sensitive variable-conductance material |
| sheet <br><br> *Claim 44, 46, 47* | *No construction is necessary. However, should the Court construe this term:* <br><br> thin flat piece of material | Limited to circular disks of material adhered to a single dome cap or on top of a single circuit trace. |
| means for reading a signal from said analog sensor | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:* | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:* |

Dallas 235360v3

# EXHIBIT A

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| *Claim 44* | reading a signal from the analog sensor<br><br>*The parties disagree with respect to the structure. Anascape contends that the structure is:*<br><br>active electronics and equivalents thereof | reading a signal from the analog sensor<br><br>*The parties disagree with respect to the structure. Microsoft contends that the structure is:*<br><br>The '991 patent discloses no structure for performing this function. |
| means for outputting information representing said signal<br><br>*Claim 44, 51* | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>outputting information representing the signal<br><br>*The parties disagree with respect to the structure. Anascape contends that the structure is:*<br><br>active electronics and equivalents thereof | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>outputting information representing the signal<br><br>*The parties disagree with respect to the structure. Microsoft contends that the structure is:*<br><br>The '991 patent discloses no structure for performing this function. |
| depressible for creating analog output proportional to varying physical pressure<br><br>*Claim 66* | *No construction is necessary. However, should the Court construe this term:*<br><br>can be depressed to create an analog electrical output dependent on the applied force | Applying pressure onto pressure-sensitive variable-conductance material |
| said surface with an apex is flexible, deforming with additional physical pressure to flatten and cause additional surface area contact to provide changes in electrical conductivity in said sensor<br><br>*Claim 66* | *No construction is necessary. However, should the Court construe this term:*<br><br>the surface has an apex that flattens with additional force to increase the amount of surface area contact and, thereby, vary the electrical flow in the sensor | The surface with an apex is formed of pressure-sensitive variable-conductance material. |
| active electronics means for interpreting the electrical conductivity of said sensor<br><br>*Claim 66* | *This claim term is not governed by 35 U.S.C. §112(6) and no construction is necessary. However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:*<br><br>active electronics and equivalents thereof | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: interpreting the electrical conductivity of said sensor<br><br>Structure: The '991 patent discloses no structure for |

**EXHIBIT A**

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
|  |  | performing this function. |

# EXHIBIT A

## U.S. PATENT NO. 6,347,997

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| device for controlling imagery<br><br>*Claims 32* | *No construction is necessary.* | A device having an electronic visual display in or on the housing. The device controls images shown on the display. |
| pressure-sensitive variable-conductance analog sensor<br><br>*Claims 32* | *See* '802 patent, "pressure-sensitive variable-conductance sensor" above. | Same construction as "pressure-sensitive variable-conductance sensor" in the '802 Patent. |
| tactile feedback<br><br>*Claims 32, 34, 35, 36* | a snap, click, or vibration perceptible by the user | A force provided to the user by the device. |
| causing representative varying of imagery<br><br>*Claims 32* | causing imagery to vary according to the applied force | Based on the varied output of the analog sensor, images are varied on the display that is located in or on the device. |
| means for active tactile feedback<br><br>*Claim 34* | *This claim term is not governed by 35 U.S.C. §112(6) and should be construed as:*<br><br>a motor and offset weight<br><br>*However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:*<br><br>a motor and offset weight and equivalents thereof | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: Providing electro-mechanically created vibration to the user.<br><br>Structure: The '997 patent discloses no structure for performing this function. |
| wherein said means for providing tactile feedback also comprises active tactile feedback<br><br>*Claim 36* | *This claim term is not governed by 35 U.S.C. §112(6) and should be construed as:*<br><br>wherein the means for providing tactile feedback also comprises a motor and offset weight<br><br>*However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:* | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: Providing electro-mechanically created vibration to the user.<br><br>Structure: The '997 patent discloses no structure for performing this function. |

Dallas 235360v3

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| | a dome-cap and a motor and offset weight and equivalents thereof | |
| break-over threshold tactile feedback<br>*Claim 35* | a user discernible snap or click created when the dome-cap bows downward | As the dome cap is actuated by the user of the device, the dome cap's mechanical resistance to the actuation first increases and then decreases, which provides a change in force to the user. |

# EXHIBIT A

## U.S. PATENT NO. 6,400,303

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| hand-holdable remote controller<br><br>hand-held controller<br><br>*Claims 5, 6, 18, 19* | *No construction is necessary. However, should the Court construe the term:*<br><br>a wired or wireless device for remotely controlling a host device that can be held in a user's hands | A control device that is not physically connected to the electronic device that it controls. The control device is designed to be used by a single hand. The control device must operate televisions, cable boxes, satellite boxes, VCRs, and DVD players. |
| operatively associated with an electronic remote device positioned remotely<br><br>*Claims 5, 6* | *No construction is necessary. However, should the Court construe the term:*<br><br>able to control a host device located apart from remote controller | Having no physical connection between the remote controller and the electronic device it controls. |
| a pressure-sensitive variable-conductance structural arrangement<br><br>pressure-sensitive variable-conductance structure<br><br>*Claim 5, 18* | *See* '802 patent, "pressure-sensitive variable-conductance sensor" above. | Same construction as "pressure-sensitive variable-conductance sensor" in the '802 Patent. |
| means for differentiating between said at least three readable states of said pressure-sensitive variable-conductance structural arrangement and for communicating to said remote device distinct function-control signals for each of said at least two of said states<br><br>*Claim 5* | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>differentiating between at least three readable states provided by the pressure-sensitive variable-conductance structural arrangement, and communicating to the remote device different function-control signals for each of at least two of those readable states<br><br>*The parties disagree with respect to the structure. Anascape contends that the structure is:*<br><br>analog-to-digital conversion circuitry and equivalents thereof | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>differentiating between at least three readable states provided by the pressure-sensitive variable-conductance structural arrangement, and communicating to the remote device different function-control signals for each of at least two of those readable states<br><br>*The parties disagree with respect to the structure. Microsoft contends that the structure is:*<br><br>ADC (analog-to-digital conversion) circuitry 72, circuitry 70, powered by battery 68, and infrared or radio |

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| | | frequency emitter 00. However, the identifications of ADC (analog-to-digital conversion) circuitry 72 and circuitry 70 are insufficient to satisfy 35 U.S.C. § 112, ¶ 6. |
| means for reading an immediate value of said at least three readable analog values of said pressure-sensitive variable-conductance structure, and for outputting from said controller, data representative of the immediate value as a signal useful for effecting an associated television *Claim 18* | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:* reading an immediate value of at least three readable analog values of the pressure-sensitive variable-conductance structure, and outputting from the handheld controller a function control signal that is useful for effecting an associated television *The parties disagree with respect to the structure. Anascape contends that the structure is:* analog-to-digital conversion circuitry and equivalents thereof | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:* reading an immediate value of at least three readable analog values of the pressure-sensitive variable-conductance structure, and outputting from the handheld controller a function control signal that is useful for effecting an associated television *The parties disagree with respect to the structure. Microsoft contends that the structure is:* ADC (analog-to-digital conversion) circuitry 72, circuitry 70, powered by battery 68, and infrared or radio frequency emitter 00. However, the identifications of ADC (analog-to-digital conversion) circuitry 72 and circuitry 70 are insufficient to satisfy 35 U.S.C. § 112, ¶ 6. |
| user discernable tactile feedback *Claim 19* | a snap, click, or vibration perceptible by the user | This claim term is indefinite under 35 U.S.C. § 112, ¶ 1. |

# EXHIBIT A

## U.S. PATENT NO. 6,222,525

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION | NINTENDO'S PROPOSED CONSTRUCTION |
|---|---|---|---|
| image controller<br><br>Claims 1, 5-6, 12-20 | *No construction is necessary. However, should the Court construe this term:*<br><br>an input device interfacing between human hands and a graphic image display such as a computer, television, or television based electronic game | A controller having a hand operable, single input member that is movable along and rotatable about three mutually perpendicular axes in six degrees of freedom ("6 DOF") relative to a reference member of the controller. | An input device for controlling image generation which includes a hand operable, single input member that is movable along and/or rotatable about three mutually perpendicular axes in six degrees of freedom ("6DOF") relative to a reference member of the controller. |
| input member moveable on at least two axes<br><br>Claims 1, 5, 12 | a trackball or a joystick moveable on at least two axes | **input member**: A six degree of freedom ("6 DOF") hand operable, single input member.<br><br>**mov[e]able on at least two axes**: Capable of linear (as opposed to rotational) movement along at least two axes relative to a reference member of the controller. | **input member:** a hand operable, single trackball or handle fit to be manipulated by a human hand in 6DOF<br><br>**movable on at least two axes:** capable of linear movement along at least two axes relative to a reference member of the controller |
| at least one sheet<br><br>Claims 1, 5, 12, 19 | one or more circuit boards, flexible membrane sheets, or rigid membrane support structures connected together | The at least one sheet is the flexible membrane sheet (see "flexible membrane sheet," below). The electrically conductive circuit traces on the flexible membrane sheet contact the sensors of both the six degree of freedom ("6 DOF") hand operable, single input member and the buttons. | at least one flexible membrane sheet |
| flexible membrane sheet<br><br>Claims 1, 5, 12, 19 | a flexible sheet that includes sensors and/or circuitry | A flexible sheet which includes sensors and conductive traces. | a flexible sheet which includes sensors and conductive traces |
| [electrically conductive traces located on said at least one sheet]; [said at least one sheet includes electrically | *electrically conductive traces*: fixed-place electrical conductors on or within a circuit board or flexible membrane | Electrically conductive circuit traces on the at least one sheet (see "at least one sheet," above) contact the sensors of both the six degree of freedom ("6 DOF") hand | **electrically conductive traces, said traces engaging the sensors:** conductive ink, said conductive ink contacting the sensors on |

# EXHIBIT A

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION | NINTENDO'S PROPOSED CONSTRUCTION |
|---|---|---|---|
| conductive traces, said traces engaging the sensors]<br><br>Claims 1, 5 | *See construction of* "at least one sheet." *No further construction is necessary.* | operable, single input member and the finger depressible buttons. | the sheet |
| a pressure-sensitive variable sensor<br><br>Claims 1, 6, 18 | *See '802 patent,* "pressure-sensitive variable-conductance sensor" *above.* | A pressure-sensitive variable sensor has material which remains in electrical contact with conductive traces at all times.<br><br>This type of sensor has a conductivity that changes due to a volume effect. As pressure on the material increases the material volume decreases. This decrease in volume of the material increases the internal conductivity through the material. As a result, the conductivity through the sensor increases.<br><br>A pressure-sensitive variable sensor does not include a variable conductivity sensor utilizing a micro-protrusion surface area effect.<br><br>In such a sensor, the micro-protrusion material is initially not in contact with the sensor's conductive traces. As pressure on the material increases, the surface area of contact between the micro-protrusions and the conductive elements increases. As a result, the conductivity through the sensor increases. | |
| said at least one sheet comprises a flexible membrane sheet connected to a [rigid circuit board] [second sheet] | *See construction of* "flexible membrane sheet" *and* "at least one sheet." *No further construction is necessary.* | The flexible membrane sheet (see "flexible membrane sheet," above) is attached to a [rigid circuit board][rigid circuit board or flexible membrane sheet] by electrically conductive traces (e.g., a membrane "tail") which structurally and | |

Dallas 235360v3

# EXHIBIT A

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION | NINTENDO'S PROPOSED CONSTRUCTION |
|---|---|---|---|
| *Claims 1, 5, 19* | | electrically connect the flexible membrane sheet to the [rigid circuit board][rigid circuit board or flexible membrane sheet]. | |

Dallas 235360v3

# EXHIBIT A

### U.S. PATENT NO. 6,906,700

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION | NINTENDO'S PROPOSED CONSTRUCTION |
|---|---|---|---|
| 3-D graphics controller<br><br>*Claims 1-15, 32-33* | *No construction is necessary. However, should the Court construe this term:*<br><br>a controller for controlling 3-D graphics<br><br><u>*controller*</u>: an input device interfacing between human hands and a host device such as a computer, television, or television based game<br><br><u>*3-D graphics*</u>: imagery with apparent depth | A controller having a hand operable, single input member that is movable along and rotatable about three mutually perpendicular axes in six degrees of freedom ("6DOF") relative to a reference member of the controller. | An input device for controlling image generation which includes a hand operable, single input member that is movable along and/or rotatable about three mutually perpendicular axes in six degrees of freedom ("6DOF") relative to a reference member of the controller. |
| flexible membrane sheet<br><br>*Claims 1, 3, 5, 6, 9, 26* | *See '525 patent,* "flexible membrane sheet," *above.* | A flexible sheet which includes sensors and conductive traces. | a flexible sheet which includes sensors and conductive traces |
| a circuit board sheet connected to a flexible membrane sheet<br><br>*Claims 1, 3, 5, 6, 9, 26* | *See '525 patent,* "flexible membrane sheet," *above. No further construction is necessary.* | The flexible membrane sheet (see "flexible membrane sheet," above) is attached to a [rigid circuit board][rigid circuit board or flexible membrane sheet] by electrically conductive traces (e.g., a membrane "tail") which structurally and electrically connect the flexible membrane sheet to the [rigid circuit board][rigid circuit board or flexible membrane sheet]. | |
| a first [second] [third] element<br><br>*Claims 1, 3, 5, 6, 9, 12-13, 15, 32* | *No construction is necessary. However, should the Court construe this term:*<br><br>a first [second] [third] structure, member, part, component or combination of the same | The first, second and third elements are controlled by a six degree of freedom ("6DOF") hand operated single input member. | The first, second and third elements are controlled by a hand operable, single input member movable in 6DOF |
| pivotal . . . button | *No construction is necessary. However,* | A button that, upon depression by a | |

# EXHIBIT A

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION | NINTENDO'S PROPOSED CONSTRUCTION |
|---|---|---|---|
| buttons pivot<br><br>*Claims 1, 3, 5, 12, 13, 15, 28* | *should the Court construe this term:*<br><br>a finger-depressible actuator that rotates about a fulcrum and is associated with a sensor<br><br>[claim 28] the finger-depressible actuator rotates about a fulcrum | user's finger(s), rotates about a fulcrum, causing an internal sensor actuating part to press against a resilient dome cap to activate sensor(s). | |
| [electromechanical tactile feedback structure providing vibration]; [active tactile feedback structure]<br><br>*Claims 26, 32, 33* | a motor and offset weight providing mechanical vibration | Electro-mechanical structure that provides vibration to the user. | |
| active tactile feedback vibration<br><br>*Claims 1, 2, 12* | a motor and offset weight providing mechanical vibration | Vibration created by an electro-mechanical structure. | |
| tactile feedback means for providing vibration<br><br>*Claim 3, 4, 19, 25* | *This term is not governed by 35 U.S.C. §112(6) and should be construed as:*<br><br>a motor and offset weight or a dome-cap providing mechanical vibration<br><br>*However, should the Court decide that the term "tactile feedback means for providing vibration" is governed by 35 U.S.C. § 112(6), the structure is:*<br><br>a motor and offset weight or a dome-cap and equivalents thereof | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: Providing electro-mechanically created vibration to the user.<br><br>Structure: Motor having a shaft with an offset weight. | |
| tactile feedback vibration in the controller<br><br>*Claim 6, 7, 9, 11* | a motor and offset weight or a dome-cap providing mechanical vibration | Vibration created by an electro-mechanical structure. | |
| detectable by the user | *No construction is necessary. However, should the Court construe this term:* | Indefinite. | |

# EXHIBIT A

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION | NINTENDO'S PROPOSED CONSTRUCTION |
|---|---|---|---|
| *Claims 1, 3, 6, 9, 12, 15, 19, 26* | transmitted to the user's hand | | |
| a pressure-sensitive . . . button sensor<br><br>*Claims 6, 9* | a depressible surface associated with an electricity manipulating device for varying electrical output proportional to varying physical force | A pressure-sensitive . . . button sensor has material which remains in electrical contact with conductive traces at all times.<br><br>This type of sensor has a conductivity that changes due to a volume effect. As pressure on the material increases the material volume decreases. This decrease in volume of the material increases the internal conductivity through the material. As a result, the conductivity through the sensor increases.<br><br>A pressure-sensitive . . . button sensor does not include a variable conductivity sensor utilizing a micro-protrusion surface area effect.<br><br>In such a sensor, the micro-protrusion material is initially not in contact with the sensor's conductive traces. As pressure on the material increases, the surface area of contact between the micro-protrusions and the conductive elements increases. As a result, the conductivity through the sensor increases. | |
| a [first, second, third, fourth] rotary potentiometer<br><br>*Claim 9* | *No construction is necessary. However, should the Court construe this term:*<br><br>a [first, second, third, fourth] resistive element with a rotating element that varies electrical flow due to positional | The first element, and the first, second, third and fourth rotary potentiometers are controlled or activated by a six degree of freedom ("6DOF") hand operable, single input member. | |

Dallas 235360v3

# EXHIBIT A

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION | NINTENDO'S PROPOSED CONSTRUCTION |
|---|---|---|---|
| | changes | | |
| a first element movable on two axes<br><br>*Claim 14* | *No construction is necessary. However, should the Court construe this term:*<br><br>a structure, member, part, component or combination of the same moveable on two axes | **first element:** The first element and the first, second, third and fourth bidirectional proportional sensors are controlled or activated by a six degree of freedom ("6DOF") hand operable, single input member (see 3-D graphics controller, above).<br><br>**movable on two axes:** Capable of linear (as opposed to rotational) movement along two axes relative to a reference member of the controller | **first element**: the first element and the first, second, third and fourth bi-directional proportional sensors are controlled or activated by a hand operable, single input member movable in 6DOF<br><br>**movable on two axes**: capable of linear movement along two axes relative to a reference member of the controller |
| a [first, second, third, fourth] bi-directional proportional sensor<br><br>*Claim 14* | a [first, second, third, fourth] sensor that produces signals representative of change in two directions of the same axis (*e.g.* left and right) | See "first element," above. | *see* "first element" above |
| hand operated controller<br><br>*Claims 19-20, 22-23, 26-29, 31* | *No construction is necessary. However, should the Court construe this term:*<br><br>an input device interfacing between human hands and a host device such as a computer or television or television based game | A controller having a hand operable, single input member that is movable along and rotatable about three mutually perpendicular axes in six degrees of freedom ("6DOF") relative to a reference member of the controller. | An input device for controlling image generation which includes a hand operable, single input member that is movable along and/or rotatable about three mutually perpendicular axes in six degrees of freedom ("6DOF") relative to a reference member of the controller. |
| navigating a viewpoint<br><br>*Claims 19, 26* | *No construction is necessary. However, should the Court construe this term:*<br><br>controlling the user's point of view in 3-D graphics | Positioning and orienting a user's view, as opposed to controlling an object. | positioning and orienting a user's view, as opposed to controlling an object |
| [structure]; [second] [third] element movable on two mutually perpendicular axes | *No construction is necessary. However, should the Court construe this term:*<br><br>a [second] [third] structure, member, | **[structure] [second] [third] element:** The structure allowing hand inputs rotating a platform, the second element and third element are all controlled by a | **structure, second element, third element**: the structure, and the second and third elements are controlled by a hand operable, single input member |

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION | NINTENDO'S PROPOSED CONSTRUCTION |
|---|---|---|---|
| *Claims 19, 26* | part, component or combination of the same moveable on two axes that are perpendicular to one another | six degree of freedom ("6DOF") hand operated single input member.<br><br>**movable on two mutually perpendicular axes:** Capable of linear (as opposed to rotational) movement along two mutually perpendicular axes relative to a reference member of the controller. | movable in 6DOF<br><br>**movable on two mutually perpendicular axes**: capable of linear movement along two mutually perpendicular axes relative to a reference |
| at least one sheet | *See '525 patent,* "at least one sheet," *above.* | At least one flexible membrane sheet (see "flexible membrane sheet," above). | |
| [the sensors are] connected [to] [by] at least one sheet…<br><br>*Claims 20, 26* | *See '525 patent,* "at least one sheet," *above. No further construction is necessary.* | The at least one sheet is the flexible membrane sheet (see "at least one sheet," "flexible membrane sheet," above). The electrically conductive circuit traces on the flexible membrane sheet contact the sensors of both the six degree of freedom ("6DOF") hand operated single input member (see "3-D graphics controller," above) and the buttons. | |
| economical combination of elements<br><br>*Claim 32* | *No construction is necessary.* | Indefinite | |