# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Lufkin Division

FILED 10:15 A.M. April 11, 2007
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_____ DEPUTY

ANASCAPE LTD.

V.                                                    **NOTICE IN A CIVIL CASE**

MICROSOFT CORP., ET AL                    Case Number: 9:06cv158

☒ TAKE NOTICE that a **TELEPHONE CONFERENCE** in this case has been set for the place, date and time set forth below:

| Place: UNITED STATES DISTRICT COURT<br>Jack Brooks Federal Building<br>300 Willow<br>Beaumont, TX 77704 | Room:<br>**U.S. District Courtroom** |
|---|---|
| Before: **The Honorable Judge Ron Clark** | Date and Time:<br>**April 17, 2007 at 9:00 am** |

☐ TAKE NOTICE that the proceeding in this case has been continued/rescheduled as indicated below:

| Place: See Above | Date and Time Previously Scheduled | Continued/Rescheduled, Date and Time |
|---|---|---|
| Before: See Above | | |

DAVID J. MALAND
U.S. Clerk of Court

April 11, 2007
DATE

Beverly Aulbaugh
Courtroom Clerk

To: Judge Ron Clark          Clayton Dark           Robert Faris
    Luke McLeroy             Derrick Toddy          Robert Gunther
    Samuel Baxter            Jared Goff             Sabrina Hassan
    Anthony Garza            Joseph Jakubek         Thad Heartfield
    Charles Ainsworth        Richard McLeod
    Robert Bunt              Stephen McGrath
    Robert Parker            Lawrence Germer
    Stephen Joncus           Charles Goehringer
    Theodore Stevenson       James Blank
    Christopher Carraway     Joseph Presta