UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED
A.M. April 17, 2007
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_____ DEPUTY

DIVISION    Lufkin                    DATE    April 17, 2007

DISTRICT JUDGE    RON CLARK           TIME    9:02 am - 9:30 am

                                      REPORTER    Chris Bickham

ANASCAPE, LTD                §
                             §
                             §
                 PLAINTIFF   §   CIVIL NO.   9:06CV158
VS.                          §
                             §
MICROSOFT CORP., ET AL       §
                             §
                             §
                 DEFENDANT   §

ATTORNEYS FOR PLAINTIFF   By telephone: Luke McLeroy, Chris Bunt & Charles Ainsworth

ATTORNEYS FOR DEFENDANT   By telephone: Clayton Dark, Chris Carraway, Jim Blank, Bob Gunther, Jr. & Charles Goehringer, Jr.

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD: 9:02 am Court began. Telephone Conference held. The Court took up joint claim construction issues with the attys. The Court ordered that within 2 weeks the parties meet and confer.

9:30 am Adjourned.


DAVID J. MALAND

_____
COURTROOM CLERK

Total Time: ___ Hrs. 28 Mins.