# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., | § |
| Plaintiff, | § Hon. Ronald Clark |
| v. | § Civil Action No.: 9:06-CV-00158-RC |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC., | § |
| Defendants. | § |

### NOTICE OF ADDRESS CHANGE FOR ROBERT J. GUNTHER, JR.

Notice is hereby given that attorney Robert J. Gunther, Jr. has changed his address and phone numbers for the purpose of receiving notices from the Court.

> Robert J Gunther, Jr.
> WilmerHale
> 399 Park Avenue
> New York, NY 10022 USA
> (212) 230-8830
> (212) 230-8888 – facsimile
> robert.gunther@wilmerhale.com

Respectfully submitted,

GERMER GERTZ, L.L.P.

By: */s/ Lawrence Louis Germer*
Lawrence Louis Germer
Texas Bar No. 07824000
P. O. Box 4915
Beaumont, TX 77704
(409) 654-6700
(409) 835-2115 – facsimile
Email: llgermer@germer.com

ATTORNEYS FOR DEFENDANT,
NINTENDO OF AMERICA INC.

::ODMA\PCDOCS\DOCS\542667\1

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing instrument was filed electronically pursuant to Local Rule CV-5.  Parties may access this filing through the Court's case management electronic filing system.  Notice of this filing will be sent to all counsel of record by the Court's electronic filing system on this the 23rd day of April, 2007.

                                              */s/ Lawrence Louis Germer*
                                              Lawrence Louis Germer