# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| Anascape, Ltd., <br><br>            Plaintiff, <br><br>    v. <br><br> Microsoft Corp., and <br> Nintendo of America, Inc., <br><br>            Defendants. | Civil Action No. 9:06-cv-158-RC |

## JOINT REPORT REGARDING APPOINTMENT OF A TECHNICAL ADVISOR

In connection with the April 17, 2007 Telephone Hearing, Plaintiff Anascape, Ltd. ("Anascape") and Defendants Microsoft Corp. ("Microsoft") and Nintendo of America, Inc. ("Nintendo") jointly submit this report regarding the appointment of a technical advisor.

1.      During the April 17, 2007 telephone hearing, the Court requested that the parties submit a report regarding potential technical advisors for this case.

2.      The parties have been unable to agree on a technical advisor.

3.      In meeting and conferring on this matter, each party proposed to the other parties two candidates to serve as a technical adviser in this case. The candidates proposed, but upon which consensus was not reached, are as follows:

- Lou Brucculeri (Wong, Cabello, Lutsch, Rutherford & Brucculeri, L.L.P. – Houston, Texas)
- Richard Egan (O'Keefe, Egan, Peterman & Enders, LLP – Austin, Texas)
- Michael McLemore (Houston, Texas)
- Gale Peterson (Cox Smith Matthews Incorporated – San Antonio, Texas)
- David Weaver (Vinson & Elkins, LLP – Austin, Texas)

Bios for each of the technical advisers, except for Mr. McLemore, who was originally identified by the Court, are attached as Exhibits 1-4.

    4.    The parties have not yet contacted these technical advisors to determine their availability or assess conflicts.

DATED:  April 24, 2007.

Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ Sam Baxter_____
Sam Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
P.O. Box O
505 E. Travis, Suite 105
Marshall, Texas 75670
Telephone: (903) 927-2111
Facsimile: (903) 927-2622

Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Luke F. McLeroy
Texas State Bar No. 24041455
lmcleroy@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
charley@pbatyler.com
Parker, Bunt & Ainsworth P.C.
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF ANASCAPE, LTD.**

DATED:  April 24, 2007.            Respectfully submitted,

/s/ Chris Carraway (with permission by Sam Baxter)
 J. Christopher Carraway (admitted *pro hac vice*)
 christopher.carraway@klarquist.com
 Joseph T. Jakubek (admitted *pro hac vice*)
 joseph.jakubek@klarquist.com
 Stephen J. Joncus (admitted *pro hac vice*)
 stephen.joncus@klarquist.com
 Richard D. Mc Leod (Bar No. 24026836)
 rick.mcleod@klarquist.com
 Derrick W. Toddy (admitted *pro hac vice*)
 derrick.toddy@klarquist.com
 KLARQUIST SPARKMAN, LLP
 121 S.W. Salmon Street, Suite 1600
 Portland, Oregon  97204
 Telephone:  503-595-5300

 J. Thad Heartfield (Bar No. 09346800)
 thad@jth-law.com
 Law Offices of J. Thad Heartfield
 2195 Dowlen Road
 Beaumont, Texas 77706
 Telephone: 409-866-3318
 Facsimile: 409-866-5789

 Clayton E Dark Jr. (Bar No. 05384500)
 clay.dark@yahoo.com
 Clayton E Dark Jr., Law Office
 207 E Frank Ave # 100
 Lufkin, TX 75901
 Telephone:  936-637-1733

 Stephen McGrath, Esq. (admitted *pro hac vice*)
 MICROSOFT CORPORATION
 One Microsoft Way, Building 8
 Redmond, Washington  98052-6399
 Telephone:  425-882-8080
 Facsimile:  425-706-7329

 **ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION**

DATED: April 24, 2007

        Respectfully submitted,

        /s/ James S. Blank (with permission by Sam Baxter)

        Robert J. Gunther, Jr.
        (robert.gunther@lw.com)
        James S. Blank
        (james.blank@lw.com)
        LATHAM & WATKINS LLP
        885 Third Avenue
        New York, NY  10022
        Tel.: (212) 906-1200
        Fax: (212) 751-4864

        Robert W. Faris
        (rwf@nixonvan.com)
        Joseph S. Presta
        (jsp@nixonvan.com)
        NIXON & VANDERHYE, P.C.
        1100 North Glebe Road
        8th Floor
        Arlington, VA  22201
        Tel.: (703) 816-4000
        Fax: (703) 816-4100

        Lawrence L. Germer
        (llgermer@germer.com)
        Texas Bar No. 07824000
        GERMER GERTZ L.L.P.
        550 Fannin, Suite 400
        P.O. Box 4915
        Beaumont, Texas  77704
        Tel.: (409) 654-6700
        Fax: (409) 835-2115

        Attorneys for Defendant and Counterclaimant

        Nintendo of America Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF or U.S. Mail on this 24th day of April, 2007.

           _Luke McLeroy_

           Luke F. McLeroy