

ABOUT US   ATTORNEYS   PRACTICE AREAS   CONTACT US



{PRINT}  {EMAIL}



### HOUSTON OFFICE

20333 SH 249 | Suite 600 | Houston, Texas 77070

| | |
|---|---|
| **Direct** | 832.446.2415 |
| **Main** | 832.446.2400 |
| **Fax** | 832.446.2424 |
| **Email** | lbrucculeri@counselip.com |

Download a VCard

**EXPERTISE**

*Lou Brucculeri currently focuses on patent disputes and counseling in the electronics and software fields. In particular, Mr. Brucculeri's practice includes litigation, licensing, technology, agreements and counseling regarding the strategic implementation of corporate patent programs and policies. He frequently engages in patent prosecution and opinion drafting that relate to his dispute-oriented matters. Mr. Brucculeri has served as Technical Advisor to the Honorable Leonard Davis, U.S. District Judge, Tyler, Texas.*

**EDUCATION**

- J.D., with honors, The University of Texas School of Law
- B.S. in Electrical Engineering., Tulane University

**ADMITTED TO PRACTICE**

- State of Texas
- U.S. District Court for the Eastern District of Texas
- U.S. District Court for the Southern District of Texas
- Court of Appeals for the Federal Circuit
- U.S. Patent and Trademark Office

**PROFESSIONAL EXPERIENCE**

- Partner, Wong, Cabello, Lutsch, Rutherford & Brucculeri, LLP
- Director and Acting Deputy General Counsel, Compaq Computer Corp.
- Senior Counsel, Intellectual Property Litigation and Licensing, Compaq Computer Corp.
- Chief Patent Counsel, Alta Vista
- Primary Legal Counsel, Zip2
- Attorney, Arnold, White & Durkee
- Engineer, Texas Instruments

**PROFESSIONAL AFFILIATIONS AND AWARDS**

- Member, Houston Intellectual Property Law Association (previously served as Treasurer, Secretary and Director)
- State Bar of Texas previously served as IP Section Treasurer and Secretary

Tuesday, April 24, 2007   |   Home   |   Site Map   |   © Wong Cabello 2005