OEP LAW Attorney
Anascape, Ltd v. Microsoft Corp. et al
Case 9:06-cv-00158-RHC    Document 84    Filed 04/24/2007    Page 1 of 2
Page 1 of 2
Doc. 84 Att. 2



**Richard D. Egan**

regan@oepelaw.com
(512) 347-1611 x15

**Area of Practice**

Mr. Egan focuses on strategic patent counseling including patent portfolio evaluations, pre-litigation patent investigations, opinions of counsel, developing intellectual property strategies for emerging companies, and intellectual property licensing. In this capacity, he performs defensive counseling for minimizing intellectual property risk exposure and for responding to patent infringement allegations. He also performs offensive counseling to maximize intellectual property valuations and establish patent enforcement strategies. Mr. Egan also provides patent litigation support/management assistance and provides expert testimony on patent matters. Mr. Egan has also repeatedly served as a Technical Advisor to Federal District Judges in patent litigation

A portion of Mr. Egan's work also relates to patent application drafting and prosecution. In this role he has concentrated in the electrical, computer and semiconductor fields.

**Professional Background**

Mr. Egan has worked in private practice for over 14 years focuses on patent matters. Mr. Egan's current practice includes a mix of strategic patent counseling and patent procurement activities.

Mr. Egan has represented clients in negotiations related to patent enforcement positions and defensive positions. His work has included the technical and legal analysis related to patent evaluations and the resolution and licensing related to such work. Mr. Egan has rendered numerous formal opinions of counsel for offensive and defensive positions. With regard to litigation matters, Mr. Egan has provided an in-house patent counsel role to those clients without in-house patent counsel. For those clients with in-house patent counsel, he has provided continued litigation assistance, particularly with regard to technical positions.

Mr. Egan's patent procurement activities relate to patent applications and prosecution for strategic inventions. In this role, he focuses on the patent applications for an entities initial intellectual property filings. In addition, with regard to more mature companies he specializes in strategic applications where intellectual property violations are likely or where improvements in intellectual property coverage are desired.

Prior to forming O'Keefe, Egan, Peterman & Enders, Mr. Egan was an associate at Arnold, White and Durkee from 1992-1996. In that capacity Mr. Egan was involved primarily in patent litigation activities. Mr. Egan's litigation experience covered a wide range of technical subject areas with an emphasis in the semiconductor field.

Prior to entering the legal field, Mr. Egan was a development integration engineer at Advanced Micro Devices from 1985-1989. In that capacity he worked on transferring new products from research and development into high volume manufacturing. His experience included both product engineering and manufacturing engineering. The primary products he was involved with included non-volatile memories, static memories, and microcontrollers.

**Education**

University of Texas at Austin, J.D., with high honors, 1991; Order of the Coif; Chancellors; Associate Editor, Texas Law Review, 1991-1992.

Dockets.Justia.com

University of Texas at Austin, B.S.E.E., with highest honors, 1985.

**Admissions**

State Bar of Texas 1992
U.S. Court of Appeals, Federal Circuit
U.S. District Court, Western, Northern and Southern Districts of Texas
U.S. District Court, Northern District of California,
Registered to practice before the U.S. Patent and Trademark Office

**Memberships**

Travis County and American Bar Associations;
State Bar of Texas; American Intellectual Property Law Association;
Austin Intellectual Property Law Association

::: *Legal Notice and Terms of Use* :::

