


Home :: Firm Profile :: News :: Site Map :: Search

Attorneys :: Practice Profiles :: Recruiting :: Contact Us :: Disclaimer





Attorneys

Search by Name:

List by Last Name:

choose from list...

List by Practice Area:

choose from list...

List by Location:

choose from list...

SEARCH

# Attorneys



**Gale Roy Peterson**

**(210) 554-5327**
**grpeters@coxsmith.com**

download contact card



**Practice area:**
Intellectual Property
Technology / Internet

Recent News

- San Antonio Home to Several Super Lawyers
- Texas Monthly Names 18 CSM Attorneys Super Lawyers
- CSM Ranked No. 1 in Texas by The Best Lawyers in America
- Texas Monthly Names 16 CSM Attorneys Super Lawyers
- 29 CSM Attorneys Named Best Lawyers In America
- Texas Monthly Names 19 CSM Attorneys Super Lawyers
- Peterson and Williamson Awarded Top Rankings

Pete assists clients with domestic and international patent, trademark and copyright law; entertainment law; and computer law. His practice areas include domestic and international technology acquisition, technology licensing, joint ventures, venture financing, university licensing, litigation, and trade regulation law, including deceptive trade practices; antitrust and unfair competition; franchising; software protection and licensing; and commercial agreements involving technology.

Pete serves as Division Head for the American Bar Association, Intellectual Property Law Section. He is a member of the Texas, Virginia and District of Columbia Bar Associations. Pete is also a member of the Féderation Internationale des Conseils Propriété Industrielle, Licensing Executive Society, American Intellectual Property Law Association, International Trademark Association, Computer Law Association and the American and Federal Bar Associations. He has served on the Editorial Board of the *Trademark Reporter* and serves on the Publications Committee of the International Trademark Association.

Pete is a former Chair of the State Bar of Texas, Intellectual Property Law Section, and has chaired various committees of the American Bar Association, Intellectual Property Law Section. He is also a Fellow of the American Bar Foundation. He serves on the American Arbitration Association dispute panels and is the founder, Past-Director and Past-President of the San Antonio Intellectual Property Law Association.

Pete is a former President of the Society of International Business Fellows, Dallas, Texas; former Director of the Texas Business Hall of Fame Foundation, Houston, Texas; founding member of the International Leadership Center Foundation, Dallas, Texas; and former President and former Director of the Forum on Entrepreneurship, San Antonio. He is a former member of the University of Texas at San Antonio College of Science and Engineering Advisory Committee, former member of Christ Lutheran Church Board of Christian Education, and former Director and former President of the Los Amigos Ski Club. Pete was selected as a "Texas Super Lawyer" in 2003 and 2004 by *Texas Monthly*, was selected for “Chambers USA America’s Leading Business Lawyers 2003-05 and has been selected in “The Best Lawyers in America” since 1991.

- George Washington University, Washington, D.C., LL.M., (with Highest Honors) 1978
- University of Baltimore, Baltimore, MD, J.D., *magna cum laude*, 1975
- Admitted to practice law in the state of Texas, 1978
- Admitted to practice law in the state of Virginia, 1975


Dockets.Justia.com

- Admitted to practice law in District of Columbia, 1976
- Licensed to practice before the United States Supreme Court, United States Court of Appeals for the Federal Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Eleventh Circuit; and the United States District Court for the Northern, Southern, Western and Eastern Districts of Texas
- Registered United States Patent Attorney

View full biography