# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| Anascape, Ltd., | |
|     Plaintiff, | |
|     v. | Civil Action No. 9:06-cv-158-RC |
| Microsoft Corp., and<br>Nintendo of America, Inc., | JURY TRIAL REQUESTED |
|     Defendants. | |

## ANASCAPE & MICROSOFT'S AGREED MOTION TO STAY

Plaintiff Anascape, Ltd. ("Anascape") and Defendant Microsoft Corp. ("Microsoft") jointly submit this Agreed Motion to Stay (i) United States Patent No. 6,208,271 ("the '271 patent"), (ii) United States Patent No. 6,347,997 ("the '997 patent"), and (iii) United States Patent No. 6,400,303 ("the '303 patent").

On February 23, 2007, the Court stayed this litigation with respect to U.S. Patent Nos. 6,344,791, 6,351,205, and 6,563,415.

During the April 17, 2007 telephone hearing, the Court requested that the parties work to reduce the number of disputed claim terms in this litigation.

In an effort to reduce the number of disputed claim terms and streamline the case, Anascape and Microsoft have agreed to stay the litigation with respect to the '271, '997, and '303 patents.[1] The parties therefore move the Court to stay the litigation with respect to the '271, '997, and '303 patents. A proposed order accompanies this motion.

---

[1] Anascape has not accused Nintendo of infringing these three patents.

**AGREED MOTION TO STAY**      **PAGE** 1
Dallas 237235v1

Dockets.Justia.com

DATED: May 1, 2007.    Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ Sam Baxter  (w/ permission by Chris Carraway)
Sam Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
P.O. Box O
505 E. Travis, Suite 105
Marshall, Texas 75670
Telephone: (903) 927-2111
Facsimile: (903) 927-2622

Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Luke F. McLeroy
Texas State Bar No. 24041455
lmcleroy@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
charley@pbatyler.com
Parker, Bunt & Ainsworth P.C.
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF ANASCAPE, LTD.**

DATED:  May 1, 2007.         Respectfully submitted,


/s/ Chris Carraway_____
J. Christopher Carraway (admitted *pro hac vice*)
christopher.carraway@klarquist.com
Joseph T. Jakubek (admitted *pro hac vice*)
joseph.jakubek@klarquist.com
Stephen J. Joncus (admitted *pro hac vice*)
stephen.joncus@klarquist.com
Richard D. Mc Leod (Bar No. 24026836)
rick.mcleod@klarquist.com
Derrick W. Toddy (admitted *pro hac vice*)
derrick.toddy@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300

J. Thad Heartfield (Bar No. 09346800)
thad@jth-law.com
Law Offices of J. Thad Heartfield
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Facsimile: 409-866-5789

Clayton E Dark Jr. (Bar No. 05384500)
clay.dark@yahoo.com
Clayton E Dark Jr., Law Office
207 E Frank Ave # 100
Lufkin, TX 75901
Telephone:  936-637-1733

Stephen McGrath, Esq. (admitted *pro hac vice*)
MICROSOFT CORPORATION
One Microsoft Way, Building 8
Redmond, Washington  98052-6399
Telephone:  425-882-8080
Facsimile:  425-706-7329

**ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF or U.S. Mail on this 1st day of May, 2007.

/s/ Chris Carraway

Chris Carraway