# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| Anascape, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Microsoft Corp., and <br> Nintendo of America, Inc., <br><br> Defendants. | Civil Action No. 9:06-cv-158-RC <br><br> JURY TRIAL REQUESTED |

### [PROPOSED TEXT]

### ORDER GRANTING THE AGREED MOTION TO STAY

Before the Court is Plaintiff Anascape, Ltd. and Defendant Microsoft Corp.'s Agreed Motion to Stay (i) United States Patent No. 6,208,271, (ii) United States Patent No. 6,347,997, and (iii) United States Patent No. 6,400,303. The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the above-captioned litigation is stayed with respect to United States Patent Nos. 6,208,271, 6,347,997, 6,400,303.

Signed this _____ day of May, 2007.