# EXHIBIT 1 – MICROSOFT-ONLY PATENTS

**DISPUTED TERM GROUP 1:** "Pressure-sensitive variable conductance analog sensor"

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| pressure-sensitive variable-conductance sensor<br>*'802 patent: Claims 1-4, 16-18*<br>pressure-sensitive variable-conductance sensor<br>pressure-sensitive analog sensor<br>pressure-sensitive variable-conductance analog sensors<br>*'991 patent: Claims 23, 29, 32, 33, 35, 40, 41, 42, 43, 44, 66, 67, 68, 69, 70, 71, 72* | an electricity manipulating device for varying electrical output proportional to varying physical force | A pressure-sensitive variable-conductance sensor has material to contact conductive elements. This type of sensor has a conductivity that changes due to a volume effect. As pressure on the material increases the material volume decreases. This decrease in volume of the material increases the internal conductivity through the material. As a result, the conductivity through the sensor increases.<br><br>A pressure-sensitive variable-conductance sensor does not include a variable conductivity sensor utilizing a micro-protrusion surface area effect. In such a sensor, as pressure on the material increases the surface area of contact between the micro-protrusions and the conductive elements increases. As a result, the conductivity through the sensor increases. |
| a pressure-sensitive variable sensor<br>*'525 patent: Claims 1, 6, 18*<br>a pressure-sensitive . . . button sensor<br>*'700 patent: Claims 6, 9* | an electricity manipulating device for varying electrical output proportional to varying physical force | A pressure-sensitive variable sensor and pressure-sensitive . . . button sensor have material which remains in electrical contact with conductive traces at all times. This type of sensor has a conductivity that changes due to a volume effect. As pressure on the material increases the material volume decreases. This decrease in volume of the material increases the internal conductivity through the material. As a result, the conductivity through the sensor increases.<br><br>These sensors do not include a variable conductivity sensor utilizing a micro-protrusion surface area effect. In such a sensor, the micro-protrusion material is initially not in contact with the sensor's conductive traces. As pressure on the material increases, the surface area of contact between the micro-protrusions and the conductive elements increases. As a result, the conductivity through the sensor increases. |
| | *See, e.g.,* '084 patent at Abstract, 1:5-4:7; 6:32-12:33 and accompanying figures; '084 patent file | *Intrinsic Evidence*: |

Dockets.Justia.com

# EXHIBIT 1 – MICROSOFT-ONLY PATENTS

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| | history, April 30, 1999 Amendment at 3-4, July 29, 1999 Interview Summary; '802 patent at Abstract, 1:16-4:58, 5:47-10:24, 11:25-12:18 and accompanying figures (and corresponding disclosure in the '991 patent); '802 file history, October 7, 1998 Interview Summary, Nov. 17, 1999 Amendment at 14-21; '886 patent at Abstract, 1:12-5:17, 6:1-8:44, 9:30-10:15 and accompanying figures; '271 patent at Abstract, 3:59-9:13, 10:59-11:48, 12:16-19:32 and accompanying figures (and corresponding disclosure in the '303 patent); '997 patent at Abstract,7:30-64, 9:65-10:56 and accompanying figures; '525 patent at 6:50-64, 8:35-49, 28:16-30:21, 31:47-32:25 and accompanying figures. | '084 Patent: Abstract; 1:8-11; 2:13-17; 2:50-57; 3:62-4:3; 4:62-67; 6:32-37; 6:43-51; 6:52-67; 7:1-39; 8:17-26; 9:7-11; 10:32-33; 10:53-59; 11:4-10; 11:17-24; 11:34-39; 11:44-47; 11:48-53; Figs. 3-13<br><br>'802 Patent (and corresponding disclosure in the '991 patent): Abstract; 1:9-14; 2:55-58; 2:64-3:5; 4:24-26; 4:35-48; Figs. 3, 5, 7, 8, 9; 5:9-14; 5:18-21; 5:24-29; 5:29-30; 5:62-6:5; 6:6-48; 6:49-65; 6:66-7:21; 7:22-36; 7:61-8:32; 8:36-9:12; 9:13-30; 9:31-44; 9:45-10:24; 10:25-11:25; 11:26-39<br><br>'886 Patent: Abstract; 1:35-41; 2:16-62; 3:9-23; 7:31-45; 9:30-10:15; 11:49-56; Figs. 1, 3, 5, & 6<br><br>'084 Patent File History: Paper 3, e.g., pp. 2-3; Paper 4, e.g., pp. 2-4; Paper 5, e.g., pp. 2-3; Paper 6; Paper 7, e.g., pp. 2-3<br><br>'802 Patent File History: Paper 3, e.g., pp. 1-6; Paper 4, e.g., pp. 2-4; Paper 6, e.g., pp. 7-9, 15-20<br><br>'886 Prosecution History: Paper 3, e.g., p. 2<br><br>'991 Patent File History: Paper 8, e.g., pp. 3-4, 20-21<br><br>U.S. Pat. 3,806,471 (Mitchell)<br>U.S. Pat. 5,510,812 (O'Mara)<br><br>*Extrinsic Evidence*:<br><br>Eventoff, U.S. Pat. No. 4,489,302<br>Eventoff, U.S. Pat. No. 4,315,238<br>Yaniger, U.S. Pat. No. 5,296,837<br>Furukawa, Japanese Publication H5-87760<br>Furukawa, Japanese Publication H05-326217<br>Waigand, U.S. Pat. 4,419,653<br>McGraw-Hill Dictionary of Scientific and Technical Terms (4th ed. 1989), at 410 |

# EXHIBIT 1 – MICROSOFT-ONLY PATENTS

**DISPUTED TERM GROUP 2:** "Pressure-sensitive variable conductance material"

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| pressure-sensitive variable-conductance material<br><br>'084 patent: Claims 5-6, 11<br><br>pressure-sensitive variable-conductance material<br><br>pressure sensitive variable-conductance material means<br><br>'802 patent: Claims 1, 7, 10<br><br>pressure-sensitive variable-conductance material<br><br>'886 patent: Claim 7<br><br>pressure-sensitive variable-conductance material<br><br>'991 patent: Claims 12, 29, 31, 50 | a conductive element that provides for variable electrical flow dependent upon the applied force | Material that has a conductivity that changes due to a volume effect. As pressure on the material increases the material volume decreases. This decrease in volume of the material increases the internal conductivity through the material. As a result, the conductivity through the sensor increases.<br><br>This does not include material utilizing a micro-protrusion surface area effect. In such material, as pressure on the material increases the surface area of contact between the micro-protrusions and the conductive elements increases. As a result, the conductivity through the sensor increases. |
| | *See, e.g.,* '084 patent at Abstract, 1:5-4:7; 6:32-12:33 and accompanying figures; '084 patent file history, April 30, 1999 Amendment at 3-4, July 29, 1999 Interview Summary; '802 patent at Abstract, 1:16-4:58, 5:47-10:24, 11:25-12:18 and accompanying figures (and corresponding disclosure in the '991 patent); '802 file history, October 7, 1998 Interview Summary, Nov. 17, 1999 Amendment at 14-21; '886 patent at Abstract, 1:12-5:17, 6:1-8:44, 9:30-10:15 and accompanying figures; '271 patent at Abstract, 3:59-9:13, 10:59-11:48, 12:16-19:32 and accompanying figures (and corresponding disclosure in the '303 patent); '997 patent at Abstract, 7:30-64, 9:65-10:56 and accompanying figures; '525 patent at 6:50-64, 8:35-49, 28:16-30:21, 31:47-32:25 and accompanying figures. | *Intrinsic and Extrinsic Evidence*: see evidence cited above for Disputed Term Group 1 "pressure-sensitive variable conductance analog sensor." |

# EXHIBIT 1 – MICROSOFT-ONLY PATENTS

**DISPUTED TERM GROUP 3:** "pressure-sensitive variable conductance of one of said buttons"

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| pressure-sensitive variable-conductance of one of said buttons<br><br>*'991 patent: Claim 11* | variable electrical flow produced by a button associated with an electricity manipulating device for varying electrical output proportional to varying physical force | The conductivity of a pressure-sensitive variable-conductance sensor. |
|  | '802 patent at Abstract, 1:16-4:58, 5:47-10:24, 11:25-12:18 and accompanying figures (and corresponding disclosure in the '991 patent); '802 file history, October 7, 1998 Interview Summary, Nov. 17, 1999 Amendment at 14-21. | *Intrinsic and Extrinsic Evidence*: see evidence cited above for Disputed Term Group 1 "pressure-sensitive variable-conductance sensor." |

# EXHIBIT 1 – MICROSOFT-ONLY PATENTS

## DISPUTED TERM GROUP 4: "depressing . . ."

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| depressing at least one of said individual buttons with varying degrees of pressure for manipulating imagery in proportion to the degree of depressive pressure<br><br>'802 patent: Claims 12-13 | *No construction is necessary. However, should the Court construe this term:*<br><br>depressing at least one of the depressible individual buttons with varying force in order to control or change the imagery in proportion to the force applied | depressing at least one of the depressible individual buttons, which include a pressure-sensitive variable-conductance sensor, with varying force in order to control or change the imagery in proportion to the force applied |
| depressing said depressible individual button with varying degrees of pressure for varying the action intensity of the imagery proportional to the degree of depressive pressure<br><br>'802 patent: Claims 14-15 | *No construction is necessary. However, should the Court construe this term:*<br><br>depressing at least one of the depressible individual buttons with varying force in order to choose the action intensity of the imagery in proportion to the force applied | depressing at least one of the depressible individual buttons, which include a pressure-sensitive variable-conductance sensor, with varying force in order to choose the action intensity of the imagery in proportion to the force applied |
|  | *See, e.g.,* '802 patent at 1:16-4:58, 5:47-10:24, 11:25-12:18 and accompanying figures; '802 file history, October 7, 1998 Interview Summary, Nov. 17, 1999 Amendment at 14-21. | *Intrinsic and Extrinsic Evidence*: see evidence cited above for Disputed Term Group 1 "pressure-sensitive variable-conductance sensor." |

# EXHIBIT 1 – MICROSOFT-ONLY PATENTS

**DISPUTED TERM GROUP 5:** "flexible material"

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| flexible material<br><br>'991 patent: Claim 41 | *No construction is necessary. However, should the Court construe this term:*<br><br>material that deforms when pressure is applied | Pressure-sensitive variable-conductance material |
| | *See, e.g.,* '802 patent at Abstract, 1:16-4:58, 5:47-10:24, 11:25-12:18 and accompanying figures (and corresponding disclosure in the '991 patent); '802 file history, October 7, 1998 Interview Summary, Nov. 17, 1999 Amendment at 14-21. | *Intrinsic and Extrinsic Evidence*: see evidence cited above for Disputed Term Group 1 "pressure-sensitive variable-conductance sensor." |

# EXHIBIT 1 – MICROSOFT-ONLY PATENTS

**DISPUTED TERM GROUP 6:** "said surface with an apex is flexible . . ."

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| said surface with an apex is flexible, deforming with additional physical pressure to flatten and cause additional surface area contact to provide changes in electrical conductivity in said sensor<br><br>'991 patent: Claim 66 | *No construction is necessary. However, should the Court construe this term:*<br><br>the surface has an apex that flattens with additional force to increase the amount of surface area contact and, thereby, vary the electrical flow in the sensor | The surface with an apex is formed of pressure-sensitive variable-conductance material. |
| | *See, e.g.,* '802 patent at Abstract, 1:16-4:58, 5:47-10:24, 11:25-12:18 and accompanying figures (and corresponding disclosure in the '991 patent); '802 file history, October 7, 1998 Interview Summary, Nov. 17, 1999 Amendment at 14-21. | *Intrinsic and Extrinsic Evidence*: see evidence cited above for Disputed Term Group 1 "pressure-sensitive variable-conductance sensor." |

# EXHIBIT 1 – MICROSOFT-ONLY PATENTS

**DISPUTED TERM GROUP 7:** "sheet"

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| sheet<br>'991 patent: Claim 44, 46, 47 | *No construction is necessary. However, should the Court construe this term:*<br><br>thin flat piece of material | Limited to circular disks of material adhered to a single dome cap or on top of a single circuit trace. |
| | *See, e.g.,* '802 patent at Abstract, 1:16-4:58, 5:47-10:24, 11:25-12:18 and accompanying figures (and corresponding disclosure in the '991 patent); '802 file history, October 7, 1998 Interview Summary, Nov. 17, 1999 Amendment at 14-21; Oxford American Desk Dictionary and Thesaurus (2d ed. 2001). | *Intrinsic and Extrinsic Evidence*: see evidence cited above for Disputed Term Group 1 "pressure-sensitive variable-conductance sensor." |

# EXHIBIT 1 – MICROSOFT-ONLY PATENTS

**DISPUTED TERM GROUP 8: "Means for creating an analog [signal]"**

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| means for creating an analog electrical output proportional to varying applied physical pressure<br><br>means for creating an analog electrical output proportional to varying physical pressure applied<br><br>'802 patent: Claims 5, 7, 9, 10 | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>creating an analog output proportional to varying applied physical pressure<br><br>*The parties disagree with respect to the structure. Anascape contends that the structure is:*<br><br>a dome-cap with a convexed inner surface and conductive material able to contact circuit traces, and equivalents thereof | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>creating an analog output proportional to varying applied physical pressure<br><br>*The parties disagree with respect to the structure. Microsoft contends that the structure is:*<br><br>pressure-sensitive variable-conductance material able to contact circuit traces, and equivalents thereof |
| means for creating an analog signal representing varying applied physical pressure<br><br>'991 patent: Claim 23 | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>creating an analog signal representing varying applied physical pressure<br><br>*The parties disagree with respect to the structure. Anascape contends that the structure is:*<br><br>a dome-cap with a convexed inner surface and conductive material able to contact circuit traces and equivalents thereof | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>creating an analog signal representing varying applied physical pressure<br><br>*The parties disagree with respect to the structure. Microsoft contends that the structure is:*<br><br>pressure-sensitive variable-conductance material able to contact circuit traces, and equivalents thereof |
| | *See, e.g.,* '802 patent at 1:16-4:58, 5:47-10:24, 11:25-12:18 and accompanying figures; '802 file history, October 7, 1998 Interview Summary, Nov. 17, 1999 Amendment at 14-21. | *Intrinsic Evidence*:<br><br>'802 Patent: 2:55-58; 2:64-3:5; 5:9-28; 5:65-6:48; 7:61-8:16; 8:36-9:13; 10:58-11:25; Figs. 3-9 (and corresponding disclosure in the '991 patent). |

# EXHIBIT 1 – MICROSOFT-ONLY PATENTS

**DISPUTED TERM GROUP 9**: "means for creating an On/Off output, and with varied pressure creating an analog output"

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| means for creating an On/Off output, and with varied pressure creating an analog output<br><br>'991 patent: Claim 40 | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>creating an On/Off output, and with varied pressure creating an analog output<br><br>*The parties disagree with respect to the structure. Anascape contends that the structure is:*<br><br>a dome-cap with a convexed inner surface and conductive material able to contact circuit traces and equivalents thereof | *Anascape and Microsoft agree that this term is governed by 35 U.S.C. § 112(6). Anascape and Microsoft also agree that the function is:*<br><br>creating an On/Off output, and with varied pressure creating an analog output<br><br>*The parties disagree with respect to the structure. Microsoft contends that the structure is:*<br><br>pressure-sensitive variable-conductance material able to contact circuit traces, and equivalents thereof |
|  | *See, e.g.,* '802 patent at Abstract, 1:16-4:58, 5:47-10:24, 11:25-12:18 and accompanying figures (and corresponding disclosure in the '991 patent); '802 file history, October 7, 1998 Interview Summary, Nov. 17, 1999 Amendment at 14-21. | *Intrinsic and Extrinsic Evidence*: see evidence cited above for Disputed Term Group 1 "pressure-sensitive variable-conductance sensor." |

# EXHIBIT 1 – MICROSOFT-ONLY PATENTS

**DISPUTED TERM GROUP 10**: "electronics means . . ." and "active electronics means . . ."

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| electronics means for at least reading the signals of said electricity manipulating devices<br><br>'991 patent: Claim 23 | *This claim term is not governed by 35 U.S.C. §112(6) and no construction is necessary. However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:*<br><br>active electronics and equivalents thereof | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: at least reading the signals of said electricity manipulating devices<br><br>Structure: ASIC or micro-controller integrated circuitry, and equivalents thereof |
| electronics means further for reading said at least one of said electricity manipulating devices including means for creating an On/Off signal, exclusively as an On/Off switch<br><br>'991 patent: Claim 24 | *This claim term is not governed by 35 U.S.C. §112(6) and should be construed as:*<br><br>At least one of the electricity manipulating device includes means for creating an on/off signal. The electronics also reads this electricity manipulating device exclusively as an on/off switch<br><br>*However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:*<br><br>ASIC or micro-controller integrated circuitry, and equivalents thereof | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: reading said at least one of said electricity manipulating devices including means for creating an On/Off signal, exclusively as an On/Off switch<br><br>Structure: ASIC or micro-controller integrated circuitry, and equivalents thereof |
| electronics means is further for reading at least one of said electricity manipulating devices exclusively as an On/Off switch<br><br>'991 patent: Claim 28 | *This claim term is not governed by 35 U.S.C. §112(6) and no construction is necessary. However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:*<br><br>ASIC or micro-controller integrated circuitry, and equivalents thereof | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: reading at least one of said electricity manipulating devices exclusively as an On/Off switch<br><br>Structure: ASIC or micro-controller integrated circuitry, and equivalents thereof |
| electronics means also is for outputting to a game console information representing the signals<br><br>'991 patent: Claim 30 | *This claim term is not governed by 35 U.S.C. §112(6) and no construction is necessary. However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:*<br><br>ASIC or micro-controller integrated circuitry, and equivalents thereof | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: outputting to a game console information representing the signals<br><br>Structure: ASIC or micro-controller integrated circuitry, and equivalents thereof |

# EXHIBIT 1 – MICROSOFT-ONLY PATENTS

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| active electronic means for interpreting the analog output of said pressure-sensitive variable-conductance sensor<br><br>'991 patent: Claim 35 | *This claim term is not governed by 35 U.S.C. §112(6) and no construction is necessary. However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:*<br><br>ASIC or micro-controller integrated circuitry, and equivalents thereof | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: interpreting the analog output of said pressure-sensitive variable-conductance sensor<br><br>Structure: ASIC or micro-controller integrated circuitry, and equivalents thereof |
| active electronics means for at least interpreting the outputs of said pressure-sensitive variable-conductance sensor<br><br>'991 patent: Claim 40 | *This claim term is not governed by 35 U.S.C. §112(6) and no construction is necessary. However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:*<br><br>ASIC or micro-controller integrated circuitry, and equivalents thereof | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: at least interpreting the outputs of said pressure-sensitive variable-conductance sensor<br><br>Structure: ASIC or micro-controller integrated circuitry, and equivalents thereof |
| active electronics means for interpreting the electrical conductivity of said sensor<br><br>'991 patent: Claim 66 | *This claim term is not governed by 35 U.S.C. §112(6) and no construction is necessary. However, should the Court decide that this term is governed by 35 U.S.C. § 112(6), the structure is:*<br><br>ASIC or micro-controller integrated circuitry, and equivalents thereof | This claim term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: interpreting the electrical conductivity of said sensor<br><br>Structure: ASIC or micro-controller integrated circuitry, and equivalents thereof |
| | *See, e.g.,* '802 patent at 2:45-4:58, 10:25-12:18 and accompanying figures (and corresponding disclosure in the '991 patent). | *Intrinsic Evidence*:<br><br>'802 Patent: 10:66-11:25; Fig. 9 (and corresponding disclosure in the '991 patent). |

# EXHIBIT 1 – MICROSOFT-ONLY PATENTS

**DISPUTED TERM GROUP 11:** "snap-through"

| CLAIM TERM, PHRASE, OR CLAUSE | ANASCAPE'S PROPOSED CONSTRUCTION | MICROSOFT'S PROPOSED CONSTRUCTION |
|---|---|---|
| snap-through<br><br>'084 patent: Claims 5-6 | able to bow downward with a user discernible snap or click | able to bow downward with a snap or click |
| | *See, e.g.,* '084 patent at Abstract, 1:22-2:7, 5:44-6:67, 9:60-10:12, and accompanying figures; '084 patent file history, April 30, 1999 Amendment at 2-3, June 19, 1999 Office Action. | *Intrinsic Evidence*:<br>'084 Patent: Abstract; 1:57-67; 5:54-6:2; 6:37-46; 8:51-9:1; 9:44-46; 11:13-17; 11:62-64<br><br>*Extrinsic Evidence*:<br>'997 Patent: e.g., 3:45-4:29<br>'700 Patent: e.g., 17:16-39<br><br>*Standard Test Method for Determining the Tactile Ratio of a Membrane Switch*, ASTM Standard F 1570 – 94, *printed in* ASTM Standards Related to Membrane Switches (1998)<br><br>ASTM Standard F 1682 – 96 = *Standard Test Method for Determining Travel of a Membrane Switch*, ASTM Standard F 1682 – 96, *printed in* ASTM Standards Related to Membrane Switches (1998).<br><br>John R. Mason, *Switch Engineering Handbook* (McGraw Hill 1993):<br>1.48-1.49; 9.2; 11.1-11.17; 11.29 |