# EXHIBIT 2

# THE OXFORD

THE ESSENTIAL RESOURCE—FROM THE FIRST NAME IN REFERENCE

# American Desk Dictionary and Thesaurus

NEW UPDATED EDITION

SECOND EDITION

- The only intergrated reference book of its kind available in paperback
- More than 150,000 entries, definitions, and synonyms
- Authoritative, up-to-date, and easy to use
- Includes valuable appendices

If you purchased this book without a cover, you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher, and neither the author nor the publisher has received any payment for this "stripped book."

THE OXFORD AMERICAN
DESK DICTIONARY AND THESAURUS

A Berkley Book / published by arrangement with
Oxford University Press, Inc.

PRINTING HISTORY
Oxford University Press, Inc., edition / July 1997
Berkley edition / August 1997
Berkley second edition / July 2001

All rights reserved.
THE OXFORD AMERICAN DESK DICTIONARY AND THESAURUS,
Second Edition. Copyright © 2001 by Oxford University Press, Inc.
This is a new edition of *The Oxford Desk Dictionary and Thesaurus: American Edition*, copyright © 1997, which was a concise edition of *The Oxford Dictionary and Thesaurus: American Edition.*

Oxford is a trademark of Oxford University Press, Inc.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise without the prior written consent of Oxford University Press, Inc.
For information address: Oxford University Press, Inc., 198 Madison Avenue, New York, New York 10016.

The Penguin Putnam Inc. World Wide Web site address is
www.penguinputnam.com

ISBN: 0-425-18068-9

BERKLEY®
Berkley Books are published by
The Berkley Publishing Group, a division of Penguin Putnam Inc.,
375 Hudson Street, New York, New York 10014.
BERKLEY and the "B" design are trademarks
belonging to Penguin Putnam Inc.

PRINTED IN THE UNITED STATES OF AMERICA

10 9 8 7 6 5 4

Staff
Preface
How to Use
Key to the P
Abbreviation

*The Oxford A*

Special Refe
Signs and S
Signs of the
Heat Index
Standard W
Metric Wei
Chemical E
Temperatur
States of th
Presidents o
Countries o
Usage Guid

shape up improve, move
▫▫ shapeless amorphous,
ıs, unformed, indefinite,

ee/ adj. (shape•li•er,
ell formed. 2 of pleasing
i•ness n.
portioned, graceful, neat,
od-looking, attractive; vo-

broken piece of pottery,

portion that a person re-
s to a common amount.
d by an individual to an
itment. b part received
om this. • v. 1 tr. get or
e of. 2 tr. use or benefit
ners. 3 intr. have a share;
share with you?). 4 intr.
ate. ▫▫ share'a•ble adj.
shared adj. shar'er n.
at MUTUAL
division, apportionment,
, dividend. 2 interest,
slice. • v. 1, 2 divide up,

OWSHARE.
irhōldər/ n. owner of

air/ n. Computing soft-

rge, usu. voracious ma-
g body and prominent

loq. swindler; profiteer.
in/ n. 1 skin of a shark.
ed fabric.
1 having an edge or
pierce. 2 tapering to a
brupt; steep. 4 well-
5 a severe or intense.
gent. c (of a frost) se-
ice or sound) shrill and
, etc.) harsh or acrimo-
gue). 8 acute; quick to
to take advantage; art-
risk. 11 Mus. (C, F,
higher than C, F, etc.
ynonym study at KEEN.
ised a semitone above
sign (SHrp;) indicating
; cheat. • adv. 1 punc-
Mus. above true pitch.
y perceptive or intelli-
sharp'ness n.
en; razor-sharp, knife-
sudden, precipitous,
r. 4 see DEFINITE 2.
ng, sudden, piercing.
6 high-pitched, pene-
dulous, acerbic, vitri-
keen-witted, sharp-
ent. 9 clever, shrewd,
us, dishonest. 10 see
adj. 1. 12 chic, dap-
fashionable. • adv.
the dot. 2 sharply,
also suddenly (SUD-
see INTELLIGENT 2.



▫▫ **sharply** severely, sternly, harshly; suddenly, quickly, abruptly.

**sharp•en** /shaarpən/ v. make or become sharp. ▫▫ **sharp'en•er** n.
■ hone, grind, strop, whet.

**sharp•er** /shaarpər/ n. swindler, esp. at cards.

**sharp•shoot•er** /shaarpshōotər/ n. skilled marksman. ▫▫ **sharp'shoot•ing** n. & adj.

**shat•ter** /shátər/ v. 1 tr. & intr. break suddenly in pieces. 2 tr. severely damage or utterly destroy. 3 tr. greatly upset. 4 tr. (usu. as **shattered** adj.) exhaust. ▫▫ **shat'ter•ing** adj. **shat'ter•ing•ly** adv. **shat'ter-proof** adj.
■ 1 disintegrate, burst, pulverize, smash, splinter. 2 ruin, devastate, wreck, dash, demolish. 3 disturb, perturb, trouble, discompose. 4 (**shattered**) see *exhausted* (EXHAUST v. 2).

**shave** /shayv/ • v.tr. (*past part.* **shaved** or [as *adj.*] **shav•en**) 1 remove (bristles or hair) with a razor. 2 reduce by a small amount. 3 pass close to without touching; miss narrowly. • n. 1 shaving or being shaved. 2 narrow miss or escape = *close shave* (see CLOSE[1]).
■ v. 2 trim, clip, crop; pare; snip off.

**shav•er** /sháyvər/ n. 1 thing that shaves. 2 *colloq.* young lad.

**shav•ing** /sháyving/ n. 1 thin strip cut off of wood, etc. 2 [*attrib.*] used in shaving the face (*shaving cream*).

**shawl** /shawl/ n. piece of fabric, usu. rectangular, worn over the shoulders or head. ▫▫ **shawled** adj.

**Shaw•nee** /shawnee, shaa-/ n. 1 a N. American people native to the central Ohio valley. b member of this people. 2 language of this people.

**she** /shee/ • *pron.* (*obj.* **her**; *poss.* **her**; *pl.* **they**) 1 woman or girl or female animal previously named or in question. 2 thing regarded as female, e.g., vehicle or ship. • n. 1 female; woman. 2 [in *comb.*] female (*she-goat*).

**sheaf** /sheef/ • n. (*pl.* **sheaves** /sheevz/) group of things laid lengthwise together and usu. tied, esp. grain stalks, etc. • v.tr. (also **sheave** /sheev/) make into sheaves.

**shear** /sheer/ • v.tr. (*past* **sheared**, *archaic* **shore** /shor/; *past part.* **shorn** /shorn/ or **sheared**) 1 cut with scissors or shears, etc. 2 remove by cutting. 3 clip the wool off (a sheep, etc.). • n. [in *pl.*] (also **pair of shears** *sing.*) large clipping or cutting instrument shaped like scissors. ▫▫ **shear'er** n.

**sheath** /sheeth/ n. (*pl.* **sheaths** /sheethz, sheeths/) 1 close-fitting cover for the blade of a knife or sword. 2 condom. 3 *Bot.*, *Anat.*, & *Zool.* enclosing case or tissue. 4 woman's close-fitting dress. ▫▫ **sheath'less** adj.

**sheathe** /sheeth/ v.tr. 1 put into a sheath. 2 encase; protect with a sheath.

**she•bang** /shibáng/ n. *sl.* (esp. *the whole shebang*) everything.

**shed**[1] /shed/ n. one-story structure usu. of wood for storage or shelter for animals, etc., or as a workshop.
■ hut, shack, stall, booth, cote, hutch.

**shed**[2] /shed/ v.tr. (**shed•ding**; *past* and *past part.* **shed**) 1 let or cause to fall off (*trees shed their leaves*). 2 take off (clothes). 3 cause to fall or flow (*shed blood*). 4 disperse; diffuse; radiate (*shed light*). ▫▫ **shed'der** n.
■ 1 drop, spill; molt, cast. 2 remove, strip. 3 spill, drop, pour out or forth, discharge, emit. 4 dissipate, spread; emanate, emit.

**she'd** /sheed/ *contr.* 1 she had. 2 she would.

**sheen** /sheen/ n. 1 gloss or luster. 2 radiance; brightness.
■ shine, gleam, polish, shininess, glow, shimmer.

**sheep** /sheep/ n. (*pl.* same) 1 ruminant mammal with a thick woolly coat, esp. kept in flocks for its wool or meat. 2 bashful, timid, or silly person.

**sheep•dog** /sheepdawg, -dog/ n. 1 dog trained to guard and herd sheep. 2 a dog of various breeds suitable for this. b any of these breeds.

**sheep•ish** /sheepish/ adj. 1 bashful; shy; reticent. 2 embarrassed through shame. ▫▫ **sheep'ish•ly** adv. **sheep'ish•ness** n.
■ 1 timid, withdrawn, passive, docile. 2 see SHAMEFACED 1.

**sheep•skin** /sheepskin/ n. 1 garment or rug of sheep's skin with the wool on. 2 leather from a sheep's skin used in bookbinding.

**sheer**[1] /sheer/ • adj. 1 unqualified; absolute (*sheer luck*). 2 (of a cliff or ascent, etc.) perpendicular. 3 (of a textile) diaphanous. • adv. 1 directly; outright. 2 perpendicularly. ▫▫ **sheer'ly** adv. **sheer'ness** n.
■ adj. 1 unmitigated, downright, out-and-out, unadulterated. 2 steep, precipitous, abrupt, vertical. 3 transparent, see-through, thin.

**sheer**[2] /sheer/ • v.intr. swerve or change course. • n. *Naut.* deviation from a course.

**sheet**[1] /sheet/ n. 1 large rectangular piece of cotton or other fabric, used for bedclothes. 2 a broad usu. thin flat piece of material (e.g., paper or metal). b [*attrib.*] made in sheets (*sheet iron*). 3 wide continuous surface or expanse of water, ice, flame, falling rain, etc. 4 set of unseparated postage stamps. ▫ **sheet metal** metal formed into thin sheets. **sheet music** music published on unbound pages.
■ 2a, 3 pane, panel, plate, slab; lamina, layer; area, stretch, film, coat, coating, covering, blanket, cover, surface, skin.

**sheet**[2] /sheet/ n. rope attached to the lower corner of a sail for securing or controlling it.

**sheikh** /sheek, shayk/ n. (also **sheik**) chief or head of an Arab tribe, family, or village. ▫▫ **sheikh'dom** n.

**shek•el** /shékəl/ n. 1 chief monetary unit of modern Israel. 2 *hist.* silver coin and unit of weight in ancient Israel, etc. 3 [in *pl.*] *colloq.* money; riches.

**shelf** /shelf/ n. (*pl.* **shelves** /shelvz/) 1 flat piece of wood or metal, etc., projecting from a wall, or as part of a unit, used to support books, etc. 2 flat-topped recess in a wall, etc., used for supporting objects. ▫ **on the shelf** postponed, as a plan or project. **shelf life** amount of time for which a stored item