# EXHIBIT 2

1

<u>CERTIFICATE OF EXPRESS MAILING</u>

Assistant Commissioner for Patents
Washington, D. C. 20231

Sir:

    I hereby certify that this complete response regarding
pending U.S. Patent Application 09/715,532 is being deposited
with the United States Postal Service as EXPRESS mail article
number ET663103524US, Post Office to Addressee, with sufficient
postage pre-paid in an envelope addressed to: Assistant
Commissioner for Patents and Trademarks, Washington, D. C. 20231,

on this date: _March 11, 2003_

    Signature: _Brad A. Armstrong_
                Brad A. Armstrong


Re: Patent Application of Brad A. Armstrong
    Applicant's Docket No. 30

Serial No.: 09/715,532    Filed: 11/16/2000

Title: 3D CONTROLLER WITH VIBRATION

Applicant's mailing address:    Brad A. Armstrong
                            P.O. Box 1419
                            Paradise, CA 95967

Examiner: Michael Moyer
Group Art Unit: 2675



Sir:


REMARKS

    According to MPEP 714.16(d) and 37 CFR 1.312 Applicant
requests amendments to the allowed claims of pending Patent
Application 09/715,532.

    This requested Amendment to pending Patent Application
09/715,532 is being filed <u>after</u> the mailing of the Notice of

2

Allowance and Issue Fee due papers, but <u>with</u> payment of the Issue fee.

Applicant believes the claim amendments requested herein make no change to the scope of the claims.

This is Applicant's first opportunity to amend claims following the First Action on the Merits.

None of the requested changes to the claims, in Applicant's opinion, require reopening of prosecution.

Correction to claims 63 and 70 in the recital of the "third element" wherein the word "second" should clearly instead be -- third-- in each of the claims as shown below in Amendments is requested for the purposes of accuracy and clarity of the claims to fix idiomatic mistakes.

Additionally, claims 57, 63 and 70, originally were and currently are intended to be open ended claims, i.e., not excluding additional elements. To more clearly express the open ended intent of these claims the terms "comprising structure" is being inserted in the first line of each of the claims 57, 63 and 70, replacing "structured for". These changes are for the sake of improved clarity, so that the claims have a more typical and common style.

Also, in claims 57, 63 and 70 the words "for", "useful for" and "structured for" have been deleted in order to more clearly assert the Applicant's original and current intention that 35 USC 112 paragraph 6 is <u>not</u> invoked in determining the scope of these claims.

In claim 63 the wording "to allow controlling of the objects" is inserted to further clarify that the "button sensor" is in functional cooperation with the other elements of the claim.

None of the requested changes to the claims, in Applicant's opinion, require reopening of prosecution.

Below are Amendments to the Claims in marked up and then in clean versions. Further Remarks follow the Amendments.

5

AMENDMENTS TO THE CLAIMS IN CLEAN VERSION
Although only claims 57, 63 and 70 are amended above, all of the
claims are shown below in clean form for use in the application
and patent.

39.  A 3-D graphics controller used with a television based
game, comprising:
        a game, said game at least in part controlled by
        circuitry, said circuitry located on
        at least one sheet, said at least one sheet comprising:
                a circuit board sheet connected to
                a flexible membrane sheet;
        a first element structured to activate
                four unidirectional sensors, said four unidirectional
sensors at least in part connected to said at least one sheet,
said four unidirectional sensors useful to control said game;
        a second element with structure to activate
                a first two rotary potentiometers, said first two
rotary potentiometers at least in part connected to said at least
one sheet, said first two rotary potentiometers useful to control
said game;
        a third element with structure to activate
                a second two rotary potentiometers, said second two
rotary potentiometers at least in part connected to said at least
one sheet, said second two rotary potentiometers useful to
control said game;
        an independent first button structured to activate
                a first button sensor, said first button depressible by
a single finger of a user, said first button sensor at least in
part connected to said at least one sheet, said first button
sensor creates simple switched On/Off data useful to control said
game;
        an independent pivotal second button structured to activate
                a second button sensor, said second button pivots upon
depression by a single finger of the user, said second button

6

sensor at least in part connected to said at least one sheet,
said second button sensor capable of outputing a proportional
signal useful to control said game;

an independent pivotal third button structured to activate

a third button sensor, said third button pivotal upon
depression by a single finger of the user, said third button
sensor at least in part connected to said at least one sheet,
said third button sensor capable of outputing a proportional
signal useful to control said game;

active tactile feedback vibration detectable by the user of
said game.

40.  A 3-D graphics controller used with a television based
game according to claim 39 wherein said active tactile feedback
vibration is provided by a motor and offset weight.

41.  A 3-D graphics controller for controlling a television
based game, comprising:
circuitry located at least in part on
at least one sheet, said at least one sheet comprising:

a circuit board sheet; said circuit board sheet
connected with

a flexible membrane sheet;
a first element structured to activate

four unidirectional sensors, said four unidirectional
sensors at least in part connected to said at least one sheet,
said four unidirectional sensors useful to control the game;
a second element with structure to activate

a first two rotary potentiometers, said first two
rotary potentiometers at least in part connected to said at least
one sheet, said first two rotary potentiometers useful to control
the game;

a third element with structure to activate

a second two rotary potentiometers, said second two
rotary potentiometers at least in part connected to said at least

7

one sheet, said second two rotary potentiometers useful to control the game;

an independent first button structured to activate

a first button sensor, said first button depressible by a single finger of a user, said first button sensor at least in part connected to said at least one sheet, said first button sensor creates simple switched On/Off data useful to control the game;

an independent pivotal second button structured to activate

a second button sensor, said second button pivots upon depression by a single finger of the user, said second button sensor at least in part connected to said at least one sheet, said second button sensor capable of outputing a proportional signal useful to control the game;

an independent pivotal third button structured to activate

a third button sensor, said third button pivotal upon depression by a single finger of the user, said third button sensor at least in part connected to said at least one sheet, said third button sensor capable of outputing a proportional signal useful to control the game;

tactile feedback means for providing vibration detectable by the user of the game, said tactile feedback means connected to said circuitry.

42. A 3-D graphics controller according to claim 41 wherein said tactile feedback means comprises a motor and offset weight.

43. A 3-D graphics controller for controlling a television based game, comprising:

circuitry located at least in part on

at least one sheet, said at least one sheet comprising:

a circuit board sheet; said circuit board sheet connected with

a flexible membrane sheet;

a first element structured to activate

8

four unidirectional sensors, said four unidirectional sensors at least in part connected to said at least one sheet, said four unidirectional sensors useful to control the game;

a second element with structure to activate

a first two rotary potentiometers, said first two rotary potentiometers at least in part connected to said at least one sheet, said first two rotary potentiometers useful to control the game;

a third element with structure to activate

a second two rotary potentiometers, said second two rotary potentiometers at least in part connected to said at least one sheet, said second two rotary potentiometers useful to control the game;

an independent first button structured to activate

a first button sensor, said first button depressible by a single finger of a user, said first button sensor at least in part connected to said at least one sheet, said first button sensor creates simple switched On/Off data useful to control the game;

an independent pivotal second button structured to activate

a second button sensor, said second button pivots upon depression by a single finger of the user, said second button sensor at least in part connected to said at least one sheet, said second button sensor capable of outputing a proportional signal useful to control the game;

an independent pivotal third button structured to activate

a third button sensor, said third button pivotal upon depression by a single finger of the user, said third button sensor at least in part connected to said at least one sheet, said third button sensor capable of outputing a proportional signal useful to control the game.

44.  A 3-D graphics controller for controlling a television based game, comprising:

circuitry located at least in part on

9

at least one sheet, said at least one sheet comprising:

a circuit board sheet connected to

a flexible membrane sheet;

a first element structured to activate

four unidirectional sensors, said four unidirectional sensors at least in part connected to said at least one sheet, said four unidirectional sensors useful to control the game;

a second element with structure to activate

a first two rotary potentiometers, said first two rotary potentiometers at least in part connected to said at least one sheet, said first two rotary potentiometers useful to control the game;

a third element with structure to activate

a second two rotary potentiometers, said second two rotary potentiometers at least in part connected to said at least one sheet, said second two rotary potentiometers useful to control the game;

an independent first button structured to activate

a pressure-sensitive first button sensor useful to control the game, said first button depressible by a single finger of a user, said first button sensor at least in part connected to said at least one sheet, said first button sensor capable of outputing a proportional signal representing amount of pressure applied to said first button;

an independent second button structured to activate

a pressure-sensitive second button sensor useful to control the game, said second button depressible by a single finger of the user, said second button sensor at least in part connected to said at least one sheet, said second button sensor capable of outputing a proportional signal representing amount of pressure applied to said second button;

tactile feedback vibration in the controller detectable by the user of the game.

10

45. A 3-D graphics controller according to claim 44 wherein said tactile feedback vibration is supplied by a motor and offset weight.

46. A 3-D graphics controller according to claim 44 wherein said controller further includes an independent third button structured to activate

a third button sensor, said third button depressible by a single finger of the user, said third button sensor at least in part connected to said at least one sheet, said third button sensor creates simple switched On/Off data useful to control the game.

47. A 3-D graphics controller for controlling a television based game, comprising:

circuitry located at least in part on

at least one sheet, said at least one sheet comprising:

a circuit board sheet connected to

a flexible membrane sheet;

a first element structured to activate

four unidireotional sensors, said four unidireotional sensors at least in part connected to said at least one sheet, said four unidirectional sensors useful to control the game;

a first rotary potentiometer at least in part connected to said at least one sheet, said first rotary potentiometer useful to control the game;

a second rotary potentiometer at least in part connected to said at least one sheet, said second rotary potentiometer useful to control the game;

a third rotary potentiometer at least in part connected to said at least one sheet, said third rotary potentiometer useful to control the game;

a fourth rotary potentiometer at least in part connected to said at least one sheet, said fourth rotary potentiometer useful to control the game;

11

an independent first button structured to activate

a pressure-sensitive first button sensor useful to control the game, said first button depressible by a single finger of a user, said first button sensor at least in part connected to said at least one sheet, said first button sensor capable of outputing a proportional signal representing amount of pressure applied to said first button;

an independent second button structured to activate

a pressure-sensitive second button sensor useful to control the game, said second button depressible by a single finger of the user, said second button sensor at least in part connected to said at least one sheet, said second button sensor capable of outputing a proportional signal representing amount of pressure applied to said second button;

tactile feedback vibration in the controller detectable by the user of the game.

48.   A 3-D graphics controller according to claim 47 wherein said controller further includes an independent third button structured to activate

a third button sensor, said third button depressible by a single finger of the user, said third button sensor at least in part connected to said at least one sheet, said third button sensor creates simple switched On/Off data useful to control the game.

49.   A 3-D graphics controller according to claim 47 wherein said tactile feedback vibration is provided by a motor and offset weight.

50.   A 3-D graphics controller used with a television based game, comprising:

a first element structured to activate

four unidirectional sensors, said four unidirectional sensors useful to control said game; said four unidirectional

12

sensors at least in part connected to

    circuitry;

    a second element with structure to activate

        a first two rotary potentiometers, said first two
rotary potentiometers at least in part connected to said
circuitry, said first two rotary potentiometers useful to control
said game;

    a third element with structure to activate

        a second two rotary potentiometers, said second two
rotary potentiometers at least in part connected to said
circuitry, said second two rotary potentiometers useful to
control said game;

    an independent first button structured to activate

        a first button sensor, said first button depressible by
a single finger of a user, said first button sensor at least in
part connected to said circuitry, said first button sensor
creates simple switched On/Off data useful to control said game;

    an independent pivotal second button structured to activate

        a second button sensor, said second button pivots upon
depression by a single finger of the user, said second button
sensor at least in part connected to said circuitry, said second
button sensor capable of outputing a proportional signal useful
to control said game;

    an independent pivotal third button structured to activate

        a third button sensor, said third button pivotal upon
depression by a single finger of the user, said third button
sensor at least in part connected to said circuitry, said third
button sensor capable of outputing a proportional signal useful
to control said game;

    active tactile feedback vibration detectable by the user of
said game, said active tactile feedback vibration provided by

    an offset weight connected to

    a motor, said motor at least in part connected to said
circuitry.

Received from < > at 6/4/03 5:23:05 PM [Eastern Daylight Time]

13

51.   A 3-D graphics controller used with a television based
game, comprising:
    a first element structured to activate
        four unidirectional sensors, said four unidirectional
sensors used to control said game;
    a second element with structure to activate
        a first two rotary potentiometers, said first two
rotary potentiometers used to control said game;
    a third element with structure to activate
        a second two rotary potentiometers, said second two
rotary potentiometers used to control said game;
    an independent first button structured to activate
        a first button sensor, said first button depressible by
a single finger of a user, said first button sensor creates
simple switched On/Off data used to control said game;
    an independent pivotal second button structured to activate
        a second button sensor, said second button pivots upon
depression by a single finger of the user, said second button
sensor capable of outputing a proportional signal used to control
said game;
    an independent pivotal third button structured to activate
        a third button sensor, said third button pivotal upon
depression by a single finger of the user, said third button
sensor capable of outputing a proportional signal used to control
said game;
    an offset weight is connected to
    a motor to provide active tactile feedback used to provide
vibration to the user of said game.


52.   A 3-D graphics controller used with a television based
game, comprising:
    a first element movable on two axes, said first element
structured to activate
        four unidirectional sensors, said four unidirectional
sensors used to input a first axis and a second axis of control

14

for the game;

a first bi-directional proportional sensor, said first bi-directional proportional sensor used to input a third axis of control for the game;

a second bi-directional proportional sensor, said second bi-directional proportional sensor used to input a fourth axis of control for the game;

a third bi-directional proportional sensor, said third bi-directional proportional sensor used to input a fifth axis of control for the game;

a fourth bi-directional proportional sensor, said fourth bi-directional proportional sensor used to input a sixth axis of control for the game;

an independent first button structured to activate

a first button sensor, said first button depressible by a single finger of the user, said first button sensor capable of outputing a proportional signal used to control the game;

an independent second button structured to activate

a second button sensor, said second button depressible by a single finger of the user, said second button sensor capable of outputing a proportional signal used to control the game;

a sheet connecting to at least eight of the sensors.

53.    A 3-D graphics controller used with a television based game, comprising:

a housing;

a first element structured to activate four unidirectional sensors used to control a television based game, said first element supported at least in part by said housing and sufficiently exposed to allow two axes of input;

a second element structured to activate a first two bi-directional proportional sensors used to control the game, said second element supported at least in part by said housing;

a third element structured to activate a second two bi-directional proportional sensors used to control the game, said

15

third element supported at least in part by said housing;

an independent first button sensor, said first button sensor depressible by a single finger of a user, said first button sensor creates simple switched On/Off data used to control the game, said independent first button sensor at least in part connected to

a sheet;

an independent pivotal second button structured to activate

a second button sensor, said second button pivots upon depression by a single finger of the user, said second button sensor at least in part connected to said sheet, said second button sensor capable of outputing a proportional signal used to control the game;

an independent pivotal third button structured to activate

a third button sensor, said third button pivotal upon depression by a single finger of the user, said third button sensor at least in part connected to said sheet, said third button sensor capable of outputing a proportional signal used to control the game;

active tactile feedback vibration detectable by the user of the game, said active tactile feedback vibration provided by

an offset weight connected to

a motor, said motor supported within said housing.

54.  A 3-D graphics controller for controlling a television based game, comprising:

a first element structured to activate four unidirectional sensors, said four unidirectional sensors useful to control the television based game; said four unidirectional sensors at least in part connected to

a first sheet;

a second element structured to activate a first two bi-directional proportional sensors, said first two bi-directional proportional sensors at least in part connected to said first sheet, said first two bi-directional sensors useful to control

16

the television based game;

a third element structured to activate a second two bi-directional proportional sensors, said second two bi-directional proportional sensors useful to control the television based game; said second two bi-directional proportional sensors at least in part connected to

a second sheet, said first sheet located on a first plane, and said second sheet located on a second plane;

an independent first button sensor, said first button sensor depressible by a single finger of the user, said first button sensor at least in part connected to said first sheet, said first button sensor capable of transforming depression into a proportional signal useful to control the television based game;

an independent second button sensor, said second button sensor depressible by a single finger of the user, said second button sensor at least in part connected to said first sheet, said second button sensor capable of transforming depression into a proportional signal useful to control the television based game;

tactile feedback means for providing vibration detectable by the user of said electronic game, said tactile feedback means supported within said controller.

55. A 3-D graphics controller for controlling a game, comprising:

a first element structured to activate four unidirectional sensors, said four unidirectional sensors useful to control a game; said four unidirectional sensors at least in part connected to

a first sheet;

a second element structured to activate a first two bi-directional proportional sensors, said first two bi-directional proportional sensors at least in part connected to said first sheet, said first two bi-directional sensors useful to control the game;

17

a third element structured to activate a second two bi-directional proportional sensors, said second two bi-directional sensors useful to control the game; said second two bi-directional proportional sensors at least in part connected to a second sheet, said first sheet located on a first plane, and said second sheet located on a second plane within said controller;

an independent first button, said first button depressible by a single finger of the user, said first button positioned to activate a first proportional sensor and said first button positioned to activate a simple switched On/Off sensor useful to control the game; said first proportional sensor connected to said first sheet, said first proportional sensor capable of transforming depression of said first button into a proportional signal useful to control said electronic game;

an independent second button, said second button depressible by a single finger of the user, said second button positioned to activate a second proportional sensor and said second button positioned to activate a simple switched On/Off sensor useful to control said electronic game; said second proportional sensor connected to said first sheet, said second proportional sensor capable of transforming depression of said second button into a proportional signal useful to control said electronic game;

tactile feedback means for providing vibration detectable by the user of said electronic game, said tactile feedback means supported within said controller.

56. A 3-D graphics controller according to claim 55 wherein the first and the second proportional sensors are each unidirectional sensors.

57. (once amended)  A controller comprising structure allowing manual inputs to rotate a platform on two mutually perpendicular axes, the rotation translated into electrical signals by four unidirectional sensors associated with the

18

platform, the signals at least in part controlling objects and
navigating a viewpoint, the controller including a vibrator
providing vibration detectable by a human user inputing to the
controller; the unidirectional sensors including spacing
preventing false activation by the vibration.

58. A controller according to claim 57 wherein said
controller further has a plurality of independent depressible
buttons, said buttons structured to activate button sensors, said
button sensors output electrical signals proportionate to
depression of said buttons.

59. A controller according to claim 58 wherein said button
sensors also output On/Off data.

60. A controller according to claim 59 wherein additional
independently depressible buttons output only On/Off data.

61. A controller according to claim 58 wherein said
controller further includes a second element movable on two
perpendicular axes, said second element structured and positioned
to activate two bi-directional proportional sensors.

62. A controller according to claim 58 wherein said two bi-
directional proportional sensors are rotary potentiometers.

63. (once amended)  A hand operated controller comprising
structure allowing hand inputs rotating a platform on two
mutually perpendicular axes to be translated into electrical
outputs by four unidirectional sensors to allow controlling
objects and navigating a viewpoint, said unidirectional sensors
including spacing generally preventing false activation through
vibration, the controller including a tactile feedback means for
providing vibration detectable by the user through the hand
operating the controller;

19

a second element movable on two mutually perpendicular axes, said second element structured to activate two bi-directional proportional sensors providing outputs at least in part controlling objects and navigating a viewpoint;

a third element movable on two mutually perpendicular axes, said third element structured to activate two bi-directional proportional sensors providing outputs at least in part controlling objects and navigating a viewpoint;

a plurality of independent finger depressible buttons, each button associated with

a button sensor, said button sensor outputs at least on/off data to allow controlling of the objects.

64.    A hand operated controller according to claim 63 wherein the sensors are connected by at least one sheet.

65.    A hand operated controller according to claim 64 wherein said at least one sheet comprises a flexible membrane sheet connected to a substantially rigid circuit board sheet.

66.    A hand operated controller according to claim 65 wherein said button sensor outputs data proportionate to depression of one of said buttons.

67.    A hand operated controller according to claim 66 wherein the bi-directional proportional sensors are rotary potentiometers.

68.    A hand operated controller according to claim 66 wherein the bi-directional proportional sensors are optical encoders.

69.    A hand operated controller according to claim 66 wherein said tactile feedback means comprises a motor and offset weight.

20

70.  (once amended)  A hand operated controller comprising
structure allowing hand inputs rotating a platform on two
mutually perpendicular axes to be translated into electrical
outputs, the controller structured with four unidirectional
sensors to allow controlling objects and navigating a viewpoint,
said unidirectional sensors including spacing generally
preventing false activation through vibration, the controller
including an electro-mechanical tactile feedback means for
providing vibration detectable by the user through the hand
operating the controller;

a second element movable on two mutually perpendicular axes,
said second element structured to activate two bi-directional
proportional sensors;

a third element movable on two mutually perpendicular axes,
said third element structured to activate two bi-directional
proportional sensors;

a plurality of independent finger depressible buttons, each
button associated with

a button sensor, said button sensor outputs at least On/Off
data;

the sensors are connected by at least one sheet, said at
least one sheet comprises

a flexible membrane sheet connected to

a circuit board sheet.


71.  A hand operated controller according to claim 70
wherein said button sensor outputs data proportionate to
depression of one of said buttons.


72.  A hand operated controller according to claim 71
wherein at least two of said buttons pivot upon depression to
activate their respective proportional sensors.

73.  A hand operated controller according to claim 72 wherein the bi-directional proportional sensors are rotary potentiometers.

74.  A hand operated controller according to claim 72 wherein the bi-directional proportional sensors are optical encoders.

75.  A hand operated controller according to claim 71 wherein said tactile feedback means comprises a motor and offset weight.

76.  A 3-D graphics controller having an economical combination of elements and buttons allowing a user to control a television based game, the controller comprising:

a housing;

a first element structured to activate four unidirectional sensors used to control a television based game, said first element supported at least in part by said housing and sufficiently exposed to allow two axes of input;

a second element structured to activate a first two rotary potentiometers used to control the game;

a third element structured to activate a second two rotary potentiometers used to control the game;

a circuit board supporting circuitry, said circuit board located in said housing, the rotary potentiometers mounted to said circuit board;

an independent first button structured to activate

a first button sensor, said first button depressible by a single finger of the user, said first button sensor at least in part supported by said housing, said first button sensor capable of outputing a proportional signal used to control the game;

an independent second button structured to activate

a second button sensor, said second button depressible by a single finger of the user, said second button sensor at

22

least in part supported by said housing, said second button
sensor capable of outputing a proportional signal used to control
the game;

    active tactile feedback structure located in said housing.


    77.  A 3-D graphics controller according to claim 76 wherein
said active tactile feedback structure includes
    an offset weight connected to
    a motor.

REMARKS

In the claims the use of the wording "television based game" is intended to mean or be defined as a game that can be displayed by a television.  The game may actually run on an image generation machine such as a game console, set-top box or the like, linked to a television.  If the Examiner did not examine the claims with this or a closely similar definition in mind, then the Examiner is respectfully requested to notify Applicant of such in writing.

In the claims the use of the wording "3-D graphics" is intended to mean or be defined as imagery displayed by a television or the like and the imagery has depth, so that, as a first example, when a distant object passes behind a close object, the close object obscures all or part of the distant object, and as a second example, a 3-D object displayed on the television may rotate or appear to rotate as the portion of the object which the viewer would normally see in a real world object is displayed and the portion which the viewer would not normally see is not displayed.  Thus "3-D graphics" mimic our three dimensional world but may be displayed on a two dimensional television screen.  No special equipment (e.g. 3-D glasses or the like) is required to view "3-D graphics" as displayed by a television.  If the Examiner did not examine the claims with this or a closely similar definition in mind, then the Examiner is respectfully requested to notify Applicant of such in writing.

In the claims the use of the wording "hand", "hand inputs", "manual inputs" and "hand operated controller", is intended to be consistent with the U.S. Patent Office classification 463/37 "Player-actuated control structure wherein the means for deriving an information signal includes structure intended and arranged to interact with that part of a participant's arm beyond the wrist (i.e., the hand, including the palm, fingers, and thumb, etc.) so

24

as to derive an information signal in response to motion of any part of the hand." Applicant believes the above Patent Office definition is fully supported in Applicant's disclosure and is consistent with Applicant's original and current intent. If the Examiner did not examine the claims with this or a closely similar definition in mind, then the Examiner is respectfully requested to notify Applicant of such in writing.

In the claims the use of the word "element" is intended to mean or be defined as a singular structure, member, part, component or the like, or a plurality of structures, members, parts, components or the like, as disclosed in Applicant's disclosure and their equivalents. If the Examiner did not examine the claims with this or a closely similar definition in mind, then the Examiner is respectfully requested to notify Applicant of such in writing.

Also, please do not hesitate to telephone me at 530 872 4901 if I may be of any assistance. Thank you.

Respectfully,

Brad A. Armstrong, Applicant                Date: March 11, 2003

3

AMENDMENTS TO THE CLAIMS IN MARKED UP VERSION
Please amend the following claims 57, 63 and 70 wherein
underlining shows insertions and bracketing shows deletions.
Thank you.

57. (once amended)  A controller comprising structure
[structured for] allowing manual inputs to rotate a platform on
two mutually perpendicular axes, the rotation translated into
electrical signals by four unidirectional sensors associated with
the platform, the signals at least in part [useful for]
controlling objects and navigating a viewpoint, the controller
including a vibrator [for] providing vibration detectable by a
human user inputing to the controller; the unidirectional sensors
including spacing preventing false activation by the vibration.

63. (once amended)  A hand operated controller comprising
structure [structured for] allowing hand inputs rotating a
platform on two mutually perpendicular axes to be translated into
electrical outputs by four unidirectional sensors to allow
controlling objects and navigating a viewpoint, said
unidirectional sensors including spacing generally preventing
false activation through vibration, the controller including a
tactile feedback means for providing vibration detectable by the
user through the hand operating the controller;
    a second element movable on two mutually perpendicular axes,
said second element structured to activate two bi-directional
proportional sensors [for] providing outputs at least in part
[useful for] controlling objects and navigating a viewpoint;
    a third element movable on two mutually perpendicular axes,
said [second] third element structured to activate two bi-
directional proportional sensors [for] providing outputs at least
in part [useful for] controlling objects and navigating a
viewpoint;
    a plurality of independent finger depressible buttons, each
button associated with

4

a button sensor, said button sensor outputs at least On/Off data to allow controlling of the objects.

32. (once amended) A hand operated controller comprising structure [structured for] allowing hand inputs rotating a platform on two mutually perpendicular axes to be translated into electrical outputs, the controller structured with four unidirectional sensors to allow controlling objects and navigating a viewpoint, said unidirectional sensors including spacing generally preventing false activation through vibration, the controller including an electro-mechanical tactile feedback means for providing vibration detectable by the user through the hand operating the controller;

a second element movable on two mutually perpendicular axes, said second element structured to activate two bi-directional proportional sensors;

a third element movable on two mutually perpendicular axes, said third [second] element structured to activate two bi-directional proportional sensors;

a plurality of independent finger depressible buttons, each button associated with

a button sensor, said button sensor outputs at least On/Off data;

the sensors are connected by at least one sheet, said at least one sheet comprises

a flexible membrane sheet connected to

a circuit board sheet.