# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., | § § § § |
| Plaintiff, | § Civ il Action No.: 9:06-CV-00158-RC § |
| v. | § JUDGE RONALD CLARK § |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC. | § § § |
| Defendants. | § § |

**DEFENDANT NINTENDO OF AMERICA INC.'S
PRELIMINARY INVALIDITY CONTENTIONS**

Pursuant to the Court's Scheduling Order and Patent Local Rules (particularly P.R. 3-3), Defendant Nintendo of America Inc. ("NOA") hereby submits its preliminary invalidity contentions identifying prior art and other grounds that invalidate the asserted claims of U.S. Patent Nos. 6,344,791 ("the '791 Patent"), 6,351,205 ("the '205 Patent"), 6,563,415 ("the '415 Patent"), 6,906,700 ("the '700 Patent") and 6,222,525 ("the '525 Patent"). In addition, NOA herewith submits its document production pursuant to P.R. 3-4.

NOA's preliminary invalidity contentions address the claims of the '791, '205, '415, 700 and '525 patents asserted against NOA in Anascape, Ltd.'s ("Anascape") Disclosure of Asserted Claims and Preliminary Infringement Contentions ("Infringement Contentions"). Thus, NOA's invalidity contentions take into consideration the same features and capabilities of the prior art disclosures as embraced by the claim scope necessary to read the asserted claims on the accused products in accordance with Anascape's Infringement Contentions. However, none of NOA's

1

invalidity contentions should be understood as any acquiescence in, admission to or adoption of any particular claim construction, and NOA reserves the right to argue claim constructions that may differ from what may be indicated in NOA's invalidity contentions.

In addition, NOA's invalidity contentions take into consideration the degree to which the '791, '205, '415, 700 and '525 patents can rely on asserted priority dates for their claims, as asserted in the patents themselves and/or in Anascape's Infringement Contentions. Further, and notwithstanding NOA's invalidity contentions regarding compliance with 35 U.S.C. § 112, NOA's invalidity contentions regarding the prior art also take into consideration an understanding of the patents necessary for those patents to comply with 35 U.S.C. § 112. Where, in the following claim charts, a feature of a prior art reference is not specifically identified as corresponding to a claimed limitation, that lack of specific identification is not intended as, and should not be regarded as, any admission or concession by NOA that such prior art reference does not embody the claimed limitation.

Attached as Exhibits 1-3, respectively, are copies of NOA's requests for *inter partes* reexamination of the '791, 205 and '415 patents (excluding cited exhibits thereto), which are hereby incorporated by reference. Attached as Exhibits 4-8, respectively, are copies of the requests for reexamination (with select exhibits thereto) of the '791, 205, '415, '700 and '525 patents filed by Defendant Microsoft Corporation ("Microsoft"), which are hereby incorporated by reference. Further, NOA hereby incorporates by reference the invalidity contentions (including any and all exhibits) of Microsoft as if the contents of Microsoft's invalidity contentions were set forth herein. NOA similarly hereby incorporates by reference the contents of Microsoft's document production pursuant to P.R. 3-4 as if the contents of Microsoft's document production were included in NOA's document production pursuant to P.R. 3-4.

In addition, claim 16 is invalid based on the phrase "said resilient dome cap is structured to provide a tactile feedback to a human hand."

Dated: February 12, 2007

Respectfully submitted,

By: _____
Lawrence L. Germer
Texas Bar No. 07824000
GERMER GERTZ L.L.P
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas 77701
Tel.:   (409) 654-6700
Fax:   (409) 835-2115

Robert J. Gunther, Jr.
(robert.gunther@lw.com)
James S. Blank
(james.blank@lw.com)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Tel.:   (212) 906-1200
Fax:   (212) 751-4864

Robert W. Faris
(rwf@nixonvan.com)
Joseph S. Presta
(jsp@nixonvan.com)
NIXON & VANDERHYE, P.C.
901 North Glebe Road
11th Floor
Arlington, VA 22203
Tel.:   (703) 816-4000
Fax:   (703) 816-4100

Attorneys for Defendant
Nintendo of America Inc.

1171519

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served to the following counsel of record in the manner indicated this 12th day of February, 2007:

    Via Federal Express

    Sam Baxter
    McKool Smith, P.C.
    505 East Travis, Suite 105
    Marshall, Texas 75670