# EXHIBIT 5

IEEE Std 100-1992

# The New IEEE Standard Dictionary
# of Electrical and Electronics Terms
### [Including Abstracts of All Current IEEE Standards]

## Fifth Edition

**Gediminas P. Kurpis, Chair**

**Christopher J. Booth, Editor**

The Institute of Electrical and Electronics Engineers, Inc.
345 East 47th Street, New York, NY 10017-2394, USA

Copyright © 1993 by the
Institute of Electrical and Electronics Engineers, Inc.
All rights reserved. Published 1993
Printed in the United States of America

ISBN 1-55937-240-0

*No part of this publication may be reproduced in any form,
in an electronic retrieval system or otherwise,
without the prior written permission of the publisher.*

*January 15, 1993*

*SH15594*

(A) entrant
(B) free bystander
(C) inhibited bystander
(D) competitor
(E) withholder
(F) master elect
(G) master
(H) recompeting master                                    896.1-1987

**potential profile.** A plot of potential as a function of distance along a specified path.
81-1983

**potential slave.** A module that is capable of being addressed by and is able to carry out transactions with the master.            896.1-1987

**potential source-rectifier exciter (excitation systems for synchronous machines).** An exciter whose energy is derived from a stationary alternating-current (ac) potential source and converted to direct current by rectifiers. The exciter includes the power potential transformers and power rectifiers which may be either noncontrolled or controlled, including gate circuitry. It is exclusive of input control elements. The source of ac power may come from the machine terminals or from a station auxiliary bus or a separate winding within the synchronous machine.            421.1-1986

**potential transformer (1) (power and distribution transformer).** See: **voltage transformer; cascade-type voltage transformer; insulated-neutral terminal type voltage transformer; double-secondary voltage transformer; fused-type voltage transformer; turn ratio of a voltage transformer; thermal burden rating of a voltage transformer; rated secondary voltage.**            C57.12.80-1978
**(2) (voltage transformer).** An instrument transformer that is intended to have its primary winding connected in shunt with a power-supply circuit, the voltage of which is to be measured or controlled. See: **instrument transformer.**            C12.1-1982

**potential transformer, cascade-type.** A single voltage line-terminal potential transformer with the primary winding distributed on several cores with the cores electromagnetically coupled by coupling windings and the main winding on the core at the neutral end of the high-voltage winding. Each core is insulated from the other cores and is maintained at a fixed potential with respect to ground and the line-to-ground voltage. See: **instrument transformer.**            C57.13-1978

**potential transformer, double-secondary.** One that has two secondary windings on the same core circuit insulated from each other and primary. Either or both of the secondary windings may be used for measurement or control. See: **instrument transformer.**            C57.13-1978

**potential transformer, fused-type.** One that is provided with the means for mounting a fuse, or fuses, as an integral part of the transformer in series with the primary winding. See: **instrument transformer.**            C57.13-1978

**potential transformer, grounded-neutral terminal type.** One that has the neutral end of the high-voltage winding connected to the case or mounting base. See: **instrument transformer.**            C57.13-1978

**potential transformer, insulated-neutral terminal type.** One that has the neutral end of the high-voltage winding insulated from the case or base and connected to a terminal that provides insulation for a lower-voltage insulation class than that required for the rated insulation class of the transformer. See: **instrument transformer.**            C57.13-1978

**potential transformer, single-high-voltage line terminal.** One that has the line end of the primary winding connected to a terminal insulated from ground for the rated insulation class. The neutral end of the winding may be (1) insulated from ground but for a lower insulation class than the line end (insulated neutral) or (2) connected to the case or base (grounded neutral). See: **instrument transformer.**

**potential transformer, two-high-voltage line terminals.** One that has both ends of the high-voltage winding connected to separate terminals that are insulated from each other, and from other parts of the transformer, for the rated insulation class of the transformer. See: **instrument transformer.**            C57.13-1978

**potentiometer (1) (general).** A three-terminal rheostat, or a resistor with one or more adjustable sliding contacts, that functions as an adjustable voltage divider. See: **attenuator; electronic analog computer; normal linearity; potentiometer, function; potentiometer, multiplier; potentiometer, parameter.**            165-1977
**(2) (measurement techniques).** An instrument for measuring an unknown electromotive force or potential difference by balancing it, wholly or in part, by a known potential difference produced by the flow of known currents in a network of circuits of known electrical constants. See: **instrument.**            [119]
**(3) (analog computers).** A resistive element with two end terminals and a movable contact. See: **attenuator.**            165-1977

**potentiometer, digital coefficient (analog computer).** See: **digital coefficient potentiometer (hybrid computer linkage component).**            165-1977

**potentiometer, follow-up.** A servo potentiometer that generates the signal for comparison with the input signal. See: **electronic analog computer.**            165-1977

**potentiometer, function.** A multiplier potentiometer in which the voltage at the movable contact follows a prescribed functional relationship to the displacement of the contact. *See:* **linearity.**                    165-1977

**potentiometer granularity (analog computers).** The physical inability of a potentiometer to produce an output voltage that varies in other than discrete steps, due either to contacting individual turns of wire in a wire-wound potentiometer or to discrete irregularities of the resistance element of composition or film potentiometers.        165-1977, 166-1977

**potentiometer, grounded.** A potentiometer with one end terminal attached directly to ground. *See:* **electronic analog computer.**
                    165-1977, 166-1977

**potentiometer, linear.** A potentiometer in which the voltage at a movable contact is a linear function of the displacement of the contact. *See:* **linearity.**                165-1977

**potentiometer, manual (analog computer).** A potentiometer which is set by hand. *Syn:* **hand set potentiometer.**                    165-1977

**potentiometer, multiplier.** Any of the ganged potentiometers of a servo multiplier that permit the multiplication of one variable by a second variable. *See:* **electronic analog computer.**                165-1977, 166-1977

**potentiometer, parameter (scale-factor potentiometer) (coefficient potentiometer).** A potentiometer used in an analog computer to represent a problem parameter such as a coefficient or a scale factor. *See:* **electronic analog computer.**        165-1977, 166-1977

**potentiometer, servo.** A potentiometer driven by a positional servomechanism. *See:* **electronic analog computer.**        165-1977, 166-1977

**potentiometer set (analog computers).** A computer-control state that supplies the same operating potentiometer loading as under computing conditions, and thus allows correct potentiometer adjustment. *See:* **problem check.**                165-1977, 166-1977

**potentiometer, sine-cosine.** A function potentiometer with movable contacts attached to a rotating shaft so that the voltages appearing at the contacts are proportional to the sine and cosine of the angle of rotation of the shaft, the angle being measured from a fixed referenced position. *See:* **electronic analog computer.**
                    165-1977

**potentiometer, tapered.** A function potentiometer that achieves a prescribed functional relationship by means of a nonuniform winding. *See:* **electronic analog computer.**    165-1977

**potentiometer, tapped.** A potentiometer, usually a servo potentiometer, that has a number of fixed contacts (or taps) to the resistance element in addition to the end and movable con-

tacts. *See:* **electronic analog computer.**
                    165-1977

**potentiometer, ungrounded.** A potentiometer with neither end terminal attached directly to ground. *See:* **electronic analog computer.**
                165-1977, 166-1977

**pothead.** A device that seals the end of a cable and provides insulated egress for the conductor or conductors.    48-1975, [107], [108]

**pothead body.** The part of a pothead that joins the entrance fitting to the insulator or to the insulator lid. *See:* **pothead; transformer.**
                48-1975, [107], [108]

**pothead bracket or mounting plate.** The part of the pothead used to attach the pothead to the supporting structure. *See:* **pothead; transformer.**                48-1975

**pothead bracket or mounting-plate insulator.** An insulator used to insulate the pothead from the supporting structure for the purpose of controlling cable sheath currents. *See:* **pothead; transformer.**                48-1975

**pothead entrance fitting.** A fitting used to seal or attach the cable sheath, armor, or other coverings to the pothead. *See:* **pothead; transformer.**                48-1975

**pothead insulator.** An insulator used to insulate and protect each conductor passing through the pothead. *See:* **pothead; transformer.**
                48-1975, [107], [108]

**pothead insulator lid.** The part of a multi-conductor pothead used to join two or more insulators to the body. *See:* **pothead; transformer.**
                48-1975, [107], [108]

**pothead mounting plate.** The part of the pothead used to attach the pothead to the supporting structure. *See:* **transformer.**
                    [107], [108]

**pothead mounting-plate insulator.** An insulator used to insulate the pothead from the supporting structure for the purpose of controlling cable sheath currents. *See:* **transformer.**
                    [107], [108]

**pothead sheath insulator.** An insulator used to insulate an electrically conductive cable sheath or armor from the metallic parts of the pothead in contact with the supporting structure for the purpose of controlling cable sheath currents. *See:* **pothead.**        48-1975

**Potier reactance (rotating machinery).** An equivalent reactance used in place of the primary leakage reactance to calculate the excitation on load by means of the Potier method. *Note:* It takes into account the additional leakage of the excitation winding on load and in the overexcited region; it is greater than the real value of the primary leakage reactance. It is useful for the calculation of excitation of the machine at other loads and power factors. The height of a Potier reactance

triangle d
the reacta
divided b
reactance
normal-fr
normally
and curre
and at ra
Potier re
load exci
load, and
excitation
factor ov
close  enc
practical 

**Potier hor**
one or mc
excites tw
to produc

**potting**  (
componer
filter asse
conductiv
to

**Poulsen a**
singing  
circuit th
circuit  t
substanti
the arc-ga

**poured joi**
insulated
insulating

**power (1) (**
ant inten
**(2) (powe**
(kW) of
energy. S
**gency  p**
**clause:** 
nonfirm 
**(3) (used**
A genera
physical 
applicatic
stations,
The term
energy  p
control pr
**(4) (lase**
energy  i
usually e
second).

**power—ac**
instantan
wave. No
wire circ
current,
between 
is the su
each det