# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| Anascape, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Microsoft Corp., and <br> Nintendo of America, Inc., <br><br> Defendants. | Civil Action No. 9:06-cv-158-RC <br><br> JURY TRIAL REQUESTED |

## ORDER GRANTING THE JOINT MOTION FOR EXTENSION OF TIME TO FILE CLAIM CONSTRUCTION BRIEFS AND TECHNOLOGY TUTORIALS

Before the Court is Plaintiff Anascape, Ltd. and Defendants Microsoft Corp. ("Microsoft") and Nintendo of America, Inc. ("Nintendo") joint motion for an extension of time to file their claim construction briefs and technology synopsis. The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the Court's December 20, 2006 Scheduling Order is amended as shown below. No other deadlines are affected by this Order.

| Responsive Claim Construction Briefs | May 21, 2007 |
|---|---|
| Reply Claim Construction Briefs | June 1, 2007 |
| Submit Technology Synopsis | June 1, 2007 |

So **ORDERED** and **SIGNED** this **7**  day of **May, 2007.**

_____
Ron Clark, United States District Judge