EXHIBIT 5

Case 9:06-cv-00158-RHC    Document 93    Filed 05/21/2007    Page 2 of 5

21ST CENTURY REFERENCE

FIRST TIME IN PAPERBACK

# The AMERICAN HERITAGE dic·tion·ar·y



THIRD EDITION

BASED ON THE BESTSELLING
AMERICAN HERITAGE DICTIONARY
OF THE ENGLISH LANGUAGE,
THIRD EDITION

- OVER 70,000 ENTRIES •
- THOUSANDS OF NEW WORDS AND MEANINGS •
- OVER 400 PHOTOGRAPHS AND ILLUSTRATIONS •
- EXPERT GUIDANCE ON CORRECT USAGE •

A Delta Book
Published by
Dell Publishing
a division of
Bantam Doubleday Dell Publishing Group, Inc.
1540 Broadway
New York, New York 10036

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead Data Central, Inc., providers of the LEXIS®/NEXIS® services, for its assistance in the preparation of this edition of *The American Heritage Dictionary*.

Copyright © 1992 by Houghton Mifflin Company

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the Publisher, except where permitted by law. For information address Houghton Mifflin Company, Boston, Massachusetts.

The trademark Delta® is registered in the U.S. Patent and Trademark Office and in other countries.

ISBN: 0-385-31254-7

Reprinted by arrangement with Houghton Mifflin Company

Manufactured in the United States of America
Published simultaneously in Canada

August 1994

10
MAR

actively for a candidate or political party.
**e·lec·tive** (ĭ-lĕk′tĭv) *adj.* **1.** Filled or obtained by election. **2.** Having the power to elect. **3.** Optional. —*n.* An optional academic course or subject.
**e·lec·tor** (ĭ-lĕk′tər) *n.* **1.** A qualified voter. **2.** A member of the Electoral College. —**e·lec′tor·al** *adj.*
**Electoral College** *n.* A body of electors chosen to elect the President and Vice President of the United States.
**e·lec·tor·ate** (ĭ-lĕk′tər-ĭt) *n.* A body of qualified voters.
**E·lec·tra** (ĭ-lĕk′trə) *n. Gk. Myth.* Daughter of Agamemnon who with her brother Orestes avenged their father's murder by killing their mother Clytemnestra.
**e·lec·tric** (ĭ-lĕk′trĭk) *adj.* **1.** Of or operated by electricity. **2.** Emotionally exciting; thrilling. —**e·lec′tri·cal·ly** *adv.*
**electric chair** *n.* **1.** A chair used in the electrocution of a prisoner sentenced to death. **2.** The sentence of death by electrocution.
**electric eel** *n.* An eellike freshwater fish of South America that produces a powerful electric discharge.
**electric eye** *n.* See **photoelectric cell**.
**electric guitar** *n.* A guitar that transmits tones to an amplifier by means of an electronic pickup.
**e·lec·tri·cian** (ĭ-lĕk-trĭsh′ən, ē′lĕk-) *n.* One whose occupation is the installation, maintenance, repair, or operation of electric equipment and circuitry.
**e·lec·tric·i·ty** (ĭ-lĕk-trĭs′ĭ-tē, ē′lĕk-) *n.* **1.** The physical phenomena arising from the attraction of particles with opposite charges and the repulsion of particles with the same charge. **2.** Electric current used or regarded as a source of power. **3.** Intense emotional excitement.
**e·lec·tri·fy** (ĭ-lĕk′trə-fī′) *v.* **-fied, -fy·ing. 1.** To produce electric charge on or in. **2.** To wire or equip for the use of electric power. **3.** To thrill, startle greatly, or shock. —**e·lec′tri·fi·ca′tion** *n.*
**electro–** or **electr–** *pref.* **1.** Electric; electricity; *electrochemistry*. **2.** Electron; *electrode*. [< Gk. *ēlektron*, amber.]
**e·lec·tro·car·di·o·gram** (ĭ-lĕk′trō-kär′dē-ə-grăm′) *n.* The curve traced by an electrocardiograph.
**e·lec·tro·car·di·o·graph** (ĭ-lĕk′trō-kär′dē-ə-grăf′) *n.* An instrument that measures electrical potentials associated with heart muscle activity. —**e·lec′tro·car′di·o·graph′ic** *adj.* —**e·lec′tro·car′di·og′ra·phy** (-kär′dē-ŏg′rə-fē) *n.*
**e·lec·tro·chem·is·try** (ĭ-lĕk′trō-kĕm′ĭ-strē) *n.* The science of the interaction of electric and chemical phenomena. —**e·lec′tro·chem′i·cal·ly** *adv.* —**e·lec′tro·chem′ist** *n.*
**e·lec·tro·con·vul·sive therapy** (ĭ-lĕk′trō-kən-vŭl′sĭv) *n.* Administration of electric current to the brain to induce unconsciousness and brief convulsions, used esp. to treat acute depression.
**e·lec·tro·cute** (ĭ-lĕk′trə-kyōōt′) *v.* **-cut·ed, -cut·ing. 1.** To kill with electricity. **2.** To execute (a prisoner) by electricity. [ELECTRO– + (EXE)CUTE.] —**e·lec′tro·cu′tion** *n.*
**e·lec·trode** (ĭ-lĕk′trōd′) *n.* A solid electric conductor through which an electric current enters or leaves an electrolytic cell or other medium.
**e·lec·tro·dy·nam·ics** (ĭ-lĕk′trō-dī-năm′ĭks) *n. (takes sing. v.)* The physics of the relationship between electric current and magnetic or mechanical phenomena. —**e·lec′tro·dy·nam′ic** *adj.*
**e·lec·tro·en·ceph·a·lo·gram** (ĭ-lĕk′trō-ĕn-sĕf′ə-lə-grăm′) *n.* A graphic record of the electrical activity of the brain as recorded by an electroencephalograph.
**e·lec·tro·en·ceph·a·lo·graph** (ĭ-lĕk′trō-ĕn-sĕf′ə-lə-grăf′) *n.* An instrument that measures electrical potentials on the scalp and generates a record of the electrical activity of the brain. —**e·lec′tro·en·ceph′a·lo·graph′ic** *adj.* —**e·lec′tro·en·ceph′a·log′ra·phy** (-lŏg′rə-fē) *n.*
**e·lec·trol·o·gist** (ĭ-lĕk-trŏl′ə-jĭst, ē′lĕk-) *n.* One who removes body hair by means of an electric current.
**e·lec·trol·y·sis** (ĭ-lĕk-trŏl′ĭ-sĭs, ē′lĕk-) *n.* **1.** Chemical change, esp. decomposition, produced in an electrolyte by an electric current. **2.** Destruction of living tissue, esp. of hair roots, by an electric current.
**e·lec·tro·lyte** (ĭ-lĕk′trə-līt′) *n.* **1.** A chemical compound that ionizes when dissolved or molten to produce an electrically conductive medium. **2.** *Physiol.* Any of various ions required by cells to regulate the electric charge and flow of water molecules across the cell membrane.
**e·lec·tro·lyt·ic** (ĭ-lĕk′trə-lĭt′ĭk) *adj.* **1.** Of or relating to electrolysis. **2.** Of electrolytes. —**e·lec′tro·lyt′i·cal·ly** *adv.*
**e·lec·tro·mag·net** (ĭ-lĕk′trō-măg′nĭt) *n.* A magnet consisting of a coil of insulated wire wrapped around a soft iron core that is magnetized only when current flows through the wire.
**electromagnetic spectrum** *n.* The entire range of radiation that includes, in order of decreasing frequency, cosmic-rays, gamma rays, x-rays, ultraviolet radiation, visible light, infrared radiation, microwaves, and radio waves.
**e·lec·tro·mag·net·ism** (ĭ-lĕk′trō-măg′nĭ-tĭz′əm) *n.* **1.** Magnetism produced by electric charge in motion. **2.** The physics of electricity and magnetism. —**e·lec′tro·mag·net′ic** *adj.*
**e·lec·tro·mo·tive** (ĭ-lĕk′trō-mō′tĭv) *adj.* Of or producing electric current.
**electromotive force** *n.* The energy per unit charge that is converted reversibly from chemical, mechanical, or other forms of energy into electrical energy in a battery or dynamo.
**e·lec·tron** (ĭ-lĕk′trŏn′) *n.* A stable elementary particle having a unit negative electric charge and a rest mass of approx. $9.1 \times 10$ gram.
**e·lec·tron·ic** (ĭ-lĕk-trŏn′ĭk, ē′lĕk-) *adj.* Of or involving electrons or electronics. —**e·lec′tron′i·cal·ly** *adv.*
**electronic mail** *n. Comp. Sci.* Messages sent and received electronically via telecommunication links between users of different computer systems or terminals.
**e·lec·tron·ics** (ĭ-lĕk-trŏn′ĭks, ē′lĕk-) *n.* **1.** *(takes sing. v.)* The science dealing with the controlled conduction of electrons, esp. in a

vacuum, gas, or semiconductor. **2.** *(takes pl. v.)* Electronic devices and systems.

**electron microscope** *n.* A microscope that uses electrons rather than visible light to produce magnified images.

**electron tube** *n.* A sealed enclosure, either highly evacuated or containing a controlled quantity of gas, in which electrons can be made sufficiently mobile to act as the principal carriers of current between at least one pair of electrodes.

**electron volt** *n.* A unit of energy equal to the energy acquired by an electron falling through a potential difference of one volt.

**e·lec·tro·pho·re·sis** (ĭ-lĕk′trō-fə-rē′sĭs) *n.* The migration of charged colloidal particles or molecules through a solution under the influence of an applied electric field.

**e·lec·tro·plate** (ĭ-lĕk′trə-plāt′) *v.* **-plat·ed, -plat·ing.** To coat or cover electrolytically with a thin layer of metal.

**e·lec·tro·shock** (ĭ-lĕk′trō-shŏk′) *n.* See **electroconvulsive therapy.** —*v.* To administer electroconvulsive therapy to.

**e·lec·tro·stat·ic** (ĭ-lĕk′trō-stăt′ĭk) *adj.* **1.** Of or relating to electric charges at rest. **2.** Of electrostatics. —**e·lec′tro·stat′i·cal·ly** *adv.*

**e·lec·tro·stat·ics** (ĭ-lĕk′trō-stăt′ĭks) *n.* *(takes sing. v.)* The physics of electrostatic phenomena.

**e·lec·tro·type** (ĭ-lĕk′trə-tīp′) *n.* A metal plate used in letterpress, made by electroplating a mold of the page to be printed. —**e·lec′tro·type′** *v.* —**e·lec′tro·typ′er** *n.* —**e·lec′tro·typ′ic** (-trō-tĭp′ĭk) *adj.*

**el·ee·mos·y·nar·y** (ĕl′ə-mŏs′ə-nĕr′ē, ĕl′ē-ə-) *adj.* Of or dependent on charity. See Syns at **benevolent.** [< LLat. *eleēmosyna,* ALMS.]

**el·e·gance** (ĕl′ĭ-gəns) *n.* **1.** Refinement and grace in movement, appearance, or manners. **2.** Tasteful opulence in form, decoration, or presentation. **3.** Scientific exactness and precision.
  **Syns:** *elegance, grace, polish, urbanity*
  **Ant:** *inelegance* **n.**

**el·e·gant** (ĕl′ĭ-gənt) *adj.* Marked by refined, tasteful beauty of manner, form, or style. See Syns at **delicate.** [< Lat. *ēligere,* select.] —**el′e·gant·ly** *adv.*

**el·e·gi·ac** (ĕl′ə-jī′ək, ĭ-lē′jē-ăk′) *adj.* **1.** Of or relating to an elegy. **2.** Expressing sorrow; mournful. —**el′·e·gi′ac** *n.* —**el′e·gi′a·cal** *adj.* —**el′e·gi′a·cal·ly** *adv.*

**el·e·gy** (ĕl′ə-jē) *n., pl.* **-gies.** A mournful poem or song, esp. one lamenting a dead person. [< Gk. *elegos,* song.] —**el′e·gist** *n.* —**el′e·gize′** *v.*

**el·e·ment** (ĕl′ə-mənt) *n.* **1.** A substance composed of atoms having an identical number of protons in each nucleus and not reducible to a simpler substance. See table pp. 276–77. **2.** A fundamental part of a whole. **3.** *Math.* **a.** A member of a set. **b.** A point, line, or plane. **c.** A part of a geometric configuration, as an angle in a triangle. **4. elements.** The forces that constitute the weather, esp. inclement weather. **5.** An environment naturally suited to or associated with an individual. [< Lat. *elementum,* fundamental constituent.]
  **Syns:** *element, component, constituent, factor, ingredient* **n.**

**el·e·men·tal** (ĕl′ə-mĕn′tl) *adj.* **1.** Of or being an element. **2.** Fundamental or essential. **3.** Of or resembling a force of nature in power or effect. —**el′e·men′tal** *n.* —**el′e·men′tal·ly** *adv.*

**el·e·men·ta·ry** (ĕl′ə-mĕn′tə-rē, -trē) *adj.* **1.** Of or constituting the essential or fundamental part. **2.** Of or involving the fundamental or simplest aspects of a subject. —**el′e·men·ta′ri·ly** (-tĕr′ə-lē) *adv.* —**el′e·men′ta·ri·ness** *n.*

**elementary particle** *n.* A subatomic particle, esp. one regarded as irreducible.

**elementary school** *n.* A school attended for the first six to eight years of a child's formal education.

**el·e·phant** (ĕl′ə-fənt) *n.* A very large herbivorous mammal of Africa and Asia with a long flexible trunk and long tusks. [< Gk. *elephas.*]



**elephant**
Indian elephant

**el·e·phan·ti·a·sis** (ĕl′ə-fən-tī′ə-sĭs) *n.* Enlargement and hardening of tissues, esp. of the lower body, resulting from lymphatic obstruction and usually caused by parasitic worms. [< Gk.]

**el·e·phan·tine** (ĕl′ə-făn′tēn′, -tīn′, ĕl′ə-fən-) *adj.* **1.** Of or relating to an elephant. **2.a.** Enormous in size or strength. **b.** Ponderously clumsy.

**elev.** *abbr.* Elevation.

**el·e·vate** (ĕl′ə-vāt′) *v.* **-vat·ed, -vat·ing. 1.** To raise to a higher position; lift. **2.** To promote to a higher rank. **3.** To raise to a higher moral, cultural, or intellectual level. **4.** To lift the spirits of; elate. [< Lat. *ēlevāre.*]

**el·e·va·tion** (ĕl′ə-vā′shən) *n.* **1.** The act of elevating or condition of being elevated. **2.** An elevated place or position. **3.** The height to which something is elevated above a point of reference such as the ground.
  **Syns:** *elevation, altitude, height* **n.**

**el·e·va·tor** (ĕl′ə-vā′tər) *n.* **1.** A platform or enclosure raised and lowered in a vertical shaft to transport people or freight. **2.** A movable control surface on an aircraft, used to move the aircraft up or down. **3.** A granary with devices for hoisting and discharging grain.

**e·lev·en** (ĭ-lĕv′ən) *n.* **1.** The cardinal number equal to 10 + 1. **2.** The 11th in a set or sequence. [< OE *endleofan.*] —**e·lev′en** *adj. & pron.*

**e·lev·enth** (ĭ-lĕv′ənth) *n.* **1.** The ordinal number matching the number 11 in a series. **2.** One of 11 equal parts. —**e·lev′enth** *adv. & adj.*

**elf** (ĕlf) *n., pl.* **elves** (ĕlvz). A small, often