EXHIBIT 3

Page 1

```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS
                  LUFKIN DIVISION

ANASCAPE, LTD.,            )
                           )
        Plaintiff,         )
                           )  CIVIL ACTION NO.
                           )  9:06-CV-00158-RC
VS.                        )
                           )    Hon. Ronald Clark
MICROSOFT CORP. and        )
NINTENDO OF AMERICA, INC.,)
                           )
        Defendants.        )
```

VIDEOTAPED ORAL DEPOSITION OF BRAD A. ARMSTRONG, produced as a witness at the instance of the DEFENDANTS, and duly sworn, was taken in the above-styled and numbered cause on the 19th, day of April 2007, from 9:54 a.m. to 4:00 p.m., before Dawn M. Green, CSR in and for the State of Texas, reported by machine shorthand, at Parker, Bunt & Ainsworth pursuant to the Federal Rules of Civil Procedure.

ELLEN GRAUER COURT REPORTING CO. LLC
126 East 56th Street, Fifth Floor
New York, New York
212-750-6434
Ref: 83961

1                        ARMSTRONG

2    A.    Yes.

3    Q.    Okay.  So you say in -- in -- in Column 2

4    of the '700, you say for converting up

5    to -- sorry.  "Providing up to six degrees of

6    freedom in preferred embodiments," flipping

7    back to the similar text in Column 4 of the

8    '525, you say "six degree of freedom

9    controllers."  It doesn't say -- the "up to"

10   language was added in the '700, correct?

11   A.    Okay.

12   Q.    Am I right?

13   A.    It appears so.

14   Q.    Okay.  Why did you make that change?

15   A.    I -- I believe it was just more clear.

16   Q.    Okay.  Were you attempting to broaden the

17   specification in any way?

18   A.    No.

19   Q.    Okay.  Were you attempting to broaden the

20   coverage of the patent in any way?

21   A.    No.

22   Q.    Did you add the words "up to 6" -- up to"

23   before six degrees of freedom?  Can you

24   remember anything more specific about why you

25   added that other than to make it more clear?

1                    ARMSTRONG
2      degree of freedom controllers to 3-D graphic
3      image controllers was a broadening of the
4      definition of six degree of freedom
5      controllers?
6      A.    I don't think I ever disputed that with
7      him.  I can't remember having done that.
8      Q.    Okay.  But you believe he was mistaken
9      when he made that statement?
10     A.    Yes.
11     Q.    Because you don't think that changing six
12     degree of freedom controllers, that language to
13     3-D graphic image controllers, broadens the
14     definition in any way.  You think it keeps it
15     exactly the same in terms of scope, correct?
16     A.    Yes.
17     Q.    That's your testimony?
18     A.    I think it clarifies, yeah.
19     Q.    And it -- and it doesn't broaden it
20     in --
21     A.    It does not broaden the scope.
22     Q.    -- any way?
23               Okay.  What would happen if it
24     did broaden the scope, based on your
25     understanding of patent prosecution practice?