EXHIBIT 10

Dockets.Justia.com

1

Assistant Commissioner of Patents
Box CPA
Washington, D. C. 20231

By Express Mail No. EK797321441US

PRELIMINARY AMENDMENT

Re:  Patent Application of    Brad A. Armstrong

Serial No.:  08/677,378    Filed:  07/05/96

Title:  IMAGE CONTROLLERS AND SENSORS  (as Amended)

Applicant's address:         Brad A. Armstrong
                             P.O. Box 1419
                             Paradise, CA 95967

Patent Examiner: Brier, J.    Art Unit:  2775

CPA IN RESPONSE TO THE OUTSTANDING OFFICE ACTION OF 03/13/00

Sir:

ATTACHMENTS
    A return receipt postcard.
    A request for making the application a 37 C.F.R. 1.53(d)
    continuation CPA and the filing fee are attached.
    Supplemental Declaration for Patent Application (Rule 1.63).
    Small entity declaration for Inventor.
    Small entity declaration for Assignee small business.
    A certificate of Express Mailing is attached.
    A Petition for Extension of Time under 37 CFR 1.136 and the
    fee for TWO additional months is hereto attached.

REMARKS
    This is responsive to the Office Action mailed 03/13/00,
paper # 13, regarding the above specified application.
Please amend the above specified application as herein requested
and reexamine the amended application in view of the remarks.

2

The entire Detailed Action of the **03/13/00**, which was made final, has been carefully read, including points **1-7**.

On **07/31/00** Applicant spoke with Examiner Brier, J. by telephone mainly regarding the prior art of Hoyt, U.S. Patent No. **5,687,080** and Yoshida et al, U.S. Patent No. **5,250,930** regarding claims **19-22**.  Agreement as to allowability of the claims as currently written was not reached, but the Examiner indicated that while a new search would be needed, he thought that a sheet connecting both buttons and multi-axes joystick would be allowable, if claimed.  The Examiner agreed that Yoshida having a joystick internally connected with individual electrical wires (see Yoshida Fig.2 and column **7** lines **9-11**) is expensive in high volume compared to Applicant's  sheet connected buttons and multi-axes input devices.  The Examiner further agreed, that pending a search, the sheet integration of multi-axes input devices and a plurality of buttons was likely allowable.  The above is a summary of the telephone interview to Applicant's  best recollection.

Under amendments, claims **19-37** will be cancelled, and new claims inserted and submitted as allowable.

AMENDMENTS

In the specification:

Applicant wishes to amend the specification to claim the **35** U.S.C. **120** priority benefit of Applicant's earlier U.S. application **847,619** which was pending when the instant application was filed, in addition to application **393,459** already claimed on page **1**.  Therefore, please insert the following into page **1** of the specification below the title and above BACKGROUND OF THE INVENTION:

--This application claims the benefits of the earlier filing date under 35 U.S.C. 120 of U.S. Patent application Serial No. 847,619 filed March 5, 1992, now U.S. Patent **5,589,828**.--

3

In order that the title closely reflect the current claimed invention, please amend the title of the application to read:

--IMAGE CONTROLLERS WITH SHEET CONNECTED SENSORS--

Amendments to the claims:

Please insert into the claims section and examine the following new claims 38-60.

38. An image controller comprising:

an input member with associated sensors, said input member moveable on at least two axes; and

a plurality of finger depressible buttons with associated sensors; and

at least one sheet structurally connecting, at least in part, to the sensors of said input member, and said at least one sheet structurally connecting, at least in part, to the sensors of said finger depressible buttons; said at least one sheet having

electrically conductive traces located on said at least one sheet, said electrically conductive traces electrically connecting with the sensors of said input member, and said electrically conductive traces electrically connecting with the sensors of said finger depressible buttons.

39. An image controller according to claim 38 in which said image controller is connected to an image generation device.

40. An image controller according to claim 39 in which at least one of the finger depressible buttons is structured with a resilient dome cap.

41. An image controller according to claim 40 in which said resilient dome cap is structured to provide a tactile feedback to a human hand.

4

42. An image **controller** according to claim 41 in which a plunger is **positioned above** said dome cap, said plunger comprising a no**n-conductive** rigid plastic material.

43. An image **controller according** to claim 41 in which **said at least one of the finger depr**essible buttons **is** associated **with a pressure-sensitive variable sensor**, whereby depression of **said at least one of the finger depr**essible buttons provides a **proportional signal representing the** level of depressive pressure applied.

44. An image **controller** according to claim **43** in which said **at least one sheet further comprises**
    a flexible **membrane sheet connected** to
    a rigid circuit **board sheet.**

45. An image **controller** according to claim **43** in which said plurality of **finger depressible** buttons are at least 10 in number, at least **some of said buttons** represent keys for numbers **1-9.**

46. An image controller according to claim 45 in which said plurality of finger depressible buttons are at least **40 in** number, at least some of said buttons represent keys for the alphabet, and at least one of said buttons represents a spacebar.

47. An image controller according to claim 46 in which said input member is operable on at least six axes.

48. An image **controller** comprising:
    **an input member movable** on at least two axes, said input **member having associated sensors; and**
    a plurality of **finger depressible** buttons, said finger **depressible buttons having associated** sensors; and



5

at least one sheet connecting to the sensors of said input member, and said at least one sheet connecting to the sensors of said finger depressible buttons.

49.    An image controller according to claim **48** in which said at least one sheet **includes** electrically conductive traces, said traces engaging **the sensors.**

50.    An image controller according to claim **49** in which at **least one of the finger depressible** buttons is structured with a resilient dome cap.

51.    An image controller according to claim 50 in which said **resilient dome cap is structured to provide** a tactile feedback to a human hand.

52.    An image controller according to claim 51 in which **a plunger is positioned to press** against said dome cap.

53.    An image controller according to claim 51 in which said **at least one sheet further** comprises
    a flexible membrane **sheet connected to**
    a rigid circuit board sheet.

54.    An image controller **according to** claim 53 in which said at least one of the finger depressible buttons is associated with a pressure-sensitive variable sensor, whereby depression of said at least one of the **finger depressible butt**ons provides a proportional signal **repr**esenting the level of depressive pressure applied.

55.    An image controller **according to** claim 53 in which said plurality of finger depressible buttons are at least 10 in **number, at least some of said buttons repre**sent keys for numbers **1-9.**

6

56.  An image controller according to claim 55 in which
said plurality of finger depressible buttons are at least **40** in
number, at least some of said buttons represent keys for the
alphabet, and at least one of said buttons represents a spacebar.

57.  An image controller according to claim 55 in which
said input member is operable on at least six axes.

58.  An image controller according to claim 56 in which
said input member is operable on at least six axes.

59.  An image controller according to claim 57 in which said
at least one of the finger depressible buttons is associated with
a pressure-sensitive variable sensor, whereby depression of said
at least one of the finger depressible buttons provides a
proportional signal representing the level of depressive pressure
applied.

60.  An image controller comprising:
a plurality of finger depressible buttons, said finger
depressible buttons having associated sensors; and
at least one sheet electrically connecting the sensors; and
at least one of the sensors, comprising:
a body;
at least two conductive tang elements fixed to said body and
in-part within said body;
a depressible plunger retained by said body and in-part
exposed external to said body;
a resilient snap-through dome-cap positioned within said
body and depressible with force from said plunger applied to said
dome-cap to cause said dome-cap to snap-through and create a
tactile feedback;
pressure-sensitive variable-conductance material within said
body and positioned as a variably conductive element electrically



*7*

between said two conductive tang elements, and further positioned
for receiving force applied to said dome-cap, whereby electrical
conductivity of said pressure-sensitive variable-conductance
material is altered relative to received force and electrical
output of said sensor **is variable.**

REMARKS

No new matter has been added via this amendment.

The claim language is fully supported in the originally
filed specification.

Applicant acknowledges and appreciates that Examiner Brier
is an examiner with a great deal of experience and familiarity
with the procedures and rules of the Patent Office.  Applicant
relies on the Examiner's knowledge of the Constitution of the
United States of America, wherein the founding Fathers set-forth
"To Authors and Inventors the Exclusive Right to Their Respective
Writings and Discoveries" Article I, Section *8*, thus establishing
the purpose upon which the U.S. Patent Office is founded.

New claims 38-60 are believed novel and inventive over the
prior art, and thus allowable within the rules of the Patent
Office and the spirit of the Constitution of the United States of
America.

Allowance of the new claims is very respectfully requested.

I hereby declare and swear that all statements made herein
of my own knowledge are true and that all statements made on
information and belief are believed to be true; and further that
these statements were made with the knowledge that willful false
statements and the like so made are punishable by fine or
imprisonment, or both, under Section 1001 of Title 18 of the
United States Code and that such willful false statements may

8

jeopardize the validity of the application or any patent issued
thereon.

Respectfully;

Date: 4 Aug. 2000

Brad A. Armstrong, Inventor / Applicant

CERTIFICATE OF EXPRESS MAILING

Assistant Commissioner for Patents
Washington, D. C. 20231

I hereby certify that this correspondence is being deposited
with the United States Postal Service as EXPRESS MAIL article
EK797321441US with sufficient postage pre-paid in an envelope
addressed to: Assistant Commissioner of Patents, Washington, DC
20231, on this

date: August 4, 2000

Brad A. Armstrong, Inventor / Applicant



## CERTIFICATE OF EXPRESS MAILING

Assistant Commissioner for Patents
Box CPA
Washington, D. C. 20231


I hereby certify that this correspondence is being deposited with the United States Postal Service as EXPRESS MAIL POST OFFICE TO ADDRESSEE, mail article EK797321441US with sufficient postage pre-paid in an envelope addressed to: Assistant Commissioner of Patents, Box CPA, Washington, DC 20231, on this

date: _4 Aug. 2000_ .

Brad A. Armstrong, Inventor / Applicant

D

#18

| SUPPLEMENTAL DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | Attorney Docket Number | |
|---|---|---|
| | First Named Inventor | Brad A. Armstrong |
| | COMPLETE IF KNOWN | |
| | Application Number | 08 / 677,378 |
| | Filing Date | 07/05/96 |
| | Group Art Unit | 2775 |
| | Examiner Name | Brier, J. |

As a below named Inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

IMAGE CONTROLLERS AND SENSORS (as amended)

the specification of which *(Title of the Invention)*

☐ is attached hereto
OR
☐ was filed on (MM/DD/YYYY) 07/05/96 as United States Application Number or PCT International

Application Number 08/677,378 and was amended on (MM/DD/YYYY) _____ *(if applicable)*.

hereby declare that the subject matter of the ☒ attached amendment ☐ amendment filed on _____ is part of my or our invention and was invented before the filing date of the original application, above identified for such invention.

hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any mendment specifically referred to above.

acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56.

hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 65 (a) of any PCT international application which designated at least one country other than the United States of America, listed below and ave also identified below, by checking the box. any foreign application for patent or inventor's certificate, or of any PCT international application aving a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| | | ☐ Additional provisional application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto. |

**[Page 1 of 2]**

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Type a plus sign (+) inside this box ──→ [ + ]

PTO/SB/04 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB Control number.

## SUPPLEMENTAL DECLARATION — UTILITY OR DESIGN PATENT APPLICATION

I hereby claim the benefit under 35 U.S.C. 120 of any United States application(s), or 365(c) of any PCT International application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.

| U.S. Parent Application or PCT Parent Number | Parent Filing Date (MM/DD/YYYY) | Parent Patent Number (if applicable) |
|---|---|---|
| 08/393,459 and also | 02/23/1995 | U.S. 5,565,891 |
| 07/847,619 | 03/05/1992 | U.S. 5,589,828 |

practitioner(s) to prosecute this application and to transact all business in the Patent

[ ] Place Customer Number Bar Code

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |

[ ] Additional registered practitioner(s) named on supplemental Registered Practitioner Information sheet PTO/SB/02C attached hereto.

Direct all correspondence to: [ ] Customer Number or Bar Code Label [ ]    OR    [X] Correspondence address below

| Name | Brad A. Armstrong | | | | |
|---|---|---|---|---|---|
| Address | P.O. Box 1419 | | | | |
| Address | | | | | |
| City | Paradise, | | State | CA | ZIP 95967 |
| Country | US | Telephone 755 721 6958 | | Fax | |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Name of Sole or First Inventor: | [ ] A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle (if any)) | Family Name or Surname |
|---|---|
| Brad, A. | Armstrong |

| Inventor's Signature | *Brad A Armstrong* | 4 Aug. 2000 Date |
|---|---|---|

| Residence: City | Carson City | State NV | Country US | Citizenship US |
|---|---|---|---|---|

| Post Office Address | Brad A. Armstrong, P.O. Box 1419, Paradise, CA 95967 |
|---|---|
| Post Office Address | |
| City | Paradise State CA ZIP 95967 Country US |

[ ] Additional inventors are being named on the ___ supplemental Additional Inventor(s) sheet(s) PTO/SB/02A attached hereto

[Page 2 of 2]

PTO/SB/09 (12-97)
Approved for use through 9/30/00. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

#19

**STATEMENT CLAIMING SMALL ENTITY STATUS**
**(27 CFR 1.9(f) & 1.27(b))–INDEPENDENT INVENTOR**

Docket Number (Optional)

Applicant, Patentee, or Identifier: **Brad A. Armstrong, Inventor / Applicant**

Application or Patent No.: **application 08/677.37 8**

Filed or Issued: **07/05/96**

Title: **IMAGE CONTROLLERS AND SENSORS (as Amended)**

RECEIVED
AUG 10 2000
PTC 2300 MAIL ROOM

As a below named inventor, I hereby state that I qualify as an independent inventor as defined in 37 CFR 1.9(c)
for purposes of paying reduced fees to the Patent and Trademark Office described in:

[ ] the specification filed herewith with title as listed above.
[X] the application identified above.
[ ] the patent identified above.

I have not assigned, granted, conveyed, or licensed, and am under no obligation under contract or law to assign,
grant, convey, or license, any rights in the invention to any person who would not qualify as an independent inventor
under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not Qualify as a small
business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern, or organization to which I have assigned, granted, conveyed, or licensed or am under an
obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

[ ] No such person, concern, or organization exists
[X] Each such person, concern, or organization is listed below.

**ANASCAPE   (a Nevada Limited Partnership)**
Address; **723 South Casino Center Blvd., 2nd Floor**
          **Las Vegas, NV 89125-2346**
Separate statements are required from each named person, concern, or organization having rights to the invention
stating their status as small entities. (37 CFR 1.27)

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of
entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any
maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

| | | |
|---|---|---|
| **Brad A. Armstrong** | | |
| NAME OF INVENTOR | NAME OF INVENTOR | NAME OF INVENTOR |
| *Brad A. Armstrong* | | |
| Signature of inventor | Signature of inventor | Signature of inventor |
| **4 Aug. 2000** | | |
| Date | Date | Date |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any
comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office,
Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington,
DC 20231.



PTO/SB/10 (1-99)
Approved for use through 09/30/2000. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT CLAIMING SMALL ENTITY STATUS
## (37 CFR 1.9(f) & 1.27(c))—SMALL BUSINESS CONCERN

Docket Number (Optional)

Applicant, Patentee, or Identifier: **Brad A. Armstrong, Inventor/Applicant**
Application or Patent No.: **08/677,378**
Filed or Issued: **07/05/96**
Title: **IMAGE CONTROLLERS AND SENSORS (as Amended)**

I hereby state that I am
☐ the owner of the small business concern identified below:
☒ an official of the small business concern empowered to act on behalf of the **concern** identified below:

NAME OF SMALL BUSINESS CONCERN **ANASCAPE (a Nevada Limited Partnership)**

ADDRESS OF SMALL BUSINESS CONCERN **723 South Casino Center Blvd., 2nd Floor**
**Las Vegas, NV 89125-2346**

I hereby state that the above identified small business concern qualifies as a small business **concern** as defined in 13 CFR Part 121 for purposes of paying reduced fees to the United States Patent and Trademark Office. Questions related to size standards for a small business concern may be directed to: Small Business Administration, Size Standards Staff, 409 Third Street, SW, Washington, DC 20416.

I hereby state that rights under contract or law have been conveyed to and remain with the small business concern identified above with regard to the invention described in:

☐ the specification filed herewith with title as listed above.
☒ the application identified above.
☐ the patent identified above.

If the rights held by the above identified small business concern are not exclusive, each individual, concern, or organization having rights in the invention must file separate statements as to their status as small entities, and no rights to the invention are held by any person, other than the inventor, who would not qualify as an **independent inventor** under 37 CFR 1.9(c) if that person made the invention, or by any concern which would not qualify as a **small** business concern under 37 CFR 1.9(d), or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern, or organization having any rights in the invention is listed below:
☐ no such person, concern, or organization exists.
☒ each such person, concern, or organization is listed below.
**Brad A. Armstrong, Inventor    Small entity statement attached.**
Separate statements are required from each named person, concern or organization having rights to the invention stating their status as small entities. (37 CFR 1.27) **Attached**

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in **loss** of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

NAME OF PERSON SIGNING **Kelly Tyler**

TITLE OF PERSON IF OTHER THAN OWNER **General Partner / Manager**

ADDRESS OF PERSON SIGNING **P.O. Box 841, Jamul, CA 91935**

SIGNATURE X _Kelly T_ _____ DATE **Aug. 2, 2000**

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO Assistant Commissioner for Patents, Washington, DC 20231



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/677,378 | 07/05/96 | ARMSTRONG | B | |

LM01/0831

|  | EXAMINER | |
|---|---|---|
| | BRIER, J | |
| ART UNIT | PAPER NUMBER | |
| 2779 | 20 | |

BRAD A ARMSTRONG
P.O. BOX 1419
PARADISE CA 95967

DATE MAILED:

08/31/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)

U.S. G.P.O. 1999 460-693

1- File Copy

| | Application No. | Applicant(s) |
|---|---|---|
| ***Office Action Summary*** | 08/677,378 | ARMSTRONG, BRAD A. |
| | Examiner | Art Unit | |
| | Jeffery A Brier | 2779 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM
THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will
  be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this
  communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).

**Status**

1)☒  Responsive to communication(s) filed on <u>04 August 2000</u> .

2a)☒  This action is FINAL.          2b)☒  This action is non-final.

3)☐  Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
     closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒  Claim(s) <u>38-60</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐  Claim(s) _____ is/are allowed.

6)☒  Claim(s) <u>38-43, 45-52, and 54-60</u> is/are rejected.

7)☒  Claim(s) <u>44 and 53</u> is/are objected to.

8)☐  Claims _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐  The specification is objected to by the Examiner.

10)☒  The drawing(s) filed on <u>05 July 1996</u> is/are objected to by the Examiner.

11)☐  The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved.

12)☐  The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13)☐  Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    a)☐ All b)☐ Some * c)☐ None of the CERTIFIED copies of the priority documents have been:

      1.☐  received.

      2.☐  received in Application No.  (Series Code / Serial Number) _____ .

      3.☐  received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

14)☐  Acknowledgement is made of a claim for domestic priority under 35 U.S.C. & 119(e).

**Attachment(s)**

| | |
|---|---|
| 15)☒ Notice of References Cited (PTO-892) | 18)☐ Interview Summary (PTO-413) Paper No(s). _____ . |
| 16)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) | 19)☐ Notice of Informal Patent Application (PTO-152) |
| 17)☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ . | 20)☐ Other: _____ |

U.S. Patent and Trademark Office
PTO-326 (Rev. 3-98)                              **Office Action Summary**                      Part of Paper No. 20

Application/Control Number: 08/677,378                                      Page 2
Art Unit: 2779

## DETAILED ACTION

### Continued Prosecution Application

1.     The request filed on 08/04/2000 for a Continued Prosecution Application (CPA)

under 37 CFR 1.53(d) based on parent Application No. 08/677,378 is acceptable and a

CPA has been established. An action on the CPA follows.

### Response to Amendment

2.     The amendment filed on 08/04/2000 has been entered.

### Priority

3.     This application repeats a substantial portion of prior Application **No.**

08/847,619, filed March 05, 1992, and adds and claims additional disclosure not

presented in the prior application.  Since this application names an inventor or inventors

named in the prior application, it may constitute a continuation-in-part of the prior

application rather than a continuation.  MPEP 201.08.  The same applies to 08/393,459.

In the preliminary amendment filed on 09/23/96 applicant deleted reference to

08/393,459.  Now at page 2 of applicants 08/04/2000 amendment applicant states that

an additional application is being claimed in "addition to application 393,459 already

claimed on page 1 of the specification".  Thus, if applicant wishes to claim benefit to

393,459 then applicant will have to add this application back to the specification.

Applicant may wish to rewrite his claim to priority as "This application is a continuation-

in-part of U.S. Patent Application Serial No. 08/847,619 filed on March 5, 1992, now

Application/Control Number: 081677,378                                   Page 3
Art Unit: 2779

U.S. Patent No. 5,589,828 and this application is a continuation-in-part of U.S. Patent

Application Serial No. 08/393,459 filed on February 23, 1995, now U.S. Patent No.

5,565,891.".


### *Drawings*

**4.**      Figures 37 and 38 should be designated by a legend such as --Prior Art--

because only that which is old is illustrated.  See MPEP § 608.02(g).  Page 38 line 32

and page 39 line 16 describes figures 37 and 38 as typical sensor packages.


### *Claim Rejections - 35 USC § 102*

*5*.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (a) the invention was known or used by others in this country, or patented or described in a printed
> publication in this or a foreign country, before the invention thereof by the applicant for a patent.
>
> (e) the invention was described in a patent granted on an application for patent by another filed in the
> United States before the invention thereof by the applicant for patent, or on an international application
> by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this
> title before the invention thereof by the applicant for patent.


6.      Claim 60 is rejected under 35 U.S.C. 102(a) as being anticipated by applicants

admission of the prior art.  Figure 38 shows and page 39 lines 16-30 describes that

which applicant has admitted as being prior art and now claimed in claim 60.

Application/Control Number: 081677,378                                    Page 4
**Art** Unit: 2779

7.      Claims 38, 39, 48, and 49 are rejected under 35 U.S.C. 102(e) as being

anticipated by Brandenburg et al., U. *S.* Patent No. 5,231,386, of record.   Base plate 64

(column 9 lines 43 and 44)  is a PC board for supporting the pointing device and

keyboard keys and it is well known that PC boards has electrical conductive traces.  A

PC board is a sheet.


8.      Claims 38, 39, 48, and 49 are rejected under 35 U.S.C. 102(e) **as** being

anticipated by Sekine, U. *S.* Patent No. 5,898,425, newly cited.  Column 4 lines 60-62

and column 5 lines 30-33 describes a sheet with conductive traces which are connected

to the keyboard keys and the pointing stick.  These claims are written broadly and cover

that which has been made before applicants filing date.


### *Claim Rejections - 35 USC § 103*

9.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

10.     Claims 40-43, 45, 46, 50, 51, 54-56, and 59 are rejected under 35 U.S.C. 103(a)

as being unpatentable over Brandenburg et al., U. *S.* Patent No. 5,231,386, as applied

to claims 38, 39, 48, and 49 above, and further in view of applicants admission of the

prior art.  Brandenburg does not describe how the finger depressible buttons are made.

Figure 38 shows and page 39 lines 16-30 describes the finger depressible buttons

Application/Control Number: 08/677,378                                    Page 5
Art Unit: 2779

which applicant has admitted as being prior art and is now claiming. It would have been

obvious to one of ordinary skill in the art at the time of applicants invention to use the

finger depressible buttons of figure 38 in Brandenburg because the pointing device key

shown on the front of Brandenburg has the same features that applicant is claiming for

the finger depressible buttons.

11.     Claims 40-43, 45, 46, 50, 51, 54-56, and 59 are rejected under 35 U.S.C. 103(a)

as being unpatentable over Sekine, U. S. Patent No. 5,898,425, as applied to claims 38,

39, 48, and 49 above, and further in view of applicants admission of the prior art. Figure

38 shows and page 39 lines 16-30 describes the finger depressible buttons which

applicant has admitted as being prior art and is now claiming. It would have been

obvious to one of ordinary skill in the art at the time of applicants invention to use the

finger depressible buttons of figure 38 in Sekine because Sekine fails to describe the

type of finger depressible buttons used in Sekine's system. Thus, prior art finger

depressible buttons are to be used in Sekine's system and figure 38 is a prior art finger

depressible button.

12.     Claims 47, 57, and 58 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Brandenburg et al., U. S. Patent No. 5,231,386, in view of applicants

admission of the prior art ,as applied to claims 46, 55, and 56 above, and further in view

of Hoyt et al., U. S. Patent No. 5,687,080, of record. These claims limit the input

member as operable on at least six axes. Hoyt teaches that six degree of freedom

joysticks are well known. It would have been obvious to one of ordinary skill in the art

Application/Control Number: 081677,378                                    Page 6
Art Unit: 2779

to place a six degree of freedom joystick onto Brandenburg's base plate because a six

degree of freedom joystick is more desirable than a three degree of freedom joystick.

13.     Claims 47, 57, and 58 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Sekine, U. S. Patent No. 5,898,425, in view of applicants admission

of the prior art, as applied to claims 46, 55, and 56 above, and further  in view Hoyt et

al., U. S. Patent No. 5,687,080, of record.  These claims limit the input member as

operable on at least six axes.  Hoyt teaches that six degree of freedom joysticks are

well known.   It would have been obvious to one of ordinary skill in the art to place a six

degree of freedom joystick onto Sekine's internal keyboard unit 29 because a six

degree of freedom joystick is more desirable than a three degree of freedom joystick.

### Allowable Subject Matter

14.     Claims 44 and 53 are objected to as being dependent upon a rejected base

claim, but would be allowable if rewritten in independent form including all of the

limitations of the base claim and any intervening claims.  The prior art of record does

not teach or suggest placing an input member movable in at least two axes and finger

depressible buttons of claim 43/41/40/39/38 or claim 51/50/49/48 onto a flexible sheet.

15.     Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Jeffery A Brier whose telephone number is (703) 305-

4723.  The examiner can normally be reached on M-F from 8:00 to 4:30.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Mark Powel, can be reached on (703) 305-9703.  The fax phone number for

the organization where this application or proceeding is assigned is (703) 308-6606.

Application/Control Number: 08/677,378                    Page 7

Art Unit: 2779

     Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is (703) 305-

3800.

                                        J ffery A Brier
                                        Primary Examiner
                                        Art Unit 2779
                                        8-29-00

| *Notice of References Cited* | Application/Control ... | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 081677,378 | ARMSTRONG, BI?ADA. |

| Examiner | Art Unit | |
|---|---|---|
| Jeffery A Brier | 2779 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE ** | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | APS | OTHER |
| ☐ | A | 5,898,425 | Apr. 1999 | Sekine | 345 | 168 | ☒ | ☐ |
| ☐ | B | | | | | | ☐ | ☐ |
| ☐ | C | | | | | | ☐ | ☐ |
| ☐ | D | | | | | | ☐ | ☐ |
| ☐ | E | | | | | | ☐ | ☐ |
| ☐ | F | | | | | | ☐ | ☐ |
| ☐ | G | | | | | | ☐ | ☐ |
| ☐ | H | | | | | | ☐ | ☐ |
| ☐ | I | | | | | | ☐ | ☐ |
| ☐ | J | | | | | | ☐ | ☐ |
| ☐ | K | | | | | | ☐ | ☐ |
| ☐ | L | | | | | | ☐ | ☐ |
| ☐ | M | | | | | | ☐ | ☐ |

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE ** | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | APS | OTHER |
| ☐ | N | | | | | | | ☐ | ☐ |
| ☐ | C | | | | | | | ☐ | ☐ |
| ☐ | P | | | | | | | ☐ | ☐ |
| ☐ | C | | | | | | | ☐ | ☐ |
| ☐ | R | | | | | | | ☐ | ☐ |
| ☐ | S | | | | | | | ☐ | ☐ |
| ☐ | T | | | | | | | ☐ | ☐ |

| * | | | | APS | OTHER |
|---|---|---|---|---|---|
| ☐ | U | | | ☐ | ☐ |
| ☐ | V | | | ☐ | ☐ |
| ☐ | W | | | ☐ | ☐ |
| ☐ | X | | | ☐ | ☐ |

... of this reference is not being furnished with this Office action. (See Manual of Patent Examining Procedure, Section 707.05(a),)
**AP  encompasses any electronic search i.e. text, image. and Commercial Databases.

U.S. Patent and Trademark Office
PTO-892 (Rev. 03-98)                Notice of References Cited                Part of Paper No. 20

Form PTO 948 (Rev. 10-94)     U.S. DEPARTMENT OF COMMERCE · Patent and Trademark Office     Application No. 

## NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

PTO Draftpersons review all originally filed drawings regardless of whether they are designated as formal or informal. Additionally, patent Examiners will review the drawings for compliance with the regulations. Direct telephone inquiries concerning this review to the Drawing Review Branch, 703-305-8404.

The drawings filed (insert date) _____, are
A. ___ not objected to by the Draftsperson under 37 CFR 1.84 or 1.152.
B. ___ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this Notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ___ Not black solid lines. Fig(s)_____
   ___ Color drawings are not acceptable until petition is granted.
   Fig(s)_____
2. PHOTOGRAPHS. 37 CFR 1.84(b)
   ___ Photographs are not acceptable until petition is granted.
   Fig(s)_____
   ___ Photographs not properly mounted (must use brystol board or photographic double-weight paper). Fig(s)_____
   ___ Poor quality (half-tone). Fig(s)_____
3. GRAPHIC FORMS. 37 CFR 1.84 (d)
   ___ Chemical or mathematical formula not labeled as separate figure. Fig(s)_____
   ___ Group of waveforms not presented as a single figure, using common vertical axis with time extending along horizontal axis. Fig(s)_____
   ___ Individuals waveform not identified with a separate letter designation adjacent to the vertical axis. Fig(s)_____
4. TYPE OF PAPER. 37 CFR 1.84(e)
   ___ Paper not flexible, strong, white, smooth, nonshiny, and durable. Sheet(s)_____
   ___ Erasures, alterations, overwritings, interlineations, cracks, creases, and folds copy machine marks not accepted. Fig(s)_____
   ___ Mylar, velum paper is not acceptable (too thin). Fig(s)_____
5. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   21.6 cm. by 35.6 cm. (8 1/2 by 14 inches)
   21.6 cm. by 33.1 cm. (8 1/2 by 13 inches)
   21.6 cm. by 27.9 cm. (8 1/2 by 11 inches)
   21.0 cm. by 29.7 cm. (DIN size A4)
   ___ All drawing sheets not the same size. Sheet(s)_____
   ___ Drawing sheet not an acceptable size. Sheet(s)_____
6. MARGINS. 37 CFR 1.84(g): Acceptable margins:

| Paper size | | | |
|---|---|---|---|
| 21.6 X 35.6 cm. | 21.6 cm X 33.1 cm. | 21.6 cm. X 21.9 cm. | 21.0 cm. X 29.1 cm. |
| (8 1/2 X 14 inches) | (8 1/2 X 13 inches) | (8 1/2 X 11 inches) | (DIN Size A4) |
| T 5.1 cm. ( 2 ) | 2.5 cm. (1") | 2.5 cm. (1") | 2.5 cm. |
| L .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 2.5 cm. |
| R .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.5 cm. |
| B .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.0 cm. |

   Margins do not conform to chart above.
   Sheet(s)_____
   ___Top (T) ___Left (L) ___Right (R) ___Bottom (B)
7. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   ___ All views not grouped together. Fig(s)_____
   ___ Views connected by projection lines or lead lines. Fig(s)_____
   ___ Partial views. 37 CFR 1.84(h) 2

   ___ View and enlarged view not labled separately or properly. Fig(s)_____
   ___ Sectional views. 37 CFR 1.84 (h) 3
   ___ Hatching not indicated for sectional portions of an object. Fig(s)_____
   ___ Cross section not drawn same as view with parts in cross section with regularly spaced parallel oblique strokes. Fig(s)_____
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ___ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s)_____
9. SCALE. 37 CFR 1.84(k)
   ___ Scale not large enough to show mechanism with crowding when drawing is reduced in size to two-thirds in reproduction. Fig(s)_____
   ___ Indication such as "actual size" or scale 1/2" not permitted. Fig(s)_____
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
   ___ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (except for color drawings). Fig(s)_____
11. SHADING. 37 CFR 1.84(m)
   ___ Solid black shading areas not permitted. Fig(s)_____
   ___ Shade lines, pale, rough and blurred. Fig(s)_____
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
   ___ Numbers and reference characters not plain and legible. 37 CFR 1.84(p)(l) Fig(s)_____
   ___ Numbers and reference characters not oriented in same direction as the view. 37 CFR 1.84(p)(l) Fig(s)_____
   ___ English alphabet not used. 37 CFR 1.84(p)(2) Fig(s)_____
   ___ Numbers, letters, and reference characters do not measure at least .32 cm. (1/8 inch) in height. 37 CFR(p)(3) Fig(s)_____
13. LEAD LINES. 37 CFR 1.84(q)
   ___ Lead lines cross each other. Fig(s)_____
   ___ Lead lines missing. Fig(s)_____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
   ___ Sheets not numbered consecutively, and in Arabic numerals, beginning with number 1. Sheet(s)_____
15. NUMBER OF VIEWS. 37 CFR 1.84(u)
   ___ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)_____
   ___ View numbers not preceded by the abbreviation Fig. Fig(s)_____
16. CORRECTIONS. 37 CFR 1.84(w)
   ___ Corrections not made from prior PTO-948. Fig(s)_____
17. DESIGN DRAWING. 37 CFR 1.152
   ___ Surface shading shown not appropriate. Fig(s)_____
   ___ Solid black shading not used for color contrast. Fig(s)_____

COMMENTS:

ATTACHMENT TO PAPER NO._____     REVIEWER_____     DATE_____

PTO Copy



9/8/00                                GP 2779

1                        RECEIVED   7-21E
                                    SEP 13 2000
**Box Non-Fee Amendments**              TC 2700 MAIL ROOM
Assistant Commissioner of Patents
Washington, D. C. **20231**

                    By Express Mail article **EK797321469US**

Re:  Patent Application of      Brad A. Armstrong

Serial No.:  **08/677,378**     Filed:  **07/05/96**

Title:  IMAGE CONTROLLERS WITH SHEET CONNECTED SENSORS
        (as amended)

Applicant's address:          Brad A. Armstrong
                              **P.O. Box 1419**
                              Paradise, CA **95967**

Patent Examiner: Brier, J.    Art Unit:  **2779**


        IN RESPONSE TO THE OUTSTANDING OFFICE ACTION OF **08/31/00**


Sir:

REMARKS
        This is responsive to the Office Action mailed **08/31/00**,
paper #20, regarding the above specified application wherein
claims **38-60** are pending, and **38-43, 45-52,** and **54-60** are
rejected, and claims **44** and **53** are objected to.

        A certificate of Express mailing is attached.


        The consideration of this response, and the reexamination of
the application and pending claims in view of this response is
requested.

        The entire Detailed Action of the **08/31/00** has been
carefully read, including points **1-15.**

2

Point **1** has been read, and it is noted that the CPA **is** acceptable and has been established.  Applicant notes that the original application number **08/677,378** and filing date are being used in reference to the CPA.

Point **2** is noted.

Point **3** has been read.  Applicant will amend, under amendments below, the specification to include the rewritten priority claim as suggested by the Examiner.  The Examiner's suggestion **is** appreciated.  Thank you.

Point **4** has been read.  Drawing Figure **37** is prior art and **is** labeled as such in the new substitute formal drawing included herewith.  A Letter to the Official Draftsperson **is** also herewith included.  Would the Examiner please be so kind as to properly route the substitute drawing so that it is the drawing used for the Patent publication.  Thank you.

Regarding the issue of Fig. **38**.  Applicant understands that the Examiner may have perceived Fig. **38** as prior art from reading the first sentence starting on line **16** on page **39**, but therein Applicant is only describing a "typical package body **600"** meaning that the body of the Fig. **38** sensor may use a prior art style body, not meaning that the sensor of Fig. **38** is prior art, rather lines **17-29** assert that Fig, **38 is** a novel sensor.

Figure **38 is** NOT a prior art figure or device.  In the specification, on page **39** lines **17-29**, describes the sensor of Fig. **38** as being novel at least due to the inclusion of "an additional very important element" (line **17)**, being a "pressure sensitive electrical element **612"** (line **20**).  Applicant does not admit Fig. **38 is** prior art and in fact states on lines **27-29**  "I believe that integration of pressure sensitive technology into a tactile-snap through sensor package is **novel...".**

3

Applicant has recently received a U.S. Patent on the novel sensor of Fig. 38, U.S. Patent 5,999,084 issued Dec. 7, 1999.  A -Copy of patent 5,999,084 is herewith included for the Examiner's convenience.

Point 5 is noted.

Point 6 has been read.  Applicant will cancel claim 60 below under amendments, but Applicant does not admit claim 60 is not allowable because the Examiner's reasoning depends on the reliance of the "Fig. 38" sensor being prior art, which it is not as discussed above in response to point 4.

Point 7 has been read.

Point 8 has been read.

Point 9 has been read.

Points 10-13 have been read and Applicant again directs the Examiner's  attention to the discussion of point 4 above and Fig. 38 not being prior art.

Point 14 noting the "Allowable Subject Matter" has been read and understood.

The Examiner states: "The prior art of record does not teach or suggest placing an input member movable in at least two axes and finger depressible buttons of claim 43/41/40/39/38 or claim 51/50/49/48 onto a flexible sheet."

Accordingly, in the Amendments below, the independent claim 38 (once amended) now includes the elements of claims 44/43/41/40/39/38, and also the independent claim 48 (once ^amended) now includes the elements of claims 53/51/50/49/48.

Point 15 has been noted.

4

In the Aug. **4, 2000** amendment, Applicant stated in Remarks that he would cancel claims **19-37**, but forgot to formally request cancelation of the claims under Amendments.  It is noted the Examiner correctly understood Applicant's  intention regarding claims **19-37** in his response of **08/31/00** by treating the claims as having been cancelled.  For the sake of clarity, Applicant will formally cancel claims **19-37** below under Amendments for the record.  Thank you.

AMENDMENTS

In the Specification:

    Please rewrite the priority claim in the specification to read:

--This application is a continuation-in-part of **U.S.** Patent Application Serial No. 08/847,619 filed on March **5, 1992**, now U.S. Patent No. **5,589,828** and this application is a continuation-in-part of **U.S.** Patent Application Serial No. **08/393,459** filed on February **23, 1995**, now **U.S.** Patent No. **5,565,891.**--

Amendments to the claims:

    Please cancel claims **19-37** per the above discussion.

    The claim amendments will be made by way of underlining that which is being added, and bracketing **"[ ]"** around that which is being deleted.

    Please amend claim **38** as follows.

    **38.** (once amended)  An image controller comprising:
        an input member with associated sensors, said input member moveable on at least two axes; and
        a plurality of finger depressible buttons with associated

51



5

sensors; and

at least one sheet structurally connecting, at least in part, to the sensors of said input member, and said at least one sheet structurally connecting, at least in part, to the sensors of said finger depressible buttons; said at least one sheet having

electrically conductive traces located on said at least one sheet, said electrically conductive traces electrically connecting with the sensors of said input member, and said electrically conductive traces electrically connecting with the sensors of said finger depressible buttons;

said image controller is connected to an image generation device;

at least one of the finger depressible buttons is structured with a resilient dome cap;

said resilient dome cap is structured to provide a tactile feedback to a human hand;

a pressure-sensitive variable sensor is the sensor associated with said at least one of the finger depressible buttons, whereby depression of said at least one of the finger depressible buttons provides a proportional signal representing the level of depressive pressure applied; said at least one sheet comprises

a flexible membrane sheet connected to

a rigid circuit board sheet.

Please cancel claims **39-44**.

Please amend claim 45 to read as follows.

45. (once amended)  An image controller according to claim [43] **38** in which said plurality of finger depressible buttons are at least 10 in number, at least some of said buttons represent

6

keys for numbers **1-9**.

Please amend claim **48** to read as follows.

48. (once amended)  An image controller comprising:

an input member movable on at least two axes, said input member having associated sensors; and

a plurality of finger depressible buttons, said finger depressible buttons having associated sensors; and

at least one sheet connecting to the sensors of said input member, and said at least one sheet connecting to the sensors of said finger depressible buttons;

said at least one sheet includes electrically conductive traces, said traces engaging the sensors;

at least one of the finger depressible buttons is structured with a resilient dome cap;

said resilient dome cap is structured to provide a tactile feedback to a human hand; said at least one sheet comprises

a flexible membrane sheet connected to

a rigid circuit board sheet.

Please cancel claims **49-53**.

Please amend claims 54-55 to read as follows.

54. (once amended)  An image controller according to claim [53] **48** in which said at least one of the finger depressible buttons is associated with a pressure-sensitive variable sensor, whereby depression of said at least one of the finger depressible buttons provides a proportional signal representing the level of depressive pressure applied.

55. (once amended)  An image controller according to claim [53] **48** in which said plurality of finger depressible buttons are at least **10** in number, at least some of said buttons represent

53

E

7

keys for numbers 1-9.

Please cancel claim 60.

Please insert the following new claims 61-72 presented for examination and allowance.  Thank you.

61.  An image controller comprising:

an input member with associated sensors, said input member moveable on at least two axes; and

a plurality of finger depressible buttons with associated sensors; and

at least one sheet connecting to the sensors of said input member, and said at least one sheet connecting to the sensors of said finger depressible buttons;

said at least one sheet comprising at least

a flexible membrane sheet.

62.  An image controller according to claim 61 in which at least one of the finger depressible buttons is structured with a resilient dome cap.

63.  An image controller according to claim 62 in which said image controller is connected to an image generation device.

64.  An image controller according to claim 63 in which said image generation device includes a television based electronic game.

65.  An image controller according to claim 62 in which said resilient dome cap is structured to provide a tactile feedback to a human hand.

66.  An image controller according to claim 65 in which

54



a

a plunger is positioned above said dome cap, said plunger
comprising a non-conductive rigid plastic material.

67. An image controller according to claim 61 in which
said at least one of the finger depressible buttons is associated
with a pressure-sensitive variable sensor for providing a
proportional signal, whereby depression of said at least one of
the finger depressible buttons provides a proportional signal
representing the level of depressive pressure applied.

68. An image controller according to claim 61 in which said
at least one sheet comprises said flexible membrane sheet
connected to
a second sheet.

69. An image controller according to claim 68 in which said
second sheet is a circuit board.

70. An image controller according to claim 68 in which said
second sheet is a rigid membrane support structure.

71. An image controller according to claim 69 in which said
at least one sheet comprises said flexible membrane sheet further
supported by a third sheet, said third sheet is a rigid membrane
support structure.

72. An image controller according to claim 71 in which
said at least one of the finger depressible buttons is associated
with a pressure-sensitive variable sensor for providing a
proportional signal, whereby depression of said at least one of
the finger depressible buttons provides a proportional signal
representing the level of depressive pressure applied.

55

9

REMARKS

No additional fees are required as the total number of independent and dependent claims is now the same as was paid for in the CPA filing of Aug. 4, 2000.

No new matter has been added with the now (once amended) claims 38/45/48/54/55, and no new matter has been added with the newly written claims 61-72. New claims 61-72 are believed to be within the scope of the recent CPA prior art search. The claim wording and concepts are fully supported in the originally filed specification.

Claims 61-72 are allowable over the prior art of record for the same reasoning once amended claims 38 and 48 are allowable.

Independent claims 38 and 48 have been amended by inclusion of the elements of their respective dependant claims, as suggested by the Examiner, (see above response to point 14, "Allowable Subject Matter"), thus bringing amended claims 38 and 48 into proper form for allowance.

Allowance of all pending claims is respectfully requested. Thank you.

Respectfully;

*Brad A. Strong*          Date: *7 September 2000*

/Brad A. Armstrong, Inventor / Applicant /Declarant

CERTIFICATE OF EXPRESS MAILING

Assistant Commissioner for Patents
Washington, D. C. 20231

I hereby certify that this correspondence is being deposited with the United States Postal Service as EXPRESS MAIL article EK797321469US with sufficient postage paid in an envelope addressed to: Assistant Commissioner of Patents, Washington, D. C. 20231, on this

date: Sept. 7, 2000

*Brad A. Strong*

/ Brad A. Armstrong, Inventor / Applicant

Assistant Commissioner for Patents
Washington, DC 20231
                    Attn: Chief Draftsperson


    Re:  Patent Application of     Brad A. Armstrong

    Serial No.:  08/677,378    Filed:  07/05/96

    Title:  **IMAGE** CONTROLLERS WITH **SHEET** CONNECTED SENSORS
         (as amended)

Applicant's address:              Brad A. Armstrong
                                  P.O. Box 1419
                                  Paradise, CA 95967

    Patent Examiner: Brier, J.    Art Unit:  2779


    Sir:
         New formal drawing sheet 32 of 50 originally submitted for
    the above application is enclosed, corrected as required by the
    Patent Examiner to include the words "PRIOR ART" associated with
    Fig. 37.   The sheet includes only drawing Figs. 37 and 38  Please
    substitute this sheet for the corresponding sheet on file.
    Thank you.


    Respectfully,

                                  Date:  7 September 2000
    Brad A. Armstrong, Inventor / Applicant

                    **CWTIFICATE OF EXPRESS MAILING**
    · Assistant Commissioner for Patents
    Washington, D. C. 20231
    I hereby certify that this correspondence regarding my above
    referenced patent application is being deposited with the U.S.
    Postal Service as EXPRESS mail, article **EK797321469US** with
    sufficient postage pre-paid in an envelope addressed to: Box Non-
    fee Amendments, Assistant Commissioner for Patents, Washington,
    D. C. 20231, on this

    date:  7 September 2000.

    Brad A. Armstrong, **Inventor** / Applicant

| APPROVED | O.G. FIG. | |
| BY | CLASS | SUBCLASS |
| DRAFTSMAN | | |



PRIOR **ART**
FIG. 37



FIG. 38



## CWTIFICATE OF EXPRESS MAILING

Assistant Commissioner for Patents
Washington, D. C. 20231


    I hereby certify that this correspondence is being deposited
with the United States Postal Service as EXPRESS MAIL POST OFFICE
TO ADDRESSEE, mail article EK797321469US with sufficient postage
pre-paid in an envelope addressed to: Assistant Commissioner of
Patents, Washington, DC 20231, on this

date: _7 September 2000_

_Brad A. Armstrong_, Inventor / Applicant

&Epsilon;



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
           Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/677,378 | 07/05/96 | ARMSTRONG | | |

WM11/1010

| EXAMINER |
|---|
| BRIER,J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2672 | 22 |

BRAD A ARMSTRONG
P.O. BOX 1419
PARADISE CA 95967

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

THE PATENT TERM ADJUSTMENT TO DATE IS 00 DAYS. IF THE PATENT
ISSUE FEE IS PAID ON THE DATE THAT IS THREE MONTHS AFTER THE
MAILING DATE OF THIS NOTICE AND THE PATENT ISSUES ON THE
TUESDAY BEFORE THE DATE THAT IS 28 WEEKS (SIX AND A HALF
MONTHS) AFTER THE MAILING DATE OF THIS NOTICE, THE TERM
ADJUSTMENT WILL BE 00 DAYS.

PTO-90C (Rev. 2/95)          U.S. G.P.O. 1999 460-693                    1- File Copy

| | Application **No.** | **Applicant(s)** |
|---|---|---|
| ***Notice of Allowability*** | 08/677,378 | ARMSTRONG, BRAD A. |
| | Examiner | Art Unit |
| | Jeffery A. Brier | 2672 |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

1. ☒ This communication is responsive to *the amendment filed on 09/07/2000*.

2. ☒ The allowed claim(s) is/are *38, 45-48, 54-59, and 67-72 renumbered as 1-23 respectively*.

3. ☐ The drawings filed on *07/05/96 and 09/07/00 (sheet 32)* are acceptable.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    a) ☐ All   b) ☐ Some*   c) ☐ None   of the CERTIFIED copies of the priority documents have been

       1. ☐ received.

       2. ☐ received in Application No. (Series Code / Serial Number). _____ .

       3. ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. & 119(e).

A SHORTENED STATUTORY PERIOD FOR REPLY to comply with the requirements noted below **is** set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" **of** this Office Action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be available under the provisions of 37 CFR 1.136(a).

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☐ Applicant MUST submit NEW FORMAL DRAWINGS

    (a) ☐ because the originally filed drawings were declared by applicant **to** be informal.

    (b) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review( PTO-948) attached

       1) ☐ hereto or 2) ☐ to Paper No. ____.

    (c) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the examiner.

    (d) ☐ including changes required by the attached Examiner's Amendment / Comment.

    Identifying indicia such as the application number (see 37 **CFR 1.84(c)**) should be written on the reverse side **of** the drawings. The drawings should be **filed** as a separate **paper** with a transmittal letter addressed to the Official Draftsperson.

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment**(s)**

1 ☐ Notice of References Cited (PTO-892)         2 ☐ Notice **of** Informal Patent Application (PTO-152)

3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)    4 ☐ Interview Summary (PTO-413), Paper No. _____ .

5 ☐ Information Disclosure Statements (PTO-1449), Paper No. ____ .    6 ☐ Examiner's Amendment/Comment

7 ☐ Examiner's Comment Regarding Requirement for Deposit    8 ☐ Examiner's Statement of Reasons for Allowance

    of Biological Material    9 ☐ Other

*Jeffery A. Brier*
Jeffery A. Brier
Primary Examiner
Art Unit: 2672

U.S Patent and Trademark Office

PTO-37 (Rev. 3-98)            Notice of Allowability            Part of Paper No. 22 .



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

STAR A ARMSTRONG
P.O. BOX 1419
PARADISE CA 9526

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/07,379 | 07/05/96 | 023 | BRIER, J | 2672 | 10/10/00 |

| First Named Applicant | ARMSTRONG, | 35 USC 154(b) term ext. = 0 Days. | | | |

TITLE OF INVENTION: CONTROLLERS WITH SHEET CONNECTED SENSORS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| | 345-161.000 | T54 | UTILITY | YES | $620.00 | 01/10/01 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

Review the SMALL ENTITY status shown above.
If the **SMALL** ENTITY is shown as YES, verify your
current SMALL ENTITY status:

If the SMALL ENTITY is shown as NO:

**A.** If the status is changed, pay twice the amount of the
FEE DUE shown above and notify the Patent and
Trademark Office of the change in status, or
**B.** If the status is the same, pay the FEE DUE shown
above.

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with,
payment of 1/2 the FEE DUE Shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
ISSUE FEE.  Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal
should be completed and returned.   If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
fees when due.

**PATENT AND TRADEMARK OFFICE COPY**

PTOL-85 (REV. 10-96) Approved for use through 06/30/99.  (0651-0033)                    *U.S. GPO:1999-454-457/24501

**PART B—ISSUE FEE TRANSMITTAL**  2-04-00        B/$

Complete and mail this form, together with applicable fees, to:    **Box ISSUE FEE**
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any correction or use Block 1)

WM11 / 2010

~~BRAD A ARMSTRONG~~
~~P.O. BOX 1419~~    (Note address change for
~~PARADISE CA 95967~~    residence and mailing)
P.O. Box 2048
Carson City, NV 89702

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Brad A. Armstrong    (Depositor's name)
*Brad A Strong*    (Signature)
December 1, 2000    (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/677,378 | 07/05/96 | 023 | BRIER, J | 2672 | 10/10/00 |

| First Named Applicant | ARMSTRONG, | 35 USC 154(b) term ext. = 0 Days. |
|---|---|---|

TITLE OF INVENTION: IMAGE CONTROLLERS WITH SHEET CONNECTED SENSORS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 | 345-161.000 | T54 | UTILITY | YES | $~~620~~ 1111.00 | 81/10/01 |

1. Change of correspondence address or indication of " Fee Address" (37 CFR l.363).
Use of PTO form(s) and Customer Number are recommended, but not required.
**See address change above**
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" indication form PTO/SB/47) attached

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY & STATE OR COUNTRY)

Pleas'check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual    ☐ corporation or other private group entity    ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☐ Advance Order - # of Copies_____

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER_____
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☐ Issue Fee
☐ Advance Order - # of Copies_____

anyone
sf as sh

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.IO-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:     COMMISSIONER OF PATENTS AND TRADEMARKS
             Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/677,378 | 07/05/96 | ARMSTRONG | B |

WM02/1213

BRAD A ARMSTRONG
P.O. BOX 1419
PARADISE CA 95967

| EXAMINER |
|---|

| ART UNIT | PAPER NUMBER |
|---|---|
| 2672 | 23 |

BRIER, J

DATE MAILED:
                                    12/13/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

| | Application No. | Applicant(s) |
|---|---|---|
| *Supplemental* **Notice of Allowability** | 08/677,378 | ARMSTRONG, BRAD A. |
| | **Examiner** | **Art Unit** |
| | Jeffery A. Brier | 2672 |

**-- The *MAILING DATE* of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application.  If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant.  See 37 CFR 1.313 and MPEP 1308.

1. ☐ This communication is responsive to _____.

2. ☒ The allowed claim(s) is/are **_as indicated in paper no. 22_**.

3. ☐ The drawings filed on _____ are acceptable as formal drawings.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

     a) ☐ All    b) ☐ Some*   c) ☐ None  of the:

         1. ☐ Certified copies of the priority documents have been received.

         2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

         3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     * Certified copies not received: _____.

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below.  Failure to timely comply will result in ABANDONMENT of this application.  **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.  A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☐ Applicant MUST submit NEW FORMAL DRAWINGS

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review( PTO-948) attached

        1) ☐ hereto  or  2) ☐ to Paper No. _____

    (b) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the examiner.

    (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper NO. _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings.  The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

1 ☐ Notice of References Cited (PTO-892)
3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
5 ☐ Information Disclosure Statements (PTO-1449), Paper No. _____.
7 ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

2 ☐ Notice of Informal Patent Application (PTO-152)
4 ☐ Interview Summary (PTO-413), Paper No. _____ .
6 ☒ Examiner's Amendment/Comment
8 ☐ Examiner's Statement of Reasons for Allowance
9 ☐ Other

                                   Jeffery A. Brier
                                   Primary Examiner
                                   Art Unit: 2672

Application/Control Number: 08/677,378                                      Page 2
Art Unit: 2672

1.      An examiner's amendment to the record appears below.  Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312.  To ensure consideration of such an amendment, it MUST be

submitted no later than the payment of the issue fee.

        The continuing data found on page 4 of the 09/07/2000 amendment has been

amended by the examiner by changing "08/847,619" to --07/847,619--.

2.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Jeffery A Brier whose telephone number is (703) 305-

4723.  The examiner can normally be reached on M-F from 8:00 to 4:30.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Michael Razavi, can be reached on (703) 305-4713.  The fax phone number

for the organizatio'n where this application or proceeding is assigned is (703) 308-6606.

        Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is (703) 305-

4700.

                                        Jeffery A Brier
                                        Primary Examiner
                                        Art Unit 2672

H-06-00   2672   GP8779

Please type a plus sign (+) inside this box ➔

PTO/SB/122 (10-00)
for use through 10/31/2002. OMB 0651-0035
U.S.Patent and Trademark Office: U.S.DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# CHANGE OF CORRESPONDENCE ADDRESS
## *Application*

Address to:
Assistant Commissioner for Patents
Washington, D.C. 20231

| | |
|---|---|
| Application Number | 08/67?. 378 |
| Filing Date | 07/05/96 |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | 2779 |
| Examiner Name | Brier, J. |
| Attorney Docket Number | |

Please change the CorrespondenceAddress for the above-identified application to:

☐ Customer Number [            ]  ➔   Place Customer Number Bar Code Label here

*Type CustomerNumber here*

OR

| [X] Firm or Individual Name | Brad A. Armstrong | | | | |
|---|---|---|---|---|---|
| Address | P.O. Box 2048 | | | | |
| Address | | | | | |
| City | Carson City | State | NV | ZIP | 89702 |
| Country | USA | | | | |
| Telephone | 775 721 6958 | | Fax | | |

TECH CENTER 2700   RECEIVED NOV - 8 2000

OIPE NOV 0 3 2000 PATENT & TRADEMARK OFFICE

This form cannot be used to change the data associated with a Customer Number. To change the data associated with an existing Customer Number use "Request for Customer Number Data Change" (PTO/SB/124).

I am the :

Applicant/Inventor.

☐ Assignee of record of the entire interest. Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

☐ Attorney or Agent of record.

☐ Registered practitioner named in the application transmittal letter in an application without an executed oath or declaration. See 37 CFR 1.33(a)(1). Registration Number_____

| | |
|---|---|
| Typed or Printed Name | Brad A. Armstrong |
| Signature | *Brad A. Armstrong* |
| Date | 3 November 2000 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☐ Total of __1__ forms are submitted.

Burden Hour Statement. This Form is estimated to take 3 minutes to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO:  Assistant Commissioner for Patents, Washington, DC 20231.