# NOTICE:

**DUE TO THE VOLUMINOUS NATURE OF THE EXHIBITS IN THIS MATTER, EXHIBITS TO THE FOREGOING BRIEF WILL BE FILED MANUALLY, PENDING COURT APPROVAL OF SAME.**