**EXHIBITS TO CLAIM CONSTRUCTION BRIEF FILED BY
NINTENDO OF AMERICA, INC. ON MAY 21, 2007**

Dockets.Justia.com