Anascape, Ltd v. Microsoft Corp. et al                                                             Doc. 96 Att. 1
           Case 9:06-cv-00158-RHC     Document 96     Filed 05/22/2007     Page 1 of 2

# Exhibit 1

Dockets.Justia.com

# NINTENDO GAMECUBE CONTROLLER



LEFT JOYSTICK

CROSS SWITCH

RIGHT JOYSTICK

1