# Exhibit 2

Dockets.Justia.com

# NINTENDO GAMECUBE CONTROLLER



Sensor contacts on rigid board

Ribbon cable (connects circuit boards, not sensor contacts)

Sensor contacts on rigid board

2

# NINTENDO GAMECUBE CONTROLLER



Sensor contacts on rigid board

Ribbon cable
(connects circuit boards, not sensor contacts)

3