Please type a plus sign (+) inside this box → ☐

PTO/SB/08B (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U. S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449B/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(use as many sheets as necessary)

Sheet 2 of 8

| Complete if Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

OIPE JUN 20 2001 PATENT & TRADEMARK OFFICE
RECEIVED JUN 25 2001 Technology Center 2600

## OTHER PRIOR ART – NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | [2] |
|---|---|---|---|
| mjr | | IBM TECHNICAL DISCLOSURE BULLETIN pp230-235 Feb. 1990 Mouse Ball-Actuating Device With Force And Tactile Feedback | |
| mjr | | RESEARCH DISCLOSURE November 1987 28373 Joystick with Tactile Feedback | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | [signature] | Date Considered | 12/10/01 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Dockets.Justia.com

Please type a plus sign (+) inside this box

PTO/SB/08A (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

Sheet 3 of 8

| *Complete if Known* | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

OIPE JC10 JUN 20 2002 PATENT & TRADEMARK OFFICE

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| MJV | | 5565891 | | Armstrong | 10/1996 | |
| | | 5589828 | | Armstrong | 12/1996 | |
| | | 5999084 | | Armstrong | 12/1999 | |
| | | 6102802 | | Armstrong | 8/2000 | |
| | | 6135886 | | Armstrong | 10/2000 | |
| | | 6198473 | | Armstrong | 3/2001 | |
| | | 6208271 | | Armstrong | 3/2001 | |
| | | 6222525 | | Armstrong | 4/2001 | |
| | | 3611068 | | Fujita | 10/1971 | |
| | | 3806471 | | Mitchell | 4/1974 | |
| | | 3952173 | | Tsuji | 4/1976 | |
| | | 3988556 | | Hyodo | 10/1976 | |
| | | 4224602 | | Anderson | 9/1980 | |
| | | 4313113 | | Thornburg | 1/1982 | |
| | | 4315238 | | Eventoff | 2/1982 | |
| | | 4552360 | | Bromley | 11/1985 | |
| | | 4673919 | | Kataoka | 6/1987 | |
| | | 4786895 | | Castaneda | 11/1988 | |
| | | 4866542 | | Shimada | 9/1989 | |
| MJn | | 5164697 | | Kramer | 11/1992 | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Office[3] | Number[4] | Kind Code[5] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| MJn | | | wo9532776 | | Namco | 12/1995 | | |
| | | | ep1080753 | | Namco | 3/2001 | | |
| | | | jp6154422 | | Namco | 6/1994 | | |
| | | | jp9218737 | | Namco | 8/1997 | | |
| | | | ep1080753 | | Namco | 6/2001 | | |
| | | | ep0337458 | | Namco | 10/1989 | | |
| | | | ep0337458 | | Namco | 10/1989 | | |
| | | | jp7281824 | | Namco | 10/1995 | | |
| | | | ep0470615 | | Nintendo | 2/1992 | | |
| MJh | | | ep0579448 | | Texas Instruments | 1/1994 | | |

| Examiner Signature | [signature] | Date Considered | 12/4/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box → [ ]

PTO/SB/08A (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

Sheet 4 of 8

| Complete If Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

JC73 JUN 20 2000 TRADEMARK OFFICE

RECEIVED JUN 25 2001 Technology Center 2600

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| MM | | 5200597 | | Eastman | 4/1993 | |
| | | 5207426 | | Inoue | 5/1993 | |
| | | 5287089 | | Parsons | 2/1994 | |
| | | 5311779 | | Teruo | 5/1994 | |
| | | 5315204 | | Park | 5/1994 | |
| | | 5364108 | | Esnouf | 11/1994 | |
| | | 5365494 | | Lynch | 11/1994 | |
| | | 5376913 | | Pine | 12/1994 | |
| | | 5396235 | | Maeshima | 3/1995 | |
| | | 5440237 | | Brown | 8/1995 | |
| | | 5457478 | | Frank | 10/1995 | |
| | | 5640566 | | Victor | 6/1997 | |
| | | 5670955 | | Thorne | 9/1997 | |
| | | 5673237 | | Blank | 9/1997 | |
| | | 5675329 | | Barker | 10/1997 | |
| | | 5689285 | | Asher | 11/1997 | |
| | | 5764219 | | Rutledge | 6/1998 | |
| | | 5778404 | | Capps | 7/1998 | |
| | | 5790102 | | Nassimà | 8/1998 | |
| MM | | 5847305 | | Yoshikawa | 12/1998 | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Office[3] | Number[4] | Kind Code[5] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| MM | | | DE3031484 | | Gurndig | 11/1982 | | |
| | | | DE3543890 | | Thomson-Brant | 6/1987 | | |
| | | | GB2113920 | | Alps Electric | 8/1983 | | |
| | | | GB058462 | | Shin-Etsu Polymer | 4/1981 | | |
| MM | | | WO9957630 | | Schneider | 11/1999 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Examiner Signature | [signature] | Date Considered | 1c/w/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box

PTO/SB/08A (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(use as many sheets as necessary)

Sheet 5 of 8

| Complete If Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

OIPE JC173 JUN 20 2001 PATENT & TRADEMARK OFFICE

RECEIVED JUN 25 2001 Technology Center 2600

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| MM | | 5854624 | | Grant | 12/1998 | |
| | | 5883619 | | Ho | 3/1999 | |
| | | 5889236 | | Gillespie | 3/1999 | |
| | | 5895471 | | King | 4/1999 | |
| | | 5948066 | | Whalen | 9/1999 | |
| | | 5910798 | | Kim | 6/1999 | |
| | | 5943044 | | Martinelli | 8/1999 | |
| | | 5974238 | | Chase | 10/1999 | |
| | | 5995026 | | Sellers | 11/1999 | |
| | | 6020884 | | MacNaughton | 2/2000 | |
| | | 6049812 | | Bertram | 4/2000 | |
| | | 6118979 | | Powell | 9/2000 | |
| | | 6157935 | | Tran | 12/2000 | |
| | | 6185158 | | Ito | 2/2001 | |
| MM | | Des.342740 | | Parker | 12/1993 | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Office[3] | Number[4] | Kind Code[5] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Examiner Signature | Michael J. Meyer | Date Considered | 12/10/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box [ ]

PTO/SB/08B (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U. S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449B/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(use as many sheets as necessary)

Sheet 6 of 8

| Complete If Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

OIPE JC73 JUN 20 2001 PATENT & TRADEMARK OFFICE

RECEIVED JUN 25 2001 Technology Center 2600

## OTHER PRIOR ART – NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| MJM | | S.F. KAMBIC, IBM Technical Disclosure Bulletin, Vol. 20 No. 5 Oct. 1977 | |
| | | Questel-Orbit QWEB Pages 1-24 (submitted herewith) | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | [signature] | Date Considered | 12/10/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box →

PTO/SB/08A (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

OIPE JCA8 JUN 20 2001 PATENT & TRADEMARK OFFICE

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(use as many sheets as necessary)

Sheet 7 of 8

| Complete If Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

RECEIVED JUN 25 2001 Technology Center 2600

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | THE BELOW LISTED DISCLOSURES FROM Questel-Orbit QWEB 1-24 pages (hereto attached) | | | | |
| MM | | 5898359 | | ~~Delco~~ Ellis 4 | 1999 | |
| | | 5550339 | | ~~CTS Corp.~~ Haugh 8 | 1996 | |
| | | 5847639 | | ~~Interlink~~ Yaniger 12 | 1998 | |
| | | 5867808 | | ~~IBM~~ Kamentser 2 | 1999 | |
| | | 5287089 | | ~~Parsons~~ PARSONS 2 | 1994 | |
| | | 5132658 | | ~~Semsym~~ Dunthorner 7 | 1992 | |
| | | 5196782 | | ~~Luntron~~ Bowen | ~~1991~~ 3/1993 | |
| | | 4975676 | | ~~Spectra~~ Greenhalgh 12 | 1990 | |
| | | 4694231 | | ~~Alvite~~ Joseph 9 | 1987 | |
| | | 4615252 | | ~~Asahi~~ Asahi 10 | 1986 | |
| | | 4301337 | | Eventoff 11 | 1981 | |
| | | 4314228 | | Eventoff 2 | 1982 | |
| | | 4315238 | | Eventoff 2 | 1982 | |
| | | 4268815 | | Eventoff 5 | 1981 | |
| MM | | 4276538 | | Eventoff 6 | 1981 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Office[3] | Number[4] | Kind Code[5] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| MM | | | jp11031606 | | Teikoku | 2/1999 | | |
| | | | jp09223607 | | Teikoku | 8/1997 | | |
| | | | jp09213168 | | Teikoku | 8/1997 | | |
| | | | DE19606408 | | Contelec | 8/1997 | | |
| | | | GB2308448 | | Samsung | 6/1997 | | |
| | | | RU2010369 | | Smyslov | 3/1994 | | |
| | | | GB2267392 | | Collins | 12/1993 | | |
| | | | jp05151828 | | Yokohama | 6/1993 | | |
| | | | jp04155707 | | Yokohama | 5/1992 | | |
| MM | | | jp03108701 | | Canon | 5/1991 | | |

Questel-Orbit data continued on next sheet

| Examiner Signature | [signature] | Date Considered | 1/16/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box → ☑

PTO/SB/08A (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

OIPE JUN 2 0 2001 PATENT & TRADEMARK OFFICE

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

Sheet 8 of 8

| Complete If Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

RECEIVED JUN 2 5 2001 Technology Center 2600

Questel-Orbit continuation

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Office[3] | Number[4] | Kind Code[5] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| MJL | | | GB2233499 | | Mitsubishi | 1/1991 | | |
| | | | DE4019211 | | Lutron | 1/1991 | | |
| | | | jp 02158105 | | Yokohama | 6/1990 | | |
| | | | DE3634912 | | Link | 4/1988 | | |
| | | | jp62160623 | | Yamatake | 7/1987 | | |
| MJL | | | jp601 75401 | | Asahi | 9/1985 | | |

| Examiner Signature | [signature] | Date Considered | 12/15/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

#3

Please type a plus sign (+) inside this box

OIPE

PTO/SB/08A (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

AUG 0 8 2001 PATENT & TRADEMARK OFFICE

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

Sheet 1 of 1

| Complete If Known | |
|---|---|
| Application Number | 09/715,532 |
| Filing Date | 11/16/2000 |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | 2673 |
| Examiner Name | |
| Attorney Docket Number | 30 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

RECEIVED
AUG 1 4 2001
Technology Center 2600

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Office[3] | Number[4] | Kind Code[5] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| NCh | | JP | JP7302159 | | SEGA Enterp LTD | 1995 | generally all | |
| NCh | | JP | 5-87760 | | MITSUMI ELECTRIC | Nov. 1993, | generally all | |

| Examiner Signature | [signature] | Date Considered | 12/12/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Duplicate of IDS filed on 7/25/02 pg 1/10

#6

Please type a plus sign (+) inside this box → ☐

PTO/SB/08A (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

Sheet 1 of 10

| Complete If Known | |
|---|---|
| Application Number | 09/715,532 |
| Filing Date | 11/16/00 |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

OIPE JUL 19 2002 PATENT & TRADEMARK OFFICE

RECEIVED JUL 23 2002 Technology Center 2600

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| MM | | 5200597 | | Eastman | 1993 | generally all |
| | | 5207426 | | Inoue | 1993 | " |
| | | 5282089 | | Parsons | 1994 | " |
| | | 5311779 | | Teruo | 1994 | " |
| | | 5315204 | | Park | 1994 | " |
| | | 5364108 | | Esnouf | 1994 | " |
| | | 5365494 | | Lynch | 1994 | " |
| | | 5376913 | | Pine | 1994 | " |
| | | 5396235 | | Maeshima | 1995 | " |
| | | 5440237 | | Brown | 1995 | " |
| | | 5457478 | | Frank | 1995 | " |
| | | 5640566 | | Victor | 1997 | " |
| | | 5670955 | | Thorne | 1997 | " |
| | | 5673237 | | Blank | 1997 | " |
| | | 5675329 | | Barker | 1997 | " |
| | | 5689285 | | Asher | 1997 | " |
| | | 5764219 | | Rutledge | 1998 | " |
| | | 5778404 | | Capps | 1998 | " |
| | | 5790102 | | Nassima | 1998 | " |
| MM | | 5847305 | | Yoshikawa | 1998 | " |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Office[3] | Number[4] | Kind Code[5] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| MM | | | DE3031484 | | Gurndig | 1982 | generally all | |
| | | | DE3543890 | | Thomson-Brant | 1987 | " | |
| | | | GB2113920 | | Alps Electric | 1983 | " | |
| | | | GF2058462 | | Shin-Etsu Polymer | 1981 | " | |
| | | | wo9957630 | | Schneider | 1999 | " | |
| MM | | | 5-87760 Japan | | Mitsumi Electric | 4/1993 | " | |
| | | | JP7302159 | | Sega Enterprise | 11/1995 | " | |
| | | | EP0470615 | | Nintendo Co. | 2/1992 | " | |
| | | | 0 470 615 A1 | | Nintendo Co. | 2/1992 | " | |
| MM | | | DE4013227 | | Poulsom | 5/1991 | " | |

| Examiner Signature | [signature] | Date Considered | 12/10/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box

PTO/SB/08A (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

Sheet 2 of 10

| Complete if Known | |
|---|---|
| Application Number | 09/715532 |
| Filing Date | 11-16-00 |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

OIPE JUL 19 2002 PATENT & TRADEMARK OFFICE JC58

duplicate to IDS filed 6/26/01 pg 3/8 12/10/02 MM

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| MM | | 5565891 | | Armstrong | 1996 | generally all |
| | | 5589828 | | Armstrong | 1996 | " " |
| | | 5999084 | | Armstrong | 1999 | " " |
| | | 6102802 | | Armstrong | 2000 | " " |
| | | 6135886 | | Armstrong | 2000 | " " |
| | | 6198473 | | Armstrong | 2001 | " " |
| | | 6208271 | | Armstrong | 2001 | " " |
| | | 6222525 | | Armstrong | 2001 | " " |
| | | 3611068 | | Fujita | 1971 | " " |
| | | 3806471 | | Mitchell | 1974 | " " |
| | | 3952173 | | Tsuji | 1976 | " " |
| | | 3988556 | | Hyodo | 1976 | " " |
| | | 4224602 | | Anderson | 1980 | " " |
| | | 4313113 | | Thornburg | 1982 | " " |
| | | 4315238 | | Eventoff | 1982 | " " |
| | | 4552360 | | Bromley | 1985 | " " |
| | | 4673919 | | Kataoka | 1987 | " " |
| | | 4786895 | | Castaneda | 1988 | " " |
| | | 4866542 | | Shimada | 1989 | " " |
| MM | | 5164697 | | Kramer | 1992 | " " |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Office[3] | Number[4] | Kind Code[5] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| MM | | | wo9532776 | | Namco | 1995 | generally all | |
| | | | ep1080753 | | Namco | 2001 | " " | |
| | | | jp6154422 | | Namco | 1994 | " " | |
| | | | jp9218737 | | Namco | 1997 | " " | |
| | | | ep1080753 | | Namco | 2001 | " " | |
| | | | ep0337458 | | Namco | 1989 | " " | |
| | | | ep0337458 | | Namco | 1989 | " " | |
| | | | jp7281824 | | Namco | 1995 | " " | |
| | | | ep0470615 | | Nintendo | 1992 | " " | |
| MM | | | ep0579448 | | Texas Instruments | 1994 | " " | |

| Examiner Signature | Michael O'Mara | Date Considered | 12/10/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box

PTO/SB/08A (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

Sheet 3 of 10

OIPE JCS58 JUL 1 9 2002 PATENT & TRADEMARK OFFICE

| Complete If Known | |
|---|---|
| Application Number | 09/715 532 |
| Filing Date | 11-16-00 |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| MM | | 5854624 | | Grant | 1998 | generally all |
| | | 5883619 | | Ho | 1999 | " |
| | | 5889236 | | Gillespie | 1999 | " |
| | | 5895471 | | King | 1999 | " |
| | | 5948066 | | Whalen | 1999 | " |
| | | 5910798 | | Kim | 1999 | " |
| | | 5943044 | | Martinelli | 1999 | " |
| | | 5974238 | | Chase | 1999 | " |
| | | 5995026 | | Sellers | 1999 | " |
| | | 6020884 | | MacNaughton | 2000 | " |
| | | 6049812 | | Bertram | 2000 | " |
| | | 6118979 | | Powell | 2000 | " |
| | | 6157935 | | Tran | 2000 | " |
| | | 6185158 | | Ito | 2001 | " |
| | | Des. 342740 | | Parker | 1993 | " |
| | | 5510812 | | O'Mara | 1996 | " |
| | | 4246452 | | Chandler | 1981 | " |
| MM | | 4469330 | | Asher | 1984 | " "& Sheets" |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Office[3] | Number[4] | Kind Code[5] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Examiner Signature | [signature] | Date Considered | 12/10/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box

PTO/SB/08A (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

OIPE JUL 1 9 2002 PATENT & TRADEMARK OFFICE

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

Sheet 4 of 10

| Complete if Known | |
|---|---|
| Application Number | 09/715532 |
| Filing Date | 11-16-00 |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | THE BELOW LISTED DISCLOSURES FROM Questel-Orbit QWEB 1-24 pages (hereto attached) | | | | |
| mjr | | 5898359 | | Delco | 1999 | generally all |
| | | 5550339 | | CTS Corp. | 1996 | " " |
| | | 5847639 | | Interlink | 1998 | " " |
| | | 5867808 | | IBM | 1999 | " " |
| | | 5287089 | | Parsons | 1994 | " " |
| | | 5132658 | | Semsym INC. | 1992 | " " |
| | | 5196782 | | Luntron | 1991 | " " |
| | | 4975676 | | Spectra | 1990 | " " |
| | | 4694231 | | Alvite | 1987 | " " |
| | | 4615252 | | Asahi | 1986 | " " |
| | | 4301337 | | Eventoff | 1981 | " " |
| | | 4314228 | | Eventoff | 1982 | " " |
| | | 4315238 | | Eventoff | 1982 | " " |
| | | 4268815 | | Eventoff | 1981 | " " |
| mjr | | 4276538 | | Eventoff | 1981 | " " |

duplicate IDS filed 6/26/01 by 7/4 mjr

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Office[3] | Number[4] | Kind Code[5] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| mjr | | | jp11031606 | | Teikoku | 1999 | generally all | |
| | | | jp09223607 | | Teikoku | 1997 | " | " |
| | | | jp09213168 | | Teikoku | 1997 | " | " |
| | | | DE19606408 | | Contelec | 1997 | " | " |
| | | | GB2308448 | | Samsung | 1997 | " | " |
| | | | RU2010369 | | Smyslov | 1994 | " | " |
| | | | GB2267392 | | Collins | 1993 | " | " |
| | | | jp05151828 | | Yokohama | 1993 | " | " |
| | | | jp04155707 | | Yokohama | 1992 | " | " |
| mjr | | | jp03108701 | | Canon | 1991 | " | " |

Questel-Orbit data continued on next sheet

| Examiner Signature | [signature] | Date Considered | 12/10/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box

PTO/SB/08A (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(use as many sheets as necessary)

Sheet 5 of 10

| Complete If Known | |
|---|---|
| Application Number | 09/715532 |
| Filing Date | 11-16-00 |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

OIPE JC58 JUL 19 2002 PATENT & TRADEMARK OFFICE

Questel-Orbit continuation

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | U.S. Patent Document Number | Kind Code² (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Office³ | Number⁴ | Kind Code⁵ (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|---|---|
| MJM | | | GB2293499 | | Mitsubishi | 1991 | generally all | |
| | | | DE4019211 | | Lutron | 1991 | " " | |
| | | | jp 02158105 | | Yokohama | 1990 | " " | |
| | | | DE3634912 | | Link | 1988 | " " | |
| | | | jp62160623 | | Yamatake | 1987 | " " | |
| MJM | | | jp601 75401 | | Asahi | 1985 | " " | |

duplicate to IDS filed on 12/26/01 pg 8/8 MJM

| Examiner Signature | [signature] | Date Considered | 12/11/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box

PTO/SB/08A (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

Sheet 6 of 10

| Complete If Known | |
|---|---|
| Application Number | 09/ 715532 |
| Filing Date | 11-16-00 |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

OIPE JUL 1 9 2002 PATENT & TRADEMARK OFFICE

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| MJM | | 3771037 | | Bailey | 1973 | generally all |
| | | 4733214 | | Andersen | 1988 | " " |
| | | 5103404 | | McIntosh | 1992 | " " |
| | | 5189355 | | Larkins | 1993 | " " |
| MJM | | 5203563 | | Loper | 1993 | " " |

duplicate 12/4/02 MJM

to IDS filed 6/11/01 pg 1 of 8

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Office[3] | Number[4] | Kind Code[5] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Examiner Signature | Michael J. M[illegible] | Date Considered | 12/4/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box

PTO/SB/08B (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U. S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

OIPE JUL 19 2002 PATENT & TRADEMARK OFFICE

Substitute for form 1449B/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

Sheet 7 of 10

| Complete if Known | |
|---|---|
| Application Number | 09/715 532 |
| Filing Date | 11-16-00 |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

## OTHER PRIOR ART – NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| MJM | | S.P. KAMBIC, IBM Technical Disclosure Bulletin, Vol. 20 No. 5 Oct. 1977 (generally all) | |
| | | Questel-Orbit QWEB Pages 1-24 (submitted herewith) (generally all is relevant) | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

duplicate to PTO 6/26/01 MJM 12/6/02

| Examiner Signature | Michael J. Mey | Date Considered | 12/6/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box → ☐

PTO/SB/08B (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U. S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449B/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

Sheet 8 of 10

OIPE JUL 1 9 2002 PATENT & TRADEMARK OFFICE

| Complete if Known | |
|---|---|
| Application Number | 09/715 532 |
| Filing Date | 11-16-00 |
| First Named Inventor | Brad A. Armstrong |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

## OTHER PRIOR ART – NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| MJM | | IBM TECHNICAL DISCLOSURE BULLETIN pp230-235 Feb. 1990 Mouse Ball-Actuating Device With Force And Tactile Feedback (generally all relevant) | |
| MJM | | RESEARCH DISCLOSURE November 1987 28373 Joystick with Tactile Feedback (generally all relevant) | |

x to filed IDS filed 6/21/01 pg 2/8

duplicate 12/10/02 mjm

| Examiner Signature | [signature] | Date Considered | 12/6/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

OIPE JUL 1 9 2002 PATENT & TRADEMARK OFFICE

PTO/SB/08A (10-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

Sheet 9 of 10

| Complete If Known | |
|---|---|
| Application Number | 09/715532 |
| Filing Date | 11-16-00 |
| First Named Inventor | Brad A. Armstrong |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number: Number - Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| [initials] | | ~~US-5510812~~ | ~~1996~~ | O'Mara | Generally all |
| | | US-4469330 | 9/1984 | Asher | generally all |
| | | US-4246452 | 1/1981 | Chandler | generally all |
| | | US-5565891 | 10/1996 | Armstrong | generally all |
| | | US-D355901 | 2/1995 | Bradley | generally all |
| | | US-4555960 | 12/1985 | King | generally all |
| | | US-4924216 | 5/1990 | Leung | generally all |
| | | US-4933670 | 6/1990 | Wislocki | generally all |
| | | US-5065146 | 11/1991 | Garrett | generally all |
| | | US-5128671 | 7/1992 | Thomas, Jr. | generally all |
| | | US-5237311 | 8/1993 | Wislocki | generally all |
| | | US-5293158 | 3/1994 | Soma | generally all |
| | | US-5298919 | 3/1994 | Chang | generally all |
| | | US-5329276 | 7/1994 | Hirabayashi | generally all |
| | | US-2430284 | 11/1947 | Evers | generally all |
| | | US-3693425 | 9/1972 | Starita et al | generally all |
| | | US-3921445 | 11/1975 | Hill et al | generally all |
| | | US-4099409 | 7/1978 | Edmond | generally all |
| | | US-4216467 | 8/1980 | Colston | generally all |
| [initials] | | US-4297542 | 10/1981 | Shumway | generally all |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document: Country Code[3] - Number[4] - Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| [initials] | | 5-87760 (Japan) | 12/1993 | Mitsumi Elec. | generally all | |
| | | 7-302159 (Japan) | 11/1995 | Sega Enter. | generally all | |
| | | 0 470 615 A1 (EP) | 3/1992 | Nintendo | generally all | |
| | | 0205726 (EP) | 12/1986 | Hal Lab INC | generally all | |
| | | 739505 (SU) | 6/1980 ~~1977~~ | Baranov | generally all | |
| | | 2205941 (GB) | 12/1988 | Garrett | generally all | |
| [initials] | | 2240614 (GB) | 8/1991 | Dzholdasbekov | generally all | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | [signature] | Date Considered | 12/10/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

OIPE JUL 1 9 2002 PATENT & TRADEMARK OFFICE JCC558



PTO/SB/08A (10-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

Sheet 10 of 10

| *Complete If Known* | |
|---|---|
| Application Number | 09/715,532 |
| Filing Date | 11-16-00 |
| First Named Inventor | Brad A. Armstrong |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number: Number - Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| MJ | | US-4348142 | 9 1982 | Figour | generally all |
| | | US-4369663 | 1 1983 | Venturello etal | generally all |
| | | US-4414537 | 11 1983 | Grimes | " " |
| | | US-4536746 | 8 1985 | Gobeli | " " |
| | | US-4555960 | 12 1985 | King | " " |
| | | US-4670743 | 6 1987 | Zemke | " " |
| | | US-4684089 | 8 1987 | van der Lely | " " |
| | | US-4811608 | 3 1989 | Hilton | " " |
| | | US-4855704 | 8 1989 | Betz | " " |
| | | US-4910503 | 3 1990 | Broadsky | " " |
| | | US-4935728 | 6 1990 | Kley | " " |
| | | US-5128671 | 7 1992 | Thomas, Jr. | " " |
| | | US-5142931 | 9 1992 | Menahem | " " |
| | | US-5168221 | 12 1992 | Houston | " " |
| | | US-5189355 | 2 1993 | Larkins et al | " " |
| | | US-5252952 | 10 1993 | Frank et al | " " |
| MJ | | US-5329276 | 7 1994 | Hirabayashi | " " |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document: Country Code[3] - Number[4] - Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| MJ | | 0205726 (EP) | 12/1986 | | generally all | |
| | | 739505 (SU) | ~~1977~~ 6/1980 | | generally all | |
| | | 2205941 (GB) | 12/1988 | | generally all | |
| MJ | | 2240614 (GB) | 8/1991 | | generally all | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | [signature] | Date Considered | 12/10/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.