## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing exhibits was served electronically on counsel listed below on the 21st day of May, 2007:

Luke F. McLeroy, Esq.
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Tel: (214) 978-4235
Fax: (214) 978-4044
lmcleroy@mckoolsmith.com

Christopher J. Carraway, Esq.
KLARQUIST SPARKMAN, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Tel: (503) 226-7391
Fax: (503) 228-9446
christopher.carraway@klarquist.com

      /s/ James S. Blank
      James S. Blank