**CORRECTED EXHIBITS 3 AND 4 OF CLAIM CONSTRUCTION BRIEF
FILED BY NINTENDO OF AMERICA, INC.**