# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., <br><br>            Plaintiff, <br><br>v. <br><br>MICROSOFT CORP. and <br>NINTENDO OF AMERICA INC., <br><br>            Defendants. | § § § § § § § § § § § § § <br><br>Civil Action No.: 9:06-CV-00158-RC <br><br>JURY TRIAL REQUESTED |

## JOINT MOTION FOR EXTENSION
## OF TIME TO FILE TECHNOLOGY TUTORIALS

Plaintiff Anascape, Ltd. (Anascape") and Defendants Microsoft Corp. ("Microsoft") and Nintendo of America, Inc. ("Nintendo") jointly submit this joint motion for an extension of time to file their technology synopses.

The Court's February 9, 2007 Amended Scheduling Order required the parties to submit their technology synopses by May 25, 2007. The Court's May 7, 2007 Order extended the time for the parties to submit their technology synopses from May 25, 2007 until June 1, 2007. Claim construction hearings are scheduled to take place on August 22 and September 19, 2007.

Counsel for Anascape, Microsoft, and Nintendo have met and conferred concerning the due dates for the parties' technology synopses in light of counsels' travel schedules and other commitments. The parties respectfully request that the following deadline be extended as follows:

| | |
|---|---|
| Submit Technology Synopsis | June 8, 2007 |

NY\1286687.1

No other deadlines will be affected by these changes.  A proposed order is attached.

| | |
|---|---|
| DATED:  May 30, 2007 | Respectfully submitted,<br><br>**McKOOL SMITH, P.C.**<br><br>/s/ Sam Baxter (with permission by James S. Blank)<br>Sam Baxter<br>Lead Attorney<br>Texas State Bar No. 1938000<br>sbaxter@mckoolsmith.com<br>P.O. Box O<br>505 E. Travis, Suite 105<br>Marshall, Texas  75670<br>Telephone:  (903) 927-2111<br>Facsimile:  (903) 927-2622<br><br>Theodore Stevenson, III<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>Luke F. McLeroy<br>Texas State Bar No. 24041455<br>lmcleroy@mckoolsmith.com<br>McKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas  75201<br>Telephone:  (214) 978-4000<br>Telecopier:  (214) 978-4044<br><br>Robert M. Parker<br>Texas State Bar No. 15498000<br>rmparker@pbatyler.com<br>Robert Christopher Bunt<br>Texas State Bar No. 00787165<br>rcbunt@pbatyler.com<br>Charles Ainsworth<br>Texas State Bar No. 00783521<br>charley@pbatyler.com<br>PARKER, BUNT & AINSWORTH P.C.<br>100 E. Ferguson Street, Suite 114<br>Tyler, Texas  75702<br>Telephone:  (903) 531-3535<br>Telecopier:  (903) 533-9687<br><br>**ATTORNEYS FOR PLAINTIFF ANASCAPE, LTD.** |

DATED:  May 30, 2007                    Respectfully submitted,

/s/ Chris Carraway (with permission by James S. Blank)
J. Christopher Carraway *(admitted pro hac vice)*
christopher.carraway@klarquist.com
Joseph T. Jakubek *(admitted pro hac vice)*
joseph.jakubek@klarquist.com
Stephen J. Joncus *(admitted pro hac vice)*
stephen.joncus@klarquist.com
Derrick W. Toddy *(admitted pro hac vice)*
derrick.toddy@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  (503) 595-5300

J. Thad Heartfield (Bar No. 09346800)
thad@jth-law.com
Law Offices of J. Thad Heartfield
2195 Dowlen Road
Beaumont, Texas  77706
Telephone:  (409) 866-3318
Facsimile:  (409) 866-5789

Clayton D. Dark, Jr. (Bar No. 05384500)
clay.dark@yahoo.com
Clayton E. Dark, Jr., Law Office
207 E. Frank Avenue, #100
Lufkin, Texas  75901
Telephone:  (936) 637-1733

Stephen McGrath, Esq. *(admitted pro hac vice)*
MICROSOFT CORPORATION
One Microsoft Way, Building 8
Redmond, Washington  98052-6399
Telephone:  (425) 882-8080
Facsimile:  (425) 706-7329

**ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION**

DATED: May 30, 2007                              Respectfully submitted,

/s/ James S. Blank

Robert J. Gunther, Jr.
(robert.gunther@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

James S. Blank
(james.blank@lw.com)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1274
Facsimile: (212) 751-4864

Robert W. Faris
(rwf@nixonvan.com)
Joseph s. Presta
(jsp@nixonvan.com)
NIXON & VANDERHYE, P.C.
1100 North Glebe Road
8th Floor
Arlington, VA 22201
Telephone: (703) 816-4000
Facsimile: (703) 816-4100

Lawrence L. Germer
(llgermer@germer.com)
Texas Bar No. 07824000
GERMER GERTZ L.L.P.
550 Fannin, Suite 400
Beaumont, Texas 77704
Telephone: (409) 654-6700
Facsimile: (409) 835-2115

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT NINTENDO OF AMERICA INC.**

## CERTIFICATE OF SERVICE

I hereby verify that a true and correct copy of the foregoing document was served on counsel of record via ECF or U.S. Mail on this 30th day of May, 2007

/s/ James S. Blank

James S. Blank