# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD., | § § § § | |
| Plaintiff, | § § | Civil Action No.: 9:06-CV-00158-RC |
| v. | § § | JURY TRIAL REQUESTED |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC., | § § § § | |
| Defendants. | § | |

## ORDER GRANTING THE JOINT MOTION FOR EXTENSION OF TIME TO FILE TECHNOLOGY TUTORIALS

Before the Court is Plaintiff Anascape, Ltd. and Defendants Microsoft Corp. ("Microsoft") and Nintendo of America, Inc. ("Nintendo") joint motion for an extension of time to file their technology synopses. The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the Court's December 20, 2006 Scheduling Order is amended as shown below. No other deadlines are affected by this Order.

| | |
|---|---|
| Submit Technology Synopsis | June 8, 2007 |