IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., <br><br>            Plaintiff, <br><br> v. <br><br> MICROSOFT CORP. and <br> NINTENDO OF AMERICA INC., <br><br>            Defendants. | § § § § § § § § § § § § § <br> Civil Action No.: 9:06-CV-00158-RC <br><br> JURY TRIAL REQUESTED |

**ORDER GRANTING THE JOINT MOTION FOR EXTENSION OF TIME TO FILE TECHNOLOGY TUTORIALS**

Before the Court is Plaintiff Anascape, Ltd. and Defendants Microsoft Corp. ("Microsoft") and Nintendo of America, Inc. ("Nintendo") joint motion for an extension of time to file their technology synopses. The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the Court's December 20, 2006 Scheduling Order is amended as shown below. No other deadlines are affected by this Order.

| | |
|---|---|
| Submit Technology Synopsis | June 8, 2007 |

So **ORDERED** and **SIGNED** this **31** day of **May, 2007.**

_____
Ron Clark, United States District Judge