IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 9:06-CV-158 |
| v. | § | |
| | § | |
| MICROSOFT CORP. AND | § | JUDGE RON CLARK |
| NINTENDO OF AMERICA, INC. | § | |
| | § | |
| *Defendant.* | § | |

### ORDER DIRECTING PARTIES TO MEET AND CONFER

This case is set for a *Markman* hearing on August 22, 2007 at 10:00 a.m. The court

expects the parties and their attorneys to limit the terms they ultimately submit for construction

to those that might be unfamiliar to the jury or confusing to the jury, or which are unclear or

ambiguous in light of the specification and patent history. *See United States Surgical Corp. v.

Ethicon, Inc.,* 103 F.3d 1554, 1568 (Fed. Cir. 1997). "[A]lthough every word used in a claim has

a meaning, not every word requires a construction." *Orion IP, LLC v. Staples, Inc.,* 406

F.Supp.2d 717, 738 (E.D. Tex. 2005).

The parties are **ORDERED** to confer by July 13, 2007 and determine which additional

claim terms can be agreed upon, and which are unclear or ambiguous terms or words of art,

which are actually in dispute and require construction by the court.  The parties shall notify the

court of any new agreements on claim terms by **4:00 P.M. on August 1**.

So **ORDERED** and **SIGNED** this **31** day of **May, 2007.**

_____
Ron Clark, United States District Judge