# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., | § |
| Plaintiff, | § Hon. Ron Clark |
| v. | § Civil Action No.: 9:06-CV-00158-RC |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC., | § |
| Defendants. | § |

### NOTICE OF SUBMISSION OF TECHNOLOGY SYNOPSIS OF NINTENDO OF AMERICA INC. AND MICROSOFT CORP.

Pursuant to the Court's Order dated May 31, 2007, Nintendo of America Inc. hereby notifies the Court that it submitted the following materials to the chambers of the Honorable Ron Clark on June 8, 2007:

(1) Two disks containing Nintendo's and Microsoft's technology tutorial regarding U.S. Patent Nos. 6,906,700 and 6,222,525; and

(2) Two notebooks containing Nintendo's and Microsoft's technology tutorial regarding U.S. Patent Nos. 6,906,700 and 6,222,525.

Respectfully submitted,

*/s/ James S. Blank*
James S. Blank
(james.blank@lw.com)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Tel.: (212) 906-1200
Fax: (212) 751-4864

Robert J. Gunther, Jr.
(robert.gunther@wilmerhale.com)
WILMERHALE
399 Park Avenue
New York, NY 10022
Tel:     (212) 230-8830
Fax:    (212) 230-8888

Robert W. Faris
(rwf@nixonvan.com)
Joseph S. Presta
(jsp@nixonvan.com)
NIXON & VANDERHYE, P.C.
1100 North Glebe Road
8th Floor
Arlington, VA  22201
Tel.:    (703) 816-4000
Fax:    (703) 816-4100

Lawrence L. Germer
(llgermer@germer.com)
Texas Bar No. 07824000
GERMER GERTZ L.L.P
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas 77704
Tel.:    (409) 654-6700
Fax:    (409) 835-2115

**ATTORNEYS FOR DEFENDANT,
NINTENDO OF AMERICA INC.**

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 8th day of June, 2007, a true and correct copy of the above document was filed with the Eastern District's EC/EMF system, and a copy was to be forwarded this date by the Eastern District to all known attorneys of record below.

                                                                                                                  /s/ James S. Blank