IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | Hon. Ron Clark |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORPORATION, and | § | |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF SUBMISSION OF
### TECHNOLOGY SYNOPSIS OF MICROSOFT CORPORATION

Pursuant to the Court's Order dated May 31, 2007, Microsoft Corporation ("Microsoft") herby notifies the Court that it submitted the following materials to the chambers of the Honorable Ron Clark on June 8, 2007:

(1) Two disks containing Microsoft's technology tutorial regarding U.S. Patent Nos. 5,999,084, 6,102,802, 6,135,886 and 6,343,991.

Also one copy was sent to the Court's technical advisor, Dr. Howard K. Schmidt.

Respectfully submitted,

Dated:  June 8, 2007         By:    /s/ Stephen J. Joncus _____
                                    J. Christopher Carraway (admitted *pro hac vice*)
                                    christopher.carraway@klarquist.com
                                    Jared S. Goff (admitted *pro hac vice*)
                                    jared.goff@klarquist.com
                                    Joseph T. Jakubek (admitted *pro hac vice*)
                                    joseph.jakubek@klarquist.com
                                    Stephen J. Joncus (admitted *pro hac vice*)
                                    stephen.joncus@klarquist.com
                                    Richard D. Mc Leod (Bar No. 24026836)
                                    rick.mcleod@klarquist.com
                                    Derrick W. Toddy (admitted *pro hac vice*)
                                    derrick.toddy@klarquist.com
                                    KLARQUIST SPARKMAN, LLP

121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300

J. Thad Heartfield (Bar No. 09346800)
thad@jth-law.com
Law Offices of J. Thad Heartfield
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Facsimile: 409-866-5789

Clayton E Dark Jr. (Bar No. 05384500)
clay.dark@yahoo.com
Clayton E Dark Jr., Law Office
207 E Frank Ave # 100
Lufkin, TX 75901
Telephone:  936-637-1733

Stephen McGrath, Esq. (admitted *pro hac vice*)
MICROSOFT CORPORATION
One Microsoft Way, Building 8
Redmond, Washington  98052-6399
Telephone:  425-882-8080
Facsimile:  425-706-7329

*Attorneys for Defendant Microsoft Corporation*

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 8th day of June, 2007, the foregoing pleading was electronically filed with the Court. Pursuant to Local Rule CV-5, this constitutes service on the following counsel:

**Luke Fleming McLeroy**
McKool Smith - Dallas
300 Crescent Court
Suite 1500
Dallas, TX 75201

By:/s/ Stephen J. Joncus _____
J. Christopher Carraway
christopher.carraway@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301