EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

|  |  |
|---|---|
| ANASCAPE, LTD., | § <br> § <br> §**CONFID ENTIAL** <br> § <br> § Hon. Ronald Clark <br> § <br> § Civil Action No.: 9:06-CV-00158- <br> § RC <br> § <br> § <br> § |
| Plaintiff, | |
| v. | |
| MICROSOFT CORP. and <br> NINTENDO OF AMERICA INC., | |
| Defendants. | |

## INITIAL DISCLOSURES OF NINTENDO OF AMERICA INC.

Pursuant to the Order Governing Proceedings ("Governing Order") dated October 5,

2006 and Federal Rule of Civil Procedure 26(a)(1), Defendant Nintendo of America Inc.

("NOA"), by and through its undersigned counsel, hereby provides its Initial Disclosures. These

Initial Disclosures are based upon presently available information, based upon reasonable

inquiry, and Defendant reserves the right to supplement the disclosures as provided in Federal

Rule of Civil Procedure 26(e) and the Governing Order.

### A.    Correct Names of Parties to the Suit [Governing Order E(1)]

Nintendo of America Inc. is the proper name of the present disclosing party to this suit.

### B.    Potential Parties [Governing Order E(2)]

NOA is not presently aware of any potential parties to this suit; NOA is, however,

continuing to investigate whether additional parties should be added to this suit, and will disclose

any such parties if and when they are identified.

C.     **Knowledgeable Individuals [Governing Order E(3) and Fed. R. Civ. P. 26(a)(1)(A)]**

The following list identifies those individuals presently known to NOA who are believed to have knowledge of facts relevant to the claim or defense of any party. NOA's identification of individuals who are likely to have knowledge of facts that NOA may use to support its claims or defenses may depend on discovery that has not yet been provided. NOA reserves the right to add or remove individuals from this disclosure and to object to the deposition or trial testimony of any individual identified in this disclosure. Accordingly, NOA identifies the following:

| Individual | Last Known Address and Telephone, if any | Subject(s) of Knowledge |
|---|---|---|
| Brad Armstrong | Tyler, Texas | Asserted patents, including conception and reduction to practice of the alleged invention(s); prosecution of the asserted patents and any related applications; invalidity, prior art and prior public uses of the alleged invention(s); best mode for practicing the alleged invention(s); ownership of the asserted patents; communications with potential licensees; delay in filing suit |
| George Harrison | Nintendo of America Inc. 4820 150th Avenue NE Redmond, WA | Marketing and sales of accused NOA products |
| Steven Bowman | 6630 Arabian Circle Granite Bay, CA | Ownership of the asserted patents; communications with potential licensees; delay in filing suit. |
| Kelly Tyler | 13950 Via De Jamul Jamul, CA | Ownership of the asserted patents; licensing of asserted patents, including alleged valuation of asserted patents; licensing communications; delay in filing suit |
| Riley R. Russell, Esq. | Sony Computer Entertainment America, Inc. | Licensing of asserted patents, including alleged valuation of |

|  | 919 East Hillsdale Boulevard Foster City, CA | asserted patents; licensing communications |
|---|---|---|
| Gregory S. Gerwitz, Esq. | Lerner, David, Littenberg, Krumholz & Mentlik, LLP 600 South Avenue West Westfield, NJ 07090 | Licensing of asserted patents, including alleged valuation of asserted patents; licensing communications |
| Ken Kutaragi | Sony Computer Entertainment Inc. 2-6-21 Minami-aoyama Minato-Ku Tokyo | Licensing of asserted patents, including alleged valuation of asserted patents; licensing communications |
| Joseph A. Yanny, Esq. | Yanny & Smith 1925 Century Park East Los Angeles, CA | Licensing of asserted patents, including alleged valuation of asserted patents; licensing communications |
| Hank Morgan | Logitech Inc. 6505 Kaiser Drive Fremont, CA | Attempted licensing of asserted patents, including alleged valuation of asserted patents; licensing communications |
| James Barnes | Logitech Inc. 6505 Kaiser Drive Fremont, CA | Attempted licensing of asserted patents, including alleged valuation of asserted patents; licensing communications |
| Stanley Hiller | Key Tronic Corp 4424 N. Sullivan Rd. Spokane, WA | Valuation of asserted patents |
| Kazunori Koshiishi | Nintendo Co., Ltd. 11-1 Kamitoba-Hokotate-Cho- Minami-Ku Kyoto, 601-8501 Japan | GameCube Controller and GameCube Wavebird Wireless Controller design, development, and testing |
| Shin'ichi Sasamoto | Nintendo Co., Ltd. 11-1 Kamitoba-Hokotate-Cho- Minami-Ku Kyoto, 601-501 Japan | GameCube Controller and GameCube Wavebird Wireless Controller design, development, and testing |
| Kazuo Koushima | Nintendo Co., Ltd. 11-1 Kamitoba-Hokotate-Cho- Minami-Ku Kyoto, 601-8501 Japan | GameCube Controller and GameCube Wavebird Wireless Controller design, development, and testing |
| Masaki Sato | Nintendo Co., Ltd. 11-1 Kamitoba-Hokotate-Cho- Minami-Ku Kyoto, 601-8501 Japan | GameCube Wavebird Wireless design, development, and testing |

3

| Daisuke Kumazaki | Nintendo Co., Ltd.<br>11-1 Kamitoba-Hokotate-Cho-Minami-Ku<br>Kyoto, 601-8501 Japan | Wii Classic Controller, Wii Remote Controller and Wii Nunchuk design, development, and testing |
| --- | --- | --- |
| Junji Takamoto | Nintendo Co., Ltd.<br>11-1 Kamitoba-Hokotate-Cho-Minami-Ku<br>Kyoto, 601-8501 Japan | Wii Classic Controller, Wii Remote Controller and Wii Nunchuk design, development, and testing |
| Susumu Inoue | Nintendo Co., Ltd.<br>11-1 Kamitoba-Hokotate-Cho-Minami-Ku<br>Kyoto, 601-8501 Japan | Wii Classic Controller, Wii Remote Controller, and Wii Nunchuk Controller design, development, and testing |
| Kuniaki Ito | Nintendo Co., Ltd.<br>11-1 Kamitoba-Hokotate-Cho-Minami-Ku<br>Kyoto, 601-8501 Japan | Wii Classic Controller, Wii Remote Controller, and Wii Nunchuk Controller design, development, and testing |
| Akio Ikeda | Nintendo Co., Ltd.<br>11-1 Kamitoba-Hokotate-Cho-Minami-Ku<br>Kyoto, 601-8501 Japan | Wii Classic Controller, Wii Remote Controller, and Wii Nunchuk Controller design, development, and testing |
| Genyo Takeda | Nintendo Co., Ltd.<br>11-1 Kamitoba-Hokotate-Cho-Minami-Ku<br>Kyoto, 601-8501 Japan | GameCube Controller, GameCube Wavebird Wireless Controller Wii Classic Controller, Wii Remote Controller and Wii Nunchuk Controller design, development, and testing |
| Jon Pederson | Nintendo of America Inc.<br>4820 150th Avenue NE<br>Redmond, WA | GameCube Controller, GameCube Wavebird Wireless Controller Wii Classic Controller, Wii Remote Controller and Wii Nunchuk Controller design |
| Howard Cheng | Nintendo of America Inc.<br>4820 150th Avenue NE<br>Redmond, WA | Communications with Global Devices |

**D.    Descriptions of Relevant Documents [Governing Order E(4) and Fed. R. Civ. P. 26(a)(1)(B)]**

The following list describes those documents, data compilations and tangible things presently known to NOA that are in the possession, custody, or control of NOA relevant to the

claims of defenses of any party and that NOA may use to support their claims or defenses,

excluding documents that NOA may use solely for impeachment. NOA will make copies

available to other parties upon agreement to reasonable delivery terms and payment of

reasonable expenses to be incurred for such production. NOA's description of such documents,

data compilations and tangible items may depend on discovery that has not yet been provided.

NOA reserves the right to add or remove documents, data compilations and tangible things from

this disclosure and to object to any documents, data compilations and tangible things described

in this disclosure. Accordingly, NOA describes the following:

| Document Category | Location |
| --- | --- |
| Asserted patents | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY<br><br>Nixon & Vanderhye<br>1100 North Glebe Road<br>Arlington, Virginia |
| Prior art patents | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY<br><br>Nixon & Vanderhye<br>1100 North Glebe Road<br>Arlington, Virginia |
| Non-patent prior art publications and things | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY<br><br>Nixon & Vanderhye<br>1100 North Glebe Road<br>Arlington, Virginia |
| Prosecution file for each asserted patent | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY |

| | Nixon & Vanderhye<br>1100 North Glebe Road<br>Arlington, Virginia |
|---|---|
| Documentation of function of accused products offered by NOA | Nintendo Co., Ltd.<br>11-1 Kamitoba-Hokotate-Cho-Minami-Ku<br>Kyoto, 601-8501 Japan<br><br>Nintendo of America Inc.<br>4820 150th Avenue NE<br>Redmond, WA |
| Sales and marketing of accused products offered by NOA | Nintendo of America Inc.<br>4820 150th Avenue NE<br>Redmond, WA |

### E.  Disclosing Party's Claimed Damages [Governing Order E(5) and Fed. R. Civ. P. 26(a)(1)(C)]

Federal Rule of Civil Procedure 26(a)(1)(C) requires each party to provide "a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary materials, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered."

NOA has not made a claim for damages in this action; however, NOA reserves the right to seek recovery of attorneys' fees and costs.

### F.  Insurance Agreements [Fed. R. Civ. P. 26(a)(1)(D)]

NOA does not believe that any insurance will be applicable in this case.

Respectfully submitted,

**By:**      _____/s/_____

6

Robert J. Gunther, Jr.
(robert.gunther@lw.com)
James S. Blank
(james.blank@lw.com)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Tel.: (212) 906-1200
Fax: (212) 751-4864

Robert W. Faris
(rwf@nixonvan.com)
Joseph S. Presta
(jsp@nixonvan.com)
NIXON & VANDERHYE, P.C.
1100 North Glebe Road
8th Floor
Arlington, VA 22201
Tel.: (703) 816-4000
Fax: (703) 816-4100

Lawrence L. Germer
(llgermer@germer.com)
Texas Bar No. 07824000
GERMER GERTZ L.L.P.
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas 77704
Tel.: (409) 654-6700
Fax: (409) 835-2115

Attorneys for Defendant and Counterclaimant
Nintendo of America Inc.

7