# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| Anascape, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Microsoft Corp., and <br> Nintendo of America, Inc., <br><br> Defendants. | Civil Action No. 9:06-cv-158-RC <br><br> JURY TRIAL REQUESTED |

## ORDER GRANTING PLAINTIFF ANASCAPE, LTD.'S MOTION TO COMPEL PRODUCTION OF THE HOWARD CHENG NOTEBOOK FROM DEFENDANT NINTENDO OF AMERICA, INC.

Before the Court is Plaintiff Anascape, Ltd.'s Motion to Compel Production of the Howard Cheng Notebook from Defendants Nintendo of America, Inc. ("Nintendo"). Having considered the Motion, the Court finds good cause for granting the relief requested therein. Therefore, it is:

ORDERED, ADJUDGED and DECREED that the Motion to Compel Production of the Howard Cheng Notebook from Defendants Nintendo of America, Inc. is in all things GRANTED. It is further ORDERED that Defendant Nintendo shall:

(1) produce the notebook partially produced at NAA00014643-44 in its entirety;

(2) produce any other notebooks kept by Howard Cheng between 1997 and 2006;

SO ORDERED.