IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | § | |
|---|---|---|
| ANASCAPE, LTD., | § | |
| | § | |
| Plaintiff, | § | Hon. Ron Clark |
| | § | |
| v. | § | Civil Action No.: 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORP. and | § | |
| NINTENDO OF AMERICA INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING PLAINTIFF ANASCAPE, LTD.'S MOTION TO COMPEL
PRODUCTION OF THE HOWARD CHENG NOTEBOOK
FROM DEFENDANT NINTENDO OF AMERICA, INC.**

Before the Court is Plaintiff Anascape, Ltd.'s Motion to Compel Production of the Howard Cheng Notebook from Defendant Nintendo of America, Inc. ("Nintendo"). Having considered the Motion, the Court fails to find good cause for granting the relief requested therein. Therefore, it is:

ORDERED, ADJUDGED and DECREED the Motion to Compel Production of the Howard Cheng Notebook from Defendant Nintendo of America, Inc. is in all things DENIED.

SO ORDERED.