IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

ANASCAPE, LTD.,

        Plaintiff,

v.

MICROSOFT CORP. and
NINTENDO OF AMERICA INC.,

        Defendants.

§§§§§§§§§§§§

Hon. Ron Clark

Civil Action No.: 9:06-CV-00158-RC

## DECLARATION OF JAMES S. BLANK

I, JAMES S. BLANK, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.     I am one of the attorneys representing defendant and counterclaimant Nintendo of America Inc. ("Nintendo") in this action. I make this declaration based upon personal knowledge of which I am competent to testify. I submit this declaration in support of Defendant Nintendo's Opposition to Plaintiff Anascape's ("Anascape") Motion to Compel Production of The Howard Cheng Notebook.

2.     Attached as Exhibit 1 hereto is a true and correct copy of the Letter from Luke F. McLeroy to James S. Blank, dated December 14, 2006.

3.     Filed under seal and attached as Exhibit 2 hereto is a true and correct copy of the produced pages from Howard Cheng's Notebook dated March 4, 1997 to September 22, 1997, bearing the bates numbers NAA00014643-44.

4.  Attached as Exhibit 3 hereto is a true and correct copy of the Letter from James S. Blank to Luke F. McLeroy, dated May 4, 2007.

5.  Attached as Exhibit 4 hereto is a true and correct copy of the Letter from James S. Blank to Luke F. McLeroy, dated June 4, 2007.

6.  Attached as Exhibit 5 hereto is a true and correct copy of the Letter from Luke F. McLeroy to James Blank, dated Mar. 5, 2007.

7.  Attached as Exhibit 6 hereto is a true and correct copy of the Letter from Luke F. McLeroy to James Blank, dated May 10, 2007.

8.  Howard Cheng is the Vice President, Research and Development at Nintendo Technology Development Inc., a subsidiary of Nintendo Co., Ltd. (*See* 2006 Nintendo Annual Report at 40, *available at* http://www.nintendo.com/corp/report/06AnnualReport.pdf, a copy of the pertinent pages from which is attached hereto as Exhibit 7; *Nintendo Promotes Four Top Executives*, July 22, 2003, *available at* http://www.nintendoworldreport.com/newsArt.cfm?artid=8840, a copy of which is attached hereto as Exhibit 8.)

9.  On June 19, 2007, approximately half an hour before Anascape filed its Motion to Compel, I received a telephone call from Anascape's counsel, Luke F. McLeroy, who informed me that Anascape would seek, in its Motion to Compel, the production of additional notebooks kept by Mr. Howard Cheng, in addition to the notebook dated March 4 – September 22, 1997. Prior to this telephone conversation, Nintendo had not been informed of Anascape's intent to seek any of Mr. Cheng's notebooks other than the one dated March 4 – September 22, 1997.

Executed this 5th day of July 2007.

_____
James S. Blank