# Exhibit 5

# McKool Smith

A PROFESSIONAL CORPORATION • ATTORNEYS
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Luke McLeroy
Direct Dial: (214) 978-4235
lmcleroy@mckoolsmith.com

Telephone: (214) 978-4000
Telecopier: (214) 978-4044

March 5, 2007

**VIA EMAIL (james.blank@lw.com)**
James Blank
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4834

RE: *Anascape, Ltd. v. Microsoft Corp. and Nintendo of America, Inc.*
Civil Action No. 9:06-CV-158-RC

Dear Jim:

I am writing with respect to Nintendo's document production.

The page produced at NAA00014643 appears to be from a notebook of Howard Cheng. That page suggests that the notebook contains eighty pages and covers the date range between March 4, 1997 and September 22, 1997. The only handwritten page produced from this notebook, however, is Bates numbered NAA00014644, and comprises a single entry dated August 27, 1997. Anascape requests that Nintendo produce the entire notebook as soon as possible.

Feel free to call me if you have any questions.

Sincerely,

Luke F. McLeroy

cc: J. Christopher Carraway
R. Christopher Bunt

Dallas 233944v1