Dockets.Justia.com

# Exhibit 7



# Corporate Directory

## Board of Directors

**President**
Satoru Iwata*

**Senior Managing Directors**
Yoshihiro Mori*
Shinji Hatano*
Genyo Takeda*
Shigeru Miyamoto*
Nobuo Nagai*

**Managing Directors**
Masaharu Matsumoto
Eiichi Suzuki

**Directors**
Kazuo Kawahara
Tatsumi Kimishima
Takao Ohta
Kaoru Takemura
Koji Yoshida

**Corporate Auditors**
Ichiro Nakaji
Minoru Ueda
Yoshiro Kitano
Katsuo Yamada
Naoki Mizutani

*Representative Director
As of June 29, 2006

## Principal offices and facilities [Domestic]

**Corporate Headquarters**
11-1, Kamitoba hokotate-cho,
Minami-ku,
Kyoto 601-8501,
Japan
Tel : 81-75-662-9600

**Plants**
Uji Plant
Uji Okubo Plant
Uji Ogura Plant

**Offices and Distribution Center**
Tokyo Branch Office
Osaka Branch Office
Nagoya Office
Okayama Office
Sapporo Office
Tokyo Distribution Center

## Principal consolidated subsidiaries [Overseas]

**Nintendo of America Inc.**
4820 150th Avenue N.E.
Redmond, WA 98052
U.S.A.
Tel : 1-425-882-2040

**Nintendo of Canada Ltd.**
110-13480 Crestwood Place
Richmond, B.C. V6V 2J9
Canada

**Nintendo of Europe GmbH**
Nintendo Center
63760 Großostheim,
Germany
Tel : 49-6026-950-0

**Nintendo France S.A.R.L.**
Le Montaigne 6,
boulevard de l'Oise 95031,
Cergy Cedex
France
Tel : 33-1-34-35-46-00

**Nintendo España, S.A.**
Azalea, 1-Edificio D
Miniparc 1-El Soto de la Moraleja
28109 Alcobendas
Madrid, Spain
Tel : 34-917-886-400

**Nintendo Benelux B.V.**
Krijtwal 33, 3432 ZT
Nieuwegein,
The Netherlands
Tel : 31-30-6097100

**Nintendo Australia Pty. Ltd.**
804 Stud Road Scoresby,
Victoria 3179,
Australia
Tel : 61-3-9730-9900

## Branch offices [Overseas]

**Nintendo Benelux B.V.,
Belgium Branch**
Frankrijklei 31-33
B-2000 Antwerpen,
Belgium
Tel : 32-3-2247670

**Nintendo of Europe GmbH,
UK Branch**
Mansour House,
188 Bath Road, Slough
Berkshire SL1 3GA,
U.K.
Tel : 44-1753-472-777

**Nintendo of Europe GmbH,
Italy Branch**
Via Pelizza da Volpedo no. 51/53
Cinisello Balsamo,
20092 Milano
Italy
Tel : 39-02-61117-100

## Other consolidated subsidiaries

**Domestic:**
1-UP Co., Ltd.
Brownie Brown Inc.

**Overseas:**
NES Merchandising Inc.
NHR Inc.
HFI Inc.
Nintendo Phuten Co., Ltd.
Nintendo Technology
  Development Inc.
Nintendo Software
  Technology Corporation
SiRAS.com Inc.
Retro Studios, Inc.
Nintendo (Hong Kong) Ltd.
Nintendo Research, Inc.

## Non-consolidated subsidiary with equity method non-applied

**Domestic:**
Fukuei Co., Ltd.

## Affiliated companies with equity method applied

**Domestic:**
The Pokemon Company
WARPSTAR, Inc.

**Overseas:**
Silicon Knights Inc.
iKuni Inc.
iQue Ltd.
iQue (China) Ltd.
The Baseball Club of Seattle, L.P.

## Affiliated companies with equity method non-applied

**Domestic:**
Ape Inc.

# Shareholder and Investor Information

## Corporate Headquarters

Nintendo Co., Ltd.
11-1, Kamitoba hokotate-cho,
Minami-ku,
Kyoto 601-8501,
Japan
Tel : 81-75-662-9600

## Nintendo Co., Ltd. Common Stock

Nintendo Co., Ltd.
is listed on the
Osaka Securities Exchange, Section 1
and the Tokyo Stock Exchange,
Section 1.

## Annual Meeting

The Annual Meeting of
Shareholders for fiscal year ended
March 31, 2006
was held on Thursday,
June 29, 2006
at Nintendo Co., Ltd.
Kyoto, Japan.

## Investor Relations

Securities analysts, institutional
investors, and other members of
the financial community
requesting information about
Nintendo Co., Ltd. should contact:

**Mr. Yoshihiro Mori**
Senior Managing Director
General Manager,
Corporate Analysis &
  Administration Division

Nintendo Co., Ltd.
11-1, Kamitoba hokotate-cho,
Minami-ku,
Kyoto 601-8501,
Japan
Tel : 81-75-662-9614
Fax : 81-75-662-9544
E-mail: IR@nintendo.co.jp

## Public Relations

**Mr. Reginald Fils-Aime**
President and Chief Operating Officer

**Mr. George Harrison**
Senior Vice President,
Marketing & Corporate
  Communications

Nintendo of America Inc.
4820 150th Avenue N.E.
Redmond, WA 98052
U.S.A.
Tel : 1-425-882-2040

**Corporate Communication
  Department**
Nintendo Co., Ltd.
11-1, Kamitoba hokotate-cho,
Minami-ku,
Kyoto 601-8501,
Japan
Tel : 81-75-662-9600
Fax : 81-75-662-9540

## Independent Auditor

ChuoAoyama PricewaterhouseCoopers
Kyoto, Japan

Visit Nintendo
on the Internet at

**http://www.nintendo.com**