Dockets.Justia.com

# Exhibit 8



Mailbag  Trivia  Radio  Forums  Chat  Podcast  Submit News

Case 9:06-cv-00158-RHC    Document 109    Filed 07/05/2007    Page 2 of 4

Home
News
Games
Virtual Console
Impressions
Previews
Reviews
Hardware
Editorials
Specials
Rumors
Events
NWR Mobile
RSS Feed

Community
Mailbag
Trivia
Radio
Forums
Chat
Podcast

Site Information
NWR Staff
What About PGC?
About NWR
Policy
Advertising
Legal Disclaimer
Privacy Policy

# Nintendo Promotes Four to Vice President

July 22, 2003 at 10:39 PDT -- Source: Press Release

Discuss it in TalkBack!
Digg this article

**Welcome to Grand Theft Nintendo: Vice President City.**

**Nintendo Promotes Four Top Executives**

REDMOND, Wash.--(BUSINESS WIRE)--July 22, 2003--Nintendo of America Inc. has recognized four esteemed employees with promotions. Rick Flamm has been named senior vice president, legal and general counsel; Flip Morse, senior vice president, administration; Bruce Meyer, vice president, real estate and facilities; and Howard Cheng, vice president, research and development of Nintendo Technology Development Inc. (NTD).



"Each executive is making a tremendous impact on Nintendo's success by contributing distinctive skills and exceptional work ethics," says Tatsumi Kimishima, president, Nintendo of America Inc. "We're fortunate to have these leaders shaping our business and congratulate each of them on well-deserved promotions."

Rick Flamm

A key leader in Nintendo of America's legal team for 11 years, Rick Flamm assumes the new role of senior vice president, legal and general counsel, overseeing Nintendo's legal affairs throughout the Western Hemisphere. Flamm earned a bachelor's degree, with honors, in history at Ithaca College and his law degree, with honors, at Gonzaga University School of Law in 1979. Prior to joining Nintendo in 1992, Flamm was a managing partner at the Seattle law firm of Smith & Leary.

Flip Morse

In his new capacity as senior vice president, administration, Flip Morse will lead real estate and facilities in addition to his current responsibilities in human resources. After graduating magna cum laude from Brown University in 1981, Morse completed his law degree at Harvard Law School in 1984, graduating cum laude. Morse served as partner at Perkins Coie, a Seattle-based law firm, before joining Nintendo in March 2000 as vice president, human resources.

Bruce Meyer

A Nintendo team member for 19 years, Bruce Meyer was promoted from director to vice president, real estate and facilities. His new responsibilities include corporate risk management and safety. Meyer earned his bachelor of science degree in civil engineering from Lafayette College and his master of business administration degree from Wayne State University prior to joining Nintendo as director of development and construction. He is a licensed professional engineer.

Howard Cheng

Howard Cheng became the first employee of NTD in 1996 and now he will serve as its vice president, research and development, adding development of technologies for platform product to his current role. Cheng received his

bachelor's degree from the University of California, Davis. Prior to his tenure at Nintendo, Cheng built his extensive background in computer hardware and software systems at Silicon Graphics.

Steven Rodriguez, Director

**Related Content**

Company: Nintendo

The entire contents of this Web site, unless otherwise noted, are Copyright © 1999-2007 Nintendo World Report. All Rights Reserved. ™ and © for all products, characters, and indicia related thereto which are contained herein are owned by the companies who market or license those products. This Web site is not endorsed, sponsored, nor otherwise affiliated with Nintendo. It has been created for the sole purpose of entertainment and knowledge. Reproduction in whole or in part in any form without consent from Nintendo World Report is prohibited. Site designed by Ryan Jones.

Home  News  Games  Virtual Console  Impressions  Previews  Reviews  Hardware  Editorials  Specials  Rumors  Events  NWR Mobile  RSS Feed