## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2007, true and correct copy of the following documents:

1. Defendant Nintendo of America Inc.'s Opposition to Plaintiff Anascape, Ltd.'s Motion to Compel production of the Howard Cheng Notebook;

2. Daclaration of James S. Blank; and

3. Proposed Order

were caused to be served on counsel listed below:

*Via Email and Federal Express*
Luke F. McLeroy, Esq.
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Tel: (214) 978-4235
Fax: (214) 978-4044
lmcleroy@mckoolsmith.com

*Via Email*
Christopher J. Carraway, Esq.
KLARQUIST SPARKMAN, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Tel: (503) 226-7391
Fax: (503) 228-9446
christopher.carraway@klarquist.com

                                                  /s/ James S. Blank
                                                  James S. Blank