## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., | § |
| Plaintiff, | § Hon. Ron Clark |
| v. | § Civil Action No.: 9:06-CV-00158-RC |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC., | § |
| Defendants. | § |

### DEFENDANT MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER, DEFENSES AND COUNTERCLAIMS TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Defendant Microsoft Corporation ("Microsoft") moves the Court for leave to file an Amended Answer, Defenses, and Counterclaims to Plaintiff's First Amended Complaint. By the amendment, Microsoft would plead, with the specificity required by Fed. R. Civ. P. 9(b), three additional grounds of inequitable conduct for its defense and counterclaim of patent unenforceability. The proposed amended pleading is attached hereto as Exhibit 1. The three new allegations of inequitable conduct are pled at paragraphs 23-68 of Microsoft's Defenses and paragraphs 62-107 of Microsoft's Counterclaims.

Plaintiff Anascape, Ltd., through counsel, has indicated that it does not oppose Microsoft's motion for leave to file the attached amended pleading. Given that Plaintiff does not oppose the amendment, that discovery does not close for five months, and that Rule 15(a) counsels that leave to amend pleadings should be given freely when justice so requires, Microsoft respectfully requests that the Court grant the requested leave to file.

DEFENDANT MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT                             Page 1

Dockets.Justia.com

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Dated: July 9, 2007 | By: | /s/ J. Christopher Carraway |

        J. Christopher Carraway (admitted *pro hac vice*)
        christopher.carraway@klarquist.com
        Joseph T. Jakubek (admitted *pro hac vice*)
        joseph.jakubek@klarquist.com
        Stephen J. Joncus (admitted *pro hac vice*)
        stephen.joncus@klarquist.com
        Richard D. Mc Leod (Bar No. 24026836)
        rick.mcleod@klarquist.com
        Derrick W. Toddy (admitted *pro hac vice*)
        derrick.toddy@klarquist.com
        KLARQUIST SPARKMAN, LLP
        121 S.W. Salmon Street, Suite 1600
        Portland, Oregon 97204
        Telephone: 503-595-5300

        J. Thad Heartfield (Bar No. 09346800)
        thad@jth-law.com
        Law Offices of J. Thad Heartfield
        2195 Dowlen Road
        Beaumont, Texas 77706
        Telephone: 409-866-3318
        Facsimile: 409-866-5789

        Clayton E Dark Jr. (Bar No. 05384500)
        clay.dark@yahoo.com
        Clayton E Dark Jr., Law Office
        207 E Frank Ave # 100
        Lufkin, TX 75901
        Telephone: 936-637-1733

        Stephen McGrath, Esq. (admitted *pro hac vice*)
        MICROSOFT CORPORATION
        One Microsoft Way, Building 8
        Redmond, Washington 98052-6399
        Telephone: 425-882-8080
        Facsimile: 425-706-7329

        *Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of July, 2007. Any other counsel of record will be served by first class mail.

/s/ J. Christopher Carraway