# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., | § § § § |
| Plaintiff, | § Hon. Ron Clark § |
| v. | § Civil Action No.: 9:06-CV-00158-RC § |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC., | § § § |
| Defendants. | § § § |

## [PROPOSED TEXT]

## ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER, DEFENSES AND <u>COUNTERCLAIMS TO PLAINTIFF'S FIRST AMENDED COMPLAINT</u>

Pursuant to Fed. R. Civ. P. 15(a), the Court grants Defendant Microsoft Corporation's Unopposed Motion For Leave to File a First Amended Answer, Defenses, and Counterclaims to Plaintiff's First Amended Complaint. Microsoft may file the amended pleading that was attached as Exhibit 1 to the Motion.

**CERTIFICATE OF SERVICE**