**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

|  |  |  |
|---|---|---|
| ANASCAPE, LTD., | § § § § | |
| Plaintiff, | § | Hon. Ron Clark |
| v. | § § | Civil Action No.:  9:06-CV-00158-RC |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC., | § § § | |
| Defendants. | § § | |

**ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S UNOPPOSED
MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER, DEFENSES AND
COUNTERCLAIMS TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), the Court grants Defendant Microsoft Corporation's

Unopposed Motion For Leave to File a First Amended Answer, Defenses, and Counterclaims to

Plaintiff's First Amended Complaint.  Microsoft may file the amended pleading that was

attached as Exhibit 1 to the Motion.

So **ORDERED** and **SIGNED** this **9**  day of **July, 2007.**

_____
Ron Clark, United States District Judge