# Exhibit B

## Xbox 360 Controller



## Xbox 360 Wireless Controller

