IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., | § § § |
| Plaintiff, | § § Hon. Ron Clark |
| v. | § § Civil Action No.: 9:06-CV-00158-RC |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC., | § § § |
| Defendants. | § § |

**DEFENDANT NINTENDO OF AMERICA INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER, DEFENSES AND COUNTERCLAIMS TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), Defendant Nintendo of America Inc. ("Nintendo") moves the Court for leave to file an Amended Answer, Defenses, and Counterclaims to Plaintiff's First Amended Complaint. By the amendment, Nintendo would plead, with the specificity required by Fed. R. Civ. P. 9(b), an additional ground of inequitable conduct for its defense and counterclaim of patent unenforceability. The proposed amended pleading is attached hereto as Exhibit 1. The new allegations of inequitable conduct are plead at paragraphs 46-66 of Nintendo's Defenses and paragraphs 93-113 of Nintendo's Counterclaims.

Plaintiff Anascape, Ltd. through counsel, has indicated that it does not oppose Nintendo's motion for leave to file the attached amended pleading. Given that Plaintiff does not oppose the amendment, that discovery does not close for five months, and that Rule 15(a) counsels that leave to amend pleadings should be given freely when justice so requires, Nintendo respectfully request that the Court grant the requested leave to file.

NY\1302635.2

Dated: July 11, 2007

Respectfully submitted,

By: /s/ James S. Blank
Robert J. Gunther, Jr.
(robert.gunther@wilmerhale.com)
WILMERHALE
399 Park Avenue
New York, NY  10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Robert W. Faris
(rwf@nixonvan.com)
Joseph S. Presta
(jsp@nixonvan.com)
NIXON & VANDERHYE, P.C.
1100 North Glebe Road
8th Floor
Arlington, VA  22201
Tel.: (703) 816-4000
Fax: (703) 816-4100

James S. Blank
(james.blank@lw.com)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022
Tel.: (212) 906-1200
Fax: (212) 751-4864

Lawrence L. Germer
Texas Bar No. 07824000
GERMER GERTZ L.L.P.
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas  77704
Tel.:   (409) 654-6700
Fax:   (409) 835-2115

Attorneys for Defendant and Counterclaimant
Nintendo of America Inc.