IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD., | § § § § | |
| Plaintiff, | § § | Hon. Ron Clark |
| v. | § § | Civil Action No.: 9:06-CV-00158-RC |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC., | § § § § | |
| Defendants. | § | |

[PROPOSED TEXT]

## ORDER GRANTING DEFENDANT NINTENDO OF AMERICA INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER, DEFENSES AND COUNTERCLAIMS TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), the Court grants Defendant Nintendo of America Inc.'s Unopposed Motion for Leave to File a First Amended Answer, Defenses, and Counterclaims to Plaintiff's First Amended Complaint. Nintendo may file the amended pleading that was attached as Exhibit 1 to the Motion.

NY\1302657.2