IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 9:06-CV-158 |
| v. | § | |
| | § | |
| MICROSOFT CORP. AND | § | JUDGE RON CLARK |
| NINTENDO OF AMERICA, INC. | § | |
| | § | |
| *Defendant.* | § | |

### ORDER GRANTING DEFENDANT NINTENDO OF AMERICA INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER, DEFENSES AND COUNTERCLAIMS TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Before the court is Defendant Nintendo of America Inc.'s Unopposed Motion for Leave to File a First Amended Answer, Defenses, and Counterclaims to Plaintiff's First Amended Complaint. The motion is unopposed and the court will grant it. Nintendo may file the amended pleading that was attached as Exhibit 1 to the Motion.

So **ORDERED** and **SIGNED** this **17** day of **July, 2007.**

_____
Ron Clark, United States District Judge