## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 18th day of July, 2007. Any other counsel of record will be served by first class mail.

/s/ James S. Blank

NY\1302635.2

Dockets.Justia.com