IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | Hon. Ron Clark |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORPORATION, and | § | |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT MICROSOFT CORPORATION'S
NOTICE OF PTO ORDERS AND PATENT CLAIM REJECTIONS IN
MICROSOFT'S REQUESTS FOR RE-EXAMINATION OF ANASCAPE PATENTS**

Please take notice of the following recent actions by the United States Patent and Trademark Office ("PTO") in the requests for re-examination filed by Microsoft against the asserted Anascape patents. In the last week, two additional Anascape patents have been placed into re-examination by the PTO, and the PTO has also rejected the asserted claims in those two patents.

On July 18, 2007, the PTO granted Microsoft's request for the *inter partes* re-examination of U.S. Patent No. 6,343,991 and, on the same day, issued an Office Action *rejecting all of the claims* of the patent. In its Office Action, the PTO agreed with and adopted thirty (30) grounds for rejecting the claims that had been proposed by Microsoft in its request. Litigation regarding this patent has not been stayed. A true and correct copy of the PTO Office Action rejecting all of the asserted claims of the '991 patent is attached as Exhibit A.

On July 17, 2007, the PTO granted Microsoft's request for the *inter partes* re-examination of U.S. Patent No. 6,347,997 and, on the same day, issued an Office Action *rejecting all of the asserted claims* (claims 32-37) at issue in this lawsuit. In its Office Action,

MICROSOFT'S NOTICE OF PTO ORDERS AND PATENT CLAIM REJECTIONS IN
MICROSOFT'S REQUESTS FOR RE-EXAMINATION OF ANASCAPE PATENTS     Page 1

Dockets.Justia.com

the PTO agreed with and adopted all forty-four (44) separate grounds for rejecting the claims that had been proposed by Microsoft in its request. Litigation regarding this patent is presently stayed. A true and correct copy of the PTO Office Action rejecting all of the asserted claims of the '997 patent is attached as Exhibit B.

The following charts identify the current status of each of the re-examinations sought by Microsoft for the twelve asserted patents, the first chart showing the patents for which litigation has not been stayed.

| Patent No. (Not Stayed) | Status of Re-examination (as of 7/23/07) |
|---|---|
| 5,999,084 | *Ex parte re-examination ordered.* (2/23/07) |
| 6,102,802 | *All claims rejected.* (7/12/07) |
| 6,135,886 | Request for re-examination pending. |
| 6,222,525 | Request for re-examination pending. |
| 6,343,991 | *All claims rejected.* (7/18/07) |
| 6,906,700 | *Inter partes re-examination ordered.* (7/13/07) |

| Patent No. (Stayed) | Status of Re-examination (as of 7/23/07) |
|---|---|
| 6,208,271 | Request for re-examination pending. |
| 6,344,791 | Request for re-examination pending. |
| 6,347,997 | *All asserted claims rejected.* (7/17/07) |
| 6,351,205 | *Inter partes re-examination ordered.* (6/15/07) |
| 6,400,303 | Request for re-examination pending. |
| 6,563,415 | *Inter partes re-examination ordered.* (6/4/07) |

                                                Respectfully submitted,

Dated: July 23, 2007        By:    /s/ Stephen J. Joncus
                                                J. Christopher Carraway (admitted *pro hac vice*)
                                                christopher.carraway@klarquist.com
                                                Joseph T. Jakubek (admitted *pro hac vice*)
                                                joseph.jakubek@klarquist.com
                                                Stephen J. Joncus (admitted *pro hac vice*)
                                                stephen.joncus@klarquist.com
                                                Richard D. Mc Leod (Bar No. 24026836)
                                                rick.mcleod@klarquist.com
                                                Derrick W. Toddy (admitted *pro hac vice*)
                                                derrick.toddy@klarquist.com
                                                KLARQUIST SPARKMAN, LLP
                                                121 S.W. Salmon Street, Suite 1600
                                                Portland, Oregon 97204
                                                Telephone: 503-595-5300

                                                J. Thad Heartfield (Bar No. 09346800)
                                                thad@jth-law.com
                                                Law Offices of J. Thad Heartfield
                                                2195 Dowlen Road
                                                Beaumont, Texas 77706
                                                Telephone: 409-866-3318
                                                Facsimile: 409-866-5789

                                                Clayton E Dark Jr. (Bar No. 05384500)
                                                cekrad@yahoo.com
                                                Clayton E Dark Jr., Law Office
                                                207 E Frank Ave # 100
                                                Lufkin, TX 75901
                                                Telephone: 936-637-1733

                                                Stephen McGrath, Esq. (admitted *pro hac vice*)
                                                MICROSOFT CORPORATION
                                                One Microsoft Way, Building 8
                                                Redmond, Washington 98052-6399
                                                Telephone: 425-882-8080
                                                Facsimile: 425-706-7329

                                                *Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 23rd day of July, 2007. Any other counsel of record will be served by first-class mail.

                                /s/ Stephen J. Joncus _____

**CERTIFICATE OF SERVICE**