IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | Hon. Ron Clark |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORPORATION, and | § | |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S RENEWED
MOTION TO STAY LITIGATION PENDING REEXAMINATION
IN LIGHT OF PATENT OFFICE REJECTIONS OF ANASCAPE'S CLAIMS**

This Court, having considered all papers filed in connection with Defendant Microsoft's Renewed Motion to Stay Litigation Pending Reexamination in Light of Patent Office Rejections of Anascape's Claims, hereby GRANTS the motion and ORDERS that this case shall be stayed pending decisions by the PTO or until further order of this Court. The parties shall notify this Court of any significant change in the status of the proceeding before the PTO, and of any decision by the PTO.

TEXT OF PROPOSED ORDER