IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP. and <br> NINTENDO OF AMERICA INC., <br><br> Defendants. | § <br> § <br> § <br> § Hon. Ron Clark <br> § <br> § Civil Action No.: 9:06-CV-00158-RC <br> § <br> § <br> § <br> § |

**ORDER GRANTING DEFENDANT NINTENDO OF AMERICA INC.'S RENEWED MOTION TO STAY LITIGATION PENDING REEXAMINATION OF THE REMAINING PATENTS-IN-SUIT**

The court, having considered all papers filed in connection with Defendant Nintendo's Renewed Motion to Stay Litigation Pending Reexamination of the Remaining Patents-In-Suit, hereby GRANTS the motion and ORDERS that this case shall be stayed pending decisions by the PTO or until further order of this Court. The parties shall notify this Court of any significant change in the status of the proceeding before the PTO, and of any decision by the PTO.