IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP. and <br> NINTENDO OF AMERICA INC., <br><br> Defendants. | Hon. Ron Clark <br><br> Civil Action No.: 9:06-CV-00158-RC |

**DECLARATION OF JAMES S. BLANK IN SUPPORT OF NINTENDO'S RENEWED MOTION TO STAY PROCEEDINGS**

1. I, James S. Blank, am an attorney with the firm of Latham & Watkins LLP, counsel for defendant Nintendo of America Inc. and I have been admitted *pro hac vice* to practice in this Court for this case. I have personal knowledge of the facts herein and, if called as a witness, could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the PTO communication dated July 13, 2007 ordering reexamination of U.S. Patent No. 6,906,700.

3. I declare under penalty of perjury that the foregoing statements are true. Executed this 31st day of July, 2007 at New York, New York

/s/ James S. Blank
James S. Blank

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 31st day of July, 2007.

/s/ James S. Blank
James S. Blank