# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| Anascape, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Microsoft Corp., and <br> Nintendo of America, Inc., <br><br> Defendants. | Hon. Ron Clark <br><br> Civil Action No. 9:06-cv-158-RC <br><br> JURY TRIAL REQUESTED |

## SECOND REVISED JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's May 31, 2007 Order, Plaintiff Anascape, Ltd. ("Anascape") and Defendants Microsoft Corp. ("Microsoft") and Nintendo of America, Inc. ("Nintendo") have conferred regarding whether any additional claim terms can be agreed upon.

Anascape and Microsoft have agreed[1] that the following "Disputed Term Groups" of the '991 and '084 patents that appeared in Exhibit 1 of their Revised Claim Construction Statement of May 1, 2007, no longer need to be construed by the Court in the context of those patents:

### DISPUTED TERM GROUP 5: "flexible material"

| CLAIM TERM, PHRASE, OR CLAUSE | PARTIES' AGREEMENT |
|---|---|
| flexible material <br> *'991 patent: Claim 41* | No construction necessary. |

---

[1] The '991 and '084 patents are not asserted against Nintendo.

### DISPUTED TERM GROUP 6: "said surface with an apex is flexible . . ."

| CLAIM TERM, PHRASE, OR CLAUSE | PARTIES' AGREEMENT |
|---|---|
| said surface with an apex is flexible, deforming with additional physical pressure to flatten and cause additional surface area contact to provide changes in electrical conductivity in said sensor<br>*'991 patent: Claim 66* | No construction necessary. |

### DISPUTED TERM GROUP 7: "sheet"

| CLAIM TERM, PHRASE, OR CLAUSE | PARTIES' AGREEMENT |
|---|---|
| sheet<br>*'991 patent: Claim 44, 46, 47* | No construction necessary. |

### DISPUTED TERM GROUP 11: "snap-through"

| CLAIM TERM, PHRASE, OR CLAUSE | PARTIES' AGREEMENT |
|---|---|
| snap-through<br>*'084 patent: Claims 5-6* | No construction necessary. |

DATED:  July 31, 2007.        Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ Luke McLeroy  (w/ permission by Chris Carraway)
Sam Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
P.O. Box O
505 E. Travis, Suite 105
Marshall, Texas 75670
Telephone: (903) 927-2111
Facsimile: (903) 927-2622

Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Luke F. McLeroy
Texas State Bar No. 24041455
lmcleroy@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
charley@pbatyler.com
Parker, Bunt & Ainsworth P.C.
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF
ANASCAPE, LTD.**

DATED:  July 31, 2007.		Respectfully submitted,


/s/ Chris Carraway _____
J. Christopher Carraway (admitted *pro hac vice*)
christopher.carraway@klarquist.com
Joseph T. Jakubek (admitted *pro hac vice*)
joseph.jakubek@klarquist.com
Stephen J. Joncus (admitted *pro hac vice*)
stephen.joncus@klarquist.com
Richard D. Mc Leod (Bar No. 24026836)
rick.mcleod@klarquist.com
Derrick W. Toddy (admitted *pro hac vice*)
derrick.toddy@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300

J. Thad Heartfield (Bar No. 09346800)
thad@jth-law.com
Law Offices of J. Thad Heartfield
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Facsimile: 409-866-5789

Clayton E Dark Jr. (Bar No. 05384500)
clay.dark@yahoo.com
Clayton E Dark Jr., Law Office
207 E Frank Ave # 100
Lufkin, TX 75901
Telephone:  936-637-1733

Stephen McGrath, Esq. (admitted *pro hac vice*)
MICROSOFT CORPORATION
One Microsoft Way, Building 8
Redmond, Washington  98052-6399
Telephone:  425-882-8080
Facsimile:  425-706-7329

**ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION**

DATED:  July 31,, 2007          Respectfully submitted,

/s/ James S. Blank (w/ permission by Chris Carraway)
Robert J. Gunther, Jr.
(robert.gunther@wilmerhale.com)
WILMER HALE
399 Park Avenue
New York, New York 10022
Tel.:  (212) 230-8800
Fax:  (212) 230-8888

James S. Blank
(james.blank@lw.com )
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022
Tel.: (212) 906-1200
Fax: (212) 751-4864

Robert W. Faris
(rwf@nixonvan.com)
Joseph S. Presta
(jsp@nixonvan.com)
NIXON & VANDERHYE, P.C.
1100 North Glebe Road
8th Floor
Arlington, VA  22201
Tel.: (703) 816-4000
Fax: (703) 816-4100

Lawrence L. Germer
(llgermer@germer.com)
Texas Bar No. 07824000
GERMER GERTZ L.L.P.
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas  77704
Tel.: (409) 654-6700
Fax: (409) 835-2115

**ATTORNEYS FOR DEFENDANT
NINTENDO OF AMERICA INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF or U.S. Mail on this 31st day of July, 2007.

    /s/ Chris Carraway
    Chris Carraway