IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. § | | |
| § | Hon. Ron Clark | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 9:06-CV-00158-RC | |
| § | | |
| MICROSOFT CORPORATION, and § | | |
| NINTENDO OF AMERICA, INC., § | | |
| § | | |
| Defendants. § | | |

**ERRATA SHEET FOR MICROSOFT'S RENEWED MOTION TO
STAY LITIGATION PENDING REEXAMINATION IN LIGHT OF
PATENT OFFICE REJECTIONS OF ANASCAPE'S CLAIMS (DOCKET NO. 123)**

Defendant Microsoft Corporation respectively submits this errata sheet for its Renewed Motion To Stay Litigation Pending Reexamination In Light Of Patent Office Rejections Of Anascape's Claims, which was filed July 30, 2007 and given Docket Number 123.

On page 5, line 3, the paragraph header should state "***34 More Asserted Claims Being Reexamined***."  This error is likely clear from the remainder of the paragraph, which discusses 34 claims, not 37 claims.  However, Microsoft apologizes for any confusion that may have been caused by its failure to catch this error before filing.

The corrected document is attached for the convenience of the Court.

Respectfully submitted,

Dated:  July 31, 2007                By:  /s/ J. Christopher Carraway_____
J. Christopher Carraway (admitted *pro hac vice*)
christopher.carraway@klarquist.com
Joseph T. Jakubek (admitted *pro hac vice*)
joseph.jakubek@klarquist.com
Stephen Joncus (admitted *pro hac vice*)
stephen.joncus@klarquist.com
Richard D. Mc Leod (Bar No. 24026836)
rick.mcleod@klarquist.com

- 2 -

    Derrick W. Toddy (admitted *pro hac vice*)
    derrick.toddy@klarquist.com
    KLARQUIST SPARKMAN, LLP
    121 S.W. Salmon Street, Suite 1600
    Portland, Oregon  97204
    Telephone:  503-595-5300

    J. Thad Heartfield (Bar No. 09346800)
    thad@jth-law.com
    Law Offices of J. Thad Heartfield
    2195 Dowlen Road
    Beaumont, Texas 77706
    Telephone: 409-866-3318
    Facsimile: 409-866-5789

    Clayton E Dark Jr. (Bar No. 05384500)
    clay.dark@yahoo.com
    Clayton E Dark Jr., Law Office
    207 E Frank Ave # 100
    Lufkin, TX 75901
    Telephone:  936-637-1733

    Stephen McGrath, Esq. (admitted *pro hac vice*)
    MICROSOFT CORPORATION
    One Microsoft Way, Building 8
    Redmond, Washington  98052-6399
    Telephone:  425-882-8080
    Facsimile:  425-706-7329

    *Attorneys for Defendant Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 31ST day of July, 2007.

                                                /s/ J. Christopher Carraway