IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | Hon. Ron Clark |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORPORATION, and | § | |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO EXPEDITE BRIEFING ON MICROSOFT'S RENEWED MOTION TO STAY LITIGATION PENDING REEXAMINATION IN LIGHT OF PATENT OFFICE REJECTIONS OF ANASCAPE'S CLAIMS**

This Court, having considered all papers filed in connection with Defendant Microsoft's Motion to Expedite Briefing on Microsoft's Renewed Motion to Stay Litigation Pending Reexamination in Light of Patent Office Rejections of Anascape's Claims, Docket No. 123, hereby GRANTS the motion and ORDERS that the briefing of the motion (Docket No. 123) shall be submitted on the following schedule:

- Any opposition brief to be filed no later than Monday, August 6, 2007
- Any reply to be filed no later than Wednesday, August 8, 2007
- Any surreply to be filed no later than Friday, August 10, 2007

TEXT OF PROPOSED ORDER