IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD. § | |
| § | Hon. Ron Clark |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 9:06-CV-00158-RC |
| § | |
| MICROSOFT CORPORATION, and § | |
| NINTENDO OF AMERICA, INC., § | |
| § | |
| Defendants. § | |

**MOTION TO EXPEDITE BRIEFING ON NINTENDO'S
RENEWED MOTION TO STAY LITIGATION PENDING
<u>REEXAMINATION OF THE REMAINING PATENTS-IN-SUIT</u>**

Pursuant to Eastern District of Texas Local Rule CV-7(e), Defendant Nintendo of America Inc. moves the Court for an Order expediting the briefing of Nintendo's Renewed Motion To Stay Litigation Pending Reexamination of the Remaining Patents-In-Suit, Docket No. 125, which was filed Tuesday July 31, 2007.[1]  For all of the reasons set forth in Microsoft's Motion To Expedite Briefing, Docket No. 129, which was filed on August 1, 2007 and which Nintendo hereby joins, Nintendo requests that the Court set the following briefing schedule:

- Any opposition brief to be filed no later than Monday, August 6, 2007

- Any reply to be filed no later than Wednesday, August 8, 2007

- Any surreply to be filed no later than Friday, August 10, 2007

---

[1] In the renewed motion to stay, Nintendo requested this expedited briefing schedule. Docket No. 125, p. 1. After filing, Nintendo realized that Local Rule 9(3) appears to require a separate motion for an expedited briefing schedule, prompting this motion. Nintendo apologizes for any confusion caused by its unintentional failure to file a separate motion pursuant to Local Rule 9(e) on the same day as the motion at issue.

NY\1311700.1

Dated:  August 2, 2007

         Respectfully submitted,


         By:  /s/  James S. Blank

         James S. Blank
         (james.blank@lw.com)
         LATHAM & WATKINS LLP
         885 Third Avenue
         New York, NY  10022
         Tel.:  (212) 906-1200
         Fax:  (212) 751-4864

         Robert J. Gunther, Jr.
         (robert.gunther@wilmerhale.com)
         WILMER CUTLER PICKERING HALE
          & DORR LLP
         399 Park Avenue
         New York, NY 10022
         Tel.: (212) 230-8800
         Fax:  (212) 230-8888

         Robert W. Faris
         (rwf@nixonvan.com)
         Joseph S. Presta
         jsp@nixonvan.com)
         NIXON & VANDERHYE, P.C.
         1100 North Glebe Road
         8th Floor
         Arlington, VA  22201
         Tel.:  (703) 816-4000
         Fax:  (703) 816-4100

         Lawrence L. Germer
         llgermer@germer.com)
         Texas Bar No. 07824000
         GERMER GERTZ L.L.P.
         550 Fannin, Suite 400
         P.O. Box 4915
         Beaumont, Texas  77704
         Tel.:  (409) 654-6700
         Fax:  (409) 835-2115

         Attorneys for Defendant and
         Counterclaimant Nintendo of America Inc.

         2

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 2nd day of August, 2007.

/s/ James S. Blank
James S. Blank

**CERTIFICATE OF CONFERENCE**

Counsel for Nintendo has conferred with counsel for Anascape in a good faith attempt to resolve without court intervention the matters raised by Nintendo's foregoing Motion to Expedite Briefing. Counsel for Anascape stated that Anascape opposes the motion.

/s/ James S. Blank
James S. Blank