IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | Hon. Ron Clark |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORPORATION, and | § | |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT NINTENDO OF AMERICA INC.'S
NOTICE OF PTO ORDER IN
<u>NINTENDO'S REQUESTS FOR RE-EXAMINATION OF ANASCAPE PATENTS</u>**

Please take notice of the following recent action by the United States Patent and Trademark Office ("PTO") in the requests for re-examination filed by Nintendo against the asserted patents.

On August 1, 2007, the PTO granted Nintendo's request for *inter partes* re-examination of U.S. Patent No. 6,334,791. Litigation regarding this patent has been stayed. A true and correct copy of the PTO communication ordering re-examination is attached as Exhibit A. In the communication, the PTO agrees with Nintendo that twelve prior art references raise at least thirteen substantial new questions of patentability for the claims of the patent. All claims of the '791 patent are now under *inter partes* re-examination.

NY\1312115.3

Dated:  August 6, 2007

                Respectfully submitted,

                By:  /s/ James S. Blank

                James S. Blank
                (james.blank@lw.com)
                LATHAM & WATKINS LLP
                885 Third Avenue
                New York, NY  10022
                Tel.:  (212) 906-1200
                Fax:  (212) 751-4864

                Robert J. Gunther, Jr.
                (robert.gunther@wilmerhale.com)
                WILMER CUTLER PICKERING HALE
                    & DORR LLP
                399 Park Avenue
                New York, NY 10022
                Tel.: (212) 230-8800
                Fax:  (212) 230-8888

                Robert W. Faris
                (rwf@nixonvan.com)
                Joseph S. Presta
                jsp@nixonvan.com)
                NIXON & VANDERHYE, P.C.
                1100 North Glebe Road
                8th Floor
                Arlington, VA  22201
                Tel.:  (703) 816-4000
                Fax:  (703) 816-4100

                Lawrence L. Germer
                llgermer@germer.com)
                Texas Bar No. 07824000
                GERMER GERTZ L.L.P.
                550 Fannin, Suite 400
                P.O. Box 4915
                Beaumont, Texas  77704
                Tel.:  (409) 654-6700
                Fax:  (409) 835-2115

                Attorneys for Defendant and
                Counterclaimant Nintendo of America Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 6th day of August, 2007.

/s/ James S. Blank
James S. Blank

NY\1312115.3