# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD.,<br>      Plaintiff, | |
| v. | No. 9:06-cv-158-RC |
| MICROSOFT CORP., and NINTENDO OF AMERICA, INC. | Judge Ron Clark |
|       Defendants. | |

## DECLARATION OF ANDREW T. GORHAM

I, Andrew T. Gorham, declare and state under the penalty of perjury as follows:

1.     My name is Andrew T. Gorham. I am over the age of twenty-one (21) years, have never been convicted of a felony, and am fully competent to make this declaration. I have personal knowledge of matters set forth herein and know them to be true and correct. I am employed by the law firm of Parker, Bunt, and Ainsworth, P.C., which represents Plaintiff Anascape, Ltd. I have gained knowledge of the following matters in that capacity:

2.     Attached as Exhibit B to this declaration is a true and correct copy of the information I received from the United States Patent and Trademark Office, on January 24, 2007, in response to my request for the latest statistics on *ex parte* and *inter partes* reexaminations.

3.     I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct, and that this declaration was executed on January 29, 2007, in Tyler, Texas.

ANDREW T. GORHAM
SBN 24012715
tgorham@pbatyler.com
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687