# EXHIBIT B



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - December 31, 2006

1. Total requests filed since start of ex parte reexam on 07/01/81 .................. 8403[1]

      a. By patent owner                                   3384   40%
      b. By other member of public                          4854   58%
      c. By order of Commissioner                           165    2%

2. Number of filings by discipline

      a. Chemical Operation                                2568   30%
      b. Electrical Operation                               2751   33%
      c. Mechanical Operation                            3084   37%

3. Annual Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 151 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation ................................. 2002   24%

5. Determinations on requests ........................................ 8103

      a. No. granted ........................................ 7403 ......... 91%

         (1) By examiner                                7292
         (2) By Director (on petition)                       111

      b. No. denied ....................................... 700 ......... 9%

         (1) By examiner                                 665
         (2) Order vacated                               35

---

[1] Of the requests received through Dec. 31, 2006, 42 requests have not yet been accorded a filing date, and preprocessing of 9 requests was terminated, for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1

6.  Total examiner denials (includes denials reversed by Director) .................... 776

    a.  Patent owner requester                           435         56%
    b.  Third party requester                            341         44%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a.  Average pendency                                         23.1 (mos.)
    b.  Median pendency                                          17.9 (mos.)

8.  Reexam certificate claim analysis:      Owner        3rd Party    Comm'r
                                            Requester    Requester    Initiated    Overall

    a.  All claims confirmed                23%          29%          13%          26%
    b.  All claims cancelled                7%           12%          21%          10%
    c.  Claims changes                      70%          59%          66%          64%

9.  Total ex parte reexamination certificates issued (1981 - present) ................. 5640

    a.  Certificates with all claims confirmed              1476        26%
    b.  Certificates with all claims canceled                580        10%
    c.  Certificates with claims changes                    3584        64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a.  Certificates - PATENT OWNER REQUESTER ........................... 2440

        (1) All claims confirmed                                568        23%
        (2) All claims canceled                                 177         7%
        (3) Claim changes                                      1695        70%

    b.  Certificates - 3rd PARTY REQUESTER .............................. 3057

        (1) All claims confirmed                                890        29%
        (2) All claims canceled                                 373        12%
        (3) Claim changes                                      1794        59%

    c.  Certificates - COMM'R INITIATED REEXAM ........................... 143

        (1) All claims confirmed                                 18        13%
        (2) All claims canceled                                  30        21%
        (3) Claim changes                                        95        66%

C:\Documents and Settings\LKryza\My Documents\zkryza\Reexam Reports\REXSTATz xp Dec2006.wpd

2



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data - December 31, 2006

1. Total requests filed since start of *inter partes* reexam on 11/29/99 .................................. 209[1]

2. Number of filings by discipline

    a. Chemical Operation           53    25%
    b. Electrical Operation         74    36%
    c. Mechanical Operation         82    39%

3. Annual Reexam Filings

    | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
    |---|---|---|---|---|---|---|---|
    | 2000 | 0 | 2002 | 4 | 2004 | 27 | 2006 | 70 |
    | 2001 | 1 | 2003 | 21 | 2005 | 59 | 2007 | 27 |

4. Number known to be in litigation..................................................92.................44%

5. Decisions on requests ....................................................................................... 177

    a. No. granted ........................................................................ 168 ............... 95%

        (1) By examiner                                    168
        (2) By Director (on petition)                        0

    b. No. not granted ................................................................... 9 ................ 5%

        (1) By examiner                                      7
        (2) Reexam vacated                                   2

6. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency                                          27.9 (mos.)
    b. Median pendency                                           29.7 (mos.)

7. Total inter partes reexamination certificates issued (1999 - present) ................................. 7

    a. Certificates with all claims confirmed         1        14%
    b. Certificates with all claims canceled          6        86%
    c. Certificates with claims changes               0         0%

---

[1] Of the requests received in 1st Qtr. FY 2007, 10 requests have not yet been accorded a filing date, and preprocessing of 1 request was terminated,, for failure to comply with the requirements of 37 CFR 1.915. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

C:\Documents and Settings\LKryza\My Documents\zkryza\Reexam Reports\rexstats z ip Dec2006.wpd                     1