# EXHIBIT B



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### *Ex Parte* Reexamination Filing Data - December 31, 2006

1. Total requests filed since start of ex parte reexam on 07/01/81 .................. 8403[1]

    a. By patent owner                      3384    40%
    b. By other member of public            4854    58%
    c. By order of Commissioner              165     2%

2. Number of filings by discipline

    a. Chemical Operation                   2568    30%
    b. Electrical Operation                 2751    33%
    c. Mechanical Operation                 3084    37%

3. Annual Ex Parte Reexam Filings

    | Fiscal Yr. | No.        | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
    |---|---|---|---|---|---|---|---|
    | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
    | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
    | 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 151 |
    | 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
    | 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
    | 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
    | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
    | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation .................................. 2002   24%

5. Determinations on requests ........................................... 8103

    a. No. granted ........................................ 7403 ......... 91%

       (1) By examiner                                    7292
       (2) By Director (on petition)                       111

    b. No. denied ......................................... 700 ......... 9%

       (1) By examiner                                     665
       (2) Order vacated                                    35

---

[1] Of the requests received through Dec. 31, 2006, 42 requests have not yet been accorded a filing date, and preprocessing of 9 requests was terminated, for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1

6.  Total examiner denials (includes denials reversed by Director) .................... 776

    a.  Patent owner requester                           435        56%
    b.  Third party requester                            341        44%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a.  Average pendency                                            23.1 (mos.)
    b.  Median pendency                                             17.9 (mos.)

8.  Reexam certificate claim analysis:

|  | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 23% | 29% | 13% | 26% |
| b. All claims cancelled | 7% | 12% | 21% | 10% |
| c. Claims changes | 70% | 59% | 66% | 64% |

9.  Total ex parte reexamination certificates issued (1981 - present) ................. 5640

    a.  Certificates with all claims confirmed           1476       26%
    b.  Certificates with all claims canceled             580       10%
    c.  Certificates with claims changes                 3584       64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a.  Certificates - PATENT OWNER REQUESTER ........................... 2440

        (1) All claims confirmed                          568        23%
        (2) All claims canceled                           177         7%
        (3) Claim changes                                1695        70%

    b.  Certificates - 3rd PARTY REQUESTER ............................... 3057

        (1) All claims confirmed                          890        29%
        (2) All claims canceled                           373        12%
        (3) Claim changes                                1794        59%

    c.  Certificates - COMM'R INITIATED REEXAM ........................... 143

        (1) All claims confirmed                           18        13%
        (2) All claims canceled                            30        21%
        (3) Claim changes                                  95        66%



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### _Inter Partes_ Reexamination Filing Data - December 31, 2006

1. Total requests filed since start of _inter partes_ reexam on 11/29/99 ................................ 209[1]

2. Number of filings by discipline

    a. Chemical Operation         53   25%
    b. Electrical Operation       74   36%
    c. Mechanical Operation       82   39%

3. Annual Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 2000 | 0 | 2002 | 4  | 2004 | 27 | 2006 | 70 |
   | 2001 | 1 | 2003 | 21 | 2005 | 59 | 2007 | 27 |

4. Number known to be in litigation ................................................ 92 ................ 44%

5. Decisions on requests ................................................................................ 177

    a. No. granted ................................................................ 168 ............ 95%

        (1) By examiner                          168
        (2) By Director (on petition)              0

    b. No. not granted ........................................................... 9 ............ 5%

        (1) By examiner        7
        (2) Reexam vacated     2

6. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency           27.9 (mos.)
    b. Median pendency            29.7 (mos.)

7. Total inter partes reexamination certificates issued (1999 - present) ................... 7

    a. Certificates with all claims confirmed    1    14%
    b. Certificates with all claims canceled     6    86%
    c. Certificates with claims changes          0     0%

---

[1] Of the requests received in 1st Qtr. FY 2007, 10 requests have not yet been accorded a filing date, and preprocessing of 1 request was terminated,, for failure to comply with the requirements of 37 CFR 1.915. See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).