# EXHIBIT G

PATENT AND TRADEMARK OFFICE
Process Production Report
Preliminary Report

| Board of Patent Appeals and Interferences | FY2006 Actual | FY2007 Oct. | FY2007 Nov. | FY2007 Dec. | FY2007 Jan. | FY2007 Feb. | FY2007 Mar. | FY2007 Apr. | FY2007 May | FY2007 Jun. | FY2007 Jul. | FY2007 Aug. | FY2007 Sep. | FY2007 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Inter Partes Cases** | | | | | | | | | | | | | | |
| Cases Declared | | | | | | | | | | | | | | |
| Monthly | | 6 | 6 | 2 | 8 | 6 | 7 | 5 | 4 | 8 | | | | |
| Year-to-date | 129 | 6 | 12 | 14 | 22 | 28 | 35 | 40 | 44 | 52 | 52 | 52 | 52 | 52 |
| Cases Restored to Docket | | | | | | | | | | | | | | |
| Monthly | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Year-to-date | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Cases Disposed | | | | | | | | | | | | | | |
| Monthly | | 11 | 9 | 5 | 6 | 10 | 4 | 6 | 13 | 6 | | | | |
| Year-to-date | 107 | 11 | 20 | 25 | 31 | 41 | 45 | 51 | 64 | 70 | 70 | 70 | 70 | 70 |
| Cases Pending | | | | | | | | | | | | | | |
| Year-to-date | 96 | 91 | 88 | 85 | 87 | 83 | 86 | 85 | 76 | 78 | 78 | 78 | 78 | 78 |
| **Ex Parte Cases** | | | | | | | | | | | | | | |
| Cases Received | | | | | | | | | | | | | | |
| Monthly | | 175 | 281 | 216 | 332 | 320 | 551 | 436 | 453 | 545 | | | | |
| Year-to-date | 3349 | 175 | 456 | 672 | 1004 | 1324 | 1875 | 2311 | 2764 | 3309 | 3309 | 3309 | 3309 | 3309 |
| Cases Disposed | | | | | | | | | | | | | | |
| Monthly | | 139 | 198 | 169 | 211 | 252 | 429 | 199 | 306 | 286 | | | | |
| Year-to-date | 2874 | 139 | 337 | 506 | 717 | 969 | 1398 | 1597 | 1903 | 2189 | 2189 | 2189 | 2189 | 2189 |
| Cases Pending | | | | | | | | | | | | | | |
| Year-to-date | 1357 | 1393 | 1476 | 1523 | 1644 | 1712 | 1834 | 2071 | 2218 | 2477 | 2477 | 2477 | 2477 | 2477 |

PATENT AND TRADEMARK OFFICE
Process Production Report
Final Report

## Board of Patent Appeals and Interferences

| | | FY2005 Actual | FY2006 Oct. | FY2006 Nov. | FY2006 Dec. | FY2006 Jan. | FY2006 Feb. | FY2006 Mar. | FY2006 Apr. | FY2006 May | FY2006 Jun. | FY2006 Jul. | FY2006 Aug. | FY2006 Sep. | FY2006 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Inter Partes Cases** | | | | | | | | | | | | | | | |
| Cases Declared | Monthly | | 15 | 10 | 7 | 12 | 12 | 9 | 7 | 11 | 8 | 12 | 16 | 10 | |
| | Year-to-date | 94 | 15 | 25 | 32 | 44 | 56 | 65 | 72 | 83 | 91 | 103 | 119 | 129 | 129 |
| Cases Restored to Docket | Monthly | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | Year-to-date | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Cases Disposed | Monthly | | 8 | 6 | 11 | 6 | 3 | 7 | 13 | 9 | 16 | 8 | 12 | 8 | |
| | Year-to-date | 96 | 8 | 14 | 25 | 31 | 34 | 41 | 54 | 63 | 79 | 87 | 99 | 107 | 107 |
| Cases Pending | Year-to-date | 74 | 81 | 85 | 81 | 87 | 96 | 98 | 92 | 94 | 86 | 90 | 94 | 96 | 96 |
| **Ex Parte Cases** | | | | | | | | | | | | | | | |
| Cases Received | Monthly | | 123 | 217 | 300 | 219 | 381 | 338 | 230 | 256 | 348 | 326 | 372 | 239 | |
| | Year-to-date | 2834 | 123 | 340 | 640 | 859 | 1240 | 1578 | 1808 | 2064 | 2412 | 2738 | 3110 | 3349 | 3349 |
| Cases Disposed | Monthly | | 132 | 182 | 130 | 251 | 238 | 331 | 173 | 240 | 240 | 253 | 297 | 407 | |
| | Year-to-date | 2937 | 132 | 314 | 444 | 695 | 933 | 1264 | 1437 | 1677 | 1917 | 2170 | 2467 | 2874 | 2874 |
| Cases Pending | Year-to-date | 882 | 873 | 908 | 1078 | 1046 | 1189 | 1196 | 1253 | 1269 | 1377 | 1450 | 1525 | 1357 | 1357 |