## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| Anascape, Ltd., | |
| Plaintiff, | |
| v. | Civil Action No. 9:06-cv-158-RC |
| Microsoft Corp., and Nintendo of America, Inc., | JURY TRIAL REQUESTED |
| Defendants. | |

### ORDER DENYING DEFENDANTS' RENEWED MOTIONS FOR STAY

Upon Consideration of Defendant Microsoft Corporation's Renewed Motion to Stay Litigation Pending Reexamination in Light of Patent Office Rejections of Anascape's Claims and Defendant Nintendo of America, Inc.'s Renewed Motion to Stay Litigation Pending Reexamination of the Remaining Patents-in-Suit, it is hereby **ORDERED** that the Motions are **DENIED**.

Dallas 242392v4

Dockets.Justia.com