# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIVISION: LUFKIN | § | DATE: 8/7/07 |
| JUDGE: RON CLARK | § | REPORTER: CHRIS BICKHAM |
| ANASCAPE, LTD. | § | CIVIL NO.: 9:06CV158 |
| MICROSOFT CORP., ET AL<br>*DEFENDANT* | § | C/R DEPUTY: FAITH ANN LAURENTS |

Attorneys for Plaintiff:  Chris Bunt, Ted Stevenson, Luke McLeroy, Robert Parker, Anthony Garza

Attorneys for Defendant:  Rick McLeod, Chris Caraway, Drew Montgomery, Bob Gunther, Jim Blank, Larry Germer,   Tech Advisor: Dr. Howard Schmidt

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:  2:05 pm Court began. Hearing RE: defendants' Renewed Motions to Stay (Doc # 123 and #125) held in Beaumont via telephone conference, Judge Clark presiding. Parties appeared via telephone and made announcements. The Court and parties discussed claims rejected and future case status. The Court denied defendants' Renewed Motions to Stay (Doc#123 and #125) for reasons stated on the record. The Court denied defendants' Motions to Expedite (Doc#129 and #130) as moot. 3:05 pm Court adjourned.

DAVID J. MALAND, CLERK

/s/ Faith Ann Laurents
Deputy Clerk

TOTAL TIME:  1  hrs.  0  mins.