# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### LUFKIN DIVISION

|  |  |
|---|---|
| Anascape, Ltd., | |
| Plaintiff, | |
| v. | Civil Action No. 9:06-cv-158-RC |
| Microsoft Corp., and Nintendo of America, Inc., | |
| Defendants. | |

## NOTICE OF APPEARANCE OF
## COUNSEL FOR PLAINTIFF, ANASCAPE, LTD.

Please take notice that the following attorney is entering an appearance for Plaintiff,

Anascape, Ltd., in the above numbered and entitled cause:

> Jason D. Cassady
> Texas State Bar No. 24045625
> jcassady@mckoolsmith.com
> 300 Crescent Court, Suite 1500
> Dallas, Texas 75201
> Telephone: (214) 978-4000
> Telecopier: (214) 978-4044

Mr. Cassady is currently admitted to practice in the Eastern District of Texas District of

Texas.

Dockets.Justia.com

DATED:  August 8, 2007                  Respectfully submitted,

                                        **McKOOL SMITH PC**

                                           /s/ Jason D. Cassady
                                        Sam Baxter
                                        Lead Attorney
                                        Texas State Bar No. 01938000
                                        sbaxter@mckoolsmith.com
                                        P.O. Box O, 505 E. Travis, Suite 105
                                        Marshall, Texas 75670
                                        Telephone: (903) 927-2111
                                        Facsimile: (903) 927-2622

                                        Theodore Stevenson, III
                                        Texas State Bar No. 19196650
                                        tstevenson@mckoolsmith.com
                                        Luke F. McLeroy
                                        Texas State Bar No. 24041455
                                        lmcleroy@mckoolsmith.com
                                        Anthony M. Garza
                                        Texas State Bar No. 24050644
                                        agarza@mckoolsmith.com
                                        Jason D. Cassady
                                        Texas State Bar No. 24045625
                                        jcassady@mckoolsmith.com
                                        McKool Smith PC
                                        300 Crescent Court, Suite 1500
                                        Dallas, Texas 75201
                                        Telephone: (214) 978-4000
                                        Telecopier: (214) 978-4044

                                        Robert M. Parker
                                        Texas State Bar No. 15498000
                                        rmparker@pbatyler.com
                                        Robert Christopher Bunt
                                        Texas State Bar No. 00787165
                                        rcbunt@pbatyler.com
                                        Charles Ainsworth
                                        Texas State Bar No. 00783521
                                        charley@pbatyler.com
                                        Parker, Bunt & Ainsworth P.C.
                                        100 E. Ferguson Street, Suite 1114
                                        Tyler, Texas 75702
                                        Telephone: (903) 531-3535
                                        Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF
ANASCAPE, LTD.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 8, 2007.  As such, this notice was served on all counsel who has consented to electronic service.  Local Rule CV-5(a)(3)(A).

 /s/  Jason D. Cassady
Jason D. Cassady