# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

DIVISION: LUFKIN                          §           DATE:  8/22/07
                                          §
JUDGE: RON CLARK                          §           REPORTER: CHRIS BICKHAM
                                          §
ANASCAPE, LTD.                            §           CIVIL NO.: 9:06CV158
*PLAINTIFF*                               §
                                          §
MICROSOFT CORP., ET AL                    §           C/R DEPUTY: FAITH ANN LAURENTS
*DEFENDANT*

Attorneys for Plaintiff:___Robert Parker, Luke McLeroy, Ted Stevenson, Anthony Garza
_____Client: Brad Armstrong_____
Attorneys for Defendant:___Stephen Joncus, Chris Caraway, Thad Heartfield, Joe Jakubek

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING

PROCEEDINGS WERE HAD: Markman hearing held in ***Beaumont*** before Judge Clark.

10:02 am Court began.  Counsel made announcements.  The Court heard arguments from

parties regarding claims and issues.  11:53 am Court recessed.  1:31 pm Court resumed.

2:30 pm  Court adjourned.  The Court will enter a claim construction order.

                                          DAVID J. MALAND, CLERK


                                          /S/ Faith Ann Laurents
                                          Faith Ann Laurents
                                          Deputy Clerk

TOTAL TIME:   __2__  hrs. __50__  mins