IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 9:06-CV-00158 |
| v. | § | |
| | § | |
| MICROSOFT CORPORATION, and | § | JUDGE RON CLARK |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## **DEFENDANT MICROSOFT CORPORATION'S NOTICE OF COMPLIANCE**

Defendant Microsoft Corporation hereby notifies the Court that its portion of the technical advisor's fee invoiced on August 23, 2007 was sent to Howard K. Schmidt, via Federal Express, on September 20, 2007.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: September 20, 2007　　　　By:　/s/ J. Thad Heartfield
　　　　　　　　　　　　　　　　　　　J. Christopher Carraway (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　christopher.carraway@klarquist.com
　　　　　　　　　　　　　　　　　　　Joseph T. Jakubek (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　joseph.jakubek@klarquist.com
　　　　　　　　　　　　　　　　　　　Richard D. Mc Leod (Bar No. 24026836)
　　　　　　　　　　　　　　　　　　　rick.mcleod@klarquist.com
　　　　　　　　　　　　　　　　　　　Derrick W. Toddy (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　derrick.toddy@klarquist.com
　　　　　　　　　　　　　　　　　　　KLARQUIST SPARKMAN, LLP
　　　　　　　　　　　　　　　　　　　121 S.W. Salmon Street, Suite 1600
　　　　　　　　　　　　　　　　　　　Portland, Oregon  97204
　　　　　　　　　　　　　　　　　　　Telephone: 503-595-5300
　　　　　　　　　　　　　　　　　　　Fax: 503-595-5301

J. Thad Heartfield (Bar No. 09346800)
thad@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Fax: 409-866-5789

Clayton E Dark Jr. (Bar No. 05384500)
clay.dark@yahoo.com
Clayton E Dark Jr., Law Office
207 E Frank Ave # 100
Lufkin, TX 75901
Telephone: 936-637-1733
Fax: 936-637-2897

Stephen McGrath, Esq. (admitted *pro hac vice*)
MICROSOFT CORPORATION
One Microsoft Way, Building 8
Redmond, Washington 98052-6399
Telephone: 425-882-8080
Fax: 425-706-7329

*Attorneys for Defendant Microsoft Corporation*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 20th day of September, 2007. Any other counsel of record will be served by first class mail.

                                                ____/s/ J. Thad Heartfield_____
                                                J. Thad Heartfield