IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | Hon. Ron Clark |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORPORATION, and | § | |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF MANUAL FILING

Electronic versions of the file histories for United States Patent Nos. 6,222,525 and 6,906,700 ("file histories") are being manually filed as Exhibit 1 to the record of the Markman hearing on September 19, 2007 ("Exhibit 1"). As requested by the Court, all parties have reviewed the file histories and have stipulated that Microsoft may file them for the Court's review. Exhibit 1 cannot be electronically submitted in electronic format because:

[X]   It exceeds the size limit permitted by the ECF Administrative Procedures Manual.

[ ]   the exhibit is a physical object that cannot be scanned.

Exhibit 1 has therefore been manually submitted to the clerk of court for filing.

Respectfully submitted,

Dated: September 21, 2007     By:   /s/ Derrick W. Toddy_____
J. Christopher Carraway (admitted *pro hac vice*)
christopher.carraway@klarquist.com
Joseph T. Jakubek (admitted *pro hac vice*)
joseph.jakubek@klarquist.com
Stephen J. Joncus (admitted *pro hac vice*)
stephen.joncus@klarquist.com
Richard D. Mc Leod (Bar No. 24026836)
rick.mcleod@klarquist.com

NOTICE OF MANUAL FILING                                                                                      Page 1

Dockets.Justia.com

        Derrick W. Toddy (admitted *pro hac vice*)
        derrick.toddy@klarquist.com
        KLARQUIST SPARKMAN, LLP
        121 S.W. Salmon Street, Suite 1600
        Portland, Oregon  97204
        Telephone:  503-595-5300

        J. Thad Heartfield (Bar No. 09346800)
        thad@jth-law.com
        Law Offices of J. Thad Heartfield
        2195 Dowlen Road
        Beaumont, Texas 77706
        Telephone: 409-866-3318
        Facsimile: 409-866-5789

        Clayton E Dark Jr. (Bar No. 05384500)
        clay.dark@yahoo.com
        Clayton E Dark Jr., Law Office
        207 E Frank Ave # 100
        Lufkin, TX 75901
        Telephone:  936-637-1733

        Stephen McGrath, Esq. (admitted *pro hac vice*)
        MICROSOFT CORPORATION
        One Microsoft Way, Building 8
        Redmond, Washington  98052-6399
        Telephone:  425-882-8080
        Facsimile:  425-706-7329

        *Attorneys for Defendant Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 21st day of September, 2007, the foregoing pleading was electronically filed with the Court. Pursuant to Local Rule CV-5, this constitutes service on the following counsel:

**Luke Fleming McLeroy**
McKool Smith - Dallas
300 Crescent Court
Suite 1500
Dallas, TX 75201

An electronic copy of the documents being manually filed was provided to counsel on September 20, 2007.

By:/s/ Derrick W. Toddy_____
Derrick W. Toddy
derrick.toddy@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301