# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

|  |  |
|---|---|
| ANASCAPE, LTD., § § § § Plaintiff, § § v. § § MICROSOFT CORP. and § NINTENDO OF AMERICA INC., § § Defendants. § § | Hon. Ronald Clark<br><br>Civil Action No.: 9:06-CV-00158-RC |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties respectfully request that the Court amend the Scheduling Order governing this action as follows:

1. The deadline for "Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for all experts all information set out in Rule 26 (2)(B)," currently scheduled for November 7, 2007, shall now be November 16, 2007;

2. The deadline for "Parties to Designate Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include for all experts all information set out in Rule 26(2)(B)," currently scheduled for November 28, 2007, shall now be December 7, 2007; and

3. The deadline for expert discovery, currently scheduled for December 13, 2007, shall now be December 20, 2007.

These changes have no effect on any other deadlines. The text of a proposed Order is attached as Exhibit A.

NY\1329541.1

Dated:  September 25, 2007

        Respectfully submitted,

        By:  /s/ James S. Blank
        James S. Blank (*pro hac vice*)
        (james.blank@lw.com)
        LATHAM & WATKINS LLP
        885 Third Avenue, Suite 1000
        New York, NY  10022
        Tel.: (212) 906-1200
        Fax: (212) 751-4864

        Robert J. Gunther, Jr. (*pro hac vice*)
        (robert.gunther@wilmerhale.com)
        WILMER HALE
        399 Park Avenue
        New York, NY 10022
        Tel.: (212) 230-8800
        Fax: (212) 230-8888

        Robert W. Faris (*pro hac vice*)
        (rwf@nixonvan.com)
        Joseph S. Presta (*pro hac vice*)
        (jsp@nixonvan.com)
        NIXON & VANDERHYE, P.C.
        901 North Glebe Road, 11th Floor
        Arlington, VA  22203

        Lawrence L. Germer
        (llgermer@germer.com)
        Charles W. Goehringer, Jr.
        cgoehringer@germer.com
        GERMER GERTZ L.L.P.
        550 Fannin, Suite 500
        Beaumont, Texas  77713

        *ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT NINTENDO OF AMERICA INC.*

| **AGREED TO BY:** | **AGREED TO BY:** |
|---|---|
| By:/s/ Luke F. McLeroy (with permission by James Blank)<br>Sam Baxter<br>Lead Attorney<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com | By:/s/ Chris Carraway (with permission by James S. Blank)<br>J. Christopher Carraway (admitted *pro hac vice*)<br>christopher.carraway@klarquist.com<br>Joseph T. Jakubek (admitted *pro hac vice*)<br>joseph.jakubek@klarquist.com |

2

NY\1329541.1

| | |
|---|---|
| C.<br>P.O. Box O<br>505 East Travis, Suite 105<br>Marshall, Texas  75670<br>Telephone:  (903) 927-2111<br>Facsimile:   (903) 927-2622<br><br>Theodore Stevenson, III<br>Texas State Bar No. 19196650<br>tstevenson@mcolsmith.com<br>Luke F. McLeroy<br>Texas State Bar No. 24041455<br>lmcleroy @mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas  75201<br>Telephone: (214) 978-4000<br>Facsimile:   (214) 978-4044<br><br>Robert M. Parker<br>Texas State Bar No. 15498000<br>rmparker@pbatyler.com<br>Robert Christopher Bunt<br>Texas State Bar No. 00787165<br>rcbunt@pbatyler.com<br>Charles Ainsworth<br>Texas State Bar No.   00783521<br>charley@pbatyler.com<br>Parker, Bunt & Ainsworth P.C.<br>100 E. Ferguson Street, Suite 1114<br>Tyler, Texas  75702<br>Telephone: (903) 531-3535<br>Facsimile:  (903) 533-9687<br><br>*ATTORNEYS FOR PLAINTIFF<br>ANASCAPE, LTD.* | Richard D. McLeod (Bar No. 24026836)<br>Rick.mcleod@klarquist.com<br>Derrick W. Toddy (admitted *pro hac vice*)<br>derrick.toddy@klarquist.com<br>KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon  97204<br><br>J. Thad Heartfield Bar No. 09346800)<br>thad@jth-law.com<br>LAW OFFICES OF J. THAD<br>HEARTFIELD<br>2195 Dowlen Road<br>Beaumont, Texas  77706<br><br>Clayton E. Dark. Jr. (Bar No. 05384500)<br>clay.dark@yahoo.com<br>CLAYTON E. DARK, JR., LAW OFFICE<br>207 E. Frank Avenue, #100<br>Lufkin, Texas  75901<br><br>Stephen McGrath, esq. (admitted *pro hac vice*)<br>MICROSOFT CORPORATION<br>One Microsoft Way, Building 8<br>Redmond, Washington  98052-6399<br><br>*ATTORNEYS FOR DEFENDANT<br>MICROSOFT CORPORATION* |

3

NY\1329541.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that al counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 26th day of September 2007. Any other counsel of record will be served by first class mail

                                                       /s/ James S. Blank

NY\1329541.1