# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

ANASCAPE, LTD., §
§
Plaintiff, § Hon. Ronald Clark
§
v. § Civil Action No.: 9:06-CV-00158-RC
§
MICROSOFT CORP. and §
NINTENDO OF AMERICA INC., §
§
Defendants. §

## AMENDED SCHEDULING ORDER
(Patent Case)

### DEADLINES

| | |
|---|---|
| November 16, 2007 | Parties with burden of proof to designate Expert Witnesses other than claims construction experts, and provide their expert witness reports, to include for ALL experts all information set out in Rule 26 (2)(B). |
| December 7, 2007 | Parties to Designate Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(2)(B). |
| December 20, 2007 | Expect discovery deadline. All expert discovery must be completed by this date. |

SO ORDERED.

NY\1329550.1