IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD., | § | |
| Plaintiff, | § | Hon. Ronald Clark |
| v. | § | Civil Action No.: 9:06-CV-00158-RC |
| MICROSOFT CORP. and NINTENDO OF AMERICA INC., | § | |
| Defendants. | § | |

**AMENDED SCHEDULING ORDER**
(Patent Case)

**DEADLINES**

November 16, 2007     Parties with burden of proof to designate Expert Witnesses other than claims construction experts, and provide their expert witness reports, to include for ALL experts all information set out in Rule 26 (2)(B).

December 7, 2007     Parties to Designate Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(2)(B).

December 20, 2007     Expect discovery deadline. All expert discovery must be completed by this date.

SO ORDERED.

So **ORDERED** and **SIGNED** this **28** day of **September, 2007.**

_____
Ron Clark, United States District Judge

NY\1329550.1