IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | Hon. Ron Clark |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 9:06-CV-00158-RC |
| | § | |
| MICROSOFT CORPORATION, and | § | |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT MICROSOFT CORPORATION'S NOTICE OF PTO ORDERS IN MICROSOFT'S REQUESTS FOR REEXAMINATION OF ANASCAPE PATENTS**

Please take notice of the following actions by the United States Patent and Trademark Office ("PTO") in the requests for reexamination filed by Microsoft against the asserted Anascape patents.

On October 9, 2007, the PTO granted Microsoft's request for the *ex parte* reexamination of U.S. Patent No. 6,222,525. Litigation regarding this patent has not been stayed. A true and correct copy of the PTO communication ordering reexamination is attached as Exhibit A. In the communication, the PTO agrees with Microsoft that nine prior art references raise twenty-five separate substantial new questions of patentability for the claims of the patent. *See* Exh. A, pp. 7-37. All asserted claims of the patent are now under reexamination.

On August 2, 2007, the PTO granted Microsoft's request for the *inter partes* reexamination of U.S. Patent No. 6,344,791. Litigation regarding this patent is presently stayed. A true and correct copy of the PTO communication ordering reexamination is attached as Exhibit B. In the communication, the PTO agrees with Microsoft that seventeen prior art references

raise twenty-six substantial new questions of patentability. *See* Exh. B, pp. 3-29. All claims of the patent are now under reexamination.

The following charts identify the current status of each of the reexaminations sought by Microsoft for the twelve asserted patents, the first chart showing the patents for which litigation has not been stayed.

| *Patent No. (Not Stayed)* | *Reexam Request No.* | *Status of Reexamination (as of 10/9/07)* |
|---|---|---|
| 6,102,802 | 90/008,373 | *All claims rejected (ex parte reexamination).* (7/12/07) |
| 6,343,991 | 95/000,223 | *All claims rejected (inter partes reexamination).* (7/18/07) |
| 5,999,084 | 90/008,379 | *Ex parte reexamination ordered.* (2/23/07) |
| 6,906,700 | 95/000,221 | *Inter partes reexamination ordered.* (7/13/07) |
| 6,135,886 | 90/008,480 | *Ex parte reexamination ordered.* (7/27/07) |
| 6,222,525 | 90/008,767 | *Ex parte reexamination ordered.* (10/9/07) |

| *Patent No. (Stayed)* | *Reexam Request No.* | *Status of Reexamination (as of 10/9/07)* |
|---|---|---|
| 6,347,997 | 95/000,214 | *All five asserted claims rejected (inter partes reexamination).* (7/17/07)<br>**N.B.**: On Oct. 1, 2007, Anascape filed a response cancelling four of the five asserted claims, and amending the fifth claim. |
| 6,351,205 | 95/000,226 | *Inter partes reexamination ordered.* (6/15/07) |
| 6,400,303 | 95/000,220 | *Inter partes reexamination ordered.* (7/26/07) |
| 6,563,415 | 95/000,230 | *Inter partes reexamination ordered.* (6/4/07) |
| 6,208,271 | 90/008,477 | *Ex parte reexamination ordered.* (7/26/07) |
| 6,344,791 | 95/000,222 | *Inter partes reexamination ordered.* (8/2/07) |

Respectfully submitted,

Dated: October 12, 2007    By:    /s/ Stephen J. Joncus_____
J. Christopher Carraway (admitted *pro hac vice*)
christopher.carraway@klarquist.com
Joseph T. Jakubek (admitted *pro hac vice*)
joseph.jakubek@klarquist.com
Stephen J. Joncus (admitted *pro hac vice*)
stephen.joncus@klarquist.com
Richard D. Mc Leod (Bar No. 24026836)
rick.mcleod@klarquist.com
Derrick W. Toddy (admitted *pro hac vice*)
derrick.toddy@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300

J. Thad Heartfield (Bar No. 09346800)
thad@jth-law.com
Law Offices of J. Thad Heartfield
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Facsimile: 409-866-5789

Clayton E Dark Jr. (Bar No. 05384500)
cekrad@yahoo.com
Clayton E Dark Jr., Law Office
207 E Frank Ave # 100
Lufkin, TX 75901
Telephone: 936-637-1733

Stephen McGrath, Esq. (admitted *pro hac vice*)
MICROSOFT CORPORATION
One Microsoft Way, Building 8
Redmond, Washington 98052-6399
Telephone: 425-882-8080
Facsimile: 425-706-7329

*Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 12th day of October, 2007. Any other counsel of record will be served by first-class mail.

/s/ Stephen J. Joncus _____