# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| ANASCAPE, LTD., | |
|     Plaintiff, | |
| v. | No. 9:06-cv-158-RC |
| MICROSOFT CORP., and NINTENDO OF AMERICA, INC. | Judge Ron Clark |
|     Defendants. | |

### ANASCAPE, LTD.'S NOTICE OF DISCLOSURE OF EXPERTS AND SERVICE OF EXPERT REPORTS

Pursuant to the Court's Amended Scheduling Order dated December 17, 2007, Anascape designates Walter Bratic, Mark Baldwin, and Dr. Robert Howe as its experts on issues on which it bears the burden of proof, and has served expert reports for each of those experts on Defendants Microsoft Corp. and Nintendo of America, Inc. on Monday, February 11, 2008.

DATED:  February 13, 2008**.**

                                              Respectfully submitted,

/s/ Sam Baxter
Sam Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
P.O. Box O
104 East Houston, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile:  (903) 923-9099

Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Anthony M. Garza
Texas State Bar No. 24050644
agarza@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
charley@pbatyler.com
Parker, Bunt & Ainsworth P.C.
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF ANASCAPE, LTD.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court's ECF/PACER System on this 13th day of February, 2008, and was thereby served on all counsel using that system.

/s/ Anthony M. Garza
Anthony M. Garza
