# EXHIBIT A

JARED TAYLOR
Japanese Legal Interpreter
2705 Green Holly Springs Court, Oakton, VA 22124

Tel: (703) 716-0930   Fax: (703) 716-0932   E-mail: JarTaylor@aol.com

BACKGROUND
- Born and reared in Japan. Taught Japanese language at Harvard Summer School.
- BA from Yale University, MA in International Economics from l'Institut d'Etudes Politiques de Paris.
- Three years as a corporate loan officer on the Japan Desk of Manufacturers Hanover Trust Co., both in New York and in Tokyo.

INTERPRETING
- Since 1985 I have worked as a professional litigation interpreter and have been involved in several hundred cases. Content of the cases has been extremely varied, including machine tools, microprocessors, bicycle parts, vehicle safety, bio-technology, and considerable product liability and patent litigation. Although most of my interpreting is at depositions, I have served as a sworn, court-room interpreter in the following venues:

Federal Courts: Boston, Chicago, Los Angeles, San Francisco, Oakland, Denver, New York, Trenton (NJ), St. Paul (MN), Washington (DC), Wilmington (DE), Alexandria (VA), Duluth (MN), San Jose (CA), U.S. Court of International Trade (New York City)

International: Royal Courts of Justice (London), Royal Courts of Justice (Vancouver, Canada)

Other: International Trade Commission (Washington, DC), American Arbitration Association (Washington, DC), State and county courts in Alabama, Texas, Illinois, Florida, Massachusetts, California, Pennsylvania, Wisconsin, Oklahoma and Louisiana.

REPRESENTATIVE CASES
*Intel v. NEC*: Litigation that established that computer microcode can be protected by copyright.
Kawatetsu Shoji v. Mitsui Construction, Et. Al.: Litigation to determine responsibility for the collapse of a newly-constructed hotel in an earthquake.
*Atari v. Nintendo*: A series of suits alleging violation of patents covering the technology of computer games.
*Breed Technologies v. Tokai Rika*: AAA arbitration involving interpretation of a licensing agreement for automobile airbag technology.
*Evans Medical v. American Cyanamid & Takeda Pharmaceutical*: Suit alleging violation of a bio-technology patent for the manufacture of a vaccine.
*Semiconductor Energy Laboratory v. Samsung Electronics*: Suit alleging violation of basic semiconductor technology patents.

REFERENCES FOR LEGAL INTERPRETING:
Jim Bear-Knobbe Martens Olson & Bear, Irvine, CA (949) 760-0404
Alan MacPherson-MacPherson, Kwok, Chen & Heid, San Jose, CA (408) 392-9250
Dick Williams-Holland & Knight, Los Angeles, CA (213) 896-2400
Mark O'Connor-Former Managing Counsel, Mazda North America, Irvine, CA (949) 494-9090