IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED
P.M. 5 - XXX 15  2008
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_____
DEPUTY

| | | |
|---|---|---|
| ANASCAPE, LTD., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 9:06-CV-158 |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| *Defendant.* | § | JUDGE RON CLARK |

# VERDICT FORM

**QUESTION NO. 1 (INFRINGEMENT):**

**(a)** Do you find by a preponderance of evidence that Nintendo's Wii Remote controller, connected to the Wii Nunchuk controller, infringes the '700 patent? Answer "YES" or "NO" as to each claim.

Claim 19 _No_

**(b)** Do you find by a preponderance of evidence that Nintendo's Wii Classic controller, connected to the Wii Remote Controller, infringes the '700 patent? Answer "YES" or "NO" as to each claim.

Claim 19 _Yes_
Claim 22 _Yes_
Claim 23 _Yes_

**(c)** Do you find by a preponderance of evidence that Nintendo's GameCube controller infringes the '700 patent? Answer "YES" or "NO" as to each claim.

Claim 14 __Yes__

Claim 16 __Yes__

Claim 19 __Yes__

Claim 22 __Yes__

Claim 23 __Yes__

**(d)** Do you find by a preponderance of evidence that Nintendo's GameCube WaveBird wireless controller infringes the '700 patent? Answer "YES" or "NO" as to each claim.

Claim 14 __Yes__

**QUESTION NO. 2 (ANTICIPATION):**

Do you find by clear and convincing evidence that any of the following claims of the '700 patent are anticipated? Answer "YES" or "NO" as to each claim.

Claim 14 __No__

Claim 19 __No__

Claim 22 __No__

Claim 23 __No__

**QUESTION NO. 3 (OBVIOUSNESS):**

Do you find by clear and convincing evidence that the following claim of the '700 patent is invalid as obvious? Answer "YES" or "NO" as to each claim.

Claim 16 __No__

**QUESTION NO. 4 (WRITTEN DESCRIPTION):**

Do you find by clear and convincing evidence that any of the claims are invalid because the '700 patent fails to satisfy the written description requirement? Answer "YES" or "NO" as to each claim.

Claim 14 ___No___

Claim 16 ___No___

Claim 19 ___No___

Claim 22 ___No___

Claim 23 ___No___

If you answered "YES" to any claim in Question No. 1 and "NO" to that same claim in Questions Nos. 2, 3, and 4 then answer Question No. 5. Otherwise, do not answer Question No. 5, and go on to initial and date the verdict form.

**QUESTION NO. 5 (DAMAGES):** What sum of money, if any, do you find is adequate to compensate Anascape, Ltd. for the conduct you found to infringe from July 31, 2006 through today?

A reasonable royalty from July 31, 2006 through today:

$ 21,000,000.00

Date: 5/14/08          Initials of Foreperson: TH