# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### LUFKIN DIVISION

| | |
|---|---|
| **ANASCAPE, LTD.,**<br><br>**PLAINTIFF,**<br><br>V.<br><br>**NINTENDO OF AMERICA, INC.,**<br><br>**DEFENDANTS.** | **CIVIL ACTION NO. 9:06-CV-158-RC**<br><br>**ANASCAPE'S EIGHTH AMENDED EXHIBIT LIST.** |

| PRESIDING JUDGE<br>The Honorable Ron H. Clark | PLAINTIFF'S ATTORNEY:<br>Douglas Cawley; Robert M. Parker | DEFENDANTS' ATTORNEY:<br>J. Christopher Carraway; Robert Gunther |
|---|---|---|
| TRIAL DATE (S) May 5, 2008 | COURT REPORTER: Christina Brickham | COURTROOM DEPUTY:<br>Beverly Aulbaugh |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 1 | | 5/5/08 | X | X | 06/14/2005 U.S. Patent 6,906,700 B1 |
| PX 2 | | 5/5/08 | X | X | 06/14/2005 File History for U.S. Patent 6,906,700 B1 |
| PX 3 | | | | | 04/24/2001 U.S. Patent 6,222,525 B1 |
| PX 4 | | 5/5/08 | X | X | File History for U.S. Patent 6,222,525 B1 |
| PX 5 | | | | | 10/15/1996 U.S. Patent 5,565,891 |
| PX 6 | | | | | File History for U.S. Patent 5,565,891 |
| PX 7 | | | | | 12/31/1996 U.S. Patent 5,589,828 |
| PX 8 | | | | | File History for U.S. Patent 5,589,828 |
| PX 9 | | | | | **WITHDRAWN** |
| PX 10 | | | | | **WITHDRAWN** |
| PX 11 | | | | | **WITHDRAWN** |
| PX 12 | | | | | **WITHDRAWN** |
| PX 13 | | | | | **WITHDRAWN** |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---------|---------|--------------|--------|----------|-------------|
| PX 14 | | | | | **WITHDRAWN** |
| PX 15 | | | | | **WITHDRAWN** |
| PX 16 | | | | | **WITHDRAWN** |
| PX 17 | | | | | **WITHDRAWN** |
| PX 18 | | | | | Undated - Handwritten notes on picture of Nintendo Gamecube Controller (Pederson Deposition, 03/21/2007, Ex. 20) |
| PX 19 | | | | | Undated - Handwritten notes on picture of Wii Console (Pederson Deposition, 03/21/2007, Ex. 22) |
| PX 20 | | | | | Undated - Handwritten notes on picture of Wii Console (Pederson Deposition, 03/21/2007, Ex. 23) |
| PX 21 | | | | | Undated - Handwritten notes on picture of Wii Controller (Pederson Deposition, 03/21/2007, Ex. 24) |
| PX 22 | | | | | Undated - Letter from P. MacDougall to Nintendo Customer enclosing product information (Pederson Deposition, 03/21/2007, Ex. 26)  [NAA00000111 - NAA00000457} |
| PX 23 | | | | | Undated - Wii Operations Manual  (Pederson Deposition, 03/21/2007, Ex. 27) [NAA00000440 - NAA00000457] |
| PX 24 | | | | | Undated - Handwritten notes on picture of inside of opened game controller (Pederson Deposition, 03/21/2007, Ex. 29) |
| PX 25 | | | | | 08/23/2001 Letter from Nintendo of America, Inc. J. Moore to Nintendo Retailer  (Pederson Deposition, 03/21/2007, Ex. 30) [NAA00000041 - NAA00000043] |
| PX 26 | | | | | Undated - Handwritten notes on picture of inside of opened game controller (Pederson Deposition, 03/21/2007, Ex. 31) |
| PX 27 | | | | | 09/18/2006 Revolution, Nintendo GameCube Controller Libraru (PAD), Version 1.03 (Pederson Deposition, 03/21/2007, Ex. 33)  [NAA00001504 - NAA00001529] |
| PX 28 | | | | | Undated - Handwritten notes of inside of opened device (Pederson Deposition, 03/21/20077, Ex. 34) |
| PX 29 | | | | | Undated - Handwritten notes on picture of inside of opened game controller (Pederson Deposition, 03/21/2007, Ex. 35) |
| PX 30 | | | | | Undated - Handwritten notes on picture (Pederson Deposition, 03/21/2007, Ex. 36) [Illegible Bates] |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 31 | | | | | Undated - Handwritten notes on picture (Pederson Deposition, 03/21/2007, Ex. 37) [NCA00002793] |
| PX 32 | | | | | Undated - Handwritten notes on picture (Pederson Deposition, 03/21/2007, Ex. 38) [NCA00002795] |
| PX 33 | | | | | 08/07/03 Nintendo GameCube Programming Cautions, Version 030624 (Pederson Deposition, 03/21/2007, Ex. 39) [NAA00000504 - NAA00000551] |
| PX 34 | | | | | 09/12/2006 Wii Remote and Nunchuk, Hardware Overview, Version 0.33 (Pederson Deposition, 03/21/2007, Ex. 44) [NAA00001472 - NAA00001502] |
| PX 35 | | | | | 11/13/2006 - 12/21/2006 Press Releases (Penello Deposition, 10/20/2007, Ex. 215) [MS-ANAS0141771 - MS-ANAS0141781] |
| PX 36 | | | | | **WITHDRAWN** |
| PX 37 | | | | | **WITHDRAWN** |
| PX 38 | | | | | **WITHDRAWN** |
| PX 39 | | 5/7/08 | X | X | 04/23/2002 Letter from K. Tyler to J. Tingdale, VP of Licensing, Nintendo of America, Inc. with enclosure: Issued Patent Portfolio (Story Deposition, 11/09/2007, Ex. 258) [NCA00001879 - NCA00001880] |
| PX 40 | | | | | 07/17/2002 Letter from Nintendo of America, Inc. Sayoko Blodgett-Ford to K. Tyler (Story Deposition, 11/09/2007, Ex. 259) [NCA00001881 - NCA00001882] |
| PX 41 | | | | | Undated - picture of Nintendo GameCube (01/23/2008, Ex. 293) |
| PX 42 | | | | | Undated - letter from B. Armstrong to Kelly (Tyler Deposition, 10/16/2007, Ex. 104) [ANS0053009 - ANS0053010] |
| PX 43 | | 5/7/08 | X | X | 07/01/1997 License Agreement between Licensor 6-DOF Trust and Licensee K. Tyler (Tyler Deposition, 10/16/2007, Ex. 105) [ANS0008126 - ANS0008133] |
| PX 44 | | | | | 06/10/1998 License Agreement between Licensor GP Trust and Mad Catz (Tyler Deposition, 10/16/2007, Ex. 106) [ANS0004690 - ANS0004698] |
| PX 45 | | | | | 12/28/1999 E-mail from K. Tyler to D. de la Torre, re: Sending of 100K, Attachment: Limited Partnership 5.doc and Conditional Assignment 5.doc (Tyler Deposition, 10/16/2007, Ex. 110) [ANS0063656 - ANS0063673] |
| PX 46 | | 5/7/08 | X | X | 12/23/1999 Anascape Certificate of Limited Partnership (Tyler Deposition, 10/16/2007) [ANS0028168 - ANS0028182] |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 47 | | 5/7/08 | X | X | 12/28/1999 Assignment Agreement between B. Armstrong and Anascape (Tyler Deposition, 10/16/2007, Ex. 112) [ANS0004701 - ANS0004708] |
| PX 48 | | | | | 10/19/2000 Supplemental Agreement between B. Armstrong and Anascape (Tyler Deposition, 10/16/2007, Ex. 113) [ANS0004709 - ANS0004716] |
| PX 49 | | 5/7/08 | X | X | 07/24/2006 Patent Assignment Agreement between K. Tyler and Anascape, Ltd. (Tyler Deposition, 10/16/2007, Ex. 114) [ANS0000001 - ANS0000002] |
| PX 50 | | | | | 12/30/2005 Agreement of Limited Partnership of Anascape, Ltd. between B. Armstrong (General Partner) and The Kim Tyler Limited Partnership, B. Armstrong and B. Carlson (Limited Partners) (Tyler Deposition, 10/16/2007, Ex. 115) [ANS0028188 - ANS0028221] |
| PX 51 | | | | | 04/23/2002 Letter from K. Tyler to J. Tingdale, VP of Licensing, Nintendo of America, Inc. with enclosure entitled Issued Patent Portfolio (Tyler Deposition, 10/16/2007, Ex. 121) [ANS0027860 - ANS0027864] |
| PX 52 | | 5/7/08 | X | X | 07/17/2002 Letter from Nintendo of America, Inc. Sayoko Blodgett-Ford to K. Tyler  (Tyler Deposition, 10/16/2007, Ex. 122) [ANS0007831] |
| PX 53 | | | | | **WITHDRAWN** |
| PX 54 | | 5/5/08 | X | X | 04/20/2004 Patent License Agreement between, on the one hand, Sony Computer Entertainment America Inc. and Sony Computer Entertainment Inc., and on the other hand, Anascape, B. Armstrong and K. Tyler (Tyler Deposition, 10/16/2007, Ex. 129) [ANS0004667 - ANS0004679] |
| PX 55 | | | | | 06/26/2002 Letter from K. Tyler to M. Perlis enclosing Issued Patent Portfolio (list of 18 Anascape Patents), 6 Claim Charts (Tyler Deposition, 10/16/2007, Ex. 133) [ANS0027688 - ANS0027691] |
| PX 56 | | | | | 09/09/2002 Letter from K. Tyler to T. Hoff (Logitech) enclosing Issued Patent Portfolio (list of 18 Anascape Patents), 6 Claim Charts (Tyler Deposition, 10/16/2007, Ex. 134) [ANS0007855 - ANS0007856] |
| PX 57 | | | | | **WITHDRAWN** |
| PX 58 | | | | | **WITHDRAWN** |
| PX 59 | | | | | **WITHDRAWN** |
| PX 60 | | | | | **WITHDRAWN** |
| PX 61 | | | | | **WITHDRAWN** |
| PX 62 | | | | | **WITHDRAWN** |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 63 | | | | | **WITHDRAWN** |
| PX 64 | | | | | **WITHDRAWN** |
| PX 65 | | | | | **WITHDRAWN** |
| PX 66 | | | | | **WITHDRAWN** |
| PX 67 | | | | | **WITHDRAWN** |
| PX 68 | | | | | **WITHDRAWN** |
| PX 69 | | | | | **WITHDRAWN** |
| PX 70 | | | | | Unsigned and undated License Agreement between Licensee, ATARI Corporation and Licensor, B. Armstrong (Martinez Expert Report) [ANS0041940 - ANS0041946] |
| PX 71 | | | | | 04/20/1992 Letter transmitting License Agreement re: 3D Controller (Martinez Expert Report) **[ANS0040024; ANS0041952 - ANS0041957]** |
| PX 72 | | | | | 10/31/2001 Patent License Agreement between Midway Games West, Inc. and Microsoft Corporation (Martinez Expert Report) **[MS-ANAS167459 - MS-ANAS167463]** |
| PX 73 | | | | | **WITHDRAWN** |
| PX 74 | | | | | **WITHDRAWN** |
| PX 75 | | | | | 05/27/2003 Presentation "Xenon Controller Research" Xbox Peripherals Team (Martinez Expert Report) **[MS-ANAS0139073 - MS-ANAS-139084]** |
| PX 76 | | | | | **WITHDRAWN** |
| PX 77 | | | | | **WITHDRAWN** |
| PX 78 | | | | | **WITHDRAWN** |
| PX 79 | | | | | **WITHDRAWN** |
| PX 80 | | | | | **WITHDRAWN** |
| PX 81 | | | | | **WITHDRAWN** |
| PX 82 | | | | | **WITHDRAWN** |
| PX 83 | | | | | **WITHDRAWN** |
| PX 84 | | | | | **WITHDRAWN** |
| PX 85 | | | | | Undated - Analysis of U.S. Patent 6,906,700 by Nintendo's Gamecube Controller and Gamecube Wavebird Wireless Controller and Accompanying Video Game Systems (Howe Expert Report re: '700 Patent, Ex. E) |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 86 | | | | | Undated - Analysis of U.S. Patent 6,906,700 by Nintendo's Wii Remote Controller and Nunchuk and Accompanying Video Game Systems (Howe Expert Report re: '700 Patent, Ex. F) |
| PX 87 | | | | | Undated - Analysis of U.S. Patent 6,906,700 by Nintendo's Wii Classic Controller and Remote Controller and Accompanying Video Game Systems (Howe Expert Report re: '700 Patent, Ex. G) |
| PX 88 | | | | | **WITHDRAWN** |
| PX 89 | | | | | 09/25/2006 Nintendo's Corporate Disclosure Statement (Anascape's Motion to Compel Production to Nintendo, 10/29/2007, Ex. 11) |
| PX 90 | | | | | **WITHDRAWN** |
| PX 91 | | | | | 03/11/2007 Nintendo's Privilege Log (Anascape's Motion to Compel Production to Nintendo, 10/29/2007, Ex. 13) |
| PX 92 | | | | | 07/12/2007 Nintendo's Supplemental Privilege Log (Anascape's Motion to Compel Production to Nintendo, 10/29/2007, Ex. 14) |
| PX 93 | | | | | **WITHDRAWN** |
| PX 94 | | | | | **WITHDRAWN** |
| PX 95 | | | | | **WITHDRAWN** |
| PX 96 | | | | | **WITHDRAWN** |
| PX 97 | | | | | **WITHDRAWN** |
| PX 98 | | | | | **WITHDRAWN** |
| PX 99 | | | | | Website: Official Nintendo Homepage, featuring Battalion Wars 2, Guitar Hero III: Legends of Rock, (Anascape's Motion to Compel Production to Nintendo, 10/29/2007, Ex. 21) |
| PX 100 | | | | | Website: Nintendo Corporate Information / Company Fads (Anascape's Motion to Compel Production to Nintendo, 10/29/2007, Ex. 22) |
| PX 101 | | | | | Website: Nintendo Corporate Information / Annual Financial Report (Anascape's Motion to Compel Production to Nintendo, 10/29/2007, Ex. 23) |
| PX 102 | | | | | **WITHDRAWN** |
| PX 103 | | | | | **WITHDRAWN** |
| PX 104 | | | | | Website: Nintendo Company History (Anascape's Motion to Compel Production to Nintendo, 10/29/2007, Ex. 26) |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 105 | | | | | 07/28/2003 Microsoft Licenses Immersion's Haptic Patent Portfolio (Anascape's Motion to Compel Settlement and License Agreements from Microsoft, 02/05/2008, Ex. G) |
| PX 106 | | | | | 05/12/1998 U.S. Patent 5,749,577 (Anascape's Omnibus Response to Microsoft Motion for Partial Summary Judgment, Nintendo Motion for Summary Judgment and Defendants" Joint Motion for Partial Summary Judgment, 03/13/2008, Ex. 25) |
| PX 107 | | | | | 06/16/1998 U.S. Patent 5,767,839 (Anascape's Omnibus Response to Microsoft Motion for Partial Summary Judgment, Nintendo Motion for Summary Judgment and Defendants" Joint Motion for Partial Summary Judgment, 03/13/2008, Ex. 26) |
| PX 108 | | 5/12/08 | X | X | 06/12/1990 U.S. Patent 4,933,670 (Anascape's Omnibus Response to Microsoft Motion for Partial Summary Judgment, Nintendo Motion for Summary Judgment and Defendants" Joint Motion for Partial Summary Judgment, 03/13/2008, Ex. 27) |
| PX 109 | | | | | 09/12/1989 U.S. Patent 4,865,321 (Anascape's Omnibus Response to Microsoft Motion for Partial Summary Judgment, Nintendo Motion for Summary Judgment and Defendants" Joint Motion for Partial Summary Judgment, 03/13/2008, Ex. 28) |
| PX 110 | | | | | 05/26/1998 U.S. Patent 5,758,352 (Anascape's Omnibus Response to Microsoft Motion for Partial Summary Judgment, Nintendo Motion for Summary Judgment and Defendants" Joint Motion for Partial Summary Judgment, 03/13/2008, Ex. 29) |
| PX 111 | | | | | **WITHDRAWN** |
| PX 112 | | | | | 12/23/1999 Anascape's Limited Partnership Agreement (Martinez Expert Report, 03/03/2008) [ANS0004718 - ANS0004729] |
| PX 113 | | | | | **WITHDRAWN** |
| PX 114 | | 5/5/08 | X | X | 05/13/1993 Joint Venture Agreement between Key Tronic Corporation and Global Devices and S. Bowman (Bowman Deposition, 10/03/2007, Ex. 87) [ANS0008091 - ANS0008106] |
| PX 115 | | | | | 09/20/1993 Letter agreement from R. Loiter to B. Armstrong and S. Bowman modifying 05/13/1993 Joint Venture Agreement (Bowman Deposition, 10/03/2007, Ex. 88) [ANS0040276 - ANS0040277] |
| PX 116 | | | | | 04/19/1996 Promissory Letter between B. Armstrong and S. Bowman (Bowman Depositions, 10/03/2007, Ex. 91) [ANS0004699 - ANS0004700] |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 117 | | 5/7/08 | X | X | 07/24/2006 Patent Assignment Agreement between S. Bowman and Anascape (Bowman Deposition, 10/03/2007, Ex. 92) [ANS0000050 - ANS0000051] |
| PX 118 | | 5/7/08 | X | X | 07/24/2006 Patent Assignment Agreement between S. Bowman, B. Armstrong, Global Devices, and Anascape (Bowman Deposition, 10/03/2007, Ex. 93) [ANS0000056 - ANS0000057] |
| PX 119 | | | | | 04/20/1992 Letter from S. Bowman to R. Miller enclosing licensing agreement for 3D (Bowman Deposition, 10/03/2007, Ex. 94) [ANS0040024] |
| PX 120 | | | | | Undated - License Agreement, Licensor B. Armstrong, Licensee Atari Corp. (Bowman Deposition, 10/03/2007, Ex. 95) [ANS0041947 - ANS0041951] |
| PX 121 | | | | | **WITHDRAWN** |
| PX 122 | | | | | **WITHDRAWN** |
| PX 123 | | | | | **WITHDRAWN** |
| PX 124 | | | | | **WITHDRAWN** |
| PX 125 | | | | | **WITHDRAWN** |
| PX 126 | | | | | Undated - Document in Japanese (01/24/2008, Ex. 309) |
| PX 127 | | | | | Undated - Patent Abstracts of Japan (01/24/2008, Ex. 310) |
| PX 128 | | | | | 05/27/1998 71 of 106 Documents, Business Wire, Headline: New PlayStation Game Consoles to Include Dual Shock Analog Controller as Standard Pack-In for $149 (Panico Deposition, 02/20/2008, Ex. 311) [SCEA00534 - SCEA00535] |
| PX 129 | | | | | 11/12/2000 Newsweek article "Now It's Nintendo's Turn" (Harrison Deposition, 11/09/2007, Ex. 263) [NAA00017341 - NAA00017343] |
| PX 130 | | | | | 05/16/2001 MSNBC article "Biggest fight in video game history kicks off this week" (Harrison Deposition, 11/09/2007, Ex. 264) [NAA00017746 - NAA00017748] |
| PX 131 | | | | | 08/15/2008 USA Today article "Nintendo hopes Wii spells winner" (Harrison Deposition, 11/09/2007, Ex. 265) [NAA00018330 - NAA00018332] |
| PX 132 | | | | | Undated - Nintendo product information (Harrison Deposition, 11/09/2007, Ex. 268) [NAA00019752 - NAA00019832] |
| PX 133 | | | | | Undated - Revolution, Product Information (Harrison Deposition, 11/09/2007, Ex. 279) [NAA00021746 - NAA00021747] |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 134 | | | | | Undated - script/drawing of Wii usage (Harrison Deposition, 11/09/2007, Ex. 280) **[NAA00021839 - NAA00021896]** |
| PX 135 | | | | | **WITHDRAWN** |
| PX 136 | | | | | **WITHDRAWN** |
| PX 137 | | | | | **WITHDRAWN** |
| PX 138 | | | | | **WITHDRAWN** |
| PX 139 | | | | | **WITHDRAWN** |
| PX 140 | | | | | **WITHDRAWN** |
| PX 141 | | | | | **WITHDRAWN** |
| PX 142 | | | | | **WITHDRAWN** |
| PX 143 | | | | | **WITHDRAWN** |
| PX 144 | | | | | **WITHDRAWN** |
| PX 145 | | | | | **WITHDRAWN** |
| PX 146 | | | | | **WITHDRAWN** |
| PX 147 | | | | | **WITHDRAWN** |
| PX 148 | | | | | **WITHDRAWN** |
| PX 149 | | | | | **WITHDRAWN** |
| PX 150 | | | | | **WITHDRAWN** |
| PX 151 | | | | | **WITHDRAWN** |
| PX 152 | | | | | **WITHDRAWN** |
| PX 153 | | | | | **WITHDRAWN** |
| PX 154 | | | | | **WITHDRAWN** |
| PX 155 | | | | | **WITHDRAWN** |
| PX 156 | | | | | 05/04/2007 Patent Abstract of Japan (Rebuttal Expert Report of R. Howe, 03/03/2008, Ex. 310)  [No Bates] |
| PX 157 | | | | | 04/22/2002 Microsoft Gaming Input Devices for Longhorn and Beyond (Rebuttal Expert Report of R. Howe, 03/03/2008) **[MS-ANAS0021158 - MS-ANAS0021181]** |
| PX 158 | | | | | 09/07/1982 U.S. Patent 4,348,142 (Rebuttal Expert Report of R. Howe, 03/03/2008) |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 159 | | | | | 11/06/1973 U.S. Patent 3,771,037 (Rebuttal Expert Report of R. Howe, 03/03/2008) |
| PX 160 | | | | | 08/05/1980 U.S. Patent 4,216,467 |
| PX 161 | | | | | 06/12/1990 U.S. Patent 4,933,670 |
| PX 162 | | | | | 02/15/1994 U.S. Patent 5,286,024 |
| PX 163 | | | | | 10/04/1983 U.S. Patent 4,408,103 |
| PX 164 | | | | | 09/17/1991 U.S. Patent 5,049,079 |
| PX 165 | | | | | 11/12/1985 U.S. Patent 4,552,360 |
| PX 166 | | | | | 06/12/1990 U.S. Patent 4,933,670 |
| PX 167 | | | | | 08/17/1993 U.S. Patent 5,237,311 (Rebuttal Expert Report of R. Howe, 03/03/2008) |
| PX 168 | | | | | 04/30/1996 U.S. Patent 5,512,892 |
| PX 169 | | | | | 12/31/1996 U.S. Patent 5,589,507 |
| PX 170 | | | | | 04/20/1993 U.S. Patent 5,203,563 |
| PX 171 | | | | | 12/15/1987 U.S. Patent 4,713,007 |
| PX 172 | | | | | 01/06/2001 Article: Microsoft Designers Go to Extremes to Make Sure the Xbox Console and Controller Convey New And Unforeseen Gameplay Experience (Rebuttal Expert Report of R. Howe, 03/03/2008) |
| PX 173 | | | | | 09/27/2001 Article: IGN: Dual Shock 2 Review (Rebuttal Expert Report of R. Howe, 03/03/2008) |
| PX 174 | | | | | 10/26/2000 Article: Sony DualShock 2 Analog Controller (Black) - CNET review (Rebuttal Expert Report of R. Howe, 03/03/2008) |
| PX 175 | | | | | 08/18/1987 U.S. Patent 4,687,200 (Rebuttal Expert Report of R. Howe, 03/03/2008) |
| PX 176 | | | | | 06/29/1993 U.S. Patent 5,222,400 (Rebuttal Expert Report of R. Howe, 03/03/2008) |
| PX 177 | | | | | 10/22/1991 U.S. Patent 5,059,958 (Rebuttal Expert Report of R. Howe, 03/03/2008) |
| PX 178 | | | | | 08/05/1986 U.S. Patent 4,604,500 (Rebuttal Expert Report of R. Howe, 03/03/2008) |
| PX 179 | | | | | **WITHDRAWN** |
| PX 180 | | | | | **WITHDRAWN** |
| PX 181 | | | | | **WITHDRAWN** |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---------|---------|--------------|--------|----------|-------------|
| PX 182 | | | | | **WITHDRAWN** |
| PX 183 | | | | | **WITHDRAWN** |
| PX 184 | | | | | **WITHDRAWN** |
| PX 185 | | | | | **WITHDRAWN** |
| PX 186 | | | | | 05/12/1998 U.S. Patent 5,749,577 (Rebuttal Expert Report of R. Howe, 03/03/2008) |
| PX 187 | | | | | 06/16/1998 U.S. Patent 5,767,839 (Rebuttal Expert Report of R. Howe, 03/03/2008) |
| PX 188 | | | | | 06/12/1990 U.S. Patent 4,933,670 (Rebuttal Expert Report of R. Howe, 03/03/2008) |
| PX 189 | | | | | 10/04/1983 U.S. Patent 4,408,103 (Rebuttal Expert Report of R. Howe, 03/03/2008) |
| PX 190 | | | | | 11/12/1991 U.S. Patent 5,065,146 (Rebuttal Expert Report of R. Howe, 03/03/2008) |
| PX 191 | | | | | **WITHDRAWN** |
| PX 192 | 200 | 5/7/08 | X | X | 09/00/2006 Product specifications for analog devices - ADXL330 (R. Dezmelyk Rebuttal Expert Report, 03/03/2008, Ex. 33) **[No Bates]** |
| PX 193 | | | | | 05/00/2006 Product specifications for mems inertial sensor - LIS3L02AL (R. Dezmelyk Rebuttal Expert Report, 03/03/2008, Ex. 34) **[No Bates]** |
| PX 194 | | | | | Undated - Instruction booklet for Super Mario Galaxy for Wii (R. Dezmelyk Rebuttal Expert Report, 03/03/2008, Ex. 22) **[No Bates]** |
| PX 195 | | | | | Undated - Instruction booklet for Super Mario Sunshine for Nintendo GameCube (R. Dezmelyk Rebuttal Expert Report, 03/03/2008, Ex. 23) **[No Bates]** |
| PX 196 | | | | | 00/00/1985 - Instruction booklet for Super Mario Bros. (R. Dezmelyk Rebuttal Expert Report, 03/03/2008, Ex. 25) **[No Bates]** |
| PX 197 | | | | | Undated - Instruction booklet for Blazing Angels: Squadrons of WWII for Wii (R. Dezmelyk Rebuttal Expert Report, 03/03/2008, Ex. 26) **[No Bates]** |
| PX 198 | | | | | 2003-2007 Sales Profit by Product Report Domestic 2002 and Sales Profit by Product Report ending March 31, 2003 through March 31, 2007 (K. Ugone Rebuttal Expert Report, 03/03/2008) **[NAA00023150 - NAA00023161]** |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 199 | | | | | 03/17/1992 Correspondence from S. Bowman to A. Morgan of Atari Corporation re: possible licensing of new 3-D controller with attached agreement to hold information relating to a 6 Degrees of Freedom Controller confidential (K. Ugone Rebuttal Expert Report, 03/03/2008) [ANS0040022 - ANS0040023] |
| PX 200 | | | | | 04/20/1992 Unsigned License Agreement for 6 Degrees of Freedom controller with Capability of Tactile Feedback (K. Ugone Rebuttal Expert Report, 03/03/2008) [ANS0040024 - ANS0040029] |
| PX 201 | | | | | 07/15/1993 and 07/20/1993 Global fax cover sheets (2) from S. Bowman of Global Devices to M. Phalen of Key Tronic Corporation re: (1st fax) Development unit and Computer-Aided Engineering Buyer's Guide and (2nd fax) an Atari article [ANS0040164] |
| PX 202 | | | | | 07/20/1993 Global Fax Cover Sheet from S. Bowman to M. Phalen for J. DeWenter re: Here's an article I thought would be of interest to you….. (re new Atari game) [ANS0040165] |
| PX 203 | | | | | 07/28/2003 Website article, San Jose, Calif., "Microsoft Licenses Immersion's Haptic Patent Portfolio, Agreements Settle Legal Differences, Provide Microsoft Broad Licensing Rights to Sense of Touch Patents on Multiple Platforms" (immr.client.shareholder.com/ReleaseDetail.cfm?ReleaseID=114868&printable=1) |
| PX 204 | | | | | **WITHDRAWN** |
| PX 205 | | | | | 12/23/1999 Limited Partnership Agreement for Anascape, A Nevada Limited Partnership; General Partner - K-Phi Limited and Limited Partners - The Kim Tyler and Kelly Tyler Limited Partnership and B. Armstrong (K. Ugone Rebuttal Expert Report, 03/03/2008) [ANS0063657 - ANS0063664] |
| PX 206 | | | | | Undated - Photograph of Wii Controller (1/25/08, Ex 315) |
| PX 207 | | | | | 03/31/2003 Latin America Sales Profit by Product Report Ending March 31, 2003 (Meader Deposition 11/8/2007, Ex. 237) [NAA00023303] |
| PX 208 | | | | | 03/31/2004 Latin America Sales Profit by Product Report Ending March 31, 2004 (Meader Deposition 11/8/2007, Ex. 238) [NAA00023304] |
| PX 209 | | | | | 03/31/2005 Latin America Sales Profit by Product Report Ending March 31, 2005 (Meader Deposition 11/8/2007, Ex. 239) [NAA00023305] |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 210 | | | | | 03/31/2006 Latin America Sales Profit by Product Report Ending March 31, 2006 (Meader Deposition 11/8/2007, Ex. 240) [NAA00023306] |
| PX 211 | | | | | 03/31/2007 Latin America Sales Profit by Product Report Ending March 31, 2007 (Meader Deposition 11/8/2007, Ex. 241) [NAA00023307] |
| PX 212 | | | | | 09/30/2007 Latin America Sales Profit by Product Report Ending September 30, 2007 (Meader Deposition 11/8/2007, Ex. 242) [NAA00023308] |
| PX 213 | | | | | 03/31/2007 Sales Profit by Product Report Ending March 31, 2007 (Meader Deposition 11/8/2007, Ex. 243) [NAA00023301 - NAA00023302] |
| PX 214 | | | | | 00/00/2002 - 03/31/2007 Sales Profit by Product Report (Meader Deposition 11/8/2007, Ex. 244) [NAA00023130 - NAA00023144] |
| PX 215 | | 5/7/08 | X | X | 04/01/2001 - 09/30/2007 Breakdown of NCL Financial Information About Sales by NCL to NOA Expressed in Yen (Meader Deposition 11/8/2007, Ex. 245) [NCA00043408 - NCA00043413] |
| PX 216 | | 5/7/08 | X | X | 03/31/2001 - 09/30/2007 Nintendo of America, Inc. Monthend Income Statement Summary (Meader Deposition 11/8/2007, Ex. 246) [NAA00023081 - NAA00023129 |
| PX 217 | | | | | **WITHDRAWN** |
| PX 218 | | | | | **WITHDRAWN** |
| PX 219 | | | | | **WITHDRAWN** |
| PX 220 | | | | | **WITHDRAWN** |
| PX 221 | | | | | **WITHDRAWN** |
| PX 222 | | | | | **WITHDRAWN** |
| PX 223 | | | | | **WITHDRAWN** |
| PX 224 | | | | | **WITHDRAWN** |
| PX 225 | | | | | **WITHDRAWN** |
| PX 226 | | | | | 12/26/2002 E-mail from K. Tyler to Tom@inteclink.com encl. outline of potential agreement (Bratic Expert Report 02/11/2008) [ANS0007809 - ANS0007811] |
| PX 227 | | | | | 01/15/2003 E-mail from K. Tyler to T. Kruszewski re: proposed agreement (W. Bratic's Expert Report 02/11/2008) [ANS0007815] |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 228 | | | | | **WITHDRAWN** |
| PX 229 | | | | | Undated - Nintendo GameCube Hardware Specifics (Fact Sheet), undated (W. Bratic's Expert Report 02/11/2008) **[NAA00021125 - NAA00021128]** |
| PX 230 | | | | | **WITHDRAWN** |
| PX 231 | | | | | **WITHDRAWN** |
| PX 232 | | | | | **WITHDRAWN** |
| PX 233 | | | | | **WITHDRAWN** |
| PX 234 | | | | | **WITHDRAWN** |
| PX 235 | | | | | 01/08/2007 "National Television Academy Announces Emmy Winning Achievements: Honors Bestowed at 58th Annual Technology & Engineering Emmy Awards" (Mark Baldwin, Baldwin Consulting, 02/11/2008) **[ANS0069316 - ANS0069319]** |
| PX 236 | | | | | 01/24/2008 Answers from Laptop Experts, "Growth of gaming in 2007 far outpaces movies, music" (Mark Baldwin, Baldwin Consulting, 02/11/2008) **[No Bates]** |
| PX 237 | | | | | 09/29/2006 Memorandum from T. Grankcom to Xenon Competitive Trends/Information re: Immersion-Sponsored Survey Highlights Force Feedback Interest (Mark Baldwin, Baldwin Consulting, 02/11/2008) **[MS-ANAS0141891 - MS-ANAS0141892]** |
| PX 238 | | | | | Undated - "User-centered Design in Games," by R. Pagulayan, K. Keeker, D. Wixon, R. Romero and T. Fuller, Microsoft (Mark Baldwin, Baldwin Consulting, 02/11/20088) **[ANS0068852 - ANS0068879]** |
| PX 239 | | | | | **WITHDRAWN** |
| PX 240 | | | | | **WITHDRAWN** |
| PX 241 | | | | | 01/02/2008 Declaration of Michael Thumm **[ANS0068799 - ANS0068800]** |
| PX 242 | | | | | 05/21/2007 - STMicroelectronics LIS3L02AE 3-Axis Accelerometer - MEMS Process Review **[ANS0068699 - ANS0068798]** |
| PX 243 | | 5/7/08 sustained-not | X shown | X to jury | 02/14/2006 - Analog Devices ADXL330 Three-Axis ±2 g MEMS Accelerometer Process Review **[ANS0068555 - ANS0068698]** |
| PX 244 | | | | | 00/00/1996 - Manual: Sega Saturn™ 3D Control Pad (Bristow Ex. QQ cited in Rebuttal Expert Report of R. Howe, 03/03/2008) **[MS-ANAS173251 - MS-ANAS173252]** |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 245 | | | | | Undated (or illegible) - Manual: Magellan 3D Controller - User's Manual Version 4.0 (Bristow Ex. U cited in Rebuttal Expert Report of R. Howe, 03/03/2008) [NAA00005268 - NAA00005305] |
| PX 246 | | 5/7/08 | X | X | 12/30/2005 Fax from Office of Secretary of State, State of Nevada, to Adams & Coker PC with Job Receipt and Filing Acknowledgement of Articles of Conversion [No Bates] |
| PX 247 | | | | | Undated - "Extreme 6DOF Controllers The Best in 3D Image Control" (Armstrong's Ex. 348) [No Bates] |
| PX 248 | | | | | Undated - Pictures of hardware and controllers (Armstrong's Ex. 349) [ANAS159601 - ANAS159628] |
| PX 249 | | 5/7/08 | X | X | 12/30/2005 Articles of Conversion of Anascape, a Nevada Limited Partnership Into Anascape, Ltd. [No Bates] |
| PX 250 | | 5/5/08 | X | X | 03/20/1989 TO 05/08/1992 "Inventor's Notebook" [ANS0041733 - ANS0041786] |
| PX 251 | | | | | Undated - GameInformer Magazine "Special Edition Cover #4 of 4 - Electronic Gaming, Kingdom Hearts II" [ANS0068551 - ANS0068552] |
| PX 252 | | | | | WITHDRAWN |
| PX 253 | | | | | WITHDRAWN |
| PX 254 | | | | | Undated - GameInformer Magazine "World Exclusive God of War 2" [ANS0068553 - ANS0068554] |
| PX 255 | | | | | Super Mario Brothers NES game for Nintendo |
| PX 256 | | | | | 06/24/1994 letter from P. Zappacosta to B. Armstrong responding to B. Armstrong's 06/01/1994 letter to D. Borel regarding payment negotiations [ANS0039023-ANS0039024] |
| PX 257 | | | | | WITHDRAWN |
| PX 258 | | | | | WITHDRAWN |
| PX 259 | | | | | Sony Dual Shock Controller |
| PX 260 | | | | | Nintendo game, 1942, for Atari |
| PX 261 | | | | | Mario Strikers Charged |
| PX 262 | | | | | WITHDRAWN |
| PX 263 | | 5/7/08 | X | X | 12/30/2005 Agreement of Limited Partnership of Anascape, Ltd. between B. Armstrong and The Kim Tyler and Kelly Tyler Limited Partnership, B. Armstrong and B. Carlson [No Bates] |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 264 | | | | | **WITHDRAWN** |
| PX 265 | | 5/6/08 | X | X | 11/29/2004 Signed document "Assignment Recording of Patent Application and Resultant Patent" [ANS0016927] |
| PX 266 | | | | | **WITHDRAWN** |
| PX 267 | | | | | 12/31/1996 United States Patent 5,589,828 (Anascape Response to Defendants' Motion for Summary Judgment re: No Willful Infringement) [NAA00014681 - NAA00014700] |
| PX 268 | | | | | **WITHDRAWN** |
| PX 269 | | | | | 04/12/1996 Signed document "Assignment of Invention and Patent Application"  [ANS0004460] |
| PX 270 | | | | | **WITHDRAWN** |
| PX 271 | | | | | **WITHDRAWN** |
| PX 272 | | | | | **WITHDRAWN** |
| PX 273 | | | | | **WITHDRAWN** |
| PX 274 | | | | | **WITHDRAWN** |
| PX 275 | | | | | **WITHDRAWN** |
| PX 276 | | | | | **WITHDRAWN** |
| PX 277 | | | | | **WITHDRAWN** |
| PX 278 | | | | | 10/19/2007 Defendant Nintendo of America, Inc.'s First Supplemental Responses to Plaintiff Anascape, Ltd.'s Corrected First Set of Interrogatories (Nos. 3, 4, 10, 13, 16 and 17) **[No Bates]** |
| PX 279 | | | | | **WITHDRAWN** |
| PX 280 | | | | | Undated - Nintendo: Online Store - Product Detail (Classic Controller, Nunchuk, Wii Remote) **[No Bates]** |
| PX 281 | | | | | 2001-2002 Manual:  Nintendo/Gamecube "Welcome to Animal Crossing" (color version) **[No Bates]** |
| PX 282 | | | | | **WITHDRAWN** |
| PX 283 | | | | | **WITHDRAWN** |
| PX 284 | | | | | **WITHDRAWN** |
| PX 285 | | | | | 00/00/2001 Manual:  Nintendo/Gamecube "Blood Omen 2, The Legacy of Kain Series" (color version) **[No Bates]** |
| PX 286 | | | | | 00/00/2006 Manual:  ActiVision (Wii) "DreamWorks Shrek the Third" (color version) **[No Bates]** |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 287 | | | | | 00/00/2006 Manual:  Nintendo (Wii) "The Legend of Zelda Twilight Princess" (color version) **[No Bates]** |
| PX 288 | | | | | 09/26/2007 Stipulation between Anascape, Ltd., Microsoft Corp., and Nintendo of America Inc. regarding work product generated by experts and signed by Attorneys for Plaintiff and Attorneys for Nintendo of America, Inc. **[No Bates]** |
| PX 289 | | | | | 09/26/2007 Stipulation between Anascape, Ltd., Microsoft Corp., and Nintendo of America Inc. regarding work product generated by experts and signed by Attorneys for Plaintiff and Attorneys for Microsoft Corporation **[No Bates]** |
| PX 290 | | | | | **WITHDRAWN** |
| PX 291 | | | | | **WITHDRAWN** |
| PX 292 | | | | | **WITHDRAWN** |
| PX 293 | | | | | Undated - Video clip of Super Mario Sunshine -- GameCube |
| PX 294 | | | | | Undated - Video clip of Super Mario Galaxy -- Wii |
| PX 295 | | | | | Undated - Video clip of Zelda:  Twilight Princess -- Wii |
| PX 296 | | | | | **WITHDRAWN** |
| PX 297 | | | | | **WITHDRAWN** |
| PX 298 | | | | | Wii console |
| PX 299 | | | | | GameCube console |
| PX 300 | | | | | **WITHDRAWN** |
| PX 301 | | | | | **WITHDRAWN** |
| PX 302 | | | | | **WITHDRAWN** |
| PX 303 | | | | | Super Mario Sunshine -- GameCube title |
| PX 304 | | | | | Super Mario Galaxy -- Wii title |
| PX 305 | | | | | Zelda:  Twilight Princess -- Wii title |
| PX 306 | | | | | Zelda:  Twilight Princess -- GameCube title |
| PX 307 | | | | | Undated - GAMES - user research printout **[No Bates]** |
| PX 308 | | | | | Undated - GAMES - user research Team Bios **[No Bates]** |
| PX 309 | | 5/7/08 | X | X | 07/26/2006 Patent Assignment Agreement between B. Armstrong, Trustee of the GP Trust, and Anascape, Ltd **[ANS0000058 - ANS0000059]** |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 310 | | 5/7/08 | X | X | 07/26/2006 Patent Assignment Agreement between B. Armstrong, Trustee of the 6-DOF Trust, and Anascape, Ltd [ANS00000003 - ANS00000004] |
| PX 311 | | 5/6/08 | X | X | 07/26/2006 Patent Assignment Agreement between B. Armstrong and Anascape, Ltd.[ANS0000005 - ANS0000006] |
| PX 312 | | | | | 07/26/2006 Patent Assignment Agreement between B. Armstrong and Anascape, Ltd. [ANS0000052 - ANS0000053] |
| PX 313 | | | | | **WITHDRAWN** |
| PX 314 | | | | | 01/31/2008 Press Release - U.S. Video Game and PC Games Sales Exceed $18.8 Billion [No Bates] |
| PX 315 | | | | | Undated - U.S. Console Market Shares (Units) graph [No Bates] |
| PX 316 | | | | | **WITHDRAWN** |
| PX 317 | | | | | Undated - Profitability of NOA's Accused Products [No Bates] |
| PX 318 | | | | | **WITHDRAWN** |
| PX 319 | | | | | **WITHDRAWN** |
| PX 320 | | | | | **WITHDRAWN** |
| PX 321 | | | | | **WITHDRAWN** |
| PX 322 | | | | | Undated - NOA Damages from 7/31/2006 to 5/4/2008 [No Bates] |
| PX 323 | | | | | Undated - NOA Damages - U.S. from 7/31/2006 to 5/4/2008 [No Bates] |
| PX 324 | | | | | Undated - NOA Damages - Latin America from 7/31/2006 to 5/4/2008 [No Bates] |
| PX 325 | | | | | Undated - NOA Damages - Canada from 7/31/2006 to 5/4/2008 [No Bates] |
| PX 326 | | | | | Undated - Estimated NOA Controllers in Canada for 4/1/2006 to 3/31/2007 [No Bates] |
| PX 327 | | | | | Undated - Estimated NOA Controllers for 4/1/2007 to 3/31/2008 [No Bates] |
| PX 328 | | | | | Undated - Imputed Per Unit Royalty Rate [No Bates] |
| PX 329 | | | | | **WITHDRAWN** |
| PX 330 | | | | | **WITHDRAWN** |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 331 | | | | | **WITHDRAWN** |
| PX 332 | | | | | **WITHDRAWN** |
| PX 333 | | | | | **WITHDRAWN** |
| PX 334 | | | | | 1/29/2007 Defendant Nintendo of America, Inc.'s Responses to Plaintiff Anascape, Ltd.'s Corrected Interrogatory No. 1 **[No Bates]** |
| PX 335 | | | | | 1/29/2007 Defendant Nintendo of America, Inc.'s Responses to Plaintiff Anascape, Ltd.'s Corrected Interrogatory No. 6 **[No Bates]** |
| PX 336 | | | | | 1/29/2007 Defendant Nintendo of America, Inc.'s Responses to Plaintiff Anascape, Ltd.'s Corrected Interrogatory No. 7 **[No Bates]** |
| PX 337 | | | | | 10/19/2007 Defendant Nintendo of America, Inc.'s First Supplemental Response to Plaintiff Anascape, Ltd's Corrected Interrogatory No. 13 **[No Bates]** |
| PX 338 | | | | | **WITHDRAWN** |
| PX 339 | | | | | 02/2002 Article entitled Innovation and Competition in Standard-Based Industries: A Historical Analysis of the U.S. Home Video Game Market (Bratic Report) **[No Bates]** |
| PX 340 | | | | | 10/06/2007 Article from Georgia Institute of Technology entitled Georgia Tech Boosts Video Gaming Industry (Bratic Report) **[No Bates]** |
| PX 341 | | | | | 06/04/2007 Article from techonline entitled Opportunities abound in nex-gen gaming platforms (Bratic Report)**[No Bates]** |
| PX 342 | | | | | 05/00/2002 Wedbush Morgan Security, article entitled Content Is King An In-Depth Look at Interactive Entertainment Software (Bratic Report) **[No Bates]** |
| PX 343 | | | | | 03/30/2005 CNet Networks Entertainment Gamespot News: Q&A: Immersion Corp. Pres and CEO Vic Viegas (Bratic Report) **[No Bates]** |
| PX 344 | | | | | **WITHDRAWN** |
| PX 345 | | | | | **WITHDRAWN** |
| PX 346 | | | | | **WITHDRAWN** |
| PX 347 | | | | | 01/00/2001 gamesinvestor Sega exits the console business: Durlacher Comment (Bratic Report) **[No Bates]** |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 348 | | | | | 11/12/1999 Immersion Corp. Amendment No. 5 to Form S-1 Registration Statement Under the Securities Act of 1933 (Bratic Report) **[No Bates]** |
| PX 349 | | | | | **WITHDRAWN** |
| PX 350 | | | | | **WITHDRAWN** |
| PX 351 | | | | | **WITHDRAWN** |
| PX 352 | | | | | **WITHDRAWN** |
| PX 353 | | | | | **WITHDRAWN** |
| PX 354 | | | | | **WITHDRAWN** |
| PX 355 | | | | | **WITHDRAWN** |
| PX 356 | | | | | **WITHDRAWN** |
| PX 357 | | | | | **WITHDRAWN** |
| PX 358 | | | | | **WITHDRAWN** |
| PX 359 | | | | | 07/19/1999 Patent License Agreement between Microsoft Corporation and Immersion Corporation (Harmon Deposition, 11/01/2007, Ex. 221) **[MS-ANAS0032368 - MS-ANAS0032396]; [MSX 0140949 - MSX 0140977]** |
| PX 360 | | | | | 03/06/1996 License Agreement between Ergonomics, Inc. and Ergonomixx, Inc. (Harmon Deposition, 11/01/2007, Ex. 222) **[MS-ANAS161120 - MS-ANAS161124]** |
| PX 361 | | | | | 03/07/1995 Microsoft Corporation Consulting and License Agreement between Arkady Zilberman and Microsoft Corporation  (Harmon Deposition, 11/01/2007, Ex. 224) **[MS-ANAS161115 - MS-ANAS161119]** |
| PX 362 | | | | | Undated - GameInformer Magazine "Exclusive Mass Effect Review Inside" and "World Exclusive Brutal Legend" **[ANS0068548 - ANS0068550]** |
| PX 363 | | | | | 08/24/1990 Patent License Agreement between Microsoft Corporation and Logitec Inc. (Harmon Deposition, 11/01/2007, Ex. 226) **[MS-ANAS161165 - MS-ANAS161171]** |
| PX 364 | | 5/7/08 | X | X | Undated - Slide entitled "Reasonable Royalty Damages Due from Nintendo of America" **[No Bates]** |
| PX 365 | | | | | 02/08/1998 Patent License Agreement between KYE Systems Corp., KYE International Corp., Mouse Systems Corp and Microsoft Corporation (Harmon Deposition, 11/01/2007, Ex. 229) **[MS-ANAS167393 - MS-ANAS167408]** |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 366 | | | | | 06/08/2005 Confidential License Agreement (TiltWheel) between KYE Systems Corp. and Microsoft Corporation (Harmon Deposition, 11/01/2007, Ex. 230) **[MS-ANAS167448 - MS-ANAS167458]** |
| PX 367 | | | | | **WITHDRAWN** |
| PX 368 | | | | | 12/01/2000 Signed document "Assignment Recording of Patent Applications and Patents **[ANS0004717]** |
| PX 369 | | | | | **WITHDRAWN** |
| PX 370 | | | | | **WITHDRAWN** |
| PX 371 | | | | | 05/02/2000 Schedule 14A (Rule 14a-101), Information Required in Proxy Statement for Immersion Corporation; filed 06/06/2000 **[No Bates]** |
| PX 372 | | | | | **WITHDRAWN** |
| PX 373 | | | | | Wii Retail Launch Video [NAA23309] |
| PX 374 | | | | | 08/05/1980 U.S. Patent 4,216,467 |
| PX 375 | | | | | 02/15/1994 U.S. Patent 5,286,024 |
| PX 376 | | | | | 03/12/1985 U.S. Patent 4,504,059 |
| PX 377 | | | | | 04/30/1996 U.S. Patent 5,512,892 |
| PX 378 | | | | | 03/30/1999 U.S. Patent 5,889,507 |
| PX 379 | | | | | 04/20/1993 U.S. Patent 5,203,563 |
| PX 380 | | | | | 04/30/1996 U.S. Patent 5,512,892 |
| PX 381 | | | | | 12/15/1987 U.S. Patent 4,713,007 |
| PX 382 | | | | | 09/17/1991 U.S. Patent 5,049,079 |
| PX 383 | | | | | 11/12/1985 U.S. Patent 4,552,360 |
| PX 384 | | | | | 01/20/1981 U.S. Patent 4,246,452 |
| PX 385 | | | | | 05/17/1988 U.S. Patent 4,745,301 |
| PX 386 | | | | | 05/15/2001 U.S. Patent 6,231,444 B1 |
| PX 387 | | | | | **WITHDRAWN** |
| PX 388 | | | | | 05/10/1994 Letter from P. Zappacosta to B. Armstrong and S. Bowman re: discussion regarding terms of a payment by Logitech (Bratic Expert Report) **[ANS0039018]** |
| PX 389 | | | | | 05/09/2006 PressPass "Gamers Catch Their Breath as Xbox 360 and Xbox Live Reinvent Next-Generation Gaming" **[No Bates]** |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 390 | | | | | Undated - Memo from K. Lobb regarding Controller Questions  [NCA00003775 - NCA00003776] |
| PX 391 | | | | | **WITHDRAWN** |
| PX 392 | | | | | Undated - Website regarding "The Wii Hardware, Part 2 A Design for Everyone" **[No Bates]** |
| PX 393 | | | | | Undated - Website regarding "Terms and Conditions, Introduction, II. Registration on the Nintendo Website" **[No Bates]** |
| PX 394 | | | | | Undated - Website re: "The Wii Hardware, Part 1 Using State-of-the-Art Technology in Unprecedented Ways" **[No Bates]** |
| PX 395 | | | | | 02/11/2008 Next Generation News Release "Today's Top Stories" (Bratic Report) **[No Bates]** |
| PX 396 | | | | | **WITHDRAWN** |
| PX 397 | | | | | **WITHDRAWN** |
| PX 398 | | | | | **WITHDRAWN** |
| PX 399 | | | | | 11/12/2001 Presentation by HSBC re: "Nintendo, Heavenly rewards" (Bratic Report) **[No Bates]** |
| PX 400 | | | | | 09/25/2006 Presentation by ARS Technical re: "Survey says: Gamers want rumble by Jeremy Reimer" (Bratic Report) **[No Bates]** |
| PX 401 | | | | | 12/17/2007 Report by Wedbush Morgan re: "Nintendo (7974.JP / NTDOY.US) Initiating Coverage With A BUY Rating and ¥78,000 Price Target" (Bratic Report) **[No Bates]** |
| PX 402 | | | | | 05/20/2002 Press Release re: Microsoft Unveils Xbox Live Heralding the Next Frontier in Video Games" (Bratic Report) **[No Bates]** |
| PX 403 | | | | | **WITHDRAWN** |
| PX 404 | | | | | 10/04/06 Website re: Column: High-stakes competition in video game industry leaves no room for mediocrity" by Rhian Hibner (Bratic Report) **[No Bates]** |
| PX 405 | | | | | 01/06/2001 Press Release re: "Microsoft Designs Go to Extremes to Make Sure the Xbox Console and Controller Convey New and Unforeseen Gameplay Experience" (Bratic Report) **[No Bates]** |
| PX 406 | | | | | **WITHDRAWN** |
| PX 407 | | | | | **WITHDRAWN** |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---------|---------|--------------|--------|----------|-------------|
| PX 408 | | | | | **WITHDRAWN** |
| PX 409 | | | | | **WITHDRAWN** |
| PX 410 | | | | | **WITHDRAWN** |
| PX 411 | | | | | **WITHDRAWN** |
| PX 412 | | 5/6/08 | X | X | **WITHDRAWN** |
| PX 413 | | 5/6/08 | X | X | Photograph of GameCube Controller (wired, assembled) **[No Bates]** |
| PX 413A | | | | | Nintendo GameCube Wavebird Wireless controller (*physical evidence-controller will be given to the court*) |
| PX 414 | | | | | Photograph of Wii Remote (original, assembled) **[No Bates]** |
| PX 414A | | | | | Wii Remote (original, assembled) (*physical evidence-controller will be given to the court*) |
| PX 415 | | | | | Photograph of Wii Remote (original, disassembled) **[No Bates]** |
| PX 416 | | 5/6/08 | X | X | Photograph of Wii Classic Controller (wired) **[No Bates]** |
| PX 416A | | 5/6/08 | X | X | Wii Classic Controller (wired) (*physical evidence-controller will be given to the court*) |
| PX 417 | | | | | Undated - Wii Classic Controller (wired, disassembled) **[No Bates]** |
| PX 418 | | | | | Photograph of Wii Nunchuk (assembled) **[No Bates]** |
| PX 418A | | | | | Wii Nunchuk (*physical evidence-controller will be given to the court*) |
| PX 419 | | | | | Undated - Wii Nunchuk (disassembled) **[No Bates]** |
| PX 420 | | | | | Press Release (Global Devices 3D) |
| PX 421 | | | | | **WITHDRAWN** |
| PX 422 | | | | | Undated - Wii Nunchuk Remote (disassembled) **[No Bates]** |
| PX 423 | | | | | **WITHDRAWN** |
| PX 424 | | | | | Undated - Prototype 1 **[No Bates]** |
| PX 425 | | 5/5/08 | X | X | Undated - Prototype 2 **[No Bates]** |
| PX 426 | | 5/5/08 | X | X | Undated - Prototype 3 **[No Bates]** |
| PX 427 | | | | | Undated - Prototype 4 **[No Bates]** |
| PX 428 | | 5/5/08 | X | X | Undated - Prototype 5 **[No Bates]** |

| PLT NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| PX 429 | | | | | Undated - Prototype 6 **[No Bates]** |
| PX 430 | | | | | **WITHDRAWN** |
| PX 431 | | | | | NOA Damages (Bratic Dep. Ex. 371) |
| PX 432 | | | | | **WITHDRAWN** |
| PX 433 | | | | | Nintendo of America Effective Royalty Rate on Royalty Base that Includes Controllers and Systems (Bratic Dep. Ex. 373) |
| PX 434 | | | | | Corrected Ugone Scenario - Royalty Base (Bratic Dep. Ex. 374) |
| PX 435 | | | | | **WITHDRAWN** |
| PX 436 | | | | | Documents Relied Upon for Supplemental Exhibits (Bratic Dep. Ex. 376) |
| PX 437 | | | | | **WITHDRAWN** |
| PX 438 | | | | | **WITHDRAWN** |
| PX 439 | | | | | Imputed per Unit Royalty Rate (Dep. Ex. 379) |
| PX 440 | | 5/6/08 | X | X | Photograph of Nintendo GameCube Wavebird Wireless controller |
| PX 440A | | 5/6/08 | X | X | Nintendo GameCube Wavebird Wireless controller *(physical evidence-controller will be given to the court)* |
| PX 441 | | | | | **WITHDRAWN** |
| PX 442 | | | | | **WITHDRAWN** |
| PX 443 | | | | | **WITHDRAWN** |
| PX 444 | | | | | **WITHDRAWN** |
| PX 445 | | | | | **WITHDRAWN** |
| PX 446 | | | | | 04/24/2007 Nintendo: Wii Reviews - "Bomberman Land" |
| PX 447 | | 5/5/08 | X | X | Atari Controller |
| PX 448 | | 5/7/08 | X | X | Resume of Walter Bratic |
| PX 449 | | | | | Sales Profit by Product Report Ending March 31, 2008 (in Thousands $000) |

*The attached are exhibits which Anascape, Ltd. ("Anascape") may offer at trial. Anascape may decide not to offer certain of the listed exhibits into evidence, and some of the exhibits are contingent on which Defendants offer into evidence. The inclusion of an exhibit on this list does not constitute an admission that the exhibit would be admissible if offered by Defendants. Anascape reserves the right to supplement or amend this exhibit list. Anascape further reserves the right to offer into evidence any trial exhibit listed on Defendants' trial exhibit list.*

RESPECTFULLY SUBMITTED,


BY_____

Douglas A. Cawley - Lead Attorney
State Bar No. 04035500
Samuel F. Baxter
Theodore Stevenson, III
Christopher T. Bovenkamp
Anthony M. Garza
Jason D. Cassady
Steven Callahan
**McKool Smith, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas   75201
Telephone: 214-978-4000
Telefax: 214-978-4044

Robert M. Parker
Robert Christopher Bunt
Charles Ainsworth
**Parker, Bunt & Ainsworth, P.C.**
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: 903-531-3535
Telecopier: 903-533-9687

**ATTORNEYS FOR PLAINTIFF ANASCAPE, LTD.**