## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DIVISION: LUFKIN | DATE:   7/18/08 |
| JUDGE: RON CLARK | REPORTER: CHRIS BICKHAM |
| ANASCAPE, LTD.<br>*PLAINTIFF* | CIVIL NO.: 9:06CV158 |
| MICROSOFT CORP., ET AL<br>*DEFENDANT* | C/R DEPUTY: Faith Ann Laurents |

Attorneys for Plaintiff:   Doug Cawley, Anthony Garza, Chris Bunt, Brad Armstrong, Steve Callahan

Attorneys for Defendant:   Robert Gunther, Jim Blank, Larry Germer, Robert Farris

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:   Post-Trial Motions Hearing held in Beaumont.   9:10 am Court began.  Counsel made announcements. Court heard arguments on whether their should be an injunction or royalty.  9:15 am Mr. Cawley presented plt's argument.  9:33 am Mr. Gunther presented dft's argument.  9:42 am Witness, Kelly Tyler, appeared via telephone, was sworn and direct by Mr. Garza began.  Mr. Gunther objected, overruled.  Objection, overruled. Objection, overruled.  9:55 am Cross by Mr. Gunther.  10:03 am Witness excused.  Witness, Brad Armstrong, sworn and direct by Mr. Cawley began.  10:15 am Court recessed.  10:25 am Court resumed.  10:47 am Cross by Mr. Gunther.  Mr. Cawley objected, Court instructed.  11:12 am Witness excused.  11:15 am Court recessed.  11:25 am Court resumed.  Mr. Cawley gave a summary of plt's argument.  11:42 am Mr. Gunther gave a summary of dft's argument.  12:00 pm Mr. Gunther concluded.

DAVID J. MALAND, CLERK

/s/ Faith Ann Laurents
Deputy Clerk

TOTAL TIME:   2   hrs.   35   mins.          ✔ See Addt'l. Proceedings

Case #   9:06cv158         Date:   7/18/08              Page  2  of  2

ADDITIONAL PROCEEDINGS:

The Court made the following rulings for reasons stated on the record.   Nintendo's Motion Regarding Ongoing Royalties [Doc. #358] is DENIED, Anascape's Motion for Permanent Injunction and an Ongoing Royalty [Doc. #359] is GRANTED IN PART, Anascape's Motion for Prejudgment Interest, Postjudgment Interest and Costs [Doc. #360] is GRANTED, and Anascape's Motion to Sever [Doc. #355] is GRANTED.   12:45 pm Steve Callahan addressed Court regarding jurisdiction.  12:55 pm Court adjourned.