IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 9:06-CV-00158 |
| v. | § | |
| | § | |
| MICROSOFT CORPORATION, and | § | JUDGE RON CLARK |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Now comes J. Thad Heartfield of The Heartfield Law Firm and, pursuant to Rule CV-11(f), requests that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notices in this case.

Dated:  August 6, 2010                    Respectfully submitted,

/s/ J. Thad Heartfield
J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409.866.3318
Facsimile: 409.866.5789

**CERTIFICATE OF SERVICE**

    The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of August, 2010. Any other counsel of record will be served by first class mail.

                                                    __/s/ J. Thad Heartfield_____
                                                    J. Thad Heartfield